## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br><br><br>  v.<br><br><br>AGRI STATS, INC.<br><br>      Defendant. | CERTIFICATE OF SERVICE FOR SERVICE BY MAIL<br><br>Civil Action No.: 0:23-cv-03009 |

I hereby certify that on 09/28/2023, I caused the following documents:

- Notice of Related Case
- Motion for Admission Pro Hac Vice of U.S. Government Attorney - James Congdon
- Motion for Admission Pro Hac Vice of U.S. Government Attorney - Silvia Dominguez-Reese
- Motion for Admission Pro Hac Vice of U.S. Government Attorney - William Friedman
- Motion for Admission Pro Hac Vice of U.S. Government Attorney – Peter Nelson
- Motion for Admission Pro Hac Vice of U.S. Government Attorney - Mark Sosnowsky

to be filed electronically with the Clerk of Court through ECF and that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following attorney who represents Defendant and has agreed to accept service on Defendant's behalf:

   Justin W. Bernick
   Hogan Lovells LLP
   Columbia Square
   555 Thirteenth Street NW

Washington, D.C. 20004
justin.bernick@hoganlovells.com

Date: 09/28/2023                                    /s/ *Liles H. Repp*
                                                   Liles H. Repp