# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF APPEARANCE** |
| Plaintiff | Case No:    0:23-cv-03009 |
| v. | |
| AGRI STATS, INC. | |
| Defendant | |

The undersigned attorney hereby notifies the Court and counsel that Eun-Ha Kim, shall appear as counsel of record for Plaintiff United States of America in this case.

Dated: September 29, 2023

/s/ Eun-Ha Kim
Eun-Ha Kim, NY Bar No. 4589651
Senior Litigation Counsel
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington D.C. 20530
Tel: (202) 805-8465
Eun-Ha.Kim@usdoj.gov