# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATE OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>AGRI STATS, INC.<br><br>*Defendant.* | Case No. 23-cv-03009-JRT-JFD<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Peter H. Walsh shall appear as counsel of record for Defendant Agri Stats, Inc. in this case.

Dated: October 6, 2023

Respectfully submitted,

*/s/ Peter H. Walsh*
Peter H. Walsh (MN No. 388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3000
F. (612) 402-3001
peter.walsh@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*