# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*,<br><br>v.<br><br>AGRI STATS, INC.<br><br>*Defendant*. | Civil Action No.: 0:23-cv-03009-PJS-JFD |

### NOTICE OF HEARING ON DEFENDANT'S MOTION TO
### SEAL SENSITIVE INFORMATION IN THE COMPLAINT

PLEASE TAKE NOTICE THAT Defendant Agri Stats, Inc., through their undersigned counsel, will bring a Motion to Seal Sensitive Information in the Complaint, at a hearing date to be determined, before the Honorable John F. Docherty. The hearing will be held at the United States District Court for the District of Minnesota, located at 300 South Fourth Street, Minneapolis, MN 55415.

Dated: October 6, 2023      */s/ Peter H. Walsh*

        Peter H Walsh (MN# 0388672)
        Hogan Lovells US LLP
        80 South 8th Street Ste 1225
        Minneapolis, MN 55402
        Tel: 612-402-3017
        Fax: (612) 339-5167
        Email: peter.walsh@hoganlovells.com

        William L. Monts III (Pro Hac Vice Forthcoming)
        Justin W. Bernick (Pro Hac Vice Forthcoming)
        HOGAN LOVELLS US LLP
        555 Thirteenth Street, N.W.
        Washington, D.C.  20004

Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*