UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>AGRI STATS, INC.<br><br>*Defendant.* | Civil Action No.: 0:23-cv-03009-JRT-JFD |

**DECLARATION OF PETER H. WALSH IN SUPPORT OF DEFENDANT'S MOTION TO SEAL SENSITIVE INFORMATION IN THE COMPLAINT**

I, Peter H. Walsh, state under oath, as follows:

1. I am a partner of the law firm Hogan Lovells US LLP ("Hogan Lovells"). Hogan Lovells is counsel for Defendant Agri Stats, Inc. ("Agri Stats") in this action. I have entered an appearance in this action. I have full knowledge of the matters state herein and could and would testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

   - Exhibit 1 – Email communications between M. Sosnowsky (Department of Justice Antitrust Division) and Justin Bernick (Counsel for Agri Stats).

   - Exhibit 2 – The Department of Justice Antitrust Division Manual, 5th Ed.

   - Exhibit 3 – Proposed redacted version of the Complaint.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed this 6th day of October, 2023.

   */s/ Peter H. Walsh*
   Peter H. Walsh