## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

        *Plaintiff,*

   v.

AGRI STATS, INC.

        *Defendant.*

Civil Action No.: 0:23-cv-03009-JRT-JFD

## DEFENDANTS' CERTIFICATION OF COMPLIANCE WITH
## LOCAL RULE 7.1 WORD COUNT REQUIREMENT

I, Peter H. Walsh, certify that Defendant's Motion to Seal Sensitive Information in the Complaint complies with Local Rule 7.1.  I further certify that, in preparation of this memorandum, I used Microsoft Word from the Microsoft Office Professional suite, and that this word processing program has been applied specifically to include all body text, headings, footnotes, and quotations (but to exclude the caption and attorney signatures) in the following word count.  I further certify that the memorandum of law contains 1,947 words.

Dated: October 6, 2023

        */s/ Peter H. Walsh*

        Peter H Walsh (MN# 0388672)
        Hogan Lovells US LLP
        80 South 8th Street Ste 1225
        Minneapolis, MN 55402
        Tel: 612-402-3017
        Fax: (612) 339-5167
        Email: peter.walsh@hoganlovells.com

William L. Monts III (Pro Hac Vice Forthcoming)
Justin W. Bernick (Pro Hac Vice Forthcoming)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*