UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>AGRI STATS, INC.<br><br>*Defendant.* | Civil Action No.: 0:23-cv-03009-JRT-JFD |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL SENSITIVE INFORMATION IN THE COMPLAINT**

Upon consideration of Defendants' Motion to Seal Sensitive Information in the Complaint, and for good cause shown, it is hereby ORDERED that Defendants' Motion is GRANTED.

It is further ORDERED that Plaintiff withdraw its unredacted Complaint from the public docket, refile it under seal, and file a new version of the Complaint on the public docket that redacts Defendants' competitively sensitive information.

SO ORDERED, this _____ day of _____ 2023.

_____
Judge John R. Tunheim
Unites States District Judge