# EXHIBIT 2



U.S. Department of Justice

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20001*

January 9, 2022

**BY EMAIL**

Agri Stats, Inc.

C/O
Justin W. Bernick
William L. Monts, III
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004

Re:   Civil Investigative Demand No. 31302 Served Upon Wanda Duryea Individually and as a Class Representative Regarding Certain Products of Discovery in *In re Pork Antitrust Litigation* (D. Minn.)

Dear Justin and Tripp:

    Attached to this letter is Civil Investigative Demand ("CID") No. 31302, which was served on December 20, 2022 on Wanda Duryea through her counsel. The CID demands that Wanda Duryea produce to us certain products of discovery after identifying any persons or entities that have produced information or material that is cited, referenced, attached to, or otherwise incorporated into one of the specific products of discovery. Wanda Duryea has identified that your client produced information or material that is cited, referenced, attached to, or otherwise incorporated into one of the specified products of discovery.

    Please be advised that, pursuant to 15 U.S.C. § 1312(c)(2), this CID supersedes any inconsistent order, rule, or provision of law (other than in title 15, Chapter 34, United States Code) preventing or restraining disclosure of these products of discovery to any person, including any protective order that may heretofore have been entered in the litigation in which Wanda Duryea obtained these products of discovery.

    This letter does not require any action on your part. Pursuant to 15 U.S.C. § 1314(c), however, your client has the right to petition the district court of the United States for the judicial district in which the proceeding in which the discovery was obtained is or was last pending for an order modifying or setting aside the CID. Such a petition must be filed prior to Wanda Duryea's compliance with the CID. Pursuant to 15 U.S.C. § 1312(b), Wanda Duryea is not permitted to comply with the CID until 20 days after service of this notice upon you, but may comply at any time thereafter. The CID requires Wanda Duryea's compliance not later than February 14, 2023.

If you have any questions regarding this matter, please contact me at 202-262-3929 or William.Friedman2@usdoj.gov.

                                                Sincerely,

                                                /s/
                                                Will Friedman
                                                Trial Attorney
                                                Civil Conduct Task Force

Enclosure[s]