# EXHIBIT 3



U.S. Department of Justice

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20001*

January 17, 2023

**BY EMAIL**

Agri Stats, Inc.

C/O
Justin Bernick
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004

    Re:    Civil Investigative Demand No. 31330 Served Upon Maplevale Farms, Inc. Individually and as a Class Representative Regarding Certain Products of Discovery in *In re Turkey Antitrust Litigation* (N.D. Ill.)

Dear Justin:

    Attached to this letter is Civil Investigative Demand ("CID") No. 31330, which was served on January 4, 2023 on Maplevale Farms, Inc. ("Maplevale Farms") through its counsel. The CID demands that Maplevale Farms produce to us certain products of discovery after identifying any persons or entities that have produced information or material that is cited, referenced, attached to, or otherwise incorporated into one of the specific products of discovery. Maplevale Farms has identified that your client produced information or material that is cited, referenced, attached to, or otherwise incorporated into one of the specified products of discovery.

    Please be advised that, pursuant to 15 U.S.C. § 1312(c)(2), this CID supersedes any inconsistent order, rule, or provision of law (other than in title 15, Chapter 34, United States Code) preventing or restraining disclosure of these products of discovery to any person, including any protective order that may heretofore have been entered in the litigation in which Maplevale Farms obtained these products of discovery.

    This letter does not require any action on your part. Pursuant to 15 U.S.C. § 1314(c), however, your client has the right to petition the district court of the United States for the judicial district in which the proceeding in which the discovery was obtained is or was last pending for an order modifying or setting aside the CID. Such a petition must be filed prior to Maplevale Farms' compliance with the CID. Pursuant to 15 U.S.C. § 1312(b), Maplevale Farms is not permitted to comply with the CID until 20 days after service of this notice upon you, but may comply at any time thereafter. The CID requires Maplevale Farms' compliance not later than March 1, 2023.

If you have any questions regarding this matter, please contact me at 202-262-3929 or William.Friedman2@usdoj.gov.

                                            Sincerely,

                                            /s/
                                            Will Friedman
                                            Trial Attorney
                                            Civil Conduct Task Force

Enclosure[s]