# EXHIBIT 4



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

December 20, 2022

*Via Electronic Mail and Hand Delivery*

Mr. William Friedman, Esq.
United States Department of Justice, Antitrust Division
450 5th Street NW
Washington, D.C.  20001

Re:     ***Agri Stats* | Products of Discovery CID Notice and Follow-Up**

Dear Will:

On behalf of Agri Stats, Inc. ("Agri Stats"), we are sending via courier a hard drive with the materials that Agri Stats produced in the following litigation matters: *In re Broilers Antitrust Litigation*, C.A. No. 16-cv-8637 (N.D. Ill.); *In re Pork Antitrust Litigation*, C.A. No. 18-cv-1776 (D. Minn.); and *In re Turkey Antitrust Litigation*, C.A. 19-cv-8318 (N.D. Ill.).

The password to access this production will be sent separately via email.

Agri Stats is providing this material in connection with DOJ's civil investigation and our subsequent correspondence.  Please be aware that the attached and enclosed materials contain proprietary and highly confidential trade secret business information, the disclosure of which would cause substantial and irreparable harm to Agri Stats.  Agri Stats requests that DOJ notify it should anyone request these materials so that it may seek appropriate protections from disclosure.  Agri Stats requests that these materials be treated as confidential per all applicable rules, statutes, regulations, and policies.

Sincerely,

*/s/ Liam Phibbs*

Liam Phibbs
Senior Associate
Hogan Lovells US LLP
liam.phibbs@hoganlovells.com
(202) 637-6575

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Shanghai FTZ  Ulaanbaatar  Zagreb.  Business Service Centers: Johannesburg  Louisville. For more information see www.hoganlovells.com