UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>v.<br><br>AGRI STATS, INC.<br><br>        Defendant. | No. 0:23-cv-03009-JRT-JFD |

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH**
**LOCAL RULE 7.1 WORD COUNT REQUIREMENT**

  I, William M. Friedman, certify that Plaintiff's Opposition to Defendant's Motion to Seal complies with Local Rule 7.1. I further certify that, in preparation of this memorandum, I used Microsoft Word from the Microsoft Office Profession suit, and that this word processing program has been applied specifically to include all body text, headings, footnotes, and quotations (but to exclude the caption and attorney signatures) in the following word count. I further certify that the memorandum of law contains 3,463 words.

Dated: October 13, 2023

                  /s/ William M. Friedman
                  WILLIAM M. FRIEDMAN
                  Trial Attorney
                  U.S. Department of Justice
                  Antitrust Division
                  450 Fifth Street NW
                  Washington, DC 20530
                  William.Friedman2@usdoj.gov