# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MINNESOTA, STATE OF CALIFORNIA, STATE OF NORTH CAROLINA, STATE OF TENNESSEE<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.<br><br>*Defendant*. | Civil Action No.: 0:23-cv-03009-JRT-JFD |

## MOTION TO TRANSFER VENUE

Defendant Agri Stats, Inc. ("Agri Stats") moves pursuant to 28 U.S.C. §1404(a) to transfer venue to the Northern District of Illinois or to the Northern District of Indiana in the alternative. This Motion is supported by the Memorandum of Law in Support of Defendant Agri Stats' Motion to Transfer, the Declaration of Eric Scholer and accompanying exhibits, and all of the files, records, and proceedings herein.

Dated: November 8, 2023

Respectfully submitted,

*/s/ Peter H. Walsh*

Peter H Walsh (MN# 0388672)
Hogan Lovells US LLP
80 South 8th Street Ste 1225
Minneapolis, MN 55402
Tel: (612) 402-3017

Fax: (612) 339-5167
Email: peter.walsh@hoganlovells.com

William L. Monts III (Pro Hac Vice Forthcoming)
Justin W. Bernick (Pro Hac Vice Forthcoming)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*