UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MINNESOTA, STATE OF CALIFORNIA, STATE OF NORTH CAROLINA, STATE OF TENNESSEE<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.<br><br>*Defendant*. | Civil Action No.: 0:23-cv-03009-JRT-JFD |

NOTICE OF HEARING ON DEFENDANT'S
<u>MOTION TO TRANSFER VENUE</u>

PLEASE TAKE NOTICE THAT Defendant Agri Stats, Inc., through its undersigned counsel, will bring a Motion to Transfer Venue at a hearing date to be determined, before the Honorable John R. Tunheim. The hearing will be held at the United States District Court for the District of Minnesota, located at 300 South Fourth Street, Minneapolis, MN 55415.

Dated: November 8, 2023           */s/ Peter H. Walsh*

Peter H Walsh (MN# 0388672)
Hogan Lovells US LLP
80 South 8th Street Ste 1225
Minneapolis, MN 55402
Tel: (612) 402-3017
Fax: (612) 339-5167
Email: peter.walsh@hoganlovells.com

William L. Monts III (Pro Hac Vice Forthcoming)
Justin W. Bernick (Pro Hac Vice Forthcoming)

HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*