UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MINNESOTA, STATE OF CALIFORNIA, STATE OF NORTH CAROLINA, STATE OF TENNESSEE<br><br>      *Plaintiffs*,<br>  v.<br><br>AGRI STATS, INC.<br><br>      *Defendant*. | Civil Action No.: 0:23-cv-03009-JRT-JFD |

### DEFENDANT'S CERTIFICATION OF COMPLIANCE WITH
### LOCAL RULE 7.1 WORD COUNT REQUIREMENT

I, Peter H. Walsh, certify that Defendant's Motion to Transfer Venue complies with Local Rule 7.1. I further certify that, in preparation of this memorandum, I used Microsoft Word from the Microsoft Office Professional suite, and that this word processing program has been applied specifically to include all body text, headings, footnotes, and quotations (but to exclude the caption and attorney signatures) in the following word count. I further certify that the Memorandum of Law contains 6,884 words.

Dated: November 8, 2023        */s/ Peter H. Walsh*

                                          Peter H Walsh (MN# 0388672)
                                          Hogan Lovells US LLP
                                          80 South 8th Street Ste 1225
                                          Minneapolis, MN 55402
                                          Tel: (612) 402-3017
                                          Fax: (612) 339-5167
                                          Email: peter.walsh@hoganlovells.com

William L. Monts III (Pro Hac Vice Forthcoming)
Justin W. Bernick (Pro Hac Vice Forthcoming)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*