# EXHIBIT A



**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20001*

October 3, 2012

HAND DELIVERY

Philip Larson
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004

      Re:    Civil Investigative Demand No. 26185

Dear Mr. Larson:

      This letter informs you that the Antitrust Division has closed its investigation into Agri Stats, Inc. Enclosed please find the three hard drives submitted by Agri Stats pursuant to the above-referenced CID during the course of the investigation. Unless you notify us otherwise by October 12, 2012, the Division will destroy any other media and hard copy documents submitted during the course of the investigation. The Division may, however, retain copies of documents for law enforcement purposes.

      Please feel free to call me with any questions at 202-307-0662.

Sincerely,

Melanie Krebs-Pilotti
Attorney
Antitrust Division

Enclosure

AGSTAT-00018237
JORDAN-LITIG-0000446371