UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MINNESOTA, STATE OF CALIFORNIA, STATE OF NORTH CAROLINA, STATE OF TENNESSEE<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.<br><br>*Defendant*. | Civil Action No.: 0:23-cv-03009-JRT-JFD |

**MEET-AND-CONFER STATEMENT**

I, **Liam Phibbs, representing Agri Stats, Inc.** hereby certify that:

I met and conferred with the opposing party by:

    Meeting with **Mark Sosnowsky from the Antitrust Division of the United States Department of Justice**

    On **November 2, 2023**

    And **Katherine Moerke from the State of Minnesota's Attorney General office on behalf of the states of Minnesota, California, North Carolina and Tennessee**

    On **November 8, 2023**

    Discussing the following motion:

    ***Agri Stats, Inc.'s Motion to Transfer Venue***

As a result of the meet-and-confer, the parties:

(Check the box that applies.)

  *X Do not agree on the resolution of any part of the motion.*

Signed this 8 day of November, 2023.

|  |  |
|---|---|
| Signature of Party | */s/ Liam E. Phibbs* |
| Mailing Address | Hogan Lovells US LLP |
|  | 555 13th St NW |
|  | Washington, DC 20004 |
| Telephone Number | (202) 637-6575 |

Note:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).