## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MINNESOTA, STATE OF CALIFORNIA, STATE OF NORTH CAROLINA, STATE OF TENNESSEE<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.<br><br>*Defendant.* | Civil Action No.: 0:23-cv-03009-JRT-JFD |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TRANSFER VENUE

Upon consideration of Defendant Agri Stats, Inc.'s Motion to Transfer Venue, and for good cause shown, it is hereby ORDERED that Defendant's Motion is GRANTED.

It is further ORDERED that above captioned case be transferred to the Northern District of Illinois.

SO ORDERED, this _____ day of _____ 2023.

_____
Judge John R. Tunheim
Unites States District Judge