## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF MINNESOTA,<br>STATE OF CALIFORNIA,<br>STATE OF NORTH CAROLINA,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS, and<br>STATE OF UTAH,<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.,<br><br>*Defendant*. | **STIPULATION FOR MODIFICATION OF DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br><br>No.: 0:23-CV-03009-JRT-JFD |

Plaintiffs United States of America and the States of Minnesota, California, North Carolina, Tennessee, Texas, and Utah ("Plaintiffs"), and Defendant Agri Stats, Inc. ("Defendant," and together with Plaintiffs, the "Parties"), by and through counsel, hereby stipulate as follows:

WHEREAS, on September 28, 2023, the United States filed the initial Complaint in this action, *see* ECF. No. 1;

WHEREAS, on November 6, 2023, the United States filed an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1), *see* ECF No. 30 ("Amended Complaint"), solely to add the States of Minnesota, California, North Carolina, and Tennessee as plaintiffs;

WHEREAS, on November 8, 2023, Defendant filed a Motion to Transfer Venue, *see* ECF No. 42, for which briefing has not yet been completed and a hearing date has not

yet been set;

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(2) and with the written consent of Defendant, on November 15, 2023, Plaintiffs filed a Second Amended Complaint solely to add the States of Texas and Utah as additional plaintiffs;

WHEREAS, Defendant is presently required to answer or otherwise respond to the Second Amended Complaint on or before November 29, 2023;

WHEREAS, Defendant seeks and Plaintiffs consent to an extension of the date by which Defendant must answer or otherwise respond to the Second Amended Complaint;

WHEREAS, counsel for the Parties met and conferred by telephone on November 9, 2023, November 14, 2023, and November 15, 2023 and believe that an order from the Court extending the date by which Defendant must answer or otherwise respond to the Second Amended Complaint would serve the interest of preserving judicial and party resources;

WHEREAS, this is the Parties' first stipulation requesting an extension of time to respond to the operative complaint;

NOW THEREFORE, in light of the above-referenced facts, the Parties stipulate and respectfully request that the Court enter an Order providing that the date by which Defendant shall answer or otherwise respond to the Second Amended Complaint shall be extended to January 5, 2024.

IT IS SO STIPULATED.

Respectfully submitted by:

Dated: November 15, 2023

/s/ Mark H.M. Sosnowsky
MARK H.M. SOSNOWSKY (*pro hac vice*)
Senior Trial Counsel
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Tel: (202) 812-4723
Fax: (202) 307-5802
Mark.Sosnowsky@usdoj.gov

/s/ Liles H. Repp
LILES H. REPP (No. 0400692)
Assistant United States Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Tel: (612) 664-5600
Fax: (612) 664-5788
Liles.Repp@usdoj.gov

*Counsel for United States of America*

KEITH ELLISON
Attorney General of Minnesota

/s/ Katherine A. Moerke
JAMES CANADAY (No. 030234X)
Deputy Attorney General
KATHERINE A. MOERKE (No. 0312277)
ELIZABETH ODETTE (No. 0340698)
SARAH DOKTORI (No. 0403060)
Assistant Attorneys General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130

Dated: November 15, 2023

/s/ Peter H. Walsh
Peter H. Walsh (MN# 0388672)
Hogan Lovells US LLP
80 South 8th Street Ste 1225
Minneapolis, MN 55402
Tel: (612) 402-3017
Fax: (612) 339-5167
peter.walsh@hoganlovells.com

William L. Monts III
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant
Agri Stats, Inc.*

Tel: (651) 757-1421
james.canaday@ag.state.mn.us
Tel: (651) 757-1288
katherine.moerke@ag.state.mn.us
Tel: (651) 728-7208
elizabeth.odette@ag.state.mn.us
Tel: (651) 583-6694
sarah.doktori@ag.state.mn.us

*Counsel for State of Minnesota and*
*Local Counsel for States of*
*California, North Carolina,*
*Tennessee, Texas, and Utah*


ROB BONTA
Attorney General of California

/s/ Robert McNary
ROBERT MCNARY (*pro hac vice*)
Deputy Attorney General
NICOLE GORDON (*pro hac vice*)
Deputy Attorney General
JAMIE MILLER (*pro hac vice*)
Supervising Deputy Attorney General
PAULA BLIZZARD (*pro hac vice*)
Senior Assistant Attorney General
Office of the Attorney General
California Department of Justice
300 S. Spring St.
Los Angeles, California 90013
Tel: (213) 269-6283
Robert.McNary@doj.ca.gov

*Counsel for State of California*


JOSHUA H. STEIN
Attorney General of North Carolina

/s/ Jonathan R. Marx
JASMINE MCGHEE (*pro hac vice*)
Senior Deputy Attorney General

4

JONATHAN R. MARX (*pro hac vice*)
Special Deputy Attorney General
KUNAL CHOKSI (*pro hac vice*)
Special Deputy Attorney General
114 W. Edenton Street
Raleigh, NC 27603
Tel: (919) 716-8611
jmarx@ncdoj.gov

*Counsel for State of North Carolina*


JONATHAN SKRMETTI
Attorney General of Tennessee

/s/ Ethan Bowers
ETHAN BOWERS (*pro hac vice*)
Assistant Attorney General
Office of the Tennessee Attorney
General
P.O. Box 20207
Nashville, Tennessee 37202
Tel: (615)741-8091
Ethan.Bowers@ag.tn.gov

*Counsel for State of Tennessee*


KEN PAXTON
Attorney General of Texas

/s/ Trevor Young
BRENT WEBSTER*
First Assistant Attorney General
GRANT DORFMAN*
Deputy First Assistant Attorney
General
JAMES LLOYD*
Deputy Attorney General for Civil
Litigation; Chief, Antitrust Division
TREVOR YOUNG*

Deputy Chief, Antitrust Division
WILLIAM SHIEBER*
JONATHAN WOODWARD*
Assistant Attorneys General
Office of the Attorney General, State
of Texas
300 West 15th Street
Austin, Texas 78701
Tel: (512) 463-1710
Trevor.Young@oag.texas.gov

*Counsel for State of Texas*
*Pro Hac Vice Motions Forthcoming

SEAN D. REYES
Attorney General of Utah

*/s/* Marie W.L. Martin
MARIE W.L. MARTIN*
Assistant Attorney General
Utah Office of the Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
Tel: 801-366-0375
Fax: 801-366-0378
mwmartin@agutah.gov

*Counsel for State of Utah*
*Pro Hac Vice Motion Forthcoming