# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MINNESOTA, STATE OF CALIFORNIA, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF TEXAS, and STATE OF UTAH,<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.,<br><br>*Defendant*. | **[PROPOSED] ORDER**<br><br>No.: 0:23-CV-03009-JRT-JFD |

This matter comes before the Court on the Parties' Stipulation for Modification of Deadline for Defendant to Respond to Complaint. *See* ECF No. 50. **IT IS HEREBY ORDERED**:

The date by which Defendant must answer or otherwise respond to the Second Amended Complaint shall be extended to January 5, 2024.

**IT IS SO ORDERED.**

Dated: _____  _____
HONORABLE JOHN F. DOCHERTY
United States Magistrate Judge