UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MINNESOTA, STATE OF CALIFORNIA, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF TEXAS, AND STATE OF UTAH<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.<br><br>*Defendant*. | **AMENDED STIPULATION FOR MODIFICATION OF DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>No.: 0:23-CV-03009-JRT-JFD |

Plaintiffs United States of America and the States of Minnesota, California, North Carolina, Tennessee, Texas, and Utah ("Plaintiffs"), and Defendant Agri Stats, Inc. ("Defendant," and together with Plaintiffs, the "Parties"), by and through counsel, hereby stipulate as follows:

WHEREAS, on September 28, 2023, the United States filed the initial Complaint in this action, *see* ECF. No. 1;

WHEREAS, on November 6, 2023, the United States filed an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1), *see* ECF No. 30 ("Amended Complaint"), solely to add the States of Minnesota, California, North Carolina, and Tennessee as plaintiffs;

WHEREAS, on November 8, 2023, Defendant filed a Motion to Transfer Venue, *see* ECF No. 42, for which briefing has not yet been completed and a hearing date has not yet been set;

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(2) and with the written consent of Defendant, on November 15, 2023, Plaintiffs filed a Second Amended Complaint solely to add the States of Texas and Utah as additional plaintiffs;

WHEREAS, Defendant is presently required to answer or otherwise respond to the Second Amended Complaint on or before November 29, 2023;

WHEREAS, Defendant seeks and Plaintiffs consent to an extension of the date by which Defendant must answer or otherwise respond to the Second Amended Complaint;

WHEREAS, counsel for the Parties met and conferred by telephone on November 9, 2023, November 14, 2023, and November 15, 2023 and believe that an order from the Court extending the date by which Defendant must answer or otherwise respond to the Second Amended Complaint would serve the interest of preserving judicial and party resources;

WHEREAS, Defendant asserts that there is good cause to extend Defendant's responsive pleading deadline because:

- The Parties are currently in the process of briefing Defendant's Motion to Transfer Venue ("Motion to Transfer"), with Plaintiffs' response(s) to that motion due on or before November 29, 2023, and Defendant's reply memorandum due within 14 days thereafter (*see* District of Minnesota Local Rule 7.1(c));

- In light of the need to brief the Motion to Transfer, Defendant requires additional time to prepare its response to the Second Amended Complaint or move the Court for a longer extension of time to respond;

- There is approximately one week until the November 29, 2023, responsive pleading deadline that otherwise would apply, and Defendant and its counsel will face a substantial burden in responding to the Second Amended Complaint by that time, including because of travel associated with the intervening Thanksgiving holiday; and

- Defendant and Plaintiffs had numerous discussions on the extension and although Plaintiffs will not consent to extending the response deadline until after the Motion to Transfer is decided, Plaintiffs will agree to the limited extension of time requested herein, having determined that such is not unduly prejudicial to Plaintiffs.

WHEREAS, this is the Parties' first occasion (including the stipulation filed on November 15, 2023 (ECF No. 51)) on which the parties have stipulated to a request for an extension of time to respond to the operative complaint;

NOW THEREFORE, in light of the above-referenced facts, the Parties stipulate and respectfully request that the Court enter an Order providing that the date by which Defendant shall answer or otherwise respond to the Second Amended Complaint shall be extended to January 5, 2024.

IT IS SO STIPULATED.

Respectfully submitted by:

Dated: November 21, 2023

*/s/* Mark H.M. Sosnowsky
MARK H.M. SOSNOWSKY (*pro hac vice*)
Senior Trial Counsel
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Telephone: (202) 812-4723
Facsimile: (202) 307-5802
Mark.Sosnowsky@usdoj.gov

/s/ Liles H. Repp
LILES H. REPP
Attorney ID No. 0400692
Assistant United States Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
Phone: (612) 664-5600
Fax: (612) 664-5788
Email:  Liles.Repp@usdoj.gov

*Attorneys for United States of America*


KEITH ELLISON
Attorney General of Minnesota

*/s/* Katherine A. Moerke
JAMES CANADAY (No. 030234X)
Deputy Attorney General
KATHERINE A. MOERKE (No. 0312277)

Dated: November 21, 2023

*/s/* Peter H. Walsh

Peter H Walsh (MN# 0388672)
Hogan Lovells US LLP
80 South 8th Street Ste 1225
Minneapolis, MN 55402
Tel: (612) 402-3017
Fax: (612) 339-5167
Email: peter.walsh@hoganlovells.com

William L. Monts III
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*

ELIZABETH ODETTE (No. 0340698)
SARAH DOKTORI (No. 0403060)
Assistant Attorneys General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
james.canaday@ag.state.mn.us
Telephone: (651) 757-1421
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288
elizabeth.odette@ag.state.mn.us
Telephone: (651) 728-7208
sarah.doktori@ag.state.mn.us
Telephone: (651) 583-6694

*Attorneys for State of Minnesota and Local Counsel for States of California, North Carolina, and Tennessee*


ROB BONTA
Attorney General of California

*/s/* Robert McNary
ROBERT MCNARY (*pro hac vice*)
Deputy Attorney General
NICOLE GORDON (*pro hac vice*)
Deputy Attorney General
JAMIE MILLER (*pro hac vice*)
Supervising Deputy Attorney General
PAULA BLIZZARD (*pro hac vice*)
Senior Assistant Attorney General
Office of the Attorney General
California Department of Justice
300 S. Spring St.
Los Angeles, California 90013
Telephone: (213) 269-6283
Robert.McNary@doj.ca.gov

*Attorneys for State of California*

JOSHUA H. STEIN
Attorney General of North Carolina

*/s/* Jonathan R. Marx
JASMINE MCGHEE (*pro hac vice*)
Senior Deputy Attorney General
JONATHAN R. MARX (*pro hac vice*)
Special Deputy Attorney General
KUNAL CHOKSI (*pro hac vice*)
Special Deputy Attorney General
114 W. Edenton Street
Raleigh, NC 27603
Telephone: (919) 716-8611
jmarx@ncdoj.gov

*Attorneys for State of North Carolina*


JONATHAN SKRMETTI
Attorney General of Tennessee

*/s/* Ethan Bowers
ETHAN BOWERS (*pro hac vice*)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Ethan.Bowers@ag.tn.gov
Telephone: (615)741-8091

*Attorneys for State of Tennessee*


KEN PAXTON
Attorney General of Texas

*/s/* Trevor Young

BRENT WEBSTER*
First Assistant Attorney General
GRANT DORFMAN*
Deputy First Assistant Attorney General
JAMES LLOYD*
Deputy Attorney General for Civil Litigation; Chief, Antitrust Division
TREVOR YOUNG*
Deputy Chief, Antitrust Division
WILLIAM SHIEBER*
JONATHAN WOODWARD*
Assistant Attorneys General

Office of the Attorney General,
State of Texas
300 West 15th Street
Austin, Texas 78701
Telephone: (512) 463-1710
Email: Trevor.Young@oag.texas.gov

*Attorneys for State of Texas*
**Pro Hac Vice* Motions Forthcoming*


SEAN D. REYES
Attorney General of Utah

*/s/* Marie W.L. Martin
MARIE W.L. MARTIN*
Assistant Attorney General

Utah Office of the Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
Tel: 801-366-0375
Fax: 801-366-0378
Email: mwmartin@agutah.gov

*Attorneys for State of Utah*
**Pro Hac Vice* Motion Forthcoming