UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF MINNESOTA,<br>STATE OF CALIFORNIA,<br>STATE OF NORTH CAROLINA,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS, and<br>STATE OF UTAH,<br><br>                    *Plaintiffs*,<br><br>       v.<br><br>AGRI STATS, INC.,<br><br>                    *Defendant*. | No. 0:23-CV-03009-JRT-JFD |

### DECLARATION OF MARK H.M. SOSNOWSKY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER

I, Mark H.M. Sosnowsky, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney with the Antitrust Division of the United States Department of Justice. I am admitted pro hac vice in the United States District Court for the District of Minnesota in this matter. I am a member in good standing of the bars of the District of Columbia, Massachusetts, New Jersey, Pennsylvania, and Virginia.

2. I have personal knowledge of the matters discussed in this Declaration. If called upon as a witness in this action, I could and would testify competently thereto.

3. Attached as Exhibit 1 is a document produced by Agri Stats bearing Bates number AGSTAT-09411984. Agri Stats requested certain redactions be made to this

document. Pursuant to Local Rule 5.6, a public version is filed with those redactions and an unredacted version is filed temporarily under seal.

4. Attached as Exhibit 2 is a document produced by Agri Stats bearing Bates number AGSTAT-P-0002794988. Agri Stats requested certain redactions be made to this document. Pursuant to Local Rule 5.6, a public version is filed with those redactions and a an unredacted version is filed temporarily under seal.

5. Attached as Exhibit 3 is a document produced by Agri Stats bearing Bates number AGSTAT-T-03395116. Agri Stats requested certain redactions be made to this document. Pursuant to Local Rule 5.6, a public version is filed with those redactions and an unredacted version is filed temporarily under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC on November 29, 2023.

Mark H.M. Sosnowsky
Senior Litigation Counsel
Antitrust Division
United States Department of Justice
450 Fifth Street NW
Washington, DC 20530