# EXHIBIT 1

# <u>REDACTED VERSION</u>

# Invoice 64824

**Customer 0082**

AGRI STATS, INC.
NW 6450
PO BOX 1450
MINNEAPOLIS, MN  55485-6450

Telephone: 260/407-2700

Bill To:

PILGRIM'S
ATTN: SARAH LOGSTON/AP
P.O. BOX 5000
PITTSBURG, TX 75686
USA

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 09/01/14 | MT PLEASANT | Origin | Net Due Upon Receipt |

| Purchase Order Number | Salesperson | Our Order Number |
|---|---|---|
| 4200120714 | JMR | |

| Quantity | | | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | |
| 1 | 1 | 0 | 001BAS | LIVE, PLANT, SALES ANALYSIS & GRAPHS | N | ■ | ■ |

PLEASE NOTE: INVOICE IS FOR CURRENT MONTH SERVICE WHICH INCLUDES DATA FOR TWO MONTHS PRIOR.

| | |
|---|---|
| NonTaxable Subtotal | ■ |
| Taxable Subtotal | 0.00 |
| Sales Tax | 0.00 |
| Total Invoice US$ | ■ |

Customer Original                                       Page  1

HIGHLY CONFIDENTIAL -
SUBJECT TO PROTECTIVE ORDER

AGSTAT-09411984