# EXHIBIT 2

# <u>REDACTED VERSION</u>

# Invoice 75855

**Customer 6455**

AGRI STATS, INC.
NW 6450
PO BOX 1450
MINNEAPOLIS, MN  55485-6450

Telephone: 260/407-2700

**Bill To:**

CLEMENS FOOD GROUP, LLC
ATTN:  JOSH RENNELLS
2700 CLEMENS RD, PO BOX 902
HATFIELD, PA 19440-0902
USA

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 03/01/17 | Delivered | Origin | Net Due Upon Receipt |
| Purchase Order Number | | Salesperson | Our Order Number |
| Vendor | | CAS | |

| Quantity Req. | Quantity Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 007BAS | PORK PROCESSING ANALYSIS | N | ▬ | ▬ |
| 1 | 1 | 0 | 007BAS | PORK SALES ANALYSIS | N | ▬ | ▬ |

PLEASE NOTE:  INVOICE IS FOR CURRENT MONTH SERVICE WHICH INCLUDES DATA FOR TWO MONTHS PRIOR.

| | |
|---|---|
| Shipping Subtotal | 30.62 |
| NonTaxable Subtotal | ▬ |
| Taxable Subtotal | 0.00 |
| Sales Tax | 0.00 |
| Total Invoice USD$ | ▬ |

Customer Original (Reprinted)                        Page     1

HIGHLY CONFIDENTIAL

AGSTAT-P-0002794988