# EXHIBIT 3

# <u>REDACTED VERSION</u>

# Invoice 70584

AGRI STATS, INC.
NW 6450
PO BOX 1450
MINNEAPOLIS, MN  55485-6450

Customer 1382

Telephone: 260/407-2700

**Bill To:**

PERDUE TURKEY
ATTN:  ANDREA WILLIAMS
P.O. BOX 1537
SALISBURY, MD 21802
USA

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 01/01/16 | Delivered | Origin | Net Due Upon Receipt |

| Purchase Order Number | Salesperson | Our Order Number |
|---|---|---|
| P.O. #9447840SMO | TRK | |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 002BAS | LIVE, PLANT, F.P. & SALES ANALYSIS & GRAPHS  *TURKEY* | N | ▆▆▆ | ▆▆▆ |

PLEASE NOTE:  INVOICE IS FOR CURRENT MONTH SERVICE WHICH INCLUDES DATA FOR TWO MONTHS PRIOR.

OK to Pay
MW 1/4/16

*[signature: Andrea Williams]*

Shipping Subtotal           123.23
NonTaxable Subtotal         ▆▆▆
Taxable Subtotal              0.00
Sales Tax                     0.00
Total Invoice US$            ▆▆▆

Customer Original                              Page  1

HIGHLY CONFIDENTIAL

AGSTAT-T-03395116