## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
STATE OF MINNESOTA,
STATE OF CALIFORNIA,
STATE OF NORTH CAROLINA,
STATE OF TENNESSEE,
STATE OF TEXAS, and
STATE OF UTAH,

        *Plaintiffs*,

        v.

AGRI STATS, INC.,

        *Defendant.*

No. 0:23-CV-03009-JRT-JFD

## PLAINTIFFS' CERTIFICATION OF COMPLIANCE WITH
## LOCAL RULE 7.1 WORD COUNT REQUIREMENT

I, William M. Friedman, certify that Plaintiffs' Opposition to Defendant's Motion to Transfer complies with Local Rule 7.1. I further certify that, in preparation of this memorandum, I used Microsoft Word from the Microsoft Office Professional Suite, and that this word processing program has been applied specifically to include all body text, headings, footnotes, and quotations (but to exclude the caption and attorney signatures) in the following word count. I further certify that the memorandum of law contains 5,150 words.

Dated: November 29, 2023

        /s/ William M. Friedman
        WILLIAM M. FRIEDMAN
        Trial Attorney
        U.S. Department of Justice
        Antitrust Division

450 Fifth Street NW
Washington, DC 20530
William.Friedman2@usdoj.gov