UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MINNESOTA, STATE OF CALIFORNIA, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF TEXAS, and STATE OF UTAH,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>AGRI STATS, INC.,<br><br>     *Defendant*. | No. 0:23-CV-03009-JRT-JFD |

**JOINT MOTION REGARDING CONTINUED SEALING**

Documents have been filed under temporary seal in connection with the following motion:

- Agri Stats, Inc.'s Motion to Transfer Venue, ECF No. 42.

Pursuant to Local Rule 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

1

| DKT NO. | DKT. NO. OF REDACTED DOCUMENT (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 68 | 71 | Agri Stats invoice to Pilgrim's regarding broiler chicken, dated 9/1/2014 | The parties disagree whether the specific invoice amount for Agri Stats' broiler chicken related reports should remain sealed. | N/A | **Plaintiffs**: Plaintiffs contend the document should be unsealed in its entirety. The document contains charges by Agri Stats to a customer over nine years ago. Those charges are too dated to be competitively sensitive and therefore the presumption of public access should prevail.<br><br>**Agri Stats**: The unredacted document should remain sealed because it discloses competitively sensitive specific negotiated rates that Agri Stats charges for its reports.  Agri Stats negotiates its rates with each subscriber |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | individually and they can remain static for years. |
| 69 | 72 | Agri Stats invoice to Clemens Food Group regarding pork, dated 3/1/2017 | The parties disagree whether the specific invoice amount for Agri Stats' former pork related reports should remain sealed. | N/A | **Plaintiffs**: Plaintiffs contend the document should be unsealed in its entirety. The document contains charges by Agri Stats to a customer nearly seven years ago. Those charges are too dated to be competitively sensitive and therefore the presumption of public access should prevail.<br><br>**Agri Stats**: The unredacted document should remain sealed because it discloses competitively sensitive specific negotiated rates that Agri Stats charges for its reports. Agri Stats negotiates its rates with each subscriber individually and they can remain static for years. |
| 70 | 73 | Agri Stats invoice to Perdue regarding turkey, dated 1/1/2016 | The parties disagree whether the specific invoice amount for Agri Stats' former turkey related reports should remain sealed. | N/A | **Plaintiffs**: Plaintiffs contend the document should be unsealed in its entirety. The document contains charges by Agri Stats to a customer eight years ago. Those charges are too dated to be |

3

| | | | | |
|---|---|---|---|---|
| | | | | competitively sensitive and therefore the presumption of public access should prevail.<br><br>**Agri Stats**: The unredacted document should remain sealed because it discloses competitively sensitive specific negotiated rates that Agri Stats charges for its reports.  Agri Stats negotiates its rates with each subscriber individually and they can remain static for years. |

Dated: January 3, 2024

Respectfully submitted,

| | |
|---|---|
| **FOR PLAINTIFF UNITED STATES OF AMERICA:** | **FOR DEFENDANT AGRI STATS, INC.:** |
| /s/ Liles H. Repp<br>LILES H. REPP<br>Attorney ID No. 0400692<br>Assistant United States Attorney<br>600 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Phone: (612) 664-5600<br>Fax: (612) 664-5788<br>Liles.Repp@usdoj.gov | */s/ Peter H. Walsh*<br>Peter H Walsh (MN# 0388672)<br>Hogan Lovells US LLP<br>80 South 8th Street Ste 1225<br>Minneapolis, MN 55402<br>Tel: (612) 402-3017<br>Fax: (612) 339-5167<br>Email: peter.walsh@hoganlovells.com |
| */s/* Mark H.M. Sosnowsky<br>MARK H.M. SOSNOWSKY (*Pro Hac Vice*)<br>EUN-HA KIM<br>Senior Trial Counsel<br><br>WILLIAM M. FRIEDMAN (*Pro Hac Vice*)<br>JAMES H. CONGDON (*Pro Hac Vice*)<br>SILVIA J. DOMINGUEZ-REESE (*Pro Hac Vice*)<br>PETER A. NELSON (*Pro Hac Vice*)<br>DEVIN L. REDDING (*Pro Hac Vice*)<br>Trial Attorneys<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street, NW, Suite 8000<br>Washington, DC 20530<br>Telephone: (202) 812-4723 | William L. Monts III (Pro Hac Vice)<br>Justin W. Bernick (Pro Hac Vice)<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br>william.monts@hoganlovells.com<br>justin.bernick@hoganlovells.com<br><br>*Counsel for Defendant Agri Stats, Inc.* |

