UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AGRI STATS, INC., <br><br> *Defendant*. | Case No.: 0:23-cv-03009-JRT-JFD |

## MOTION TO DISMISS UNDER RULES 12(b)(1) AND 12(b)(6)

Defendant Agri Stats, Inc. ("Agri Stats") moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). This Motion is supported by the Memorandum of Law in Support of Defendant Agri Stats' Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6), the Declaration of Eric Scholer, and all of the files, records, and proceedings herein.

Dated: January 5, 2024                    Respectfully submitted,

*/s/ Peter H. Walsh*

Peter H Walsh (MN# 0388672)
HOGAN LOVELLS US LLP
80 South 8th Street Ste 1225
Minneapolis, MN 55402
Tel: (612) 402-3017
Fax: (612) 339-5167
peter.walsh@hoganlovells.com

William L. Monts III (Admitted Pro Hac Vice)
Justin W. Bernick (Admitted Pro Hac Vice)
HOGAN LOVELLS US LLP

555 Thirteenth Street, N.W.
Washington, D.C.  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*