**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.,<br><br>*Defendant*. | Case No.: 0:23-cv-03009-JRT-JFD |

**NOTICE OF HEARING ON DEFENDANT AGRI STATS, INC.'S
MOTION TO DISMISS UNDER RULES 12(b)(1) AND 12(b)(6)**

PLEASE TAKE NOTICE THAT Defendant Agri Stats, Inc., through its undersigned counsel, will bring a Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6) at a hearing date to be determined, before the Honorable John R. Tunheim. The hearing will be held at the United States District Court for the District of Minnesota, located at 300 South Fourth Street, Minneapolis, MN 55415.

Dated: January 5, 2024      */s/ Peter H. Walsh*

Peter H Walsh (MN# 0388672)
HOGAN LOVELLS US LLP
80 South 8th Street Ste 1225
Minneapolis, MN 55402
Tel: (612) 402-3017
Fax: (612) 339-5167
peter.walsh@hoganlovells.com

William L. Monts III (Admitted Pro Hac Vice)
Justin W. Bernick (Admitted Pro Hac Vice)

HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*