# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No.: 0:23-cv-03009-JRT-JFD |
| AGRI STATS, INC., | |
| *Defendant*. | |

## [PROPOSED] ORDER GRANTING DEFENDANT AGRI STATS, INC.'S MOTION TO DISMISS UNDER RULE 12(b)(1) and 12(b)(6)

Upon consideration of Defendant Agri Stats, Inc.'s Motion to Dismiss Under Rule 12(b)(1) and 12(b)(6), it is hereby ORDERED that Defendant's Motion is GRANTED.

It is further ORDERED that above captioned case is dismissed with prejudice.

SO ORDERED, this _____ day of _____ 2024.


_____
Judge John R. Tunheim
Unites States District Judge