UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.,<br><br>*Defendant*. | Case No.: 0:23-cv-03009-JRT-JFD |

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT AGRI STATS INC.'S MOTION TO TRANSFER

In support of its Motion to Transfer, Agri Stats submits a transcript from *Carina Ventures, LLC v. Agri Stats, Inc.*, *et al*, Case No. 4:23-cv-02685 (S.D. Tex., Dec. 15, 2023), in which Judge George C. Hanks, Jr. issued an oral ruling transferring that case to the Northern District of Illinois, where the Turkey litigation referenced in Agri Stats' transfer motion is pending. The hearing occurred two days after the filing deadline for Agri Stats Inc.'s Reply in Support of it's Motion to Transfer, and the official hearing transcript became available on January 16, 2023. *See* Notice of Filing of Official Transcript, *Carina Ventures LLC v. Agri Stats, Inc. et al*, Case No. 4:23-cv-02685 (ECF No. 118).

A copy of the transcript reflecting Judge Hanks' *Carina* Opinion is attached hereto as Exhibit A.

1

| | |
|---|---|
| Dated: January 16, 2024 | Respectfully submitted,<br><br>*/s/ Peter H. Walsh*<br><br>Peter H Walsh (MN# 0388672)<br>Hogan Lovells US LLP<br>80 South 8th Street Ste 1225<br>Minneapolis, MN 55402<br>Tel: (612) 402-3017<br>Fax: (612) 339-5167<br>Email: peter.walsh@hoganlovells.com<br><br>William L. Monts III (Pro Hac Vice)<br>Justin W. Bernick (Pro Hac Vice)<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br>william.monts@hoganlovells.com<br>justin.bernick@hoganlovells.com<br><br>*Counsel for Defendant Agri Stats, Inc.* |