# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
STATE OF MINNESOTA,
STATE OF CALIFORNIA,
STATE OF NORTH CAROLINA,
STATE OF TENNESSEE,
STATE OF TEXAS, and
STATE OF UTAH,

     *Plaintiffs*,

   v.

AGRI STATS, INC.,

     *Defendant*.

No. 0:23-CV-03009-JRT-JFD

## PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1 WORD COUNT REQUIREMENT

I, William M. Friedman, certify that Plaintiff's Opposition to Defendant's Motion to Dismiss complies with Local Rule 7.1. I further certify that, in preparation of this memorandum, I used Microsoft Word from the Microsoft Office Profession suit, and that this word processing program has been applied specifically to include all body text, headings, footnotes, and quotations (but to exclude the caption and attorney signatures) in the following word count. I further certify that the memorandum of law contains 6,889 words.

Dated: January 26, 2024

       /s/ William M. Friedman
       WILLIAM M. FRIEDMAN
       Trial Attorney
       U.S. Department of Justice
       Antitrust Division

450 Fifth Street NW
Washington, DC 20530
William.Friedman2@usdoj.gov