UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF MINNESOTA,<br>STATE OF CALIFORNIA,<br>STATE OF NORTH CAROLINA,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS, and<br>STATE OF UTAH,<br><br>                *Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.,<br><br>                *Defendant.* | No. 0:23-CV-03009-JRT-JFD |

**DECLARATION OF WILLIAM M. FRIEDMAN IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

I, WILLIAM M. FRIEDMAN, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney with the Antitrust Division of the United States Department of Justice (the "Antitrust Division"). I am admitted pro hac vice in the United States District Court for the District of Minnesota in this matter. I am a member in good standing of the bar of the District of Columbia.

2. I have personal knowledge of the matters discussed in this Declaration. If called upon as a witness in this action, I could and would testify competently thereto.

3. Attached as Exhibit 1 is a true and correct copy of excerpts from the transcript of the Deposition of Stacey Edwards taken on June 2, 2022 in connection with the matter

*In re Turkey Antitrust Litig.*, No. 19-cv-08318 (N.D. Ill.). Agri Stats designated the entirety of this deposition transcript "Highly Confidential" pursuant to the protective order in that case. Without knowing what portion of the deposition transcript Agri Stats maintains is confidential, if any, Plaintiffs have filed the entire document temporarily under seal pursuant to Local Rule 5.6.

4. Attached as Exhibit 2 is a true and correct copy of excerpts from the transcript of the Deposition of Stacey Edwards taken on January 25, 2022 in connection with the matter *In re Pork Antitrust Litig.*, No. 18-cv-1776 (D. Minn.). Agri Stats designated the entirety of this deposition transcript "Highly Confidential" pursuant to the protective order in that case. Without knowing what portion of the deposition transcript Agri Stats maintains is confidential, if any, Plaintiffs have filed the entire document temporarily under seal pursuant to Local Rule 5.6.

5. Attached as Exhibit 3 is a true and correct copy of the document bearing Bates number AGS-0000025123. Agri Stats designated the entirety of this document "Highly Confidential Business Information." Without knowing what portion of the document Agri Stats maintains is confidential, if any, Plaintiffs have filed the entire document temporarily under seal pursuant to Local Rule 5.6.

6. Attached as Exhibit 4 is a true and correct copy of the document bearing Bates number AGS-0000024571. Agri Stats designated the entirety of this document "Highly Confidential Business Information." Without knowing what portion of the document Agri Stats maintains is confidential, if any, Plaintiffs have filed the entire document temporarily under seal pursuant to Local Rule 5.6.

7. Attached as Exhibit 5 is a true and correct copy of the document bearing Bates number AGS-0000020704. Agri Stats designated the entirety of this document "Highly Confidential Business Information." Without knowing what portion of the document Agri Stats maintains is confidential, if any, Plaintiffs have filed the entire document temporarily under seal pursuant to Local Rule 5.6.

8. Attached as Exhibit 6 is a true and correct copy of Exhibit 317 to the deposition of Eric Scholer taken in connection with the matter *In re Turkey Antitrust Litig.* No. 19-cv-08318 (N.D. Ill.). This entirety of this document was designated "Highly Confidential" pursuant to the protective order in that case. Without knowing what portion of the document Agri Stats maintains is confidential, if any, Plaintiffs have filed the entire document temporarily under seal pursuant to Local Rule 5.6.

9. Attached as Exhibit 7 is a true and correct copy of a document bearing Bates number AGS-0000019926. Agri Stats designated the entirety of this document "Highly Confidential Business Information." Without knowing what portion of the document Agri Stats maintains is confidential, if any, Plaintiffs have filed the entire document temporarily under seal pursuant to Local Rule 5.6.

10. Attached as Exhibit 8 is a true and correct copy of a document produced by Agri Stats bearing Bates number AGS-0000020703, which is an email that had as an attachment the document bearing Bates number AGS-0000020704. A true and correct copy of both documents are attached as Exhibit 8. Agri Stats designated the entirety of these documents as "Highly Confidential Business Information." Without knowing what portion

3

of the documents Agri Stats maintains is confidential, if any, Plaintiffs have filed the entire documents temporarily under seal pursuant to Local Rule 5.6.

11. Attached as Exhibit 9 is a true and correct copy of a screen capture of Agri Stats' website titled "Partnership and Services" taken on January 17, 2024. The website URL is https://www.agristats.com/partnership.

12. Attached as Exhibit 10 is a true and correct copy of a screen capture of Agri Stats' website titled "News" taken on January 17, 2024. The website URL is https://www.agristats.com/news.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC on January 26, 2023.

/s/ William M. Friedman
WILLIAM M. FRIEDMAN
Trial Attorney
Antitrust Division
United States Department of Justice
450 Fifth Street NW
Washington, DC 20530
William.Friedman2@usdoj.gov