# EXHIBIT 9

1/17/24, 1:12 PM    Partnership and Services | Agri Stats, Inc.

CASE 0:23-cv-03009-JRT-JFD    Doc. 91    Filed 01/26/24    Page 2 of 2


# Agri Stats, Inc.

Home    News    Services    Careers    Company History    Contact

## Partnership And Services



Agri Stats partners with our customers to identify efficiency opportunities on a farm, flock, or plant level. We service customers in the chicken, turkey, commercial egg, and swine industries; both domestically and internationally.

We utilize customized reports and graphs to identify for each customer exactly how every level of their operation performed in a given period, and how they compared to similar organizations in the industry. Our reports have evolved over the past 27 years to best capture and display content that provides decision makers the tools and resources to guide their organizations in all economic seas.

For more information on Agri Stats and our services, please contact info@agristats.com or call us directly at 260.407.2700

Follow @AgriStats

Follow    Share    168 people are following this. Be

## Main Menu

- Home
- News
- Services
- Careers
- Company History
- Contact

## Mission Statement

IMPROVE THE BOTTOM LINE PROFITABILITY FOR OUR PARTICIPANTS BY PROVIDING ACCURATE AND TIMELY COMPARATIVE DATA WHILE PRESERVING THE CONFIDENTIALITY OF INDIVIDUAL COMPANIES.

Copyright © 2024, Agri Stats, Inc..

™ Agri Stats, Inc. is a registered trademark.