UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF MINNESOTA,<br>STATE OF CALIFORNIA,<br>STATE OF NORTH CAROLINA,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS, and<br>STATE OF UTAH,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>AGRI STATS, INC.,<br><br>      *Defendant.* | No. 0:23-CV-03009-JRT-JFD<br><br>STATEMENT OF REDACTION |

  Plaintiffs, by and through William M. Friedman, Trial Attorney, United States Department of Justice Antitrust Division, hereby notify this Court that Exhibits 1-8 to the Declaration of William M. Friedman in Support of Plaintiffs' Opposition to Defendant's Motion to Dismiss have been filed under seal on CM/ECF at Docket No. 90-90-7. These documents were designated in their entirety as "Highly Confidential" or "Highly Confidential Business Information" by Agri Stats. Without knowing what portion of the documents Agri Stats maintains is confidential, redaction is impracticable.

Dated: January 26, 2024                          Respectfully submitted,

/s/ William Friedman
WILLIAM M. FRIEDMAN
Trial Attorney
Antitrust Division
United States Department of Justice
450 Fifth Street NW
Washington, DC 20530
William.Friedman2@usdoj.gov