## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> AGRI STATS, INC., <br><br> *Defendant.* | Case No. 0:23-cv-03009-JRT-JFD <br><br> **DEFENDANT'S AMENDED NOTICE OF HEARING ON MOTION TO DISMISS AND MOTION TO TRANSFER VENUE** |

PLEASE TAKE NOTICE that on April 5, 2024, at 10:00 AM before the Honorable Judge John R. Tunheim of the United States District Court for the District of Minnesota, Courtroom 14E, 300 South Fourth Street, Minneapolis, MN 55415, Defendant Agri Stats, Inc. will move this Court for an Order granting its Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure or, alternatively, its Motion to Transfer Venue pursuant to 28 U.S.C. § 1404.

| | |
|---|---|
| Dated: February 20, 2024 | Respectfully submitted, <br><br> **HOGAN LOVELLS US LLP** <br><br> <u>/s/Peter H. Walsh</u> <br> Peter H. Walsh (MN# 0388672) <br> 80 South 8th Street, Ste. 1225 <br> Minneapolis, MN 55402 <br> Tel: (612) 402-3017 <br> Fax: (612) 339-5167 <br> peter.walsh@hoganlovells.com <br><br> William L. Monts III (admitted *pro hac vice*) <br> Justin W. Bernick (admitted *pro hac vice*) <br> 555 Thirteenth Street, N.W. <br> Washington, DC 20004 |

Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com