**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MINNESOTA, STATE OF CALIFORNIA, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF TEXAS, and STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>AGRI STATS, INC.,<br><br>Defendant. | **ORDER**<br><br>No.: 0:23-cv-03009-JRT-JFD |

This matter is before the Court for case management review. The Court, because of the pending motions to transfer venue and dismiss (Dkt. Nos. 42, 77), did not issue an order for a Rule 26(f) conference and report, followed by a Fed. R. Civ. P. 16 pretrial scheduling order. Because no scheduling order providing for discovery had issued, the Court was surprised to receive inquiries about available dates for a hearing on a motion to stay discovery. Nevertheless, from the fact that motions hearing dates are being inquired into, rather than a stipulation staying discovery being filed, the Court concludes that the parties do not hold the same views on whether discovery should go forward while the motions are under consideration. The best way to resolve those differences is to air them out in motions practice.

The Court will reserve **April 3, 2024 at 10:00 a.m. CST** for the forthcoming motion. The Court is agreeable to hearing the motion via Zoom and will provide counsel a Zoom link prior to the hearing.

Dated: March 6, 2024        *s/ John F. Docherty*
                                                    JOHN F. DOCHERTY
                                                    United States Magistrate Judge