UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.<br><br>*Defendant.* | Case No.: 0:23-cv-03009-JRT-JFD |

## MOTION TO STAY DISCOVERY

Defendant Agri Stats, Inc. ("Agri Stats") moves, pursuant to Federal Rule of Civil Procedure 26 and this Court's inherent discretion to manage its docket, to stay discovery in this action. This Motion is supported by the Memorandum of Law in Support of Defendant Agri Stats' Motion to Stay Discovery, accompanying exhibits, and all of the files, records, and proceedings herein.

Dated: March 20, 2024            Respectfully submitted,

*/s/ Peter H. Walsh*

Peter H Walsh (MN# 0388672)
HOGAN LOVELLS US LLP
80 South 8th Street Ste 1225
Minneapolis, MN 55402
Tel: (612) 402-3017
Fax: (612) 339-5167
Email: peter.walsh@hoganlovells.com

William L. Monts III (Admitted Pro Hac Vice)
Justin W. Bernick (Admitted Pro Hac Vice)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*