UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> AGRI STATS, INC. <br><br> *Defendant.* | Case No.: 0:23-cv-03009-JRT-JFD |

**NOTICE OF HEARING ON DEFENDANT'S
MOTION TO STAY DISCOVERY**

PLEASE TAKE NOTICE THAT Defendant Agri Stats, Inc., through its undersigned counsel, will bring a Motion to Stay Discovery on April 3, 2024, at 10 a.m. CST, before the Honorable John F. Docherty. *See* ECF No. 98. The hearing will be conducted remotely via Zoom. *Id.*

Dated: March 20, 2024               */s/ Peter H. Walsh*

                                             Peter H Walsh (MN# 0388672)
                                             HOGAN LOVELLS US LLP
                                             80 South 8th Street Ste 1225
                                             Minneapolis, MN 55402
                                             Tel: (612) 402-3017
                                             Fax: (612) 339-5167
                                             Email: peter.walsh@hoganlovells.com

                                             William L. Monts III (Admitted Pro Hac Vice)
                                             Justin W. Bernick (Admitted Pro Hac Vice)
                                             HOGAN LOVELLS US LLP
                                             555 Thirteenth Street, N.W.
                                             Washington, D.C.  20004
                                             Tel: (202) 637-5600
                                             Fax: (202) 637-5910
                                             william.monts@hoganlovells.com

justin.bernick@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*

2