## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.,<br><br>*Defendant*. | Case No.: 0:23-cv-03009-JRT-JFD |

## DEFENDANT'S CERTIFICATION OF COMPLIANCE WITH
## LOCAL RULE 7.1 WORD COUNT REQUIREMENT

I, Peter H. Walsh, certify that Defendant's Motion to Stay Discovery complies with Local Rule 7.1.  I further certify that, in preparation of this memorandum, I used Microsoft Word from the Microsoft Office Professional suite, and that this word processing program has been applied specifically to include all body text, headings, footnotes, and quotations (but to exclude the caption and attorney signatures) in the following word count.  I further certify that the Memorandum of Law contains 3,393 words.

Dated: March 20, 2024            */s/ Peter H. Walsh*

                                         Peter H Walsh (MN# 0388672)
                                         HOGAN LOVELLS US LLP
                                         80 South 8th Street Ste 1225
                                         Minneapolis, MN 55402
                                         Tel: (612) 402-3017
                                         Fax: (612) 339-5167
                                         peter.walsh@hoganlovells.com

                                         William L. Monts III (Admitted Pro Hac Vice)
                                         Justin W. Bernick (Admitted Pro Hac Vice)

Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*
