# EXHIBIT 3

**From:** Phibbs, Liam E.
**Sent:** Tuesday, March 5, 2024 5:12 PM
**To:** 'Docherty_chambers@mnd.uscourts.gov' <Docherty_chambers@mnd.uscourts.gov>
**Cc:** Monts, William L., III <william.monts@hoganlovells.com>; Bernick, Justin W. <justin.bernick@hoganlovells.com>; Walsh, Peter H. <peter.walsh@hoganlovells.com>; Sosnowsky, Mark (ATR) <Mark.Sosnowsky@usdoj.gov>; 'Congdon, James (ATR)' <James.Congdon@usdoj.gov>; Nelson, Peter (ATR) <Peter.Nelson@usdoj.gov>; Kim, Eun-Ha (ATR) <Eun-Ha.Kim@usdoj.gov>; Dominguez-Reese, Silvia (ATR) <Silvia.Dominguez-Reese2@usdoj.gov>; Friedman, William (ATR) <William.Friedman2@usdoj.gov>; Redding, Devin (ATR) <Devin.Redding@usdoj.gov>; Eberstadt Beattie, Zoe (ATR) <Zoe.EberstadtBeattie@usdoj.gov>; Repp, Liles (USAMN) <Liles.Repp@usdoj.gov>; Paula Blizzard <Paula.Blizzard@doj.ca.gov>; McNary, Robert (CA) <Robert.McNary@doj.ca.gov>; Miller, Jamie (CA) <jamie.miller@doj.ca.gov>; Gordon, Nicole (CA) <nicole.gordon@doj.ca.gov>; Odette, Elizabeth (MN) <elizabeth.odette@ag.state.mn.us>; Moerke, Katherine (MN) <katherine.moerke@ag.state.mn.us>; Doktori, Sarah (MN) <sarah.doktori@ag.state.mn.us>; Tyler Blackmon <Tyler.Blackmon@ag.state.mn.us>; Marx, Jonathan (NC) <jmarx@ncdoj.gov>; McGhee, Jasmine (NC) <jmcghee@ncdoj.gov>; Choksi, Kunal (NC) <kchoksi@ncdoj.gov>; Bowers, Ethan (TN) <Ethan.Bowers@ag.tn.gov>; Young, Trevor (TX) <Trevor.Young@oag.Texas.Gov>; Shieber, William (TX) <William.Shieber@oag.Texas.Gov>; Woodward, Jonathan (TX) <Luke.Woodward@oag.Texas.Gov>; Martin, Marie (UT) <mwmartin@agutah.gov>
**Subject:** United States et al. v. Agri Stats, Inc. (No. 23-cv-03009-JRT-JFD) – Agri Stats' Forthcoming Motion to Stay Discovery

Good afternoon,

Pursuant to Local Rule 7.1(b), Defendant Agri Stats, Inc. ("Agri Stats") respectfully requests the Court schedule a hearing regarding Agri Stats' forthcoming motion to stay discovery. The Parties have conferred and are available March 22, 2024, and March 25, 2024, as well as the morning of March 26, 2024.

If the Court is not available on those dates, the Parties will propose additional dates and times. Agri Stats will file its motion to stay discovery fourteen days prior to the hearing, consistent with Local Rule 7.1(b)(1).

Sincerely,
Liam

**Liam Phibbs**
Senior Associate

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Tel:     +1 202 637 5600

1

Direct: +1 202 637 6575
Fax: +1 202 637 5910
Email: liam.phibbs@hoganlovells.com
www.hoganlovells.com

*Please consider the environment before printing this e-mail.*

2