# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.<br><br>*Defendant.* | Case No.: 0:23-cv-03009-JRT-JFD |

### MEET-AND-CONFER STATEMENT

I, **Liam E. Phibbs, representing Agri Stats, Inc.** hereby certify that:

I met and conferred with the opposing party by:

    Meeting telephonically with ***Mark Sosnowsky and others from the Antitrust Division of the United States Department of Justice, as well as Katherine Moerke and others for Plaintiff States***

    On ***February 20, 2024***

    Discussing, in part, the following motion:

    ***Agri Stats, Inc.'s Motion to Stay Discovery as well as the Rule 26 Report.***

    Meeting via email with ***Mark Sosnowsky from the Antitrust Division of the United States Department of Justice, as well as representatives for Plaintiffs States***

    On ***March 1, 2024 and March 7, 2024***

    Discussing, in part, the following motion:

    ***Agri Stats, Inc.'s Motion to Stay Discovery.***

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

    ***[X] Do not agree on the resolution of any part of the motion.***

Signed this 20th day of March, 2024.

| | |
|---|---|
| Signature of Party | */s/ Liam E. Phibbs* |
| Mailing Address | Hogan Lovells US LLP |
| | 555 13th St NW |
| | Washington, DC 20004 |
| Telephone Number | (202) 637-6575 |

Note:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).