**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>AGRI STATS, INC.<br><br>*Defendant.* | Case No.: 0:23-cv-03009-JRT-JFD |

**[PROPOSED] ORDER GRANTING DEFENDANT'S**
**MOTION TO STAY DISCOVERY**

Upon consideration of Defendant Agri Stats, Inc.'s Motion to Stay Discovery, and for good cause shown, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. The parties shall serve Rule 26(a) disclosures and continue negotiating a proposed confidentiality order and electronically stored information protocol during the pendency of Defendant's Motion to Dismiss (ECF No. 77).  All other discovery is stayed until the Defendant's Motion to Dismiss (ECF No. 77) is resolved.

**SO ORDERED**, this _____ day of _____ 2024.

_____
Hon. John F. Docherty
Unites States Magistrate Judge