**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MINNESOTA, STATE OF CALIFORNIA, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF TEXAS, and STATE OF UTAH,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>AGRI STATS, INC.,<br><br>     *Defendant.* | No. 0:23-CV-03009-JRT-JFD |

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH**
**LOCAL RULE 7.1 WORD COUNT REQUIREMENT**

  I, Devin L. Redding, certify that Plaintiff's Opposition to Defendant's Motion to Stay Discovery complies with Local Rule 7.1. I further certify that, in preparation of this memorandum, I used Microsoft Word from the Microsoft Office Profession suit, and that this word processing program has been applied specifically to include all body text, headings, footnotes, and quotations (but to exclude the caption and attorney signatures) in the following word count. I further certify that the memorandum of law contains 3,639 words.

Dated: March 27, 2024              /s/ Devin L. Redding
                       DEVIN L. REDDING
                       Trial Attorney
                       U.S. Department of Justice
                       Antitrust Division
                       450 Fifth Street NW
                       Washington, DC 20530
                       Devin.Redding@usdoj.gov