# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF MINNESOTA,<br>STATE OF CALIFORNIA,<br>STATE OF NORTH CAROLINA,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS, and<br>STATE OF UTAH,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>AGRI STATS, INC.,<br><br>      *Defendant*. | No. 0:23-CV-03009-JRT-JFD<br><br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs hereby notify the Court of supplemental authority in support of Plaintiffs' opposition to Defendant's pending Motion to Dismiss (ECF No. 77).

On March 19, 2024, the United States Supreme Court issued a decision in *FBI v. Fikre*, No. 22-1178, 601 U.S. ___, 2024 WL 1160994 (Mar. 19, 2024), holding that a "sparse declaration" regarding no current plans to resume the challenged conduct and the passage of seven years since the conduct ceased are both insufficient bases for dismissal.

In *Fikre*, a U.S. citizen filed suit against the United States in 2015 challenging his placement on the No Fly List as unlawful. *Id.*, slip op. at 3. In May 2016, the United States notified the plaintiff that it had removed him from the No Fly List, and subsequently moved to dismiss his claim as moot. *Id.*, slip op. at 4. The district court granted the government's motion and the Ninth Circuit reversed, holding that "[w]hen a party seeks to moot a case based on its own voluntary cessation of challenged conduct . . . it must show that its

1

'allegedly wrongful behavior' cannot 'reasonably be expected to recur.'" *Id.* (cleaned up). On remand, the government moved to dismiss again, relying on a declaration that represented that the plaintiff "will not be placed on the No Fly List in the future based on the currently available information." *Id.* The district court once again granted the government's motion to dismiss, and the Ninth Circuit again reversed, holding that the

> declaration might mean that [the plaintiff] "will not be placed on the No Fly List now based on what he did in the past." But . . . the declaration . . . does not ensure that he will "not be placed on the List if . . . he . . . engag[es] in the same or similar conduct" in the future. As a result, . . . the government had still failed to meet its burden of establishing that its allegedly unlawful conduct cannot "'reasonably be expected to recur.'"

*Id.*, slip op. at 4–5 (citations omitted).

The Supreme Court affirmed, holding that the "sparse declaration falls short of demonstrating that [the defendant] cannot reasonably be expected to do again in the future what it is alleged to have done in the past." *Id.*, slip op. at 5 (citing *Friends of the Earth, Inc. v. Laidlaw Env't Servs. (TOC), Inc.*, 528 U.S. 167, 190 (2000)). The Supreme Court also held that the passage of more than seven years since the plaintiff was removed from the No Fly List is also "insufficient to warrant dismissal," because "[a] case does not automatically become moot when a defendant suspends its challenged conduct and then carries on litigating for some specified period." *Id.*, slip op. at 7–8.

A copy of the *FBI v. Fikre* decision is attached hereto as Exhibit A.

2

Dated: March 28, 2024       Respectfully,

**FOR PLAINTIFF UNITED STATES OF AMERICA:**

ANN M. BILDTSEN
Attorney ID No. 0271494
First Assistant United States Attorney
Attorney for the United States Acting Under
Authority Conferred by
28 U.S.C. § 515

/s/ Liles H. Repp
LILES H. REPP
Attorney ID No. 0400692
Assistant United States Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: (612) 664-5600
Fax: (612) 664-5788
Liles.Repp@usdoj.gov


*/s/* Mark H.M. Sosnowsky
MARK H.M. SOSNOWSKY (*Pro Hac Vice*)
EUN-HA KIM
Senior Trial Counsel

WILLIAM M. FRIEDMAN (*Pro Hac Vice*)
JAMES H. CONGDON (*Pro Hac Vice*)
SILVIA J. DOMINGUEZ-REESE (*Pro Hac Vice*)
PETER A. NELSON (*Pro Hac Vice*)
DEVIN L. REDDING (*Pro Hac Vice*)
Trial Attorneys

United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Telephone: (202) 812-4723

Facsimile: (202) 307-5802
Mark.Sosnowsky@usdoj.gov
Eun-Ha.Kim@usdoj.gov
William.Friedman2@usdoj.gov
James.Congdon@usdoj.gov
Silvia.Dominguez-Reese2@usdoj.gov
Peter.Nelson@usdoj.gov
Devin.Redding@usdoj.gov

