# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| United States of America, et al. | **COURT MINUTES** |
| Plaintiffs, | BEFORE: John R. Tunheim |
| v. | U.S. District Judge |
| Agri Stats, Inc., | |
| Defendant. | |

| | |
|---|---|
| Case No: | 23-3009 (JRT/JFD) |
| Date: | April 5, 2024 |
| Deputy: | Heather Arent |
| Court Reporter: | Kristine Mousseau |
| Courthouse: | Minneapolis |
| Courtroom: | 14E |
| Time Commenced: | 10:10 a.m. |
| Time Concluded: | 11:17 a.m. |
| Time in Court: | 1 Hour and 7 Minutes |

Hearing on:

- Defendant's Motion to Dismiss [Docket No. 77]
- Defendant's Motion to Transfer Venue [Docket No. 42]

APPEARANCES:

Plaintiffs:    March Sosnowsky, William Friedman, Liles Repp, Sarah Doktori, Robert McNary
Defendant:    Justin Bernick, Peter Walsh, Liam Phibbs

PROCEEDINGS:

Motions taken Under Advisement

**\*\*IT IS ORDERED:**

☒ Written order forthcoming.

s/Heather Arent<br>
Courtroom Deputy