UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.,<br><br>*Defendant*. | Case No.: 0:23-cv-03009-JRT-JFD |

### CORPORATE DISCLOSURE STATEMENT OF AGRI STATS, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Agri Stats, Inc. states that it is a wholly owned subsidiary of Agri Stats Omega Holding Co. LLC. Agri Stats Omega Holding Co. LLC is a privately held domestic limited liability company. No publicly held company owns more than 10% of Agri Stats, Inc.

Dated: June 12, 2024

Respectfully submitted,

*/s/ Justin W. Bernick*

Peter H. Walsh (MN# 0388672)
Hogan Lovells US LLP
80 South 8th Street Ste 1225
Minneapolis, MN 55402
Tel: (612) 402-3017
Fax: (612) 339-5167
Email: peter.walsh@hoganlovells.com

William L. Monts III (Pro Hac Vice)
Justin W. Bernick (Pro Hac Vice)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.

Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*