UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 23-cv-3009

| | |
|---|---|
| United States of America,<br><br> *Plaintiff,*<br><br> v.<br><br>AgriStats, Inc.,<br><br> *Defendant.* | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

TO THE CLERK AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83.7(a), Jonathan R. Marx hereby withdraws his appearance as counsel for Plaintiff State of North Carolina in the above-captioned matter. The State of North Carolina will be represented by Jasmine McGhee and Kunal Choksi of the North Carolina Department of Justice, who have entered appearances in this matter.

Respectfully submitted the 27th day of June, 2024.

        */s/ Jonathan R. Marx*
        Jonathan R. Marx
        Special Deputy Attorney General
        North Carolina Department of Justice
        Post Office Box 629
        Raleigh, North Carolina 27602
        Phone: (919) 716-6000
        N.C. State Bar No. 35428
        jmarx@ncdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This the 27th day of June, 2024.

*/s/ Jonathan R. Marx*
Jonathan R. Marx
Special Deputy Attorney General
