# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF MINNESOTA,<br>STATE OF CALIFORNIA,<br>STATE OF NORTH CAROLINA,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS, and<br>STATE OF UTAH,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>AGRI STATS, INC.,<br><br>    *Defendant.* | **STIPULATION FOR ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND PAPER DOCUMENTS**<br><br>No. 0:23-CV-03009-JRT-JFD |

Plaintiffs United States of America and the States of Minnesota, California, North Carolina, Tennessee, Texas, and Utah ("Plaintiffs"), and Defendant Agri Stats, Inc. ("Defendant," and together with Plaintiffs, the "Parties") stipulate and agree to the entry of the attached Order Regarding Production of Electronically Stored Information and Paper Documents ("ESI Order") in accordance with Rule 26 of the Federal Rules of Civil Procedure and the Court's June 24, 2024 Scheduling Order (ECF No. 124).

Respectfully submitted by:

Dated: July 12, 2024

| **FOR PLAINTIFF UNITED STATES OF AMERICA:** | **FOR DEFENDANT AGRI STATS, INC.:** |
|---|---|
| /s/ Mark H.M. Sosnowsky<br>MARK H.M. SOSNOWSKY (*Pro Hac Vice*)<br>EUN-HA KIM | /s/Peter H. Walsh<br>Peter H. Walsh (MN# 0388672)<br>Hogan Lovells US LLP |

WILLIAM M. FRIEDMAN (*Pro Hac Vice*)
JAMES H. CONGDON (*Pro Hac Vice*)
SILVIA J. DOMINGUEZ-REESE (*Pro Hac Vice*)
PETER A. NELSON (*Pro Hac Vice*)
DEVIN L. REDDING (*Pro Hac Vice*)

United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Telephone: (202) 812-4723
Mark.Sosnowsky@usdoj.gov

/s/ Liles H. Repp
LILES H. REPP
Attorney ID No. 0400692
Assistant United States Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: (612) 664-5600
Fax: (612) 664-5788
Liles.Repp@usdoj.gov

80 South 8th Street Ste 1225
Minneapolis, MN 55402
Tel: (612) 402-3017
Fax: (612) 339-5167
Email: peter.walsh@hoganlovells.com

William L. Monts III (*Pro Hac Vice*)
Justin W. Bernick (*Pro Hac Vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*

**FOR PLAINTIFF STATE OF MINNESOTA:**

KEITH ELLISON
Attorney General of Minnesota

/s/ Katherine A. Moerke
JAMES CANADAY (No. 030234X)
Deputy Attorney General
KATHERINE A. MOERKE (No. 0312277)
ELIZABETH ODETTE (No. 0340698)
SARAH DOKTORI (No. 0403060)
Assistant Attorneys General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
james.canaday@ag.state.mn.us
Telephone: (651) 757-1421

katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288
elizabeth.odette@ag.state.mn.us
Telephone: (651) 728-7208
sarah.doktori@ag.state.mn.us
Telephone: (651) 583-6694

*Attorneys for State of Minnesota and Local Counsel for*
*States of California, North Carolina, Tennessee, Texas, and Utah*

**FOR PLAINTIFF STATE OF CALIFORNIA:**

ROB BONTA
Attorney General of California

/s/ Robert McNary
ROBERT MCNARY (*Pro Hac Vice*)
Deputy Attorney General
NICOLE GORDON (*Pro Hac Vice*)
Deputy Attorney General
JAMIE MILLER (*Pro Hac Vice*)
Supervising Deputy Attorney General
PAULA BLIZZARD (*Pro Hac Vice*)
Senior Assistant Attorney General
Office of the Attorney General
California Department of Justice
300 S. Spring St.
Los Angeles, California 90013
Telephone: (213) 269-6283
Robert.McNary@doj.ca.gov

*Attorneys for State of California*

**FOR PLAINTIFF STATE OF NORTH CAROLINA:**

JOSHUA H. STEIN
Attorney General of North Carolina

/s/ Kunal Choksi
JASMINE MCGHEE (*Pro Hac Vice*)
Senior Deputy Attorney General

KUNAL CHOKSI (*Pro Hac Vice*)
Special Deputy Attorney General
114 W. Edenton Street
Raleigh, NC 27603
Telephone: (919) 716-7032
kchoksi@ncdoj.gov

*Attorneys for State of North Carolina*


**FOR PLAINTIFF STATE OF TENNESSEE:**

JONATHAN SKRMETTI
Attorney General of Tennessee

/s/ J. Tate Ball
ETHAN BOWERS (*Pro Hac Vice*)
J. TATE BALL (*Pro Hac Vice)*
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Ethan.Bowers@ag.tn.gov
Telephone: (615) 741-8091

*Attorneys for State of Tennessee*


**FOR PLAINTIFF STATE OF TEXAS:**

KEN PAXTON
Attorney General of Texas

/s/ Jonathan Woodward
BRENT WEBSTER (*Pro Hac Vice*)
First Assistant Attorney General
GRANT DORFMAN (*Pro Hac Vice*)
Deputy First Assistant Attorney General
JAMES LLOYD (*Pro Hac Vice*)
Deputy Attorney General for Civil Litigation; Chief, Antitrust Division
TREVOR YOUNG (*Pro Hac Vice*)
Deputy Chief, Antitrust Division

WILLIAM SHIEBER (*Pro Hac Vice*)
JONATHAN WOODWARD (*Pro Hac Vice*)
Assistant Attorneys General

Office of the Attorney General, State of Texas
300 West 15th Street
Austin, Texas 78701
Telephone: (512) 463-1710
Email: Trevor.Young@oag.texas.gov

*Attorneys for State of Texas*


**FOR PLAINTIFF STATE OF UTAH:**

SEAN D. REYES
Attorney General of Utah

/s/ Marie W.L. Martin
MARIE W.L. MARTIN (*Pro Hac Vice*)
Assistant Attorney General

Utah Office of the Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
Tel: (801) 366-0375
Fax: (801) 366-0378
Email: mwmartin@agutah.gov

*Attorneys for State of Utah*