# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, et al. | **MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION** |
| Plaintiff(s) | Case No:   23-cv-03009-JRT-JFD |
| v. | |
| Agri Stats, Inc. | |
| Defendant(s) | |

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Devin L. Redding, currently listed as counsel of record for Plaintiff United States of America wishes to withdraw as counsel for Plaintiff United States of America in this case for the following reason(s): I am no longer an employee on behalf of the Department of Justice.

Dated:  This 5th day of September 2024

*/s/ Devin L. Redding*
Devin L. Redding
Trial Attorney
Antitrust Division
United States Department of Justice
450 Fifth Street NW
Washington, DC 20530