# UNITED STATES DISTRICT COURT

_____  DISTRICT OF MINNESOTA  _____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF MINNESOTA,<br>STATE OF CALIFORNIA,<br>STATE OF NORTH CAROLINA,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS, and<br>STATE OF UTAH, | **NOTICE OF WITHDRAWAL AS<br>COUNSEL OF RECORD** |
|      *Plaintiffs* | Case No. 0:23-CV-03009-JRT-JFT |
| v. | |
| AGRI STATS, INC., | |
|      *Defendant.* | |

_____

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that J. Tate Ball currently listed as counsel of record for the Plaintiff State of Tennessee wishes to withdraw as counsel for the Plaintiff State of Tennessee in this case for the following reason(s): Change of employment.

Dated: ___9/16/2024___                  __s/ J. Tate Ball_____
                          J. TATE BALL
                          Office of the Tennessee Attorney General
                          P.O. Box 20207
                          Nashville, Tennessee 37202
                          Email: Tate.Ball@ag.tn.gov
                          Telephone: (615)741-8091

                          Attorney for the Plaintiff State of Tennessee