UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 23-cv-3009

| | |
|---|---|
| United States of America,<br><br>   *Plaintiff,*<br><br>   v.<br><br>AgriStats, Inc.,<br><br>   *Defendant.* | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

TO THE CLERK AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83.7(a), and with the consent of the Plaintiff State of North Carolina, the undersigned counsel respectfully moves this Court for leave to withdraw as counsel of record in the above-captioned matter. The State of North Carolina will continue to be represented by Kunal Choksi of the North Carolina Department of Justice, who has entered an appearance in this matter.

Respectfully submitted the 27th day of December, 2024.

                                      STATE OF NORTH CAROLINA, *ex rel.*
                                      JOSHUA H. STEIN, Attorney General

                                      */s/ Jasmine S. McGhee*
                                      Jasmine S. McGhee
                                      Senior Deputy Attorney General
                                      Chief, Consumer Protection Division
                                      North Carolina Department of Justice
                                      Post Office Box 629
                                      Raleigh, North Carolina 27602
                                      Phone: (919) 716-6000
                                      N.C. State Bar No. 48424
                                      jmcghee@ncdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This the 27th day of December, 2024.

*/s/ Jasmine S. McGhee*
Jasmine S. McGhee
Senior Deputy Attorney General
