# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
STATE OF MINNESOTA,
STATE OF CALIFORNIA,
STATE OF TENNESSEE,
STATE OF TEXAS, and
STATE OF UTAH                             **NOTICE OF WITHDRAWAL OF COUNSEL**

       Plaintiff(s)      Case No:      No. 0:23-CV-03009-JRT-JFD

v.

AGRI STATS, INC.,

       Defendant(s)

    Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel of his withdrawal as counsel of record for the Plaintiff State of Texas, and in support thereof would respectfully show the court the following:

    Multiple attorneys have appeared on behalf of the Plaintiff State of Texas in this matter, and one of those attorneys, Katherine Moerke, is an active member in good standing of the bar of this court and will still be the Plaintiff State of Texas' counsel of record after the withdrawal of the undersigned attorney.

Dated: 2/7/2025

*Trevor Young*
Trevor Young, Withdrawing Attorney