# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AGRI STATS, INC., <br><br> *Defendant*. | Civ. No. 0:23-CV-03009-JRT-JFD |

## **NOTICE**

Defendant Agri Stats, Inc. gives the Parties in this action notice of a filing under seal in the related case *In re Pork Antitrust Litigation*, CA No. 0:18-cv-1776-JRT-JFD. A copy of that filing is included as Exhibit A to this notice, which has been filed under seal.

Dated: February 13, 2025

Respectfully submitted,

*/s/ Justin W. Bernick*

Peter H Walsh (MN# 0388672)
Hogan Lovells US LLP
80 South 8th Street Ste 1225
Minneapolis, MN 55402
Tel: (612) 402-3017
Fax: (612) 339-5167
Email: peter.walsh@hoganlovells.com

William L. Monts III (Pro Hac Vice)
Justin W. Bernick (Pro Hac Vice)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004

Tel: (202) 637-5600  
Fax: (202) 637-5910  
william.monts@hoganlovells.com  
justin.bernick@hoganlovells.com  

*Counsel for Defendant Agri Stats, Inc.*