# UNITED STATES DISTRICT COURT

_____ **DISTRICT OF MINNESOTA** _____

| | |
|---|---|
| United States of America, et al. | **MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION** |
| Plaintiff(s) | Case No:   23-cv-03009-JRT-JFD |
| v. | |
| Agri Stats, Inc. | |
| Defendant(s) | |

_____

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Adam Kinkley, currently listed as counsel of record for Plaintiff United States of America wishes to withdraw as counsel for Plaintiff United States of America in this case for the following reason(s): Internal reassignment.

Dated:  This 18th day of February, 2025      */s/ Adam Kinkley*
                                             Adam Kinkley
                                             Trial Attorney
                                             Antitrust Division
                                             United States Department of Justice
                                             450 Fifth Street NW
                                             Washington, DC 20530