## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MINNESOTA, STATE OF CALIFORNIA, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF TEXAS, and STATE OF UTAH,<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.,<br><br>*Defendant*. | No. 0:23-CV-03009-JRT-JFD |

### DECLARATION OF WILLIAM M. FRIEDMAN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT AGRI STATS, INC.'S OBJECTIONS TO THE MAGISTRATE JUDGE'S FEBRUARY 19, 2025 ORDER

I, WILLIAM M. FRIEDMAN, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney with the Antitrust Division of the United States Department of Justice. I am admitted pro hac vice in the United States District Court for the District of Minnesota in this matter. I am a member in good standing of the bar of the District of Columbia.

2. I have personal knowledge of the matters discussed in this Declaration. If called upon as a witness in this action, I could and would testify competently thereto.

3. Attached as Exhibit 1 is a true and correct copy of excerpts from Defendant Agri Stats, Inc.'s Responses and Objections to Plaintiffs' First Set of Interrogatories, served on Plaintiffs on September 13, 2024. Plaintiffs have filed the entire document temporarily under seal pursuant to Local Rule 5.6.

4. Attached as Exhibit 2 is a true and correct copy of the Sanderson Farms Investor Day Conference Call Transcript dated October 29, 2009.

5. Attached as Exhibit 3 is a true and correct copy of excerpts from Plaintiff United States' Responses and Objections to Defendant Agri Stats, Inc.'s First Set of Interrogatories, served on Defendants on September 3, 2024. Plaintiffs have filed the entire document temporarily under seal pursuant to Local Rule 5.6.

6. Attached as Exhibit 4 is a true and correct copy of a letter from Defendant Agri Stats, Inc. to Plaintiffs dated October 9, 2024 regarding Plaintiff United States' Responses and Objections to Defendant Agri Stats, Inc.'s First Set of Interrogatories.

7. Attached as Exhibit 5 is a true and correct copy of a letter from Plaintiff United States to Agri Stats, Inc. dated October 23, 2024 in response to Agri Stats' October 9, 2024 letter regarding Plaintiff United States' Responses and Objections to Defendant Agri Stats, Inc.'s First Set of Interrogatories.

8. Attached as Exhibit 6 is a true and correct copy of the Sanderson Farms Investor Day Conference Call Transcript dated December 8, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC on March 19, 2025.

*/s/* William M. Friedman
WILLIAM M. FRIEDMAN
Trial Attorney
Antitrust Division
United States Department of Justice
450 Fifth Street NW
Washington, DC 20530
William.Friedman2@usdoj.gov