UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MINNESOTA, STATE OF CALIFORNIA, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF TEXAS, and STATE OF UTAH,<br><br>           *Plaintiffs*,<br><br>     v.<br><br>AGRI STATS, INC.,<br><br>           *Defendant*. | No. 0:23-CV-03009-JRT-JFD |

### JOINT MOTION REGARDING CONTINUED SEALING

Documents have been filed under temporary seal in connection with the following motion:

- Non-Party Todd Fawver's Motion to Quash Deposition Subpoena, ECF No. 265

Pursuant to Local Rule 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT NO. | DKT. NO. OF REDACTED DOCUMENT (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY:<br>a) The information that the parties agree should remain sealed;<br>b) The information the parties agree should be unsealed; and<br>c) The information about which the parties disagree | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 269 | | Exhibit 1 to the Declaration of Davida S. McGhee Williams in Support of Non-Party Todd Fawver's Motion to Quash Deposition Subpoena (August 31, 2022, Deposition Transcript of Todd Fawver, *In re Turkey Antitrust Litigation*, Case No. 19-cv-08318 (N.D. Ill.)). | Non-party Todd Fawver takes the position that this document should remain sealed. | Cargill, Incorporated and Cargill Meat Solutions Corporation ("Cargill") | **Plaintiffs:** Plaintiffs do not oppose Todd Fawver's request that this document remain under seal.<br><br>**Todd Fawver:** The document should remain sealed because it contains discussion of competitively sensitive business information designated Highly Confidential by non-party |

2

| | | | | | Cargill pursuant to the protective order entered in the *Turkey* litigation. |
|---|---|---|---|---|---|
| 288 | 289 | Plaintiffs' Memorandum in Opposition to Hormel Foods Corporation's and Todd Fawver's Motions to Quash the United States of America's Non-Party Subpoenas. | Non-party Todd Fawver takes the position that the unredacted version of this document should remain sealed. | Cargill | **Plaintiffs:** Plaintiffs do not oppose Todd Fawver's request that this document remain under seal.<br><br>**Todd Fawver:** The unredacted document should sealed because it quotes from documents properly filed under seal because of their competitively sensitive business information designated Highly Confidential by non-party Cargill pursuant to protective orders entered in this litigation and the *Turkey* litigation. A redacted version of the document is publicly available. |
| 291-2 | | Exhibit 6:<br><br>Presentation Deck entitled: Cargill Turkey & Cooked Meats – Agri Stats Review Retail Sales Meeting dated | Non-party Todd Fawver takes the position that this document should remain sealed. | Cargill | **Plaintiffs:** Plaintiffs do not oppose Todd Fawver's request that this document remain under seal.<br><br>**Todd Fawver:** The document should remain sealed because |

3

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 07/08/2014 bearing beginning bates number: CMS0000259589. |  |  | it contains discussion of competitively sensitive business information and has been designated Highly Confidential by non-party Cargill pursuant to the protective order entered in the *Turkey* litigation. |
| 291-3 |  | Exhibit 7:<br><br>Email from Jennifer Stone to Andrew Lonneman re Annual Agristats Sales Review – Recap dated 03/20/2018 bearing beginning bates number: USAAGRISTATSCMSC0000002014. | Non-party Todd Fawver takes the position that this document should remain sealed. | Cargill | **Plaintiffs:** Plaintiffs do not oppose Todd Fawver's request that this document remain under seal.<br><br>**Todd Fawver:** The document should remain sealed because it contains discussion of competitively sensitive business information and has been designated Highly Confidential by non-party Cargill pursuant to the protective order entered in this litigation. |
| 291-4 |  | Exhibit 8:<br><br>Meeting Invitation from Jennifer Stone to Jennifer Stone, John Niemann, | Non-party Todd Fawver takes the position that this | Cargill | **Plaintiffs:** Plaintiffs do not oppose Todd Fawver's request that this document remain under seal. |

4

| | | | | | |
|---|---|---|---|---|---|
| | | Andrew Lonneman, Todd Fawver, and Timothy Maupin re AgriStats Discussion dated 03/07/2018 bearing bates number: USAAGRISTATSCMSC0000000362. | document should remain sealed. | | **Todd Fawver:** The document should remain sealed because it contains discussion of competitively sensitive business information and has been designated Highly Confidential by non-party Cargill pursuant to the protective order entered in this litigation. |
| 291-5 | | Exhibit 9:<br><br>Meeting Invitation from Jennifer Stone to Jennifer Stone, John Niemann, Todd Fawver, Timothy Maupin, and Andrew Lonneman re AgriStats Discussion with Stacey dated 03/08/2018 bearing bates number: USAAGRISTATSCMSC0000000363. | Non-party Todd Fawver takes the position that this document should remain sealed. | Cargill | **Plaintiffs:** Plaintiffs do not oppose Todd Fawver's request that this document remain under seal.<br><br>**Todd Fawver:** The document should remain sealed because it contains discussion of competitively sensitive business information and has been designated Highly Confidential by non-party Cargill pursuant to the protective order entered in this litigation. |

