UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MINNESOTA, STATE OF CALIFORNIA, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF TEXAS, and STATE OF UTAH,<br><br>              *Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.,<br><br>              *Defendant.* | No. 0:23-CV-03009-JRT-JFD |

## **DEFENDANT AGRI STATS, INC.'S MOTION TO RECUSE**

Defendant Agri Stats, Inc. shall appear before the Honorable John R. Tunheim at the U.S. District Court for the District of Minnesota, Courtroom 14E, 300 South Fourth Street, Minneapolis, Minnesota 55415, to present its Motion to Recuse.

The relief requested in this motion is proper for the reasons set forth in Defendant Agri Stats, Inc.'s Memorandum of Law in Support Its Motion to Recuse and supporting exhibits.

| | |
|---|---|
| Dated: May 2, 2025 | Respectfully submitted,<br><br>*/s/ Justin W. Bernick*<br>Justin W. Bernick (*Pro Hac Vice*)<br>William L. Monts III (*Pro Hac Vice*)<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004 |

1

Tel: (202) 637-5600
Fax: (202) 637-5910
justin.bernick@hoganlovells.com
william.monts@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*