UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AGRI STATS, INC., <br><br> *Defendant*. | Case No.: 0:23-cv-03009-JRT-JFD |

**DECLARATION OF JUSTIN W. BERNICK IN SUPPORT OF
DEFENDANT AGRI STATS, INC.'S MOTION TO RECUSE**

I, Justin W. Bernick, state under oath, as follows:

1. I am a partner of the law firm Hogan Lovells US LLP ("Hogan Lovells"). Hogan Lovells is counsel for Defendant Agri Stats, Inc. ("Agri Stats") in this action. I am admitted *pro hac vice* in this action. I have full knowledge of the matters stated herein and could and would testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

| Ex. | Bates Range/Description |
|---|---|
| 1 | Declaration of Tram Nguyen, dated May 2, 2025 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of May, 2025.

*/s/ Justin W. Bernick*
Justin W. Bernick