# Exhibit 1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| |
|---|
| UNITED STATES OF AMERICA, *et al.* |
| Plaintiffs, |
| v. |
| AGRI STATS, INC., |
| Defendant. |

Case No. 0:23-cv-03009-JRT-JFD

**DECLARATION OF DR. TRAM NGUYEN IN SUPPORT OF
<u>DEFENDANT AGRI STATS' MOTION TO RECUSE</u>**

I, Dr. Tram Nguyen, hereby declare as follows:

1.      I am a Managing Principal at Edgeworth Economics, where I specialize in quantitative economic analysis and modeling in the context of industrial organization.

2.      I have personal knowledge of the matters discussed in this Declaration.

3.      I have reviewed the expert report submitted by Prof. Marc Rysman in this matter, including the regression models contained in that report.

4.      I have also reviewed the regression models in the expert reports submitted by Drs. Hal Singer, Michael Williams, Russell Lamb, and Russell Mangum III ("*Pork* Expert(s)") in *In re Pork Antitrust Litig.*, 1:18-cv-1776 (D. Minn.) ("Pork").

5.      Each *Pork* Expert conducted a regression analysis purportedly measuring the effect of the alleged conduct, including subscriptions to Agri Stats reports, on pork prices. Each *Pork* Expert's regression reflects a "before-and-after" model comparing pork prices during a period allegedly free from anticompetitive conduct to prices during the period

with alleged anticompetitive conduct. Each *Pork* Expert included variables to control for costs, demand, and other economic conditions. Each *Pork* Expert's model relied on invoice-level data produced by the pork processor Defendants in *Pork*.

6.      Prof. Rysman conducted a regression analysis purportedly measuring the effect of subscriptions to Agri Stats reports on pork prices. Like each *Pork* Expert, Prof. Rysman's regression also reflected a "before-and-after" model comparing pork prices during a period allegedly free from anticompetitive conduct to prices during the period with alleged anticompetitive conduct. Prof. Rysman also included variables to control for costs, demand, and other economic conditions similar to those variables included by each *Pork* Expert. Prof. Rysman's model also relied on the same invoice-level data produced by the pork processor Defendants in *Pork* and relied upon by each *Pork* Expert.

7.      I have reviewed the *Daubert* motion submitted in the *Pork* litigation. Prof. Rysman's regression suffers from at least two of the same flaws identified by Defendants in the *Daubert* motion. First, Prof. Rysman's regression, like the *Pork* Experts' regressions, fails to consider the effect of the Great Recession in 2008. Second, Prof. Rysman's regression, like the *Pork* Experts' regressions, fails to consider hog prices.

8.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 2, 2025
Washington, D.C.

_____
Tram Nguyen
**EDGEWORTH ECONOMICS**
1111 19th Street NW, 12th Floor
Washington, DC 20036

2