# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| *Plaintiffs*, | No. 0:23-CV-03009-JRT-JFD |
| v. | **ORDER** |
| AGRI STATS, INC., | |
| *Defendant.* | |

Upon consideration of the Parties' Joint Motion for Briefing Schedule (Dkt. No. 345) and Plaintiffs' Consent Motion to Compel Defendant Agri Stats to Produce Materials from Pork Litigations (Dkt. No. 347) it is hereby **ORDERED** that both motions are **GRANTED**.

The Court agrees with the parties that the information sought by the Consent Motion is necessary for Plaintiffs to adequately respond to Agri Stats's Motion for Recusal at Dkt. No. 337. For the purposes of this litigation, the protected materials from the *In re Pork* litigation are designated as Attorneys' Eyes Only and may only be de-designated by motion or submission of the question to the Court's informal dispute resolution procedures. The latter route was not chosen by the parties here. Agri Stats must produce all documents responsive to Plaintiffs' Motion by 5:00 PM Central Time on Monday, May 12, 2025. [1]

---

[1] The proposed order submitted with the Motion to Compel directed production within two days. Because that would have required production on a Sunday, the Court on its own initiative changed the due date to 5:00 P.M. Central on Monday, May 12, 2025.

The Court finds that the Joint Motion for Briefing Schedule (Dkt. No. 345) sets forth good cause to establish the following briefing deadlines. Plaintiffs' opposition to Agri Stats Motion to Recuse (Dkt. No. 337) shall be due on May 23, 2025. Agri Stats' reply in support of its Motion to Recuse shall be due on June 9, 2025.

**SO ORDERED**.

Date: May 9, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge