UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF MINNESOTA,<br>STATE OF CALIFORNIA,<br>STATE OF NORTH CAROLINA,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS, and<br>STATE OF UTAH,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>AGRI STATS, INC.,<br><br>      *Defendant.* | No. 0:23-CV-03009-JRT-JFD |

**PLAINTIFFS' UNOPPOSED MOTION TO COMPEL
DEFENDANT AGRI STATS, INC. TO PRODUCE
<u>MATERIALS FROM PORK LITIGATIONS</u>**

   Plaintiffs seek an order from the Court compelling Defendant Agri Stats, Inc. ("Agri Stats") to produce materials from the *Pork* litigation.[1] The United States previously filed a consent motion to compel production of other *Pork* filings at *Pork* ECF Nos. 2938, 2963, 2966, 2967, 2968, which this Court granted on May 9, 2025. *See* ECF Nos. 347, 350. Following the Court's Order granting Plaintiff's previous motion to compel, the litigants in *Pork* filed new documents regarding Agri Stats' Motion to Recuse in that case at *Pork*, ECF Nos. 3040, 3041, 3042, 3043, 3044, and 3045. Plaintiffs thus seek an order from this Court, unopposed by Agri Stats, compelling Agri Stats to produce the documents at *Pork*,

---

[1] *In re Pork Antitrust Litigation*, No. 18-cv-1776-JRT-JFD (D. Minn.) ("*Pork*").

ECF Nos. 3040-3045 immediately, as well as compelling continuing production of any new *Pork* filings related to Agri Stats' Motion to Recuse in *Pork*.

In its Memorandum of Law in Support of Defendant Agri Stats' Motion to Recuse in this matter, Agri Stats cited "reasons similar to those raised in the motion to recuse filed in [*Pork*]." *See* ECF No. 339 at 1. Plaintiffs requested the sealed *Pork* documents from Agri Stats via email on May 19, 2025, and Agri Stats does not oppose the relief sought in this Motion. Wang Decl. Ex. 1 (May 22, 2025 Email) at 1-3. However, the protective order in *Pork* requires a Court order before Confidential and Highly Confidential materials from those litigations can be produced. *See Pork*, ECF No. 1155, ¶¶ 6(b)(10) and 6(b)(9).

## ARGUMENT

### I. The requested *Pork* materials are relevant to this litigation.

A party moving to compel production must make a threshold showing of relevance before production is required. *Patterson Dental Supply, Inc. v. Pace*, 2020 WL 13032906, at *2 (D. Minn. April 2, 2020); Fed. R. Civ. P. 26(b)(1). Here, Plaintiffs seek production of materials which are directly relevant to this case because they provide information regarding Agri Stats' Motion to Recuse in *Pork*, which is based on the same arguments as Agri Stats' Motion to Recuse in this case. *See* ECF No. 339 at 1; *see also Pork*, ECF. No. 2961.

### II. The requested *Pork* materials are proportional to the needs of this case, and within Agri Stats' possession.

In addition to relevance, a party seeking to compel production must demonstrate that the material sought is "proportional to the needs of the case." *United States ex rel.*

*Fesenmaier v. Cameron-Ehlen Grp., Inc.*, 2021 WL 101193, at *25 (D. Minn. Jan. 12, 2021) (quoting Fed. R. Civ. P. 26(b)(1)). The *Pork* materials sought in this motion consist of only six docket entries, which contain information related to the same reasoning supporting Agri Stats' May 2, 2025 Memorandum of Law in this case. Plaintiffs would be prejudiced by the lack of access to those same materials in responding to Agri Stats' Motion to Recuse in this litigation, because the underlying facts are not otherwise available to Plaintiffs as a non-party in *Pork*. Plaintiffs additionally seek continuing production of future *Pork* filings related to Agri Stats' Motion to Recuse in that matter, *Pork*, ECF No. 2961. Agri Stats possesses the requested *Pork* materials and does not oppose this motion. *See* Wang Decl. Ex. 1 (May 22, 2025 Email) at 1-3.

## CONCLUSION

Accordingly, Plaintiffs respectfully request that the Court compel Agri Stats to produce all materials responsive to this motion immediately upon entry of the Court's Order, as well as to produce any future responsive materials from the *Pork* litigation relevant to the recusal motion in this case within two days of Agri Stats' receipt of such materials.

