# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AGRI STATS, INC., <br><br> *Defendant.* | No. 0:23-CV-03009-JRT-JFD |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO COMPEL DEFENDANT AGRI STATS, INC. TO PRODUCE MATERIALS FROM PORK LITIGATIONS

Upon consideration of Plaintiffs' Unopposed Motion to Compel Defendant Agri Stats to Produce Materials from Pork Litigations (Dkt. No. 358),

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**. Agri Stats shall produce *In re Pork Antitrust Litigation*, No. 18-cv-1776 (D. Minn.) ("*Pork*") ECF Nos. 3040, 3041, 3042, 3043, 3044, and 3045 immediately. Additionally, Agri Stats shall produce all *Pork* docket filings responsive to Plaintiffs' Motion within 2 days of each document's filing via ECF.

Dated: May 22, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge