UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br>AGRI STATS, INC.,<br><br>   *Defendant*. | Case No.: 0:23-cv-03009-JRT-JFD |

**DEFENDANT'S CERTIFICATION OF COMPLIANCE WITH
LOCAL RULE 7.1 WORD COUNT REQUIREMENT**

I, Justin W. Bernick, certify that Defendant Agri Stats, Inc.'s ("Agri Stats") Reply Memorandum in Further Support of Defendant Agri Stats, Inc.'s Motion to Recuse ("Reply") complies with Local Rule 7.1. I further certify that, in preparation of this Reply, I used Microsoft Word from the Microsoft Office Professional Suite, and that this word processing program has been applied specifically to include all body text, headings, footnotes, and quotations (but to exclude the caption and attorney signatures) in the following word count. I further certify that Agri Stats' Reply contains 4,836 words.

Dated: June 9, 2025

Respectfully submitted,

*/s/ Justin W. Bernick*
Justin W. Bernick (*Pro Hac Vice*)
William L. Monts III (*Pro Hac Vice*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.

Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
justin.bernick@hoganlovells.com
william.monts@hoganlovells.com

*Counsel for Agri Stats, Inc.*