UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.,<br><br>*Defendant*. | Case No.: 0:23-cv-03009-JRT-JFD |

**JOINT MOTION REGARDING CONTINUED SEALING**

Documents have been filed under temporary seal in connection with the following motion:

- Defendant Agri Stats, Inc.'s Motion to Recuse (ECF 337).

Pursuant to Local Rule 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 339 | 343 | SEALED MEMORANDUM in Support re 337 MOTION To Recuse filed by Agri Stats, Inc. | The parties agree that all redacted portions should remain under seal so long as the Court in *In re Pork Antitrust Litigation*, No. 18-cv-1776-JRT-JFD (D. Minn.) maintains its April 15, 2025 Order, ECF No. 2938, under seal. | N/A | The parties contend that the redacted information in this memorandum should remain under seal so long as the Court in *In re Pork Antitrust Litigation*, No. 18-cv-1776-JRT-JFD (D. Minn.) maintains its April 15, 2025 Order, ECF No. 2938, under seal. |
| 362 | 363 | SEALED RESPONSE in Opposition re 337 MOTION To Recuse filed by Plaintiffs | The parties agree that all redacted portions should remain under seal so long as the Court in *In re Pork Antitrust Litigation*, No. 18-cv-1776-JRT-JFD (D. Minn.) maintains its April 15, 2025 Order, ECF No. 2938, under seal. | N/A | The parties contend that the redacted information in this memorandum should remain under seal so long as the Court in *In re Pork Antitrust Litigation*, No. 18-cv-1776-JRT-JFD (D. Minn.) maintains its April 15, 2025 Order, ECF No. 2938, under seal. |
| 365 | 366 | SEALED REPLY re 337 MOTION To Recuse filed by Agri Stats, Inc.. | The parties agree that all redacted portions should remain under seal so long as the Court in *In re Pork Antitrust Litigation*, No. 18-cv-1776-JRT-JFD (D. Minn.) maintains its April 15, 2025 Order, ECF No. 2938, under seal. | N/A | The parties contend that the redacted information in this memorandum should remain under seal so long as the Court in *In re Pork Antitrust Litigation*, No. 18-cv-1776-JRT-JFD (D. Minn.) maintains its April 15, 2025 Order, ECF No. 2938, under seal. |

Dated: June 30, 2025

Respectfully submitted,

| | |
|---|---|
| **FOR PLAINTIFF UNITED STATES OF AMERICA:** | **FOR DEFENDANT AGRI STATS, INC.:** |
| LISA KIRKPATRICK<br>First Assistant United States Attorney<br>Attorney for the United States Acting Under Authority Conferred by<br>28 U.S.C. § 515 | */s/ Justin W. Bernick*<br>Peter H. Walsh (MN# 0388672)<br>Hogan Lovells US LLP<br>80 South 8th Street Ste 1225<br>Minneapolis, MN 55402<br>Tel: (612) 402-3017<br>Fax: (612) 339-5167<br>Email: peter.walsh@hoganlovells.com |
| /s/ Liles H. Repp<br>LILES H. REPP<br>Attorney ID No. 0400692<br>Assistant United States Attorney<br>600 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Phone: (612) 664-5600<br>Fax: (612) 664-5788<br>Liles.Repp@usdoj.gov | William L. Monts III (Pro Hac Vice)<br>Justin W. Bernick (Pro Hac Vice)<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br>william.monts@hoganlovells.com<br>justin.bernick@hoganlovells.com |
| */s/* Mark H.M. Sosnowsky<br>MARK H.M. SOSNOWSKY (*Pro Hac Vice*)<br>EUN HA KIM<br>Senior Trial Counsel | *Counsel for Defendant Agri Stats, Inc.* |
| WILLIAM M. FRIEDMAN (*Pro Hac Vice*)<br>JAMES H. CONGDON (*Pro Hac Vice*)<br>SILVIA J. DOMINGUEZ-REESE (*Pro Hac Vice*)<br>PETER A. NELSON (*Pro Hac Vice*)<br>ANNA WANG (*Pro Hac Vice*)<br>GARRETT WINDLE (*Pro Hac Vice*)<br>Trial Attorneys | |
| United States Department of Justice<br>Antitrust Division<br>450 Fifth Street, NW, Suite 8000<br>Washington, DC 20530 | |

Telephone: (202) 812-4723
Facsimile: (202) 307-5802
Mark.Sosnowsky@usdoj.gov
Eun-Ha.Kim@usdoj.gov
William.Friedman2@usdoj.gov
James.Congdon@usdoj.gov
Silvia.Dominguez-Reese2@usdoj.gov
Peter.Nelson@usdoj.gov
Anna.Wang@usdoj.gov
Garrett.Windle@usdoj.gov

*Attorneys for United States of America*

KEITH ELLISON
Attorney General of Minnesota

/s/ Katherine A. Moerke
JAMES CANADAY (No. 030234X)
Deputy Attorney General
KATHERINE A. MOERKE (No. 0312277)
ELIZABETH ODETTE (No. 0340698)
SARAH DOKTORI (No. 0403060)
Assistant Attorneys General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
james.canaday@ag.state.mn.us
Telephone: (651) 757-1421
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288
elizabeth.odette@ag.state.mn.us
Telephone: (651) 728-7208
sarah.doktori@ag.state.mn.us
Telephone: (651) 583-6694

*Attorneys for State of Minnesota and Local Counsel for States of California, North Carolina, Tennessee, Texas, and Utah*