UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.,<br><br>*Defendant*. | Case No.: 0:23-cv-03009-JRT-JFD |

NOTICE OF HEARING ON DEFENDANT AGRI STATS, INC.'S
MOTION TO EXCLUDE AND TO STRIKE EXPERT TESTIMONY

Please take notice that Defendant Agri Stats, Inc.'s Motion to Exclude and to Strike Expert Testimony will be heard before the Honorable John R. Tunheim at a time and place to be determined by the Court.

Dated: August 7, 2025

Respectfully submitted,

*/s/ Justin W. Bernick*
Justin W. Bernick
William L. Monts III
Liam E. Phibbs
**HOGAN LOVELLS US LLP**
555 13th Street, NW
Washington, DC 20004
(202) 537-5600
justin.bernick@hoganlovells.com
william.monts@hoganlovells.com
liam.phibbs@hoganlovells.com

Peter H. Walsh
**HOGAN LOVELLS US LLP**
80 South 8th Street, Ste. 1225
Minneapolis, MN 55402
(612) 402-3017
peter.walsh@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*