# Exhibit 13

# DAUB-Ex-32

1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF MINNESOTA

3

4    - - - - - - - - - - - - - -+

5                              |

     IN RE: PORK ANTITRUST      |

6                              |

     LITIGATION                 |         Case Number:

7                              |

                               |         0:18-cv-01776

8    This document relates to   |         JRT-HB

     all actions.               |

9                              |

     - - - - - - - - - - - - - -+

10

11

12          Rule 30(b)(6) and Rule 30(b)(1)

13               Video Deposition of

14                SHAYLE D. SHAGAM

15             Wednesday, June 1, 2022

16                   9:20 a.m.

17

18

19

20

21

22

23   Job No. 845663

24   Reported by:  Laurie Donovan, RPR, CRR, CLR

25

60

1          cannot tell you the precise percentage, but

2          they do represent a percentage of, of U.S.

3          hogs that are, hogs that are slaughtered in

4          the United States.

5     BY MS. COTTRELL:

6          Q    Do you remember at some point

7     regulations related to labeling of pork products

8     changing that came in from Canada?

9          A    I do.

10              MR. RISSMAN:  Object to form and

11         foundation.

12    BY MS. COTTRELL:

13         Q    I think it's known as the COOL

14    regulation?

15         A    Yes.

16         Q    What was COOL?

17         A    It was a requirement that products --

18    that meat products would be labeled by country of

19    origin, whether the product was from an animal

20    that was born in the United States or raised in

21    the United States, slaughtered in the United

22    States, or a combination thereof.

23              So it would say the -- potentially it

24    could have said that it was a product of another

25    country.  It could also have said that it was

CASE 0:18-cv-01776-JRT-JFD    Doc. 2375-44    Filed 06/07/24    Page 5 of 36
IN RE: PORK ANTITRUST LITIGATION
30(b)(6)
Shayle Shagam
June 01, 2022

61

1    produced from an animal that was born and raised

2    in another country or born in another country and

3    raised in the United States and slaughtered in the

4    United States.

5         Q    Did COOL have an impact on the number of

6    imports the U.S. received from Canada?

7                   MR. RISSMAN:  Object to form.

8                   MR. BERGMAN:  Objection.

9                   THE WITNESS:  I honestly don't,

10        don't know.

11   BY MS. COTTRELL:

12        Q    Okay.  Going back to this first bullet

13   again, "Pork production declines between '09 and

14   2011 in response to higher feed prices," let me

15   just make sure I understand how the USDA thinks

16   about this.

17             Are you all thinking about this from the

18   perspective of the hog producer, whether or not

19   the hog producer is going to make money or lose

20   money when you're thinking about supply?

21        A    Yes.

22                   MR. RISSMAN:  Object to form.

23   BY MS. COTTRELL:

24        Q    And why are you thinking about it from

25   the perspective of the hog producer versus sat a

1    packer that doesn't own any hog farms?

2                    MR. RISSMAN:  Object to form.

3                    THE WITNESS:  The producer produces

4            the animals.  He then has to market those

5            animals.  He can't keep those animals

6            indefinitely.  They're not, they're not

7            really a -- you can keep them a short period

8            of time, but again, you will continue to

9            incur feed costs.

10                   So it's the return that the

11           producer receives that will determine his

12           decisions about whether he's going to

13           increase or decrease production.

14                   From the standpoint of a

15           meatpacker, they will be looking at the --

16           their feeling of what the demand for the

17           finished product the pork will be versus the

18           availability of the hogs.  Do they have

19           enough hogs available from various producers

20           to fill their, to fill their needs, and, you

21           know, what price do they pay for those

22           animals?

23                   So, but at the beginning of the

24           day, given the biology and the time delays,

25           it is going to be the producer who is going

 1          to be responsible for making that decision

 2          about whether or not they're going to be

 3          increasing or decreasing the number of hogs

 4          available.

 5   BY MS. COTTRELL:

 6       Q    Let me ask this.  This might be like an

 7   overly simplistic question, but when we say here,

 8   you know, production is going to decline in '09 to

 9   2011, how exactly -- like what is the mechanism by

10   which a hog producer can reduce production?  I

11   mean they have animals coming.  Can you just put

12   some meat on the bones?

