# Exhibit 14

# DAUB-Ex-33

1

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE DISTRICT OF MINNESOTA

3

4   - - - - - - - - - - - - - - -+

5                                 |
    IN RE: PORK ANTITRUST          |
6                                 |
    LITIGATION                    |  Case Number:
7                                 |
                                  |  0:18-cv-01776
8   This document relates to      |  JRT-HB
    all actions.                  |
9                                 |
    - - - - - - - - - - - - - - -+
10

11

12            Video Deposition of

13              SETH MEYER, Ph.D.

14          Wednesday, June 15, 2022

15                 9:03 a.m.

16

17

18

19

20

21

22

23  Job No. 845998

24  Reported by:  Laurie Donovan, RPR, CRR, CLR

25

1        dash page number.

2                    MS. STUPAR:  The numbers are --

3                    MR. EDDY:  I see.

4    BY MS. STUPAR:

5        Q    Okay, and so I think you touched on this

6    broadly earlier, but can you just tell me, how are

7    these charts created?  Like do you use a

8    regression, for example?

9        A    So how are the numbers in this table

10   generated?

11       Q    Mm-hmm.

12       A    So as you noted, this is January 12,

13   2007.  When you look at this chart, some of this

14   would be history, in the past, and some of it

15   would be in the future.  Information in the past

16   may be estimated based upon other statistical data

17   that comes in at USDA, so one has to distinguish

18   between what is an estimate and what is a

19   forecast.

20       Q    Okay.

21       A    History is estimated as either a

22   statistical point which is found elsewhere or

23   based upon a number of statistical points and

24   calculated.  Other points in here will be

25   forecast.  Note the star that says it is a

CASE 0:18-cv-01776-JRT-JFD Doc. 2375-5 Filed 08/07/24 Page 5 of 19
IN RE: PORK ANTITRUST LITIGATION
Seth Meyer, Ph.D.
June 15, 2022

74

1  projection, okay?  So this is a forward look.
2  This is a forecast.
3          So your question was do I know how these
4  come together?
5      Q   Yes.  So specifically the projection
6  numbers, how does, how does the ICEC calculate
7  those projection numbers?  Like do they use a
8  regression or --
9      A   So it is a combination of a lot of
10 factors.  It is not simply a formula where numbers
11 are plugged in, and it is a consultation amongst
12 the ICEC members listed, to come up with a
13 projection.
14     Q   Okay.  Would the ICEC consider producer
15 margins when coming out with these projections,
16 for example?
17     A   Yes.
18     Q   Why?
19     A   Because it is an economic indicator of
20 how production may evolve in future quarters.
21     Q   Why?
22     A   Well, producers respond to profit
23 incentives.  Producers respond to their margins.
24 In the short run, they may be able to take modest
25 steps in future, farther out quarters.  They can

CASE 0:18-cv-01776-JRT-JFD   Doc. 2375-5   Filed 08/07/24   Page 6 of 19
IN RE: PORK ANTITRUST LITIGATION
Seth Meyer, Ph.D.
June 15, 2022

75

1  make other adjustments to the herd, and that
2  depends on how much money they're making.
3      Q   And so if you had a situation where,
4  where ICEC believes that producers would lose
5  money for a prolonged period, do you think that
6  their projections would show them increasing
7  supply?
8              MR. EDDY:  Objection to form.
9       Vague, ambiguous, lack of foundation, calls
10      for speculation.
11             MR. SIMON:  I'm going to object as
12      to form as well.  The witness is not here as
13      an expert.
14             THE WITNESS:  So what do I do?
15             MR. SIMON:  You can answer the
16      question to the extent, you know, based on
17      your duties at the USDA.
18             THE WITNESS:  My read of this is
19      that they have assessed that 2007 pork
20      production -- so the amount of meat pork
21      produced -- will fall because of rising feed
22      costs.  That is an assessment that their
23      profitability will be trimmed by higher feed
24      costs, and they will seek to minimize that
25      cost by cutting production.  That's what this

CASE 0:18-cv-01776-JRT-JFD   Doc. 2375-5   Filed 08/07/24   Page 76 of 198
IN RE: PORK ANTITRUST LITIGATION
Seth Meyer, Ph.D.
June 15, 2022

