UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AGRI STATS, INC., <br><br> *Defendant*. | Case No.: 0:23-cv-03009-JRT-JFD |

**STATEMENT INSTEAD OF REDACTED DOCUMENT**

Pursuant to Local Rule 5.6 and the Amended Protective Order, Dkt. No. 162, Defendant Agri Stats, Inc.'s Memorandum of Law in Support of Its Motion to Exclude and to Strike Expert Testimony has been filed under seal. This document was filed under seal because it contains sensitive information and/or was designated Confidential or Highly Confidential by the producing party under the Amended Protective Order and redaction is impractical.

Dated: August 12, 2025            Respectfully submitted,

/s/ *Justin W. Bernick*
Justin W. Bernick
William L. Monts III
Liam E. Phibbs
**HOGAN LOVELLS US LLP**
555 13th Street, NW
Washington, DC 20004
(202) 537-5600
justin.bernick@hoganlovells.com
william.monts@hoganlovells.com

liam.phibbs@hoganlovells.com

Peter H. Walsh
**HOGAN LOVELLS US LLP**
80 South 8th Street, Ste. 1225
Minneapolis, MN 55402
(612) 402-3017
peter.walsh@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*