UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF MINNESOTA,<br>STATE OF CALIFORNIA,<br>STATE OF NORTH CAROLINA,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS, AND<br>STATE OF UTAH<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.<br><br>*Defendant*. | **STIPULATION FOR MODIFICATION OF BRIEFING SCHEDULE REGARDING AGRI STATS' MOTION TO EXCLUDE AND TO STRIKE EXPERT TESTIMONY**<br><br>No.: 0:23-CV-03009-JRT-JFD |

Plaintiffs United States of America and the States of Minnesota, California, North Carolina, Tennessee, Texas, and Utah ("Plaintiffs"), and Defendant Agri Stats, Inc. ("Agri Stats" and together with Plaintiffs, the "Parties"), by and through counsel, hereby stipulate as follows:

WHEREAS, on August 7, 2025, Agri Stats filed its Motion to Exclude and Strike Expert Testimony;

WHEREAS, absent an agreement among the parties, Local Rule 7.1(c)(2)-(3) would govern the due dates of Plaintiffs' Opposition and Agri Stats' Reply filings;

WHEREAS, *Daubert* motions and other dispositive motions are not due until "on or before September 17, 2025" under the current case schedule, *see* ECF No. 353;

WHEREAS, several counsel for Plaintiffs have vacation and other commitments during the month of August;

WHEREAS, the Parties believe there is good cause to extend the briefing schedule by one week for Plaintiffs to file their Opposition to Agri Stats' *Daubert* motion and supporting documents to avoid interference with counsel's planned commitments during August;

WHEREAS, the Parties believe there is good cause to extend the briefing schedule by one additional week to allow Agri Stats reciprocal time to file its Reply and supporting papers in support of its *Daubert* Motion;

WHEREAS, the Parties' proposed modification of the briefing schedule for Agri Stats' *Daubert* Motion will not affect any other case deadline;

WHEREAS, counsel for the Parties met and conferred on August 7, 2025 to discuss Agri Stats' Motion and the briefing schedule;

NOW THEREFORE, in light of the above-referenced facts, the Parties believe there is good cause and hereby stipulate and respectfully request that the Court enter an Order providing the following briefing schedule regarding Agri Stats' Motion to Exclude and to Strike Expert Testimony:

| Filing | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Opposition to Agri Stats' Motion to Exclude and to Strike Expert Testimony | August 28, 2025 | September 4, 2025 |
| Agri Stats' Reply in Support of Motion to Exclude and to Strike Expert Testimony | September 11, 2025 | September 25, 2025 |

IT IS SO STIPULATED.

Respectfully submitted by:

Dated: August 13, 2025

/s/ Mark H.M. Sosnowsky
MARK H.M. SOSNOWSKY (*pro hac vice*)
Senior Trial Counsel
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Telephone: (202) 812-4723
Facsimile: (202) 307-5802
Mark.Sosnowsky@usdoj.gov

/s/ Liles H. Repp
LILES H. REPP
Attorney ID No. 0400692
Assistant United States Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
Phone: (612) 664-5600
Fax: (612) 664-5788
Email:  Liles.Repp@usdoj.gov

*Attorneys for United States of America*

/s/ Justin W. Bernick
Peter H Walsh (MN# 0388672)
Hogan Lovells US LLP
80 South 8th Street Ste 1225
Minneapolis, MN 55402
Tel: (612) 402-3017
Fax: (612) 339-5167
Email: peter.walsh@hoganlovells.com

William L. Monts III
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*

KEITH ELLISON
Attorney General of Minnesota

*/s/* Katherine A. Moerke
JAMES CANADAY (No. 030234X)
Deputy Attorney General
KATHERINE A. MOERKE (No. 0312277)
ELIZABETH ODETTE (No. 0340698)
SARAH DOKTORI (No. 0403060)
Assistant Attorneys General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
james.canaday@ag.state.mn.us
Telephone: (651) 757-1421
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288
elizabeth.odette@ag.state.mn.us
Telephone: (651) 728-7208
sarah.doktori@ag.state.mn.us
Telephone: (651) 583-6694

*Attorneys for State of Minnesota and Local Counsel for States of California, North Carolina, Tennessee, Texas, and Utah*

ROB BONTA
Attorney General of California

*/s/ Quyen Toland*
QUYEN TOLAND (*Pro Hac Vice*)
Deputy Attorney General
NICOLE GORDON (*Pro Hac Vice*)
Deputy Attorney General
MICHAEL JORGENSON (*Pro Hac Vice*)

4

Supervising Deputy Attorney General
PAULA BLIZZARD (*Pro Hac Vice*)
Senior Assistant Attorney General
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue, Ste. 11000
San Francisco, CA  94102
Telephone: 415.510.3534
E-mail:  Quyen.Toland@doj.ca.gov

*Attorneys for State of California*

JEFF JACKSON
Attorney General of North Carolina

/s/ Kunal Choksi
KUNAL CHOKSI (Pro Hac Vice)
Senior Deputy Attorney General
Francisco Benzoni (Pro Hac Vice)
Special Deputy Attorney General
114 W. Edenton Street
Raleigh, NC 27603
Telephone: (919) 716-8611
kchoksi@ncdoj.gov

*Attorneys for State of North Carolina*

JONATHAN SKRMETTI
Attorney General of Tennessee

/s/ Daniel Lynch
ETHAN BOWERS (*Pro Hac Vice*)
Senior Assistant Attorney General
DANIEL LYNCH (*Pro Hac Vice*)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202

5

Ethan.Bowers@ag.tn.gov
Daniel.Lynch@ag.tn.gov

Telephone: (615) 741-8091

*Attorneys for State of Tennessee*

KEN PAXTON
Attorney General of Texas

/s/ William Shieber
BRENT WEBSTER
First Assistant Attorney General
RALPH MOLINA
Deputy First Assistant Attorney General
AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation
WILLIAM SHIEBER (*Pro Hac Vice*)
Senior Staff Attorney, Antitrust Division
PAIGE ETHERINGTON (*Pro Hac Vice*)
Assistant Attorney General
Office of the Attorney General, State of Texas
300 West 15th Street
Austin, Texas 78701
Telephone: (512) 463-1710
William.Shieber@oag.texas.gov

*Attorneys for State of Texas*

DEREK E. BROWN
Attorney General of Utah

/s/ Matthew Michaloski
MATTHEW MICHALOSKI (*Pro Hac Vice*)
Assistant Attorney General

MARIE W.L. MARTIN (*Pro Hac Vice*)
Deputy Division Director
Utah Office of the Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
Telephone: (801) 366-0375
Fax: (801) 366-0378
mmichaloski@agutah.gov
mwmartin@agutah.gov

*Attorneys for State of Utah*