# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, *et al.*,

         *Plaintiffs*,

   v.

AGRI STATS, INC.,

         *Defendant*.

Case No.: 0:23-cv-03009-JRT-JFD

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
## AGRI STATS' OPPOSITION TO PLAINTIFFS' MOTION TO STAY

Defendant Agri Stats hereby submits this notice of supplemental authority in support of its opposition to Plaintiff United States' motion to stay.  In addition to the two cases cited in Agri Stats' opposition in which courts yesterday denied the United States' request to stay ongoing proceedings,[1] today a court denied the United States' request to stay another ongoing proceeding. *See United States v. Google LLC*, 1:20-cv-03010-APM (Oct. 2, 2025 D.D.C.) (minute order denying motion to stay) (citing *Kornitzky Grp. v. Elwell*, 912 F.3d 637, 638 (D.C. Cir. 2019); *United States v. US Airways Grp.*, 979 F. Supp. 2d 33, 34–35 (D.D.C. 2013); U.S. Department of Justice FY 2026 Contingency Plan 3 (Sept. 29, 2025), https://www.justice.gov/jmd/media/1377216/dl ("If a court denies such a [stay] request and orders a case to continue, the Government will comply with the court's order, which would constitute express legal authorization for the activity to continue.")).


Dated: October 2, 2025                    Respectfully submitted,

                                          /s/ Justin W. Bernick
                                          Justin W. Bernick
                                          William L. Monts III
                                          Liam E. Phibbs
                                          Holden A. Steinhauer
                                          **HOGAN LOVELLS US LLP**
                                          555 13th Street, NW
                                          Washington, DC 20004
                                          (202) 537-5600
                                          justin.bernick@hoganlovells.com
                                          william.monts@hoganlovells.com
                                          liam.phibbs@hoganlovells.com
                                          holden.steinhauer@hoganlovells.com

---

[1]     *United States, et al. v. Live Nation Entertainment, et al.*, No. 1:24-cv-3973-AS (S.D.N.Y), Dkt. No. 652; *United States, et al. v. Google LLC*, No. 1:23-cv-108-LMB (E.D. Va.), Dkt. No. 1781.

Peter H. Walsh
**HOGAN LOVELLS US LLP**
80 South 8th Street, Ste. 1225
Minneapolis, MN 55402
(612) 402-3017
peter.walsh@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*