UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MINNESOTA, STATE OF CALIFORNIA, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF TEXAS, and STATE OF UTAH,<br><br>    *Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.,<br><br>    *Defendant.* | No. 0:23-CV-03009-JRT-JFD<br><br>**STATEMENT OF REDACTION** |

Plaintiffs, by and through James H. Congdon, Trial Attorney, United States Department of Justice Antitrust Division, hereby notify this Court that Exhibits 1-73 to the Declaration of James H. Congdon in Support of Plaintiffs' Memorandum in Opposition to Agri Stats' Motion for Summary Judgment have been filed under seal on CM/ECF at Docket Nos. 430 through 430-72. These documents, and the materials relied upon, were designated in their entirety as "Highly Confidential" by Agri Stats, third parties, and Plaintiffs. Regarding documents designated by Agri Stats and third parties, Plaintiffs do not know what portions, if any, Agri Stats contends can be filed publicly. Regarding documents designated by Plaintiffs, these documents extensively reference material marked Highly Confidential by Agri Stats and third parties, and redaction is impractical given the volume of designated material.

Dated: November 20, 2025                    /s/ *James H. Congdon*
                                            James H. Congdon
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Antitrust Division
                                            450 Fifth Street NW
                                            Washington, DC 20530
                                            James.Congdon@usdoj.gov