# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.,<br><br>*Defendant*. | No. 0:23-CV-03009-JRT-JFD |

## ORDER FOR MODIFICATION OF DEADLINE FOR
## JOINT MOTIONS REGARDING CONTINUED SEALING

This matter comes before the Court on the Joint Stipulation for Modification of Deadline for Joint Motions Regarding Continued Sealing. *See* ECF No. 456. Having reviewed the Stipulation, the Court finds it sets forth good cause to hereby order that the:

1. Joint Sealing Motion Regarding Continued Sealing for Defendant's Motion to Exclude and to Strike Expert Testimony, *see* ECF No. 370, shall be due on January 9, 2026;

2. Joint Sealing Motion Regarding Continued Sealing for Defendant's Motion for Summary Judgment, *see* ECF No. 392, shall be due on January 9, 2026; and

3. Joint Sealing Motion Regarding Continued Sealing for Plaintiffs' Motion to Exclude Expert Testimony, *see* ECF No. 400, shall be due on January 9, 2026.

Date: December 30, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge