# EXHIBIT A

**PROPOSED PRETRIAL SCHEDULES**

| Event | *Pork* Date | Plaintiffs' Proposed Date | Agri Stats' Proposed Date[1] |
|---|---|---|---|
| Deadline to complete meet and confer on authenticity stipulation[2] | Wednesday, January 7, 2026 | Wednesday, February 11, 2026 | N/A |
| Parties exchange preliminary witness lists (live witnesses)[3] | Friday, January 16, 2026 | Friday, February 20, 2026 | Friday, March 6, 2026 |
| Parties exchange proposed exhibit lists | Monday, February 16, 2026 | Friday, February 27, 2026 | Friday, March 13, 2026 |
| Parties exchange deposition designations | Friday, February 6, 2026 | Friday, March 6, 2026 | Friday, March 13, 2026 |
| Deadline for Court in *In re Pork* to provide further instruction regarding | Wednesday, March 4, 2026 | N/A | N/A |

---

[1]     Agri Stats believes that it would be inefficient and highly burdensome for the parties to make witness and exhibit lists, and other disclosures, prior to this Court's resolution of summary judgment, *Daubert*, and Seventh Amendment issues. The Court's order in *In re Pork Antitrust Litigation*, ECF 3216, indicated that the Court would, by that March 4 date, "provide further instruction" regarding which parties will appear at trial on May 4, 2026. Therefore Agri Stats anticipates that these issues would be resolved prior to March 4, 2026, and that Agri Stats' proposed dates would allow the parties to take into account the Court's rulings and still prepare for a May 4, 2026, trial date. However, in the event the Parties' summary judgment, *Daubert*, and Seventh Amendment objections are not resolved by March 4, 2026, Agri Stats requests a remote status conference with the Court to discuss trial preparation and timing. Plaintiffs disagree with this position.

[2]     Plaintiffs seek to handle authenticity efficiently and avoid burdening the court with piecemeal disputes by stipulating that documents produced by parties and third parties during discovery in this litigation are presumed to be authentic. Agri Stats believes that it would be inefficient to discuss authenticity issues until the parties exchange exhibit lists and understand the actual universe of documents that may be used at trial.

[3]     Plaintiffs reserve the right to add additional witnesses later to the extent those witnesses are needed for the purposes of authentication of documents. Agri Stats reserves the right to add additional witnesses later in light of the Court's anticipated summary judgment ruling.

| | | | |
|---|---|---|---|
| whether one or a combination of plaintiffs will go to trial | | | |
| Parties exchange objections to exhibit lists | Friday, February 27, 2026 | Friday, March 13, 2026 | Wednesday, March 25, 2026 |
| Parties exchange objections to deposition designations, and deposition counter-designations | Monday, March 9, 2026 | Wednesday, March 18, 2026 | Wednesday, March 25, 2026 |
| Parties exchange objections to counter-designations | Thursday, March 26, 2026 | Friday, March 27, 2026 | Wednesday, April 1, 2026 |
| Parties exchange initial drafts of joint filings required by LR 39.1, including:<br><br>• Revised/final witness lists<br><br>• Revised/final exhibit lists and objections thereto<br><br>• Final deposition designations, counter-designations, and objections thereto<br><br>Final stipulations and/or statements of uncontested facts | Friday, April 3, 2026 | Friday, April 3, 2026 | Monday, April 6, 2026 |
| Motions in limine filed | The later of March 16, 2026 or five days after the Court determines which Plaintiffs will participate in the first trial | Friday, April 10, 2026 | Friday, April 10, 2026 |
| Oppositions to motions in limine filed | The later of Friday, March 27, 2026 or 11 days after the deadline for filings motions in limine | Friday, April 17, 2026 | Friday, April 17, 2026 |
| Pre-Trial Filings pursuant to LR 39.1 | Friday, April 17, 2026 | Monday, April 20, 2026 | Monday, April 20, 2026 |

| | | | |
|---|---|---|---|
| Requested date for Pre-Trial Conference (to include arguments on motions *in limine*) | The week of April 27, 2026 (subject to the Court's availability) | The week of April 27, 2026 (subject to the Court's availability) | The week of April 27, 2026 (subject to the Court's availability) |
| Deadline for parties to exchange any exhibits, demonstratives, or testimony to be used in Opening Statements | April 29, 2026 | Wednesday, April 29, 2026 | Wednesday, April 29, 2026 |
| Deadline for parties to object to any exhibits, demonstratives or testimony to be used in Opening Statements | May 1, 2026 | Friday, May 1, 2026 | Friday, May 1, 2026 |
| Trial begins | May 4, 2026 | Monday, May 4, 2026 | Monday, May 4, 2026 |