# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AGRI STATS, INC.,<br><br>*Defendant*. | Case No.: 0:23-cv-03009-JRT-JFD |

## ORDER GRANTING DEFENDANT AGRI STATS INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FARMSTAND'S MOTION FOR FURTHER CONSIDERATION

This matter is before the Court upon Agri Stats Inc.'s ("Agri Stats") Unopposed Motion for Extension of Time to Respond to FarmSTAND's Motion for Further Consideration (Dkt. No. 490) ("Motion"). The Court has reviewed the Motion and finds it sets forth good cause for the requested extension. **IT IS HEREBY ORDERED** that Agri Stats' Unopposed Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Agri Stats' response to the Motion will be filed on or before March 16, 2026.

Dated: March 5, 2026

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge