UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AGRI STATS, INC., <br><br> *Defendant*. | Case No.: 23-cv-03009-JRT-JFD |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO
FARMSTAND'S MOTION FOR FURTHER CONSIDERATION**

This matter is before the Court on Plaintiffs' Unopposed Motion for Extension of Time to Respond to FarmSTAND's Motion for Further Consideration (Dkt. No. 500) ("Motion"). The Court has reviewed the Motion and finds it sets forth good cause for the requested extension. **IT IS HEREBY ORDERED** that Plaintiffs' Unopposed Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' response to the Motion will be filed on or before March 16, 2026.

Date: March 6, 2026

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge