**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MINNESOTA, STATE OF CALIFORNIA, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF TEXAS, and STATE OF UTAH, <br><br> *Plaintiffs*, <br><br> v. <br><br> AGRI STATS, INC., <br><br> *Defendant.* | No. 0:23-CV-03009-JRT-JFD <br><br> **ORDER REGARDING PRETRIAL CONFIDENTIALITY PROCEDURES** |

Upon consideration of the Parties' Stipulation Regarding Pre-Trial Confidentiality Procedures, ECF No. 512, **IT IS HEREBY ORDERED** that the following confidentiality deadlines and procedures shall apply for the trial in this action:

1.      By Wednesday, March 18, 2026, each party must notify any non-party whose confidential documents have been listed for use at trial in that party's Exhibit List or whose confidential testimony has been listed for use at trial in that party's affirmative deposition designations and identify to the non-party the specific documents listed (by bates number) and/or the specific testimony designated (by page and line number).

2.      If a party is unable to contact a non-party pursuant to Paragraph 1 because the party could not determine the contact information for the non-party after a good-

faith attempt, each party must provide to the opposing party the name of any such non-party by Friday, March 20, 2026.

3.      By Friday, March 27, 2026, each party must notify any non-party whose confidential testimony has been listed for use at trial in that party's counter deposition designations and identify to the non-party the specific testimony (by page and line number). By Friday, March 27, 2026, each party must also notify any non-party it was not able to contact pursuant to Paragraphs 1 and 2.

4.      By Wednesday, April 8, 2026, any party or non-party who objects to the public use of confidential documents or testimony must file a request to seal that includes an explanation of why that information should remain sealed and a proposed acceptable redaction of the information from the relevant document or transcript. Any document or testimony disclosed in the parties' Exhibit Lists or deposition designations but not covered by any request to seal filed at this time may be used publicly at trial.

5.      By Monday, April 20, 2026, all objections or responses to any party's or non-party's proposed redactions and/or requests to seal confidential information in any respect must be filed.

6.      Oral argument on any confidentiality issues, if required, will occur during the Pre-Trial Conference.

Dated: March 17, 2026                     *s/ John F. Docherty*
                                          JOHN F. DOCHERTY
                                          United States Magistrate Judge