**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

STATE OF CALIFORNIA,                                                 Civil No. 23-3009 (JRT/JFD)

STATE OF NORTH CAROLINA,

STATE OF TENNESSEE,

STATE OF MINNESOTA,                                          **ORDER AUTHORIZING RELEASE OF**
**DEPOSITION VIDEOS FROM**
STATE OF TEXAS, and                                            **PRIVATE MDL LITIGATIONS**

STATE OF UTAH,

                                    Plaintiffs,

v.

AGRI STATS, INC.,

                                    Defendant.

---

Plaintiffs, the United States and six individual states, move the Court to authorize release of deposition videos from private multi-district litigations (MDL).  (Docket No. 538.)  The motion is unopposed.  Plaintiffs represent that the underlying transcripts have been provided to them in the following cases:

> *In re Pork Antitrust Litigation*, Case No. 0:88-cv-01776; 0:21-cv-02998 (D. Minn.)
> *In re Broilers Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)
> *In re Turkey Antitrust Litigation*, Case No. 1:19-cv-08318; 20-cv-02295 (N.D. Ill.)

The Court will grant the motion to allow Plaintiffs the option of presenting portions of such testimony during the trial scheduled to begin May 4, 2026.

-2-

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that

1.  Plaintiffs' Unopposed Motion Authorizing Release of Deposition Videos from

    Private MDL Litigations (Docket No. [538]), is **GRANTED**.

2.  Plaintiffs are authorized to receive videos of deposition testimony from the

    following litigations:

    *In re Pork Antitrust Litigation*, Case No. 0:88-cv-01776; 0:21-cv-02998 (D. Minn.)
    *In re Broilers Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)
    *In re Turkey Antitrust Litigation*, Case No. 1:19-cv-08318; 20-cv-02295 (N.D. Ill.)

    Any such materials shall remain subject to the protective orders governing this

    case.

3.  This Order is without prejudice to any party's right to object to the use of such

    materials at trial.

DATED: April 3, 2026                    _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                    JOHN R. TUNHEIM
                                        United States District Judge

-2-