**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

STATE OF CALIFORNIA,                                          Civil No. 23-3009 (JRT/JFD)

STATE OF MINNESOTA,

STATE OF NORTH CAROLINA,

STATE OF TENNESSEE,                                    **ORDER AUTHORIZING**
                                                       **NATIONWIDE SERVICE OF**
STATE OF TEXAS, and                                **PROCESS OF TRIAL SUBPOENAS**

STATE OF UTAH,

                              Plaintiffs,

v.

AGRI STATS, INC.,

                              Defendant.

---

Plaintiffs, the United States and six individual states, move the Court to authorize service of trial subpoenas on certain fact witnesses. (Docket No. 675.) The motion is unopposed. The Court will grant the motion.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

1. Plaintiffs' Unopposed Motion for Authorization to Serve Trial Subpoenas (Docket No. [675]) is **GRANTED**;

2. Pursuant to 15 U.S.C. § 23, Plaintiffs are authorized to serve trial subpoenas on the following witnesses:

Steve Barkurn

Mark Copa

Randy Day

Michael Donohue

Stacey Edwards

Todd Fawver

Ronald Freed

Dan Grismore

Al Jansen

Chuck McDaniel

Mark McKay

Tim Price

Gary Redner

Joe Sanderson

Justin Schmerbeck

Eric Scholer

Brian Snyder

Dana Weatherford.

DATED: April 13, 2026
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

-2-