# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
STATE OF MINNESOTA, *et al.*,

                         Plaintiffs,

vs.                                                    Case No. 0:23-CV-03009-JRT-JFD

AGRI STATS, INC.,

                         Defendant.

## MEET-AND-CONFER STATEMENT

I, Nathan Leys, representing movant FarmSTAND, hereby certify that:

I met and conferred with the opposing party by:

      Meeting with: Counsel for Defendant via email on 4/14/26 and Counsel for Plaintiffs via
email on 4/15/26

 Discussing the following motion:

      Limited-Purpose Motion to Intervene

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

        X Do **not** agree on the resolution of any part of the motion. (Defendant)

        X Agreed on all or part of the motion and request that the Court incorporate the
following agreement in an order:

Plaintiffs do not oppose the limited-purpose motion to intervene. Defendant opposes the limited-purpose motion to intervene.

Signed this 16th day of April, 2026.

Signature of Party       __/s/ *Nathan Leys*_____

Mailing Address       712 H St. NE
Suite 2534
Washington, D.C. 20002

Telephone Number    (202) 595-8816

Note:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).