# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
STATE OF MINNESOTA,
STATE OF CALIFORNIA,
STATE OF NORTH CAROLINA,
STATE OF TENNESSEE,
STATE OF TEXAS, and
STATE OF UTAH,

$\qquad$ *Plaintiffs*,

v.

AGRI STATS, INC.,

$\qquad$ *Defendant.*

No. 0:23-CV-03009-JRT-JFD

## PLAINTIFFS' MOTION TO TAKE A LIMITED 30(b)(6)
## DEPOSITION OF AGRI STATS ON NEW SETTLEMENT AGREEMENTS

Plaintiffs respectfully move to take a limited 30(b)(6) deposition of an Agri Stats corporate designee who will be prepared to testify to the details of the preliminary settlement agreements with certain private class plaintiffs in three class-action litigations: *In re Pork Antitrust Litig.*, 18-cv-01776-JRT-JFD, ECF Nos. 3339 to 3344 (D. Minn.) ("*Pork*"); *In re Broilers Chicken Antirust Litig.*, 16-cv-08637, ECF Nos. 8313 & 8314 (N.D. Ill.), and *In re Turkey Antitrust Litig.*, 19-cv-08318, ECF Nos. 1772 & 1773 (N.D. Ill.) (collectively the "Preliminary Agreements"). This motion is supported by the Memorandum of Law in Support of Plaintiffs' Motion to Take a Limited 30(b)(6) Deposition of Agri Stats on New Settlement Agreements.

Dated: April 16, 2026                    Respectfully,

**FOR PLAINTIFF UNITED STATES OF AMERICA:**

DANIEL N. ROSEN
United States Attorney
Attorney for the United States Acting Under
Authority Conferred by
28 U.S.C. § 515

/s/ Mark H.M. Sosnowsky
MARK H.M. SOSNOWSKY (*Pro Hac Vice*)
KATE M. RIGGS (*Pro Hac Vice*)
JAMES H. CONGDON (*Pro Hac Vice*)
WILLIAM M. FRIEDMAN (*Pro Hac Vice*)
RACHEL S. HANSEN (*Pro Hac Vice*)
GRIFFIN S. KENNY (*Pro Hac Vice*)
STEVEN KRAMER (*Pro Hac Vice*)
PETER A. NELSON (*Pro Hac Vice*)
DAVID M. TESLICKO (*Pro Hac Vice*)
        ANNA WANG (*Pro Hac Vice*)

United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Telephone: (202) 812-4723
Facsimile: (202) 307-5802
Mark.Sosnowsky@usdoj.gov
Kate.Riggs@usdoj.gov
James.Congdon@usdoj.gov
        William.Friedman2@usdoj.gov
Rachel.Hansen@usdoj.gov
Griffin.Kenny@usdoj.gov
Steven.Kramer@usdoj.gov
Peter.Nelson@usdoj.gov
David.Teslicko@usdoj.gov
Anna.Wang@usdoj.gov

*Attorneys for United States of America*

2

**FOR PLAINTIFF STATE OF MINNESOTA:**

KEITH ELLISON
Attorney General of Minnesota

/s/ Katherine A. Moerke
JAMES CANADAY (No. 030234X)
Deputy Attorney General
KATHERINE A. MOERKE (No. 0312277)
ELIZABETH ODETTE (No. 0340698)
SARAH DOKTORI (No. 0403060)
Assistant Attorneys General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
james.canaday@ag.state.mn.us
Telephone: (651) 757-1421
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288
elizabeth.odette@ag.state.mn.us
Telephone: (651) 728-7208
sarah.doktori@ag.state.mn.us
Telephone: (651) 583-6694

*Attorneys for State of Minnesota and Local Counsel for States of California, North Carolina, Tennessee, Texas, and Utah*


**FOR PLAINTIFF STATE OF CALIFORNIA:**

ROB BONTA
Attorney General of California

/s/ Michael Jorgenson
NICOLE GORDON (*Pro Hac Vice*)
Deputy Attorney General
MICHAEL JORGENSON (*Pro Hac Vice*)

3

Supervising Deputy Attorney General
PAULA BLIZZARD (*Pro Hac Vice*)
Senior Assistant Attorney General
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue, Ste. 11000
San Francisco, CA  94102
Telephone: 415.510.3534
E-mail:  Michael.Jorgenson@doj.ca.gov

*Attorneys for State of California*

**FOR PLAINTIFF STATE OF NORTH CAROLINA:**

JEFF JACKSON
Attorney General of North Carolina

/s/ Kunal Choksi
KUNAL CHOKSI (Pro Hac Vice)
Senior Deputy Attorney General
Francisco Benzoni (Pro Hac Vice)
Special Deputy Attorney General
114 W. Edenton Street
Raleigh, NC 27603
Telephone: (919) 716-8611
kchoksi@ncdoj.gov
fbenzoni@ncdoj.gov

*Attorneys for State of North Carolina*

**FOR PLAINTIFF STATE OF TENNESSEE:**

JONATHAN SKRMETTI
Attorney General of Tennessee

*/s/* Daniel Lynch
ETHAN BOWERS (*Pro Hac Vice*)
Senior Assistant Attorney General

4

DANIEL LYNCH (*Pro Hac Vice*)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Ethan.Bowers@ag.tn.gov
Daniel.Lynch@ag.tn.gov

Telephone: (615) 741-8091

*Attorneys for State of Tennessee*


**FOR PLAINTIFF STATE OF TEXAS:**

KEN PAXTON
Attorney General of Texas

/s/ William Shieber
BRENT WEBSTER
First Assistant Attorney General
RALPH MOLINA
Deputy First Assistant Attorney General
AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation
WILLIAM SHIEBER (*Pro Hac Vice*)
Senior Staff Attorney, Antitrust Division
PAIGE ETHERINGTON (*Pro Hac Vice*)
Assistant Attorney General
Office of the Attorney General, State of Texas
300 West 15th Street
Austin, Texas 78701
Telephone: (512) 463-1710
William.Shieber@oag.texas.gov

*Attorneys for State of Texas*


**FOR PLAINTIFF STATE OF UTAH:**

DEREK E. BROWN

5

Attorney General of Utah

/s/ Matthew Michaloski
MATTHEW MICHALOSKI (*Pro Hac Vice*)
Assistant Attorney General
MARIE W.L. MARTIN (*Pro Hac Vice*)
Deputy Division Director
Utah Office of the Attorney General
P.O. Box 140811
160 E. 300 South
Salt Lake City, UT  84114
Telephone: (801) 366-0375
Fax: (801) 366-0378
mmichaloski@agutah.gov
mwmartin@agutah.gov

*Attorneys for State of Utah*