**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

STATE OF CALIFORNIA,                                          Civil No. 23-3009 (JRT/JFD)

STATE OF MINNESOTA,

STATE OF NORTH CAROLINA,

STATE OF TENNESSEE,                             **SECOND ORDER AUTHORIZING
                                                NATIONWIDE SERVICE OF**
STATE OF TEXAS, and                             **PROCESS OF TRIAL SUBPOENAS**

STATE OF UTAH,

                            Plaintiffs,

v.

AGRI STATS, INC.,

                            Defendant.

Agri Stats, Inc. moves the Court to authorize service of trial subpoenas on certain fact witnesses. (Docket No. 678.) The motion is unopposed. The Court will grant the motion.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

1. Defendant Agri Stats, Inc.' Unopposed Motion for Authorization to Serve Trial Subpoenas (Docket No. [678]) is **GRANTED**;

2.  Pursuant to 15 U.S.C. § 23, Plaintiffs are authorized to serve trial subpoenas on the

following witnesses:

| | |
|---|---|
| Cole Everett | Kevin Vandiver |
| Glenn Leitch | Amanda Irwin |
| Walt Shafer | Ed Fryer |
| Kevin Phillips | Randy Day |
| Chris Sandbothe | Mark McCaky |
| Matt England | Bernie Adcock |
| Bob Rosa | Josh Stewart |
| Dan Grismore | David Jackson |
| Jeff Reap | Keith Bollman |
| Todd Wilson | Noel White |
| Clay Mullins | Shane Miller |
| Dave Weaber | United States (Denise Biehn) |
| Chuck McDaniel | |

DATED: April 17, 2026
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

-2-