**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AGRI STATS, INC., <br><br> *Defendant*. | Case No.: 0:23-cv-03009-JRT-JFD |

**DEFENDANT'S CERTIFICATION OF COMPLIANCE WITH**
**LOCAL RULE 7.1 WORD COUNT REQUIREMENT**

I, Justin W. Bernick, certify that the Defendant Agri Stats, Inc.'s Opposition to Government Plaintiffs' Motion to Exclude Dr. Tram Nguyen's Testimony ("Opposition") complies with Local Rule 7.1.  I further certify that, in preparation of this Opposition, I used Microsoft Word from the Microsoft Office Professional suite, and that this word processing program has been applied specifically to include all body text, headings, footnotes, and quotations (but to exclude the caption and attorney signatures) in the following word count.  I further certify that the Opposition contains 816 words.

Dated: April 23, 2026

Respectfully submitted,

*/s/ Justin W. Bernick*
Justin W. Bernick
William L. Monts III
Liam E. Phibbs
**HOGAN LOVELLS US LLP**
555 13th Street, NW

Washington, DC 20004
(202) 537-5600
justin.bernick@hoganlovells.com
william.monts@hoganlovells.com
liam.phibbs@hoganlovells.com

Peter H. Walsh
**HOGAN LOVELLS US LLP**
80 South 8th Street, Ste. 1225
Minneapolis, MN 55402
(612) 402-3017
peter.walsh@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*

2