**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF MINNESOTA,<br>STATE OF CALIFORNIA,<br>STATE OF NORTH CAROLINA,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS, and<br>STATE OF UTAH,<br><br>       *Plaintiffs*,<br><br>    v.<br><br>AGRI STATS, INC.,<br><br>       *Defendant.* | No. 0:23-CV-03009-JRT-JFD |

**UNITED STATES' EXPLANATION OF PROCEDURES UNDER THE
ANTITRUST PROCEDURES AND PENALTIES ACT**

The United States submits this memorandum summarizing the procedures of the

Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)–(h) (the "APPA" or "Tunney

Act"), related to the Court's review of the proposed Stipulation and Order and the

proposed Final Judgment in this matter, which were filed at the same time as this

Explanation.

1. Plaintiffs the United States and the Plaintiff States of Minnesota, California,

North Carolina, Tennessee, Texas, and Utah (collectively, the "Plaintiff States") have

filed a proposed Final Judgment and a Stipulation and Order, to which the United States,

Plaintiff States, and Defendant Agri Stats, Inc. have agreed, and the United States will

file a Competitive Impact Statement explaining the proposed settlement. The United

States, Plaintiff States, and Defendant have also agreed that the Court may enter the proposed Final Judgment after the requirements of the Tunney Act have been satisfied.

2.	The United States, Plaintiff States, and Defendant ask that the Court sign the Stipulation and Order as soon as possible. The Stipulation and Order will ensure a restoration of competition during the Tunney Act proceedings by requiring Defendant to comply with the provisions of the proposed Final Judgment.

3.	The Court should not sign the proposed Final Judgment until the requirements of the Tunney Act are satisfied. The Tunney Act requires that the United States (a) publish the proposed Final Judgment and the Competitive Impact Statement in the *Federal Register* and (b) cause a summary of the terms of the proposed Final Judgment and the Competitive Impact Statement to be published in one or more newspapers at least 60 days before the Court signs the proposed Final Judgment. The newspaper notice(s) will inform the public how to submit comments about the proposed Final Judgment to the United States Department of Justice's Antitrust Division. Defendant in this matter has agreed to arrange and pay for the required newspaper notice(s).

4.	Members of the public who wish to submit comments will be invited to do so within 60 days following publication in the *Federal Register* and of the newspaper notice(s). The United States will prepare a response to any comments received during this period and will (a) file with the Court the comments and the United States' response and (b) publish the comments and the United States' response in the *Federal Register* unless this Court authorizes an alternative method of public dissemination of the public

comments and the response to those comments pursuant to the Tunney Act, 15 U.S.C. § 16(d). After the comments and the United States' response have been filed with the Court and published, the United States may move the Court to enter the proposed Final Judgment unless the United States has withdrawn its consent to entry of the Final Judgment, as permitted by Paragraph II.A of the Stipulation and Order.

5.      If the United States moves the Court to enter the proposed Final Judgment after compliance with the Tunney Act, the Court may enter the Final Judgment without a hearing if the Court concludes that the Final Judgment is in the public interest.

Dated: May 7, 2026                          Respectfully submitted,

                                            **FOR PLAINTIFF UNITED STATES OF AMERICA:**

                                            DANIEL N. ROSEN
                                            United States Attorney
                                            District of Minnesota
                                            600 U.S. Courthouse
                                            300 South Fourth Street
                                            Minneapolis, MN 55415
                                            (612) 664-5600

                                            */s/* Mark H.M. Sosnowsky
                                            MARK H.M. SOSNOWSKY (*Pro Hac Vice*)
                                            KATE M. RIGGS (*Pro Hac Vice*)
                                            JAMES H. CONGDON (*Pro Hac Vice*)
                                            WILLIAM M. FRIEDMAN (*Pro Hac Vice*)
                                            PETER A. NELSON (*Pro Hac Vice*)

                                            United States Department of Justice
                                            Antitrust Division
                                            450 Fifth Street, NW, Suite 8000
                                            Washington, DC 20530
                                            Telephone: (202) 812-4723

3

Facsimile: (202) 307-5802
Mark.Sosnowsky@usdoj.gov
Kate.Riggs@usdoj.gov
James.Congdon@usdoj.gov
William.Friedman2@usdoj.gov
Peter.Nelson@usdoj.gov

*Attorneys for United States of America*

4