**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA; STATE OF NORTH CAROLINA; STATE OF TENNESSEE; STATE OF MINNESOTA; STATE OF TEXAS; and STATE OF UTAH, | Civil No. 23-3009 (JRT/JFD) |
| Plaintiffs, | **ORDER ADJOURNING BENCH TRIAL AND PRETRIAL DEADLINES** |
| v. | |
| AGRI STATS, INC., | |
| Defendant. | |

Plaintiffs the United States and the States of Minnesota, California, North Carolina, Tennessee, Texas, and Utah and Defendant Agri Stats, Inc., filed a proposed Final Judgment in this matter on May 7, 2026 (Docket No. 742). On May 8, 2026, the parties jointly filed a stipulation requesting that, in light of the proposed Final Judgment, the Court adjourn the bench trial and all associated pretrial deadlines in this matter.

The Court will adjourn the bench trial and all associated pretrial deadlines. The Court does request that the parties continue to reserve the time previously scheduled by the Court on Friday, May 15 for a pretrial conference. In the event that the Court has questions about the proposed Final Judgment or Stipulation that cannot be resolved by correspondence with the parties, the Court will schedule a Zoom teleconference for the morning of Friday, May 15.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that

1.  The bench trial currently scheduled in this matter is adjourned indefinitely.

2.  All associated pretrial deadlines in this matter are adjourned indefinitely.

DATED: May 8, 2026
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

-2-