| MINNESOTA OFFICE<br>CANADIAN PACIFIC PLAZA<br>120 S. 6TH ST., STE 2600<br>MINNEAPOLIS, MN 55402 |  | CALIFORNIA OFFICE<br>600 W. BROADWAY<br>SUITE 3300<br>SAN DIEGO, CA 92101 |
|---|---|---|

**DANIEL C. HEDLUND**
dhedlund@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

November 29, 2022

**BY CM/ECF**
Hon. John R. Tunheim
U.S. District Court, District of Minnesota
Diana E. Murphy U.S. Courthouse
300 South Fourth Street, Courtroom 14E
Minneapolis, MN 55415

    Re:    *In re: Pork Antitrust Litigation*, Case No. 0:18-cv-1776 (JRT/JFD)
            **This Document Relates To: All Actions**

Dear Judge Tunheim:

Pursuant to the Court's Order dated November 9, 2022 (ECF No. 1589), I write to inform the Court that Interim Co-Lead Class Counsel for Consumer Indirect Purchaser Plaintiffs ("CIPPs") propose that Shana E. Scarlett, serve as Liaison Counsel for CIPPs. Hagens Berman Sobol Shapiro LLP, along with Gustafson Gluek PLLC, is one of two firms appointed by the Court to serve as Interim Co-Lead Class Counsel for Consumer Indirect Purchaser Plaintiffs. *See* Order (ECF No. 151). Ms. Scarlett is a partner at Hagens Berman Sobol Shapiro LLP, the regional managing partner of Hagens Berman's Berkeley, California office and a member of the firm's Management Committee. She has extensive experience in litigating complex class actions and has served in many leadership roles. Attached hereto as Exhibit A is Hagen Berman's firm resume for additional information regarding her qualifications and experience.

                                        Respectfully submitted,

                                        */s/Daniel C. Hedlund*
                                        Daniel E. Gustafson (#202241)
                                        Daniel C. Hedlund (#258337)
                                        Michelle J. Looby (#388166)
                                        Joshua J. Rissman (#391500)
                                        GUSTAFSON GLUEK PLLC

    120 South 6th Street, Suite 2600
    Minneapolis, MN 55402
    T: (612) 333-8844
    F: (612) 339-6622
    dgustafson@gustafsongluek.com
    dhedlund@gustafsongluek.com
    mlooby@gustafsongluek.com
    jrissman@gustafsongluek.com

    Shana E. Scarlett (*Pro Hac Vice*)
    Rio S. Pierce (*Pro Hac Vice*)
    HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 300
    Berkeley, CA 94710
    T: (510) 725-3000
    F: (510) 725-3001
    ShanaS@hbsslaw.com
    RioP@hbsslaw.com

    Steve W. Berman (*Pro Hac Vice*)
    Breanna Van Engelen (*Pro Hac Vice*)
    1301 Second Avenue, Suite 2000
    HAGENS BERMAN SOBOL SHAPIRO LLP
    Seattle, Washington 98101
    T: (206) 623-7292
    F: (206) 623-0594
    steve@hbsslaw.com
    breannav@hbsslaw.com

    *Interim Co-Lead Class Counsel for Consumer*
    *Indirect Purchaser Plaintiffs*