# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST
LITIGATION

This document relates to:
ALL ACTIONS

Case No. 18-CV-1776 (JRT/JFD)

## ORDER ON PROPOSED SCHEDULE FOR MERITS EXPERT DISCOVERY, DISPOSITIVE MOTIONS, AND CERTAIN EVIDENTIARY ISSUES

The Court has reviewed and considered the parties' proposals in the Proposed Schedule Regarding Merits Expert Discovery, Dispositive Motions, and Certain Evidentiary Issues (Dkt. No. 1606-1), and sets the following deadlines.

| Event Relating to Merits Expert Discovery or Dispositive Motion Briefing | Deadline |
| --- | --- |
| Identification and Rule 26(a)(2)(B) and 26(a)(2)(C) disclosures for any Plaintiff expert who may testify at trial | June 5, 2023 |
| Identification and Rule 26(a)(2)(B) and 26(a)(2)(C) disclosures for any Defendant affirmative and/or rebuttal expert who may testify at trial | November 30, 2023 |
| Expert reports from Plaintiffs' experts rebutting Defendants' affirmative expert reports | March 10, 2024 |
| Dispositive motions and merits expert Daubert motions | May 17, 2024 |
| Responses to dispositive motions and merits expert Daubert motions | August 16, 2024 |
| Replies in support of dispositive motions and merits expert Daubert motions, and motions to exclude evidence on summary judgment, if any | September 30, 2024 |

In addition, the parties have agreed that:

- Plaintiffs may depose Defendants' experts who serve affirmative or rebuttal reports, and Defendants may depose Plaintiffs' experts who serve affirmative or rebuttal reports.

- The parties' meet and confer regarding objections to authenticity or admissibility of exhibits filed in support of or in opposition to summary judgment must be concluded no more than 30 days after service of the respective summary judgment opposition briefs. Any exhibits not objected to by this deadline will be deemed admissible for purposes of summary judgment only, without prejudice to challenging admissibility at trial.

- The parties will continue to meet and confer about the timing and process related to the authenticity and admissibility of potential trial exhibits. The parties will provide an update to the Court at the next status conference.

**IT IS SO ORDERED.**

Date: December 1, 2022

_ _s/ John F. Docherty_ _____
JOHN F. DOCHERTY
United States Magistrate Judge