UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Court File No. 18-cv-1776 (JRT/JFD) |
| This Document Relates To:<br><br>*Commonwealth of Puerto Rico v. Agri Stats, et al.*, No. 19-cv-2723 (JRT/JFD)<br><br>*Sysco Corporation v. Agri Stats Inc., et al.*, No. 21-cv-1374 (JRT/JFD)<br><br>*Amory Investments LLC v. Agri Stats, Inc.*, et al., No: 0-21-cv-01697 (JRT/JFD) | **CERTIFICATE OF COMPLIANCE** |

JBS USA Food Company's Opposition to Motion to Compel complies with the 12,000-word limit set forth in Local Rule 7.1(f), as the memorandum contains 4,785 words, excluding the caption and signature block. The undersigned utilized Microsoft® Word 2016 to produce this memorandum and to calculate the word count. The undersigned adjusted Microsoft Word 365's Word Count tool to include all text, including headings, footnotes, glossaries, and quotations. This memorandum also complies with the type size limitation set forth in Local Rule 7.1(h), as the memorandum utilizes Times New Roman font size 13.

Dated: December 2, 2022

| | |
|---|---|
| **SPENCER FANE LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Jessica J. Nelson* | Stephen R. Neuwirth (*pro hac vice*) |
| Donald G. Heeman, #286023 | Michael B. Carlinsky (*pro hac vice*) |
| Jessica J. Nelson, #347358 | Sami H. Rashid (*pro hac vice*) |
| Randi J. Winter, #391354 | Richard T. Vagas (*pro hac vice*) |
| 100 South Fifth Street, Suite 2500 | David B. Adler (*pro hac vice*) |
| Minneapolis, MN 55402 | Heather Christenson (*pro hac vice*) |
| Telephone: (612) 268-7000 | 51 Madison Avenue, 22nd Floor |
| Facsimile: (612) 268-7001 | New York, NY 10010 |
| dheeman@spencerfane.com | Telephone: (212) 849-7000 |
| jnelson@spencerfane.com | Facsimile: (212) 849-7100 |
| rwinter@spencerfane.com | stephenneuwirth@quinnemanuel.com |
| | michaelcarlinsky@quinnemanuel.com |
| | samirashid@quinnemanuel.com |
| | richardvagas@quinnemanuel.com |
| | davidadler@quinnemanuel.com |
| | heatherchristenson@quinnemanuel.com |

*Attorneys for Defendant JBS USA Food Company*