**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Court File No. 18-cv-1776 (JRT/JFD) |
| This Document Relates To: *The Actions of Certain DAPs and The Commonwealth of Puerto Rico* | **EXHIBIT 11 TO DECLARATION OF JESSICA J. NELSON** |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 0:18-cv-01776-JRT-JFD<br><br>SEABOARD FOODS LLC'S OBJECTIONS TO PLAINTIFFS' NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Defendant Seaboard Foods LLC ("Seaboard") provides the following objections and responses to Plaintiffs' Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. These objections and responses are based upon Seaboard's reasonable investigation to date, and Seaboard expressly reserves the right to modify, supplement, or amend its objections and/or responses in accordance with the applicable rules.

## PRELIMINARY STATEMENT

Seaboard reserves the right to amend, correct, revise, supplement, modify, or clarify its responses as additional information is discovered. Seaboard further reserves the right at any time to assert additional objections to Plaintiffs' Notice.

## OBJECTIONS TO THE DEFINITIONS

1. Seaboard objects to the Definitions to the extent they purport to extend beyond a reasonable scope and/or their natural meaning. Seaboard will interpret the Notice reasonably and in good faith in accordance with common English usage as supplemented

1

20.     Your written policies and/or codes of conduct, including when and amended, concerning communications with competitors or their employees; participation in industry trade groups, conferences, or meetings; hiring employees, officers, or directors or former employees, officers, or directors of competitors; appointing employees, officers or directors or former employees, officers, or directors to Your Board of Directors; and compliance with, or training related to, the antitrust laws (including certification and frequency of such training).

**Response:**

Seaboard objects to this topic as irrelevant, vague, ambiguous, and disproportional to the needs of the case. Seaboard further objects to this topic as duplicative, as Plaintiffs have already questioned multiple witnesses about Seaboard's employee code of ethics.

Absent clarification and a narrower scope, Seaboard will not designate a 30(b)(6) witness on this topic.

21.     Your relationship with AgStar, including any communications with AgStar, any meetings with AgStar, and any financial relationship between You and AgStar.

**Response:**

Seaboard objects to this topic as irrelevant, vague, ambiguous, and disproportional to the needs of the case.

Subject to and without waiving its objections, Seaboard will designate one or more 30(b)(6) witnesses to testify at a management level about the company's financial relationship, if any, with AgStar.

22.     Your relationship with Rabobank, including any communications with Rabobank, any meetings with Rabobank, and any financial relationship between You and Rabobank.

22
130553658.1

Seaboard reserves further objections to this topic until Plaintiffs clarify the scope of the topic. If Plaintiffs will not clarify or narrow its scope, Seaboard will not designate a 30(b)(6) witness on this topic.

**27. Your reporting of data to the USDA, including but not limited to any position You had or expressed about mandatory reporting for the pork processing industry.**

<u>Response:</u>

Seaboard objects to this topic as irrelevant, vague, ambiguous, and disproportional to the needs of the case. Seaboard's reporting obligations are a matter of public record, and Seaboard's subjective views on whether such obligations are good or bad public policy have no bearing on this case. Seaboard further objects to the phrase "had or expressed" as vague and ambiguous.

Seaboard will not designate a 30(b)(6) witness on this topic.

Dated: September 2, 2022      */s/ Peter Schwingler*
**STINSON LLP**
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
Jon W. Ripa (#0402069)
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com
jon.ripa@stinson.com

J. Nicci Warr *(pro hac vice)*
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

(314) 863-0800
nicci.warr@stinson.com

*Counsel for Seaboard Foods LLC*

28

130553658.1