| UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA (Rev. 03/2018) | TRANSCRIPT ORDER *CJA counsel please complete an AUTH24 in CJA eVoucher* *Please read instructions on next page.* | COURT USE ONLY **NOTES:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER Jessica J. Nelson | 2a. CONTACT PHONE NUMBER 612-268-7006 | 3. CONTACT EMAIL ADDRESS jnelson@spencerfane.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different) Jessica J. Nelson | 2b. ATTORNEY PHONE NUMBER 612-268-7006 | 3. ATTORNEY EMAIL ADDRESS jnelson@spencerfane.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) 100 South 5th Street, Suite 2500 Minneapolis, MN 55402 | 5. CASE NAME (Include defendant number, for criminal cases only) In re Pork Antitrust Litigation | 6. CASE NUMBER 18-cv-1776 (JRT/JFD) |
|---|---|---|

**8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):**  CJA: Do not use this form: use AUTH24 in CJA.

7. COURT REPORTER NAME, if applicable

❏ APPEAL  ❏ CRIMINAL  ❏ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)

X NON-APPEAL  X CIVIL

❏ Standing Order (**MDL** only)

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a.    HEARING(S) (OR PORTIONS OF HEARINGS)    b.    SELECT FORMAT(S) *NOTE: ECF access is included.*    c.    DELIVERY TYPE *Delivery times are not guaranteed.*

| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/9/22 | JFD | | X | | | | | | X | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE  /s/ Jessica J. Nelson

12. DATE December 13, 2022