| UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA (Rev. 03/2018) | TRANSCRIPT ORDER  CJA counsel please complete an AUTH24 in CJA eVoucher  Please read instructions on next page. || COURT USE ONLY **NOTES:** |
|---|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER  Morgan Boho | 2a. CONTACT PHONE NUMBER  6123351874 || 3. CONTACT EMAIL ADDRESS  mpl.lssteam1@stinson.com |
| 1b. ATTORNEY NAME (if different)  William D. Thomson | 2b. ATTORNEY PHONE NUMBER  6123351605 || 3. ATTORNEY EMAIL ADDRESS  william.thomson@stinson.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)  Stinson LLP  50 South Sixth Street, Suite 2600  Minneapolis, MN 55402 | 5. CASE NAME (Include defendant number, for criminal cases only)  In re Pork Antitrust Litigation || 6. CASE NUMBER  0:18-cv-01776-JRT-JFD |
| 7. COURT REPORTER NAME, if applicable | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):   CJA: Do not use this form; use AUTH24 in CJA.  ❏ APPEAL   ❏ CRIMINAL   ❏ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)  x NON-APPEAL   x CIVIL  ❏ Standing Order (**MDL** only) |||

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) ||| b. SELECT FORMAT(S)  *NOTE: ECF access is included.* |||| c. DELIVERY TYPE  *Delivery times are not guaranteed.* |||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION  If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
| 12/09/2022 | JRT/JFD | | 1 | | | | X | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:  
We would like a transcript not an audio recording please.

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).  11. SIGNATURE  /s/ Morgan Boho | 12. DATE  12/13/2022 |
|---|---|