| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA<br><br>(Rev. 03/2018) | **TRANSCRIPT ORDER**<br>*CJA counsel please complete an AUTH24 in CJA eVoucher*<br>*Please read instructions on next page.* | COURT USE ONLY<br>NOTES: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Kate Lovett | 2a. CONTACT PHONE NUMBER<br>(202) 941-2975 | 3. CONTACT EMAIL ADDRESS<br>klovett@axinn.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Victoria Lu | 2b. ATTORNEY PHONE NUMBER<br>(212) 261-5659 | 3. ATTORNEY EMAIL ADDRESS<br>vlu@axinn.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Axinn, Veltrop & Harkrider LLP<br>114 W 47th Street, 22nd Floor<br>New York, NY 10036 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>In re Pork Antitrust Litigation | 6. CASE NUMBER<br>0:18-cv-01776-JRT-JFD |
|---|---|---|

**8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):**    CJA: <u>Do not use this form; use AUTH24 in CJA.</u>

| 7. COURT REPORTER NAME, if applicable<br>N/A | ☐ APPEAL   ☐ CRIMINAL<br>☐ NON-APPEAL   X CIVIL | ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br><br>☐ Standing Order (**MDL** only) |
|---|---|---|

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S)<br>*NOTE: ECF access is included.* | | | | c. DELIVERY TYPE<br>*Delivery times are not guaranteed.* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE<br>(initials) | PORTION<br>If requesting less than full hearing, specify portion (e.g. witness or time) | PDF<br>(email) | TEXT/ASCII<br>(email) | PAPER | CONDENSED | ORDINARY<br>(30-day) | 14-Day | EXPEDITED<br>(7-day) | EXPEDITED<br>(3-day) | DAILY<br>(Next day) | HOURLY<br>(2 hrs) | REALTIME<br>(rough draft) |
| 12/9/2022 | JRT/JFD | | x | | | | | | x | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE *[signature]*

12. DATE
12/13/2022