**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/JFD) |
| THIS DOCUMENT RELATES TO: *Amory Investments LLC v. Agri Stats, Inc. et al.* | **NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Ryan T. McAllister withdraws as counsel for Plaintiff Amory Investments LLC. Plaintiff Amory Investments LLC will continue to be represented by its other counsel of record.

Dated: December 14, 2022

Respectfully submitted,

*/s/ Ryan T. McAllister*
Ryan T. McAllister
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, New York 12207
Tel: (518) 434-0600
Fax: (518) 434-0665
rmcallister@bsfllp.com

*Attorney for Plaintiff Amory Investments LLC*