UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/JFD) |
| This Document Relates to: All Actions | |

**INDEX OF EXHIBITS TO DEFENDANTS' RESPONSE
TO CERTAIN DIRECT ACTION PLAINTIFFS' OBJECTIONS,
MADE SUBJECT TO LOCAL RULE 72.2, TO MAGISTRATE JUDGE'S
ORDER DATED NOVEMBER 16, 2022 DENYING MOTION TO COMPEL**

| Exhibit | Description |
|---|---|
| 1 | Oct. 5, 2022 Mot. Hr'g, ECF No. 1526, Tr. (excerpt) |
| 2 | Aug. 5, 2021 M. Mitchell et al.-J. Bernick et al. emails |