**FOR PLAINTIFF STATE OF MINNESOTA:**

KEITH ELLISON
Attorney General of Minnesota

*/s/* Katherine A. Moerke
JAMES CANADAY (No. 030234X)
Deputy Attorney General
KATHERINE A. MOERKE (No. 0312277)
ELIZABETH ODETTE (No. 0340698)
SARAH DOKTORI (No. 0403060)
Assistant Attorneys General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
james.canaday@ag.state.mn.us
Telephone: (651) 757-1421
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288
elizabeth.odette@ag.state.mn.us
Telephone: (651) 728-7208
sarah.doktori@ag.state.mn.us
Telephone: (651) 583-6694

*Attorneys for State of Minnesota and Local Counsel for States of California, North Carolina, Tennessee, Texas, and Utah*


**FOR PLAINTIFF STATE OF CALIFORNIA:**

ROB BONTA
Attorney General of California

*/s/* Robert McNary
ROBERT MCNARY (*Pro Hac Vice*)
Deputy Attorney General
NICOLE GORDON (*Pro Hac Vice*)
Deputy Attorney General
JAMIE MILLER (*Pro Hac Vice*)
Supervising Deputy Attorney General
PAULA BLIZZARD (*Pro Hac Vice*)
Senior Assistant Attorney General
Office of the Attorney General

6

California Department of Justice
300 S. Spring St.
Los Angeles, California 90013
Telephone: (213) 269-6283
Robert.McNary@doj.ca.gov

*Attorneys for State of California*

**FOR PLAINTIFF STATE OF NORTH CAROLINA:**

JOSHUA H. STEIN
Attorney General of North Carolina

*/s/* Jonathan R. Marx
JASMINE MCGHEE (*Pro Hac Vice*)
Senior Deputy Attorney General
JONATHAN R. MARX (*Pro Hac Vice*)
Special Deputy Attorney General
KUNAL CHOKSI (*Pro Hac Vice*)
Special Deputy Attorney General
114 W. Edenton Street
Raleigh, NC 27603
Telephone: (919) 716-8611
jmarx@ncdoj.gov

*Attorneys for State of North Carolina*

**FOR PLAINTIFF STATE OF TENNESSEE:**

JONATHAN SKRMETTI
Attorney General of Tennessee

*/s/* Ethan Bowers
ETHAN BOWERS (*Pro Hac Vice*)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Ethan.Bowers@ag.tn.gov
Telephone: (615) 741-8091

*Attorneys for State of Tennessee*

**FOR PLAINTIFF STATE OF TEXAS:**

KEN PAXTON
Attorney General of Texas

/*s*/ Trevor Young
BRENT WEBSTER (*Pro Hac Vice*)
First Assistant Attorney General
GRANT DORFMAN (*Pro Hac Vice*)
Deputy First Assistant Attorney General
JAMES LLOYD (*Pro Hac Vice*)
Deputy Attorney General for Civil Litigation; Chief, Antitrust Division
TREVOR YOUNG (*Pro Hac Vice*)
Deputy Chief, Antitrust Division
WILLIAM SHIEBER (*Pro Hac Vice*)
JONATHAN WOODWARD (*Pro Hac Vice*)
Assistant Attorneys General

Office of the Attorney General, State of Texas
300 West 15th Street
Austin, Texas 78701
Telephone: (512) 463-1710
Email: Trevor.Young@oag.texas.gov

*Attorneys for State of Texas*

**FOR PLAINTIFF STATE OF UTAH:**

SEAN D. REYES
Attorney General of Utah

/*s*/ Marie W.L. Martin
MARIE W.L. MARTIN (*Pro Hac Vice*)
Assistant Attorney General

Utah Office of the Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
Tel: (801) 366-0375
Fax: (801) 366-0378

Email: mwmartin@agutah.gov

*Attorneys for State of Utah*