*Attorneys for United States of America*

**FOR PLAINTIFF STATE OF
MINNESOTA:**

KEITH ELLISON
Attorney General of Minnesota

*/s/* Katherine A. Moerke
JAMES CANADAY (No. 030234X)
Deputy Attorney General
KATHERINE A. MOERKE (No. 0312277)
ELIZABETH ODETTE (No. 0340698)
SARAH DOKTORI (No. 0403060)
Assistant Attorneys General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
james.canaday@ag.state.mn.us
Telephone: (651) 757-1421
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288
elizabeth.odette@ag.state.mn.us
Telephone: (651) 728-7208
sarah.doktori@ag.state.mn.us
Telephone: (651) 583-6694

*Attorneys for State of Minnesota and Local
Counsel for States of California, North
Carolina, Tennessee, Texas, and Utah*

**FOR PLAINTIFF STATE OF
CALIFORNIA:**

4

ROB BONTA
Attorney General of California

*/s/* Robert McNary
ROBERT MCNARY (*Pro Hac Vice*)
Deputy Attorney General
NICOLE GORDON (*Pro Hac Vice*)
Deputy Attorney General
JAMIE MILLER (*Pro Hac Vice*)
Supervising Deputy Attorney General
PAULA BLIZZARD (*Pro Hac Vice*)
Senior Assistant Attorney General
Office of the Attorney General
California Department of Justice
300 S. Spring St.
Los Angeles, California 90013
Telephone: (213) 269-6283
Robert.McNary@doj.ca.gov

*Attorneys for State of California*


**FOR PLAINTIFF STATE OF NORTH
CAROLINA:**

JOSHUA H. STEIN
Attorney General of North Carolina

*/s/* Jonathan R. Marx
JASMINE MCGHEE (*Pro Hac Vice*)
Senior Deputy Attorney General
JONATHAN R. MARX (*Pro Hac Vice*)
Special Deputy Attorney General
KUNAL CHOKSI (*Pro Hac Vice*)
Special Deputy Attorney General
114 W. Edenton Street
Raleigh, NC 27603
Telephone: (919) 716-8611
jmarx@ncdoj.gov

*Attorneys for State of North Carolina*

5

**FOR PLAINTIFF STATE OF TENNESSEE:**

JONATHAN SKRMETTI
Attorney General of Tennessee

*/s/* Ethan Bowers
ETHAN BOWERS (*Pro Hac Vice*)
J. TATE BALL (*Pro Hac Vice*)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Ethan.Bowers@ag.tn.gov
Tate.Ball@ag.tn.gov
Telephone: (615) 741-8091

*Attorneys for State of Tennessee*


**FOR PLAINTIFF STATE OF TEXAS:**

KEN PAXTON
Attorney General of Texas

*/s/* Trevor Young
BRENT WEBSTER (*Pro Hac Vice*)
First Assistant Attorney General
GRANT DORFMAN (*Pro Hac Vice*)
Deputy First Assistant Attorney General
JAMES LLOYD (*Pro Hac Vice*)
Deputy Attorney General for Civil Litigation;
Chief, Antitrust Division
TREVOR YOUNG (*Pro Hac Vice*)
Deputy Chief, Antitrust Division
WILLIAM SHIEBER (*Pro Hac Vice*)
JONATHAN WOODWARD (*Pro Hac Vice*)
Assistant Attorneys General
Office of the Attorney General, State of Texas
300 West 15th Street
Austin, Texas 78701
Telephone: (512) 463-1710
Trevor.Young@oag.texas.gov

6

*Attorneys for State of Texas*


**FOR PLAINTIFF STATE OF UTAH:**

SEAN D. REYES
Attorney General of Utah

/s/ Marie W.L. Martin
MARIE W.L. MARTIN (*Pro Hac Vice*)
Assistant Attorney General
Utah Office of the Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
Telephone: (801) 366-0375
Fax: (801) 366-0378
mwmartin@agutah.gov

*Attorneys for State of Utah*

7