5

Dated: April 1, 2025

Respectfully submitted,

| | |
|---|---|
| **FOR PLAINTIFF UNITED STATES OF AMERICA:** | **GREENE ESPEL PLLP** |
| | |
| /s/ Liles H. Repp | Davida S. McGhee Williams |
| LILES H. REPP | X. Kevin Zhao (#0391302) |
| Attorney ID No. 0400692 | Davida S. McGhee Williams |
| Assistant United States Attorney | (#0400175) |
| 600 U.S. Courthouse | 222 S 9th Street, #2200 |
| 300 South Fourth Street | Minneapolis, MN 55402 |
| Minneapolis, MN 55415 | kzhao@greeneespel.com |
| Phone: (612) 664-5600 | dwilliams@greeneespel.com |
| Fax: (612) 664-5788 | (612) 373-0830 |
| Liles.Repp@usdoj.gov | |
| | **MAYER BROWN LLP** |
| | Britt M. Miller (*pro hac vice*) |
| /s/ Anthony E. Maneiro | Matthew D. Provance (*pro hac vice*) |
| MARK H.M. SOSNOWSKY (*Pro Hac Vice*) | 71 South Wacker Drive |
| EUN-HA KIM | Chicago, IL 60606 |
| Senior Trial Counsel | bmiller@mayerbrown.com |
| | mprovance@mayerbrown.com |
| WILLIAM M. FRIEDMAN (*Pro Hac Vice*) | (312) 782-0600 |
| JAMES H. CONGDON (*Pro Hac Vice*) | |
| SILVIA J. DOMINGUEZ-REESE (*Pro Hac Vice*) | *Counsel for Non-Party Todd Fawver* |
| PETER A. NELSON (*Pro Hac Vice*) | |
| ANTHONY E. MANEIRO (*Pro Hac Vice*) | |
| Trial Attorneys | |
| | |
| United States Department of Justice | |
| Antitrust Division | |
| 450 Fifth Street, NW, Suite 8000 | |
| Washington, DC 20530 | |
| Telephone: (202) 812-4723 | |

**FOR PLAINTIFF STATE OF MINNESOTA:**

KEITH ELLISON
Attorney General of Minnesota

*/s/ Katherine A. Moerke*
JAMES CANADAY (No. 030234X)
Deputy Attorney General
KATHERINE A. MOERKE (No. 0312277)
ELIZABETH ODETTE (No. 0340698)
SARAH DOKTORI (No. 0403060)
Assistant Attorneys General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
james.canaday@ag.state.mn.us
Telephone: (651) 757-1421
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288
elizabeth.odette@ag.state.mn.us
Telephone: (651) 728-7208
sarah.doktori@ag.state.mn.us
Telephone: (651) 583-6694

*Attorneys for State of Minnesota and Local Counsel for States of California, North Carolina, Tennessee, Texas, and Utah*


**FOR PLAINTIFF STATE OF CALIFORNIA:**

ROB BONTA
Attorney General of California

*/s/ Quyen Toland*
QUYEN TOLAND (*Pro Hac Vice*)
Deputy Attorney General
NICOLE GORDON (*Pro Hac Vice*)
Deputy Attorney General
MICHAEL JORGENSON (*Pro Hac Vice*)
Supervising Deputy Attorney General

PAULA BLIZZARD (*Pro Hac Vice*)
Senior Assistant Attorney General
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue, Ste. 11000
San Francisco, CA  94102
Telephone: 415.510.3534
E-mail:  Quyen.Toland@doj.ca.gov

*Attorneys for State of California*


**FOR PLAINTIFF STATE OF NORTH CAROLINA:**

JEFF JACKSON
Attorney General of North Carolina

*/s/ Kunal J. Choksi*
Kunal Janak Choksi (*Pro Hac Vice*)
Senior Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-6032
E-Mail: kchoksi@ncdoj.gov


**FOR PLAINTIFF STATE OF TENNESSEE:**

JONATHAN SKRMETTI
Attorney General of Tennessee

*/s/ Daniel Lynch*
ETHAN BOWERS (*Pro Hac Vice*)
Senior Assistant Attorney General
DANIEL LYNCH (*Pro Hac Vice*)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Ethan.Bowers@ag.tn.gov

Daniel.Lynch@ag.tn.gov

Telephone: (615) 741-8091

*Attorneys for State of Tennessee*

**FOR PLAINTIFF STATE OF TEXAS:**

KEN PAXTON
Attorney General of Texas

*/s/ William Shieber*
BRENT WEBSTER
First Assistant Attorney General
RALPH MOLINA
Deputy First Assistant Attorney General
AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation
WILLIAM SHIEBER (*Pro Hac Vice*)
Senior Staff Attorney, Antitrust Division
PAIGE ETHERINGTON (*Pro Hac Vice*)
Assistant Attorney General
Office of the Attorney General, State of Texas
300 West 15th Street
Austin, Texas 78701
Telephone: (512) 463-1710
William.Shieber@oag.texas.gov

*Attorneys for State of Texas*

**FOR PLAINTIFF STATE OF UTAH:**

DEREK E. BROWN
Attorney General of Utah

*/s/ Matthew Michaloski*
MATTHEW MICHALOSKI (*Pro Hac Vice*)
Assistant Attorney General
MARIE W.L. MARTIN (*Pro Hac Vice*)
Deputy Division Director
Utah Office of the Attorney General

350 N. State Street, Suite 230
Salt Lake City, UT 84114
Telephone: (801) 366-0375
Fax: (801) 366-0378
mmichaloski@agutah.gov
mwmartin@agutah.gov

*Attorneys for State of Utah*