Dated: May 22, 2025

Respectfully,

**FOR PLAINTIFF UNITED STATES OF AMERICA:**

LISA KIRKPATRICK
Acting United States Attorney
Attorney for the United States Acting Under Authority Conferred by
28 U.S.C. § 515

/s/ Liles H. Repp
LILES H. REPP
Attorney ID No. 0400692
Assistant United States Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: (612) 664-5600
Fax: (612) 664-5788
Liles.Repp@usdoj.gov

*/s/* Mark H.M. Sosnowsky
MARK H.M. SOSNOWSKY (*Pro Hac Vice*)
EUN-HA KIM
Senior Trial Counsel

WILLIAM M. FRIEDMAN (*Pro Hac Vice*)
JAMES H. CONGDON (*Pro Hac Vice*)
SILVIA J. DOMINGUEZ-REESE (*Pro Hac Vice*)
PETER A. NELSON (*Pro Hac Vice*)
ANNA WANG (*Pro Hac Vice*)

Trial Attorneys

United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Telephone: (202) 812-4723
Facsimile: (202) 307-5802
Mark.Sosnowsky@usdoj.gov

Eun-Ha.Kim@usdoj.gov
William.Friedman2@usdoj.gov
James.Congdon@usdoj.gov
Silvia.Dominguez-Reese2@usdoj.gov
Peter.Nelson@usdoj.gov
Anna.Wang@usdoj.gov

*Attorneys for United States of America*

**FOR PLAINTIFF STATE OF MINNESOTA:**

KEITH ELLISON
Attorney General of Minnesota

*/s/* Katherine A. Moerke
JAMES CANADAY (No. 030234X)
Deputy Attorney General
KATHERINE A. MOERKE (No. 0312277)
ELIZABETH ODETTE (No. 0340698)
SARAH DOKTORI (No. 0403060)
Assistant Attorneys General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
james.canaday@ag.state.mn.us
Telephone: (651) 757-1421
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288
elizabeth.odette@ag.state.mn.us
Telephone: (651) 728-7208
sarah.doktori@ag.state.mn.us
Telephone: (651) 583-6694

*Attorneys for State of Minnesota and Local Counsel for States of California, North Carolina, Tennessee, Texas, and Utah*

**FOR PLAINTIFF STATE OF CALIFORNIA:**

ROB BONTA
Attorney General of California

*/s/ Quyen Toland*
QUYEN TOLAND (*Pro Hac Vice*)
Deputy Attorney General
NICOLE GORDON (*Pro Hac Vice*)
Deputy Attorney General
MICHAEL JORGENSON (*Pro Hac Vice*)
Supervising Deputy Attorney General
PAULA BLIZZARD (*Pro Hac Vice*)
Senior Assistant Attorney General
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue, Ste. 11000
San Francisco, CA  94102
Telephone: 415.510.3534
E-mail:  Quyen.Toland@doj.ca.gov

*Attorneys for State of California*

**FOR PLAINTIFF STATE OF NORTH CAROLINA:**

JEFF JACKSON
Attorney General of North Carolina

*/s/ Kunal J. Choksi*
KUNAL JANAK CHOKSI (*Pro Hac Vice*)
Senior Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-6032
E-Mail: kchoksi@ncdoj.gov

*Attorneys for State of North Carolina*

**FOR PLAINTIFF STATE OF TENNESSEE:**

JONATHAN SKRMETTI
Attorney General of Tennessee

/s/ Daniel Lynch
ETHAN BOWERS (*Pro Hac Vice*)
Senior Assistant Attorney General
DANIEL LYNCH (*Pro Hac Vice*)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Ethan.Bowers@ag.tn.gov
Daniel.Lynch@ag.tn.gov

Telephone: (615) 741-8091

*Attorneys for State of Tennessee*


**FOR PLAINTIFF STATE OF TEXAS:**

KEN PAXTON
Attorney General of Texas

/s/ William Shieber
BRENT WEBSTER
First Assistant Attorney General
RALPH MOLINA
Deputy First Assistant Attorney General
AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation
WILLIAM SHIEBER (*Pro Hac Vice*)
Senior Staff Attorney, Antitrust Division
PAIGE ETHERINGTON (*Pro Hac Vice*)
Assistant Attorney General
Office of the Attorney General, State of Texas
300 West 15th Street
Austin, Texas 78701
Telephone: (512) 463-1710
William.Shieber@oag.texas.gov

*Attorneys for State of Texas*


**FOR PLAINTIFF STATE OF UTAH:**

7

DEREK E. BROWN
Attorney General of Utah

*/s/* Matthew Michaloski
MATTHEW MICHALOSKI (*Pro Hac Vice*)
Assistant Attorney General
MARIE W.L. MARTIN (*Pro Hac Vice*)
Deputy Division Director
Utah Office of the Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
Telephone: (801) 366-0375
Fax: (801) 366-0378
mmichaloski@agutah.gov
mwmartin@agutah.gov

*Attorneys for State of Utah*