13       A    Well, you have to look at it --

14                MR. RISSMAN:  Object to form.

15                THE WITNESS:  I'm sorry.

16                Again, you have to look at it from

17          a time period.  I mean a producer who has

18          hogs on the ground right now is going to have

19          to pay the prices for the feed grains or send

20          those hogs to slaughter early.

21                A producer who has not yet raised

22          those hogs can make a decision.  If you think

23          prices are going to be high in the future for

24          corn, for feed, a feed input, will the

25          potential returns you're going to be looking

64

1 at be sufficient to encourage you to, to have

2 the sows -- to keep the sows, to have the

3 sows give birth, knowing full well that it's

4 going to be six months after that pig is born

5 before it's going to be ready to go to

6 market?

7 So from a, from a producer

8 standpoint, you're having to always kind of

9 look at at least a nine-month horizon between

10 the time you even breed the animal, not

11 including any times about whether or not you

12 want to retain females to add to the breeding

13 heard, because again, there's about a four-

14 month lag between the time you breed the

15 animal and the time she gives birth, and then

16 about a six-month lag between -- four to six

17 months between the time that animal is born

18 and the time it's ready to go to slaughter.

19 So the producer can make decisions

20 going forward, but the decision they make now

21 is going to be, going to be affecting that

22 stream of animals or that stream of pork at

23 some point in time in the future, not at the

24 current time.

25

```
 1   BY MS. COTTRELL:

 2        Q    Is this sort of like Ag 101, that

 3   increased feed prices lead to -- we can see it

 4   leading to a decline in supply?

 5                  MR. RISSMAN:  Object to form.

 6                  THE WITNESS:  It is, it is a

 7        possibility.  Again, to the extent that

 8        producers may have the wherewithal to support

 9        those higher prices, to the extent that they

10        are -- this is -- again, this is a little

11        bit -- half of the equation.  The other half

12        of the equation is what is happening on the

13        price side.  Are they -- are their returns

14        higher?  It appeared, when they may be

15        getting very strong hog prices, eight-dollar

16        corn may be less important than when they are

17        getting low hog prices, but if you look over

18        time, there seems to be a relationship

19        between the increases in price of corn and

20        the decreases in hog weights.

21   BY MS. COTTRELL:

22        Q    All right.  Let's look at -- do you want

23   a break?

24        A    I'm fine.

25                  MR. BERGMAN:  I'll take a break.
```

CASE 0:18-cv-03017-JRT-JFD   Doc. 2334   Filed 06/07/24   Page 10 of 36
IN RE: PORK ANTITRUST LITIGATION
30(b)(6)
Shayle Shagam
June 01, 2022

91

```
 1                    MS. COTTRELL:  All right.

 2                    MR. BERGMAN:  Five minutes is all I

 3         need.

 4                    THE VIDEOGRAPHER:  The time is

 5         10:43 a.m.

 6                    (Whereupon, a short recess was

 7                    taken.)

 8                    THE VIDEOGRAPHER:  This begins disc

 9         number 2.  We are back on the record, the

10         time on the video monitor 10:50 a.m. Eastern

11         Standard Time.

12    BY MS. COTTRELL:

13         Q    Before the break, we talked about my new

14    favorite topic, which is hog farrowing.  In your

15    experience, what types of factors impact a hog

16    producer's decision to increase or decrease those

17    farrowings?

18                    MR. RISSMAN:  Object to form and

19         foundation.

20                    THE WITNESS:  From our -- from a

21         forecasting standpoint, we would normally be

22         looking primarily at finer returns, so did

23         they undergo a period of positive returns,

24         did they undergo a period of negative

25         returns.
```

92

1          You know, if they appeared to have

2     gone through a period of very strong returns,

3     a prior period, and then were faced with

4     higher costs, that may be -- that may slow

5     the, the decision-making process.

6               On the other hand, if they are

7     coming out of, you know, multiple years of

8     poor returns, that may, that may accelerate

9     the decision-making process, but from the

10    standpoint of our forecasting, we are

11    mainly -- we are largely looking at producer

12    returns as a driver of the decisions to, to

13    increase or decrease farrowing.

14   BY MS. COTTRELL:

15       Q    And just to -- again, this might be

16   played one day in the future to a jury, just to

17   define that term "return," when you're talking

18   about producer return, is that the difference for

19   how much it costs them to produce the hogs versus

20   what they sell the hog at?

21       A    That would be --

22               MR. RISSMAN:  Objection.

23               MR. BERGMAN:  Objection;

24    foundation.