76

```
 1        says.
 2   BY MS. STUPAR:
 3        Q    Sure.  Okay.  As an agricultural
 4   economist, if you saw a projection saying that
 5   producers would continue to increase their supply
 6   in light of prolonged losses, what would your
 7   reaction to that projection be?
 8        A    All else equal --
 9             MR. EDDY:  Objection to form, vague
10        and ambiguous, calls for speculation, and not
11        an expert.  Thank you.
12             MR. SIMON:  I'm going to object as
13        well, same grounds.
14             THE WITNESS:  Economic theory tells
15        us you don't continue to produce while you're
16        losing money in the long run unless you
17        expect something else to happen, all else
18        equal.
19             (Exhibit 4 was marked for
20             identification.)
21   BY MS. STUPAR:
22        Q    Not to hide the ball, we're going to do
23   one every year --
24        A    Okay.
25        Q    For a couple of years in a row just to
```

CASE 0:18-cv-01776-JRT-JFD     Doc. 2375-5     Filed 06/07/24     Page 8 of 19
IN RE: PORK ANTITRUST LITIGATION                                    Seth Meyer, Ph.D.
                                                                    June 15, 2022

77

1  keep things going, so this is June 10, 2008.
2       A    Okay.
3       Q    Okay.  So let's start, as I said that we
4  would every time, let's look at what's going on
5  with corn.  If you go with me to the second page,
6  the first short paragraph starts with "The
7  2008/2009 marketing."
8            Do you see that?
9       A    Mm-hmm.
10      Q    So it says, "The 2008/2009 marketing
11 near average farm price for corn is projected 30
12 cents higher on both ends of the range at $5.30 to
13 $6.30 per bushel."
14           Do you see that?
15      A    Yes.
16      Q    And so we're in 2008.  That number is
17 higher, or the projected corn price is higher than
18 it was in 2007; is that right?
19      A    Yes.
20      Q    Okay, and that's likely the result of
21 corn prices increasing as a result of the ethanol
22 mandate?
23           MR. EDDY:  Objection to form; lack
24      of foundation.
25           THE WITNESS:  I wouldn't know how

116

1    months, but I'm not going to sell it for six

2    months.

3           So what are my feed costs going to

4    be in that period, including maintaining the

5    sow, and then finishing the animal, and then

6    assess that profitability out six months from

7    now.

8  BY MS. STUPAR:

9    Q    Thank you.

10          As an economist, do you think that you

11  could accurately predict future hog supply without

12  considering producers' margins in the short and

13  long term?

14           MR. EDDY:  Objection to form, calls

15    for speculation, beyond the scope.

16           THE WITNESS:  When they do this and

17    they look out a year, they assess where we

18    are today and what the signals to producers

19    are in the future.  So where we are today

20    with the breeding herd, and what are the

21    signals going forward.  Those signals include

22    expected margins for producers when they

23    forecast for the out year, and they're

24    assessing that those feed prices will keep

25    market animal weights in check.

CASE 0:18-cv-03000-JRT-JFD   Doc. 2335   Filed 08/07/24   Page 10 of 19
IN RE: PORK ANTITRUST LITIGATION                              Seth Meyer, Ph.D.
June 15, 2022

117

1    BY MS. STUPAR:

2         Q    Do you think that it is possible to

3    accurately project hog supply into the future

4    without considering producer margins?

5              MR. EDDY:  Objection to form; calls

6         for speculation.

7              THE WITNESS:  Producer margins are

8         one of the critical factors in determining

9         expectations for future pork production.

10   BY MS. STUPAR:

11        Q    And let's do our usual and end on

12   exports here.

13        A    Okay.

14        Q    Okay.  The next paragraph, it starts

15   expert -- "export forecasts."

16             Do you see that?

17        A    Mm-hmm.

18        Q    And then the third sentence talks about

19   pork specifically.  "Pork, broiler and turkey

20   exports were larger than expected in the first

21   quarter and the forecasts for the remainder of

22   2011 are raised."