25               THE WITNESS:  That would

93

```
1        essentially -- simplistically, yes.  I mean
2        we're looking at the various cost components
3        in terms of, of feed, in terms of other
4        costs, fuel, energy, you know, labor
5        availability, and to that extent, the
6        potential for the producer to make money or
7        lose money over time will -- is considered to
8        be a major factor in their decision on
9        whether to increase farrowings or reduce
10       farrowings.
11    BY MS. COTTRELL:
12       Q    As part of your forecasting, do you all
13    at the USDA calculate anticipated producer return?
14       A    For the purposes of the baseline, in the
15    model that we are using during this period, there
16    was a cost-of-production component, so it would
17    look at the -- again, looking at the cost of
18    grains, looking at the price of other components,
19    to help balance against the hog prices, to help
20    derive what the, what the producers would be --
21    how producers would be adjusting.
22            In the shorter forecasting, again, part
23    of the consensus forecast is every analyst brings
24    a different set of numbers to the table.  Some of
25    them may have more -- how can I say it?  They may
```

95

```
 1                    So no matter what the returns are,
 2         whatever NASS gives us for the starting
 3         point, that's what we use.  That's why, as I
 4         said in the baseline, is we start going out
 5         two, three, five years, that becomes more --
 6         the returns become more important.
 7   BY MS. COTTRELL:
 8         Q    If I'm trying to figure out what hog
 9   supply will be for a longer period of time, say a
10   ten-year time period, do you think it would be a
11   mistake for me to ignore hog producer returns?
12                    MR. BERGMAN:  Form objection.
13                    THE WITNESS:  I think it would
14         be -- you would be losing a lot of useful
15         information if you didn't know.
16                    Again, there are two sides to the
17         production equation.  There is the price that
18         you're getting for the animal, but there's
19         also the cost that you're going to be
20         incurring, so together -- I mean, again, I'm
21         using returns in a relatively loose sense
22         here, but yeah, balancing the higher cost
23         versus the lower -- versus -- balancing
24         changes in cost versus changes in the, in the
25         sales price of the animal are going to be
```

96

```
 1        something you do have to consider.
 2   BY MS. COTTRELL:
 3        Q    Why, if I'm thinking about supply in the
 4   future, do I have to consider or do you think I
 5   have to consider what I'm selling my hogs for and
 6   the cost of producing those hogs?
 7                MR. RISSMAN:  Object to form.
 8                THE WITNESS:  They are -- we assume
 9           that hog producers are attempting to make
10           money, you know.  You obviously, you
11           cannot -- over the long term, you can't sell
12           for less than it would cost you to produce
13           it.  You'll go bankrupt.
14                Conversely, if you seem to be
15           making a lot of money, you might think maybe
16           I want to make a little bit more, and I will
17           expand production.
18   BY MS. COTTRELL:
19        Q    When we're talking about hog sales
20   prices, who are the hog producers selling to?
21        A    Generally they're selling to slaughter
22   plants.
23        Q    What's known as the packers?
24        A    Packers, yes.
25        Q    And if I'm a packer, do I want to buy
```

97

```
 1   hogs for less money or more money?

 2      A    In general, you know, basic economics

 3   would tell you you're going to try to minimize

 4   your costs, so you would try and buy the hogs for

 5   the least amount of money it would take to get the

 6   hogs that you need.

 7      Q    And are hogs typically cheaper when

 8   there's a ton of supply of hogs or when hog supply

 9   is tight?

10             THE REPORTER:  I'm sorry.  Can you

11       repeat?

12             MS. COTTRELL:  Yes.

13             MR. RISSMAN:  Object to form.

14   BY MS. COTTRELL:

15      Q    Are hogs typically lower priced when

16   there is a significant supply of hogs or a really

17   tight supply of hogs?

18             MR. RISSMAN:  Object to form.

19             THE WITNESS:  In a, in a world

20        where nothing else changes, you would think

21        the hog prices would generally be lower

22        during periods of high, of high -- would be

23        lower during periods of higher supply, but

24        you also have to balance that against -- just

25        like the hog producer, you have to balance
```

100

BY MS. COTTRELL:

    Q    No problem.  Look wherever you want, but
page 3 is on pork.

    A    Thank you.

         Okay.  Yes.  So in 2008, they were
facing higher -- they were facing higher feed
prices, right.