23             Do you see that?

24        A    I do.

25        Q    And so the ICEC is looking at three

118

1  different proteins and saying, hey, their exports
2  are pretty high, and so we'll take that into
3  account in adjusting our forecast up for the
4  remainder of 2011; is that fair?
5      A    I think I would read it slightly
6  differently --
7      Q    Sure.
8      A    -- which is they have observed actual
9  information for 2011.  That actual information for
10 2011 was higher than they had forecast before the
11 period start.  And then they also assess that that
12 strength will continue, so they have assessed
13 what's happened so far in 2011 is stronger than we
14 anticipated, and therefore we've raised that,
15 because we've observed it, and we are also raising
16 the rest of our 2011 forecast for the remainder of
17 the year.
18           So they're, they're seeing higher actual
19 data and forecasting a higher number for the
20 remainder of the year, leading them to a higher
21 overall number for 2011.
22     Q    And that's for pork, broilers and
23 turkey, right?
24     A    Correct.
25     Q    And so you've got three proteins at the

155

1            MS. STUPAR:  Okay.  We can switch
2    to the FAPRI portion.  I think I have 20
3    minutes left to reserve for redirect on
4    topics 1 and 2.
5            MR. LISWELL:  Let's go off the
6    record for a second.
7            MS. STUPAR:  Okay.
8            THE VIDEOGRAPHER:  Going off the
9    record at 12:03 p.m.
10           (Whereupon, a short recess was
11           taken.)
12           THE VIDEOGRAPHER:  Going back on
13   the record at 12:04 p.m.
14   BY MS. STUPAR:
15       Q   Okay.  So we've talked about your
16   background at FAPRI, and so we'll talk about that
17   specifically now during this portion of the
18   deposition.
19           You're familiar with something called
20   the FAPRI baseline projections; is that right?
21       A   Yes.
22       Q   What is that?
23       A   It is a ten-year projection of
24   agricultural markets, and that would include both
25   crops and livestock, for ten years for the purpose

```
 1   of policy analysis.
 2       Q    And were you involved in putting those
 3   together?
 4       A    I was.
 5       Q    Were there calculations involved?
 6       A    There is a structural model which is
 7   used to incorporate economic relationships and
 8   hold those economic relationships during the
 9   ten-year projection.  So calculations?  Yes, many
10   calculations.
11       Q    What kinds of factors would you consider
12   in your model specifically if you were modeling
13   what's going on in the livestock industry?
14       A    So again, this is a ten-year projection,
15   so one would have to -- although this is a
16   ten-year model and it is a long projection period,
17   you still have the position from where you are
18   starting today.
19            So you would incorporate the latest
20   information that you have about animal numbers,
21   and then you would use cost -- input and output
22   prices in the livestock sector, and biological
23   lags, the forecast, the direction that production
24   would take, and that's production in both animal
25   numbers in the long run, which is most of the
```

1  ten-year production, but also carcass weights, et
2  cetera.
3      Q    Would you also consider producer margins
4  as part of that, for example?
5      A    Well, when I say input and output
6  prices.  I mean for a hog producer, input prices
7  are feed prices, output prices are what am I
8  getting for my hog.  That's what I consider their
9  margin, and there are other things which go in and
10 potentially other things which go out, but those
11 are the two primary factors, yes.
12     Q    Okay, understood, and what was or is the
13 purpose of putting together the baseline
14 projection at FAPRI?
15     A    For policy analysis.
16     Q    So who uses them?
17     A    These are -- the primary motivation for
18 the production of the baseline is to support
19 Congress in the assessment of agricultural farm
20 programs.
21     Q    Let's start looking at them.  Tab 12.
22          (Exhibit 12 was marked for
23          identification.)
24 BY MS. STUPAR:
25     Q    Do you recognize what I've handed to

1  you?
2       A    I don't recognize it, but I have no
3  reason to believe that, that it's not exactly what
4  it says it is.
5       Q    Just because it's from so long ago?
6       A    Yes.  That's, that's just it.
7       Q    This is the February 2007 FAPRI U.S.
8  Baseline Briefing Book; is that right?
9       A    Correct.
10      Q    Okay, and this was while you were at
11 FAPRI?
12      A    It is.
13      Q    Is this something that you would have
14 worked on?
15      A    Portions of it, yes.
16      Q    And yes, so that was part of my
17 question.  Were there specific portions that you
18 tended to write or focused on when you were
19 putting together these baseline briefing books,
20 you specifically?
21      A    Yeah, so let me refresh my memory here.
22      Q    Yes, of course.  There's a table of
23 contents if that's helpful.
24      A    Well, it's actually easier to go through
25 it -- okay.  So this particular document is an

CASE 0:23-cv-01709-JRT-JFD    Doc. 353-5    Filed 06/07/24    Page 16 of 19
IN RE: PORK ANTITRUST LITIGATION                              Seth Meyer, Ph.D.
                                                              June 15, 2022