    Q    And on that first page again at the
middle of the paragraph, it says, "The economic
weakness is expected to continue to exert downward
pressure on the meat sector through weak demand
and, in the face of poor returns, production of
meat from each major livestock and poultry
category is forecast to decline for the first time
since 1973."

         Do you see that?

    A    I do.

    Q    Do you -- there's a reference here that
you're making to 1973.  What's that reference to
1973, if you remember?

    A    I believe that that was the first time
that all specie meats declined simultaneously.

    Q    And was the next time that all meat
production declined simultaneously in '08 and '09?

              MR. RISSMAN:  Object to form.

101

```
 1                  THE WITNESS:  I would have to check
 2          the data.  I don't -- I mean that was it.  At
 3          the time, that is what we were forecasting.
 4   BY MS. COTTRELL:
 5      Q    You, at the -- let me just unpack it to
 6   make sure my question is clear.
 7                  As of 2009, the USDA was forecasting a
 8   reduction in production for all the major
 9   livestock sectors for the first time since '73?
10      A    Correct.
11                  MR. RISSMAN:  Object to form.
12   BY MS. COTTRELL:
13      Q    I mean do you recall whether or not feed
14   prices also spiked in '73?
15                  MR. RISSMAN:  Object to form and
16          foundation.
17                  THE WITNESS:  No, I don't.
18   BY MS. COTTRELL:
19      Q    Okay.  You don't recall the
20   circumstances that led to that?
21      A    It was -- no.  That would have been
22   before -- I was actually still in high school at
23   that time.
24      Q    You weren't forecasting?  You've been
25   doing this for 30 years, you know?
```

IN RE: PORK ANTITRUST LITIGATION
30(b)(6)

102

```
 1              Okay, and we know that in '08 and '09,

 2    the U.S. was experiencing the Great Recession,

 3    right?

 4        A    Correct.

 5              MR. RISSMAN:  Object to form.

 6    BY MS. COTTRELL:

 7        Q    In '08, do you recall that corn prices

 8    spiked to about seven bucks a bushel?

 9              MR. RISSMAN:  Object to form and

10        foundation.

11              THE WITNESS:  Yes.

12    BY MS. COTTRELL:

13        Q    And both those things, the Great

14    Recession and the high feed price spike, is

15    something the USDA said this is going to have an

16    impact on livestock supply?

17              MR. RISSMAN:  Object to form.

18              MR. BERGMAN:  Objection.

19              THE WITNESS:  That's correct.

20    BY MS. COTTRELL:

21        Q    Can you think of any -- just let's think

22    of 2000 to 2007.  Can you think of anything

23    comparable to the Great Recession between 2000 and

24    2007?

25              MR. RISSMAN:  Object to form.
```

CASE 0:18-cv-01776-JRT-JFD    Doc. 2353-44    Filed 06/07/24    Page 19 of 36
IN RE: PORK ANTITRUST LITIGATION
30(b)(6)

Shayle Shagam
June 01, 2022

103

1                    MR. BERGMAN:  Objection; form.

2                    THE WITNESS:  In terms of -- it's,

3          it's -- I mean obviously -- I mean just

4          remembering my history, I mean 2003 --

5          excuse me -- 1973, 1974, you had the energy

6          crisis, so I mean I believe there was a

7          recession during that period of time.  I

8          couldn't tell you whether it was better or

9          worse.

10   BY MS. COTTRELL:

11        Q    What about 2000 to 2007; do you recall

12   any GDP drop that's comparable to the Great

13   Recession?

14                    MR. RISSMAN:  Objection.

15                    THE WITNESS:  I can't remember.

16   BY MS. COTTRELL:

17        Q    Do you recall anything close to the

18   price spikes we saw in '08, '09, '10, '11 and '12,

19   between that 2000 and 2007 time period?

20                    MR. RISSMAN:  Object to form.

21                    MR. BERGMAN:  Objection.

22                    THE WITNESS:  I can't recall,

23          though, again, I would have to say that in

24          2011, '12, we were facing '12, '13,

25          especially we were facing drought, which

104

1      would have an impact on feed price; we would

2      have had also, as we discussed earlier, an

3      impact on forage supplies for cattle.