179

1   A    The second bullet says "low 2008 hog
2   prices will lead to large financial losses for hog
3   producers," so that's a loss.  Hog prices fail to
4   cover costs in 2008, so they're assessing, for
5   that year, they will not cover costs.
6   Q    And then they say in the next sentence,
7   "As a result, sow numbers for the second half of
8   2008 and 2009 will be lower," so they're
9   predicting a supply cut as a result of the large
10  financial losses; is that fair?
11  A    Yes.
12              MS. STUPAR:  Okay.  Let's go to
13        2009 FAPRI, Tab 14.  This is Seth Meyer
14        Exhibit 13 [sic].
15              THE WITNESS:  This should be 14.
16              (Exhibit 14 was marked for
17              identification.)
18              (Discussion held off the record.)
19  BY MS. STUPAR:
20  Q    So we've actually marked it as Exhibit
21  14.
22              MR. EDDY:  That's the March 2009?
23              MS. STUPAR:  Yes.
24              MR. EDDY:  Thank you.
25

CASE 0:18-cv-01776-JRT-JFD    Doc. 2353-55    Filed 06/07/24    Page 176 of 193
IN RE: PORK ANTITRUST LITIGATION
Seth Meyer, Ph.D.
June 15, 2022

180

1  BY MS. STUPAR:
2      Q    Let's go to page 3, titled "Summary:
3  Recent Swings in Prices.  There are two pages with
4  that name, so make sure you're on page 3.
5           The very first -- and so again, we're
6  in, you know, March 2009.  The very first section
7  says "Weak economy weighs on commodity markets,"
8  and there's a graph showing, graph showing "World
9  GDP Growth" in -- through 2010.
10          Do you see that?
11     A    Mm-hmm.
12     Q    And the second bullet refers to a
13 "current downturn in the U.S. and global
14 economies."
15          Do you see that?
16     A    Mm-hmm.
17     Q    And so does that refer to the Great
18 Recession that we talked about earlier?
19     A    It does.
20     Q    Okay.  All right.  Let's go to the pork
21 on page 44.  The very first bullet point says
22 "2008 was the worst financial year for hog
23 producers since 1998."
24          Do you see that?
25     A    I do.

CASE 0:18-cv-01776-JRT-JFD    Doc. 2353-5    Filed 08/07/24    Page 187 of 193
IN RE: PORK ANTITRUST LITIGATION
Seth Meyer, Ph.D.
June 15, 2022

181

1    Q    Do you have any reason to disagree that
2    statement, sitting here today, at the time that it
3    was written?
4    A    I don't.
5    Q    Okay, and then the section says
6    "receipts have not kept pace with cost increases,"
7    and there's a graph.
8         Do you see that?
9    A    Yes.
10   Q    Can you explain what this graph depicts?
11   A    Okay.  So what it is describing is,
12   again, output prices and input prices, and for
13   input prices it is separating out feed costs from
14   other costs of production for the producers.
15   Q    Okay, and then the second heading says
16   "Poor Profitability Reduces the Breeding Herd."
17        Do you see that?
18   A    Yes.
19   Q    And can you explain what that means?
20   A    So this is showing head change from a
21   year ago, so number of animals, and it is a
22   change, so it shows that there is an increase in
23   animal numbers in 2008, the graph above it showing
24   poor profitability in 2008, and, therefore,
25   contraction in the following year in animal

1   numbers, as it goes negative in that graph.

2       Q    And that makes sense to you as an

3   economist; is that right?

4       A    It does.

5       Q    Let's go to the bottom section, "Hog

6   Imports and Pork Exports retract from Record

7   Levels."  The second bullet point says "Export

8   levels began to fall during the fourth quarter of

9   2008.  Though some decline is expected in 2009,

10  the long-term trend of increasing exports is

11  expected to resume in 2010."

12           Do you see that?

13      A    I do.

14      Q    So here FAPRI is predicting a long-term

15  trend of increasing exports to resume in 2010; is

16  that fair?

17      A    That's what it shows, yes.

18               MS. STUPAR:  Okay.  We're going to

19           stay in 2009 for a second, with a different

20           FAPRI document in the baseline reports.

21           Let's go to Tab 17.  I'll be interested see

22           if you remember this.  Exhibit 15.

23                 (Exhibit 15 was marked for

24                 identification.)

25               MR. EDDY:  Are you off the FAPRI