4   BY MS. COTTRELL:

5      Q    Under "2008 in Recap," the second

6   sentence says, "Much of the increase was the

7   result of herd and flock liquidation, as producers

8   responded to dry conditions, high prices of inputs

9   and declining domestic and international demand."

10          Was this -- do you know; was this a

11   reference to beef, or is it a reference to all

12   livestock, including pork?

13      A    The fact that it says "herd and flock

14   liquidation," I would assume it covered all,

15   covered all species of meats.

16      Q    So can you just break that down?  When

17   you use the term "liquidation" in the pork sector,

18   what are you referring to?

19      A    You -- we start with an inventory of

20   animals, which is the number of animals on hand at

21   a given time, which is given to us by NASS.  So a

22   liquidation would be a reduction in the number of,

23   of animals of any one of those species.

24      Q    And is it -- I guess I'm just wondering.

25   Is there any significance to using the term

105

1    "liquidation" versus "a decrease in production"?

2    Is there a mechanism here?

3        A    No, not really.  We just -- liquidation

4    would simply -- we use it just to mean a decline

5    in the number -- more animals are going to

6    slaughter.  The numbers of the animals are

7    declining.

8        Q    So now if we go to page 3, to pork

9    production, the title there is "Pork Production to

10   Decline."

11       A    Yes.

12       Q    And it says, "After almost four years of

13   generally positive returns for U.S. hog

14   producers," and I want to pause there.

15           Do you recall that hog producers had

16   positive returns from 2003 to 2007?

17               MR. RISSMAN:  Object to form.

18               MR. BERGMAN:  Foundation objection

19       as well.

20               THE WITNESS:  I can't recall that

21       that was the case, though I suspect that if I

22       had written it, that there was evidence that

23       would have indicated.

24               We use a series of returns

25       published by Iowa State University monthly,

115

1      to the extent that there was expansion caused

2      prices to decline, you would argue that the

3      market forces were -- you had more hogs than

4      you needed, but I don't -- again, I, I

5      couldn't respond to the term of expansion.

6  BY MS. COTTRELL:

7      Q    In the next sentence they talk about the

8  U.S. hog sector being "unfairly linked to the

9  emergence of the [novel] H1N1 influenza."

10          Do you see that?

11     A    I do.

12     Q    Do you recall this issue, that there was

13  a concern about H1N1 and that impacting demand in

14  the pork sector at all?

15          MR. RISSMAN:  Object to form and

16     foundation.

17          MR. BERGMAN:  Objection.

18          THE WITNESS:  I cannot recall there

19     being that case.

20  BY MS. COTTRELL:

21     Q    It goes on in the next paragraph to say

22  "Hog production is cyclical," and this is

23  something I've seen in a number of papers.  We can

24  take a look at some more.  Let me just ask you:

25  Have you herd this before, this idea that hog

116

```
1    production is cyclical?

2         A    I have.

3                   MR. RISSMAN:  Object to form and

4         object to the narrative.

5    BY MS. COTTRELL:

6         Q    What's -- I just am trying to figure it

7    out.  What's your understanding of what it means

8    to say hog production is cyclical?

9         A    Again, a lot of this is tied to the

10   biology of the animals, but yeah, producers will

11   expand production until prices reach a certain

12   level, usually lower, because, as we discussed,

13   the higher production leads to lower -- tends to

14   lead to lower prices, all other things being

15   equal, at which point the producers will begin to

16   liquidate, reduce the number of animals in

17   response to the fact that their costs have been

18   squeezed or gone negative, at which point hog

19   prices begin to increase, and with the increase in

20   hog prices, all other things being equal,

21   producers begin to expand again.

22                   So the cyclical nature is that you

23   increase production, prices decline, you reduce

24   production, prices increase, and that, that

25   becomes a cyclical nature and would tend to
```

117

 1   continue over time.

 2        Q    Would you say that, in general, there's

 3   a cyclical nature to hog production?

 4                MR. BERGMAN:  Form and foundation.

 5                THE WITNESS:  I think that the

 6        cyclical nature has diminished over time with

 7        changes in the structure of the industry, but

 8        I believe there is still a component that,

 9        yeah, prices reach a certain level and become

10        unsustainable for production at those prices,

11        and production will decline, and then as

12        production declines, again, assuming the

13        demand remains the same, all other factors

14        remain the same, you know, those higher

15        prices will trigger an expansion.  The timing

16        of it may have changed over time, but I do

17        believe that, that there is still a cyclical

18        nature to production, yes.

19   BY MS. COTTRELL:

20        Q    And I know you haven't been in it since

21   '73, but since '86, has that been true since 1986

22   in terms of what you witnesses?

23                MR. RISSMAN:  Object to form.

24                MR. BERGMAN:  Foundation.

25                THE WITNESS:  It has.  It has

CASE 0:18-cv-01776-JRT-JFD    Doc. 2353-44    Filed 06/07/24    Page 254 of 365
IN RE: PORK ANTITRUST LITIGATION
30(b)(6)

Shayle Shagam
June 01, 2022

118

```
 1          changed, as I said.  We went through -- back

 2          in 1999, we went through a major

 3          restructuring of the hog industry, which

 4          probably changed some of its cyclical nature,

 5          because prior to 1999, we had a group of

 6          producers who were mixed producers, they

 7          would tend to produce hogs and maybe grain,

 8          and when -- if hog prices were good, they

 9          would keep a few more hogs, still relying on

10          the grain side.  If grain prices were poor or

11          hog prices were poor, they might choose to

12          sell the grain and not raise hogs, versus is

13          if hog prices are good and grain is cheap,

14          you might choose to raise more hogs.

15                  A lot of those, a lot of those

16          operators, operations left the industry in

17          1999, and that's when we began to see the

18          rise of more contracting, the rise of more

19          vertically integrated operations, and to some

20          extent has that has changed the nature, but

21          over time, yes, I would say that since, you

22          know, since my experience, there's been a

23          cyclical nature.

24     BY MS. COTTRELL:

25          Q    Would you say that there's been a rise
```

165

```
 1        A     That's correct.

 2              MR. RISSMAN:  Object to form.

 3   BY MS. COTTRELL:

 4        Q     Is this that cyclicality that you talked

 5   about before that we see these periods of

 6   expansion and retraction?

 7              MR. BERGMAN:  Form and foundation

 8        objections.

 9              THE WITNESS:  Yes.

10   BY MS. COTTRELL:

11        Q     Since you've been in this business since

12   1986, have we seen a similar pattern of increases

13   followed by decreases and increases followed by

14   decreases?

15              MR. RISSMAN:  Object to form and

16        foundation.

17              THE WITNESS:  Yes.  As I mentioned

18        earlier, the change in the structure of the

19        industry, the fact that producers are more or

20        less willing to come out of, you know, go in

21        and out of the business has changed the

22        nature of it, but you do get these periods of

23        expansion followed by -- which usually lasts

24        a couple of periods, followed by a period of

25        expansion.
```

CASE 0:18-cv-01776-JRT-JFD    Doc. 2353-44    Filed 06/07/24    Page 27 of 36
IN RE: PORK ANTITRUST LITIGATION
30(b)(6)

Shayle Shagam
June 01, 2022

166

```
 1   BY MS. COTTRELL:

 2        Q    Do you remember -- I'm going to tap your

 3   memory again on these diseases -- something called

 4   the circovirus?

 5        A    I do.

 6        Q    And do you remember the circovirus

 7   impacting hog production to some extent in the

 8   2000s period?

 9        A    It did, yes.

10        Q    And then am I right that at some point

11   there was a vaccine for the circovirus?

12        A    That is correct.

13        Q    And did that vaccine lead to an increase

14   in hog production?

15        A    It did.

16        Q    Is that increase in hog production what

17   we see here in 2007, that big spike?

18              MR. BERGMAN:  Foundation and form.

19              THE WITNESS:  I cannot remember the

20       exact date of it, but it is likely the case,

21       yes.

22   BY MS. COTTRELL:

23        Q    Can you think of any other reason for

24   that big spike in '07?

25        A    No.
```

167

```
 1              MR. RISSMAN:  Form and foundation.

 2              THE WITNESS:  No, I cannot.

 3              MS. COTTRELL:  Okay.  Keep this guy

 4      up, keep them here and set them right here if

 5      you want, and let's take a look at Tab 256.

 6              (Exhibit 14 was marked for

 7              identification.)

 8  BY MS. COTTRELL:

 9      Q    We're going to walk down Memory Lane

10  here.

11          Okay.  I'm handing you what's been

12  marked as Exhibit 14, which has your name on it.

13  Do you recognize Exhibit 14 to be an Outlook for

14  Livestock and Poultry dated all the way back in

15  time, February 21st of 2003?

16      A    I do.

17      Q    Created and kept in the regular course

18  of business?

19      A    It was.

20      Q    Accurate to the best of your knowledge?

21      A    It is.

22      Q    So if I look -- yes.  So if I look, I

23  want to look at 2002 and 2003.  So in 2002 we see

24  an increase in hog production, and then by '03,

25  this USDA chart, at least, suggests there was a
```

182

```
 1              THE WITNESS:  It would probably be
 2         the nature of the contractual arrangements.
 3         I mean they may, they may have discretion.
 4         They may be told that they will -- the hogs
 5         are expected to be within a certain, within a
 6         certain -- I mean no one is going to say I
 7         want a hog that's 283.4 pounds, but they are
 8         maybe giving you a range of hogs, of hog
 9         weights that they can deliver those hogs at.
10    BY MS. COTTRELL:
11         Q    And I'm pivoting around the topics a
12    bit, so I'll try to orient you where I'm going.
13         A    Okay.
14         Q    Earlier today we had looked at some
15    documents talking about gains in productivity
16    within the hog industry.  Are you -- can you think
17    of any gains in productivity, you know, since 2008
18    within the hog industry?
19         A    Again, that would be --
20              MR. RISSMAN:  Object to form.
21              MR. BERGMAN:  Form and foundation
22         objections.  Again, we're making this man
23         into an expert witness.
24              THE WITNESS:  Gains in productivity
25         could be in terms of increased feed
```

183

```
 1        efficiency.  It could be in terms of -- well,

 2        the one that comes to mind, of course, is

 3        growth per litter rates, which could be a

 4        function of genetics, it could be a function

 5        of sow handling.  So yes, there are, there

 6        are opportunities for, for -- between 2006

 7        and -- what was the time period?

 8   BY MS. COTTRELL:

 9        Q    '08 to 2018?

10        A    '08 to 2018, yes, we would, we would say

11   that there have been gains in productivity.

12        Q    I guess here's my question.  Given that

13   there have been gains in productivity, is a simple

14   decrease of sows, does that necessarily translate

15   to a decrease in pork production?

16             MR. RISSMAN:  Object to form and

17        foundation.  Calls for expert testimony.

18             THE WITNESS:  From the standpoint

19        of our forecasting, the answer would be no, I

20        mean because, again, we, we forecast pork

21        production in three different functions.

22             So it's going to be sows farrowing,

23        it's going to be the litter rate, and it's

24        going to be the weights.  So in theory, you

25        could, you could decrease the number of sows
```

184

```
 1            farrowed, but not see that full impact in

 2            terms of the number of piglets produced or

 3            the weights, you know, that would, that would

 4            take those piglets to pork.

 5                    I don't know that -- you know, as

 6            opposed to -- theoretically, would it be

 7            possible that there could be a more than

 8            offset decline in sows farrowing that would

 9            still give you higher pork production?

10            Again, it would depend on, on the growth

11            rates of both the, the pigs per litter over

12            time as well as the, the weights.

13                    You know, obviously, a case in

14            point would have been let's say circovirus.

15            When the producers expanded farrowings in

16            anticipation of the fact that the circovirus

17            would have affected the productivity of the

18            sow.  Yet, the vaccine came through, and you

19            saw a very large increase in pork production

20            because they still had farrowed a bunch of

21            animals, more than typical, and you got the

22            productivity gains of recovering from

23            circovirus.

24      BY MS. COTTRELL:

25            Q    And was it your understanding that the
```

CASE 0:18-cv-01776-JRT-JFD    Doc. 2353-44    Filed 06/07/24    Page 32 of 36
IN RE: PORK ANTITRUST LITIGATION
30(b)(6)
Shayle Shagam
June 01, 2022
185

 1  producers in that example of the circovirus, they

 2  made those production decisions to increase

 3  farrowings before they knew that that vaccine

 4  would be coming to fruition?

 5              MR. RISSMAN:  Object to form and

 6        foundation.

 7              THE WITNESS:  That would have been

 8        what I would have, what I would have

 9        speculated, yes.

10  BY MS. COTTRELL:

11     Q    So all of a sudden there's an unexpected

12  increase in supply?

13     A    Correct.

14              MR. RISSMAN:  Object to form.

15              MS. COTTRELL:  All right.  Let's

16        look at -- pull down Tab 300.  This just

17        shows how many documents I looked at, you

18        guys, in preparation for this deposition.

19        And Tab 300 will be Exhibit 17.

20              (Exhibit 17 was marked for

21              identification.)

22  BY MS. COTTRELL:

23     Q    All right.  Let me know if you recognize

24  Exhibit 17 to be a Livestock, Dairy and Poultry

25  Outlook approved by the World Agricultural Board,

186

1    dated February 17 of 2009.

2        A    Yes.

3        Q    True and accurate copy to the best of

4    your knowledge?

5                  MR. RISSMAN:  What's the date on

6        this?  February 17, 2009.  Got it.  Thank

7        you.

8                  THE WITNESS:  Yes.

9    BY MS. COTTRELL:

10       Q    Created and kept in the regular course

11   of USDA's business?

12       A    Yes.

13       Q    Okay.  I want to look -- mine is page 8,

14   but sometimes these page numbers are confusing.

15   It's titled "Hogs/Pork," yes.

16            I'm looking at that top paragraph.  It's

17   sort of in the middle of the paragraph, where it

18   says "reduced packer margins."  I don't know if

19   you see it.  It says "reduced" --

20       A    Yes.

21       Q    "Reduced packer margins in January were

22   likely caused by slowly declining supplies of

23   slaughter hogs, which obliged packers to pay

24   almost 13 percent more for slaughter hogs than

25   they did a year ago."

376

```
 1              THE REPORTER:  And then the answer
 2      was?
 3              THE WITNESS:  That is correct.
 4  BY MS. COTTRELL:
 5      Q    And you didn't know that PEDv would be
 6  coming either?
 7              MR. RISSMAN:  Object to form.
 8              THE WITNESS:  That is correct.
 9  BY MS. COTTRELL:
10      Q    And if we go to the one that the
11  plaintiffs marked.  It's PX661.
12      A    Just let me --
13      Q    No, go ahead.
14      A    -- one thing.
15      Q    Yeah.
16      A    I just wanted to make sure that you
17  didn't assume that corn prices were --
18      Q    How high did you think corn prices would
19  get?
20      A    In 2007/2008, $3.50.
21      Q    Okay.  We're going to come back to that.
22  I'm glad you looked that up.
23              Now let's go to Plaintiff's Exhibit 661,
24  page 51, and the plaintiffs I think were pointing
25  out that in '08, rather than decrease supply by
```

377

```
 1    2.1 percent, supply actually increased by 6.9

 2    percent.

 3              Do you see that?

 4        A    Yes.

 5        Q    And I think the plaintiffs are

 6    suggesting that you guys are inaccurately

 7    forecasting and projecting supply.

 8                  MR. RISSMAN:  Object to form.

 9    BY MS. COTTRELL:

10        Q    In 2008, did supply increase because of

11    the circovirus vaccine?

12                  MR. SIMON:  Object to form.

13                  MR. RISSMAN:  Object to form and

14        foundation.

15                  THE WITNESS:  It's possible.  I

16        would have to go back and look at the actual

17        timing of it.

18    BY MS. COTTRELL:

19        Q    But when the circovirus vaccine came

20    out, that did lead to an unexpected jump in hog

21    supply?

22        A    Hog supply, that's correct.

23                  MR. RISSMAN:  Object to form.

24    BY MS. COTTRELL:

25        Q    And I think the point the plaintiffs
```

378

```
 1   were making is that your projections were off, but

 2   the reality is, to the extent they were off, they

 3   were off because hog supply increased well beyond

 4   what you guys thought would happen?

 5        A    Again --

 6             MR. RISSMAN:  Object to form.

 7             THE WITNESS:  -- when we get data

 8        from NASS, who has told us that, you know,

 9        producers had -- that the pigs per litter was

10        higher than people were expecting, we had to

11        go back and -- you know, I mean obviously

12        that has an impact on both reevaluating your

13        forecasts as well as, you know, taking into

14        account the actual data that's available.

15   BY MS. COTTRELL:

16        Q    Plaintiffs asked you a lot of questions

17   about whether or not you compared the ten-year

18   baselines to actuals.

19             Do you remember that?

20        A    Yes.

21        Q    And a lot of questions about if you were

22   off or on, that sort of stuff.

23             Do you remember that?

24        A    I do.

25        Q    Do you ever recall being off by ten
```