# APPENDIX C
# (Filed Under Seal)

# Plaintiffs' Contradictory Expert Reports

| CIIPPs' Expert Williams Initial Report (Dkt. 1339-6) | CIIPPs' Expert Williams Reply Report (Dkt. 1635) |
|---|---|
| "In this section I briefly describe **the relationship between the size of a producer's sow herd and its production of hogs. Understanding this relationship is relevant for understanding certain actions Defendants' took to restrict the supply of pork products.** There is a direct relationship between the number of hogs that can be produced by a farm and the size of its sow herd." Williams Initial Rpt. ¶ 29.<br><br>"These developments have given Defendants a **significant degree of control over hog farming production.**" *Id.* ¶ 48.<br><br>"**Defendants possessed, and were able to exercise, a high degree of control over hog production** throughout the Class Period . . . ." *Id.* ¶ 55. | *It is **"irrelevant … whether Defendants controlled the supply of hogs."*** Williams Reply Rpt. ¶ 203. |
| "In 2020, Seaboard reported that **it raises 85% of hogs supplied to its processing plant** in Guymon, Oklahoma at its own farms . . ." *Id.* ¶ 50.<br><br>"Triumph Food itself is comprised of several hog farming operations (Christensen Farms, Hanor, Applied Producers' Cooperative, New Fashion Pork, and Eichelberger Farms, Inc.). Eichelberger Farms describes the **integrated nature of the Triumph group** on its website . . ." *Id.* ¶ 53.<br><br>"Clemens Food Group describes itself on its website as a '**vertically coordinated** company [that] directly oversees the entire production chain, **from the farm** all the way to our retail and foodservice customers.' It further states that 'Country View Family Farms is our hog production and procurement division with over 250 company-owned and independent family Farms . . .'" *Id.* ¶ 54. | "This reduction in the quantity supplied of hogs **does not depend on whether Defendant pork producers own or contractually control** the supply of hogs." *Id.* ¶¶ 53, 57. |

| **CIIPPs' Expert Williams Initial Report (Dkt. 1339-6)** | **CIIPPs' Expert Williams Reply Report (Dkt. 1635)** |
|---|---|
| "Defendants made numerous public announcements signaling to industry participants that *they were cutting back the production of live hogs*." *Id.* ¶ 132.<br><br>"In May 2009, Larry Pope (CEO and President of Smithfield) stated at a conference: 'In terms of chronology of how I say we proactively managed this business, in February of last year—February of '08, not February of '09—we made the decision with the over-supply of livestock to take the leadership position and start *reducing our sow herds* because we saw the overproduction and the oversupplies of the hogs into the market, which was driving our hog market down. We *started a reduction of 50,000 sows* and 1 million of our 18 million pigs, we started taking out of the system.'" *Id.* ¶ 135.<br><br>Larry Pope stated "[w]e are initiating a further reduction of 3% of our U.S. sow herd, effective immediately." *Id.* ¶ 137.<br><br>"[T]hese public announcements of *supply reductions* by individual firms constitute actions against competitors' unilateral self-interests, as it is in each firm's self-interest that discovery of a reduction in output by competitors would occur at a later time rather than sooner. *Announcing a supply reduction is, however, consistent with a firm's self-interest* under collusion, as discussed above." *Id.* ¶¶ 141, 124. | It is "true" that "*pork processors do want more hogs—not less.*" *Id.* ¶ 58 (cleaned up); *see also id.* ¶¶ 194, 196, 200.<br><br><br>"My Opening Report does *not make [the] assumption*" that "'*Defendants would be more profitable when hog supplies are lower*.'" *Id.* ¶ 194.<br><br><br>It "is true" that "*Defendants would be negatively affected*" by a "*shortage of hogs*[.]" *Id.* ¶ 200. |

| DPPs' Expert Mangum<br>Initial Report (Dkt. 1330) | DPPs' Expert Mangum<br>Reply Report (Dkt. 1617) |
|---|---|
| *Hog production cuts* were one of the "methods [Defendants used] to effectuate the alleged conspiracy" Mangum Initial Rpt. ¶ 13.<br><br>"The most straightforward way to reduce the supply of pork in the United States is to *reduce the number of hogs that come to market.* The number of hogs that come to market is a function of the number of sows who produce piglets, and the number of piglets retained from the farrowing process." *Id.* ¶ 74.<br><br>"[A]n increase in *hog production* should lead to lower hog prices, which should in turn lead to lower pork prices." *Id.* ¶ 175<br><br>"[A] *supply restriction on hogs* should impact all pork cuts and products" *Id.* ¶ 210.<br><br>"[A] *conspiracy that affects the supply of hogs* . . . also affect[s] the supply of pork" *Id.* ¶ 211. | The "focus on *the upstream hog market is a red herring*." Mangum Reply Rpt. ¶ 17. |
| "*Defendants have significant influence—either through direct ownership or through extensive contracting—over the volume of hogs* that are raised domestically." *Id.* ¶ 73.<br><br>"Defendants' *control of the upstream hog market*—either through vertical integration or through leverage as an oligopsony—*is a factor that would facilitate the creation and success of the alleged conspiracy*." *Id.* ¶¶ 113, 114.<br><br>"Smithfield's *expansive hog operations give it the power* to influence both the number of hogs it slaughters for its own pork production, and the number of hogs that are available for sale to other pork packers." *Id.* ¶ 115.<br><br>"Seaboard and Triumph have a high degree of *vertical integration*." *Id.* ¶ 116.<br><br>Clemens "has *significant control over its supply of hogs*." *Id.* ¶ 117. | "Assessing anticompetitive impact need not involve a corresponding analysis of upstream input markets or other methods of indirect analysis, *nor does it require that the alleged conspirators be vertically integrated*." *Id.* ¶ 17. |

3

| DPPs' Expert Mangum<br>Initial Report (Dkt. 1330) | DPPs' Expert Mangum<br>Reply Report (Dkt. 1617) |
|---|---|
| "*Defendants undertook cuts to sow herds during the Conspiracy Period*." *Id.* ¶ 75.<br><br>"Larry Pope of Smithfield explained that his company had taken 'the leadership position' in early 2008 with *'a reduction of 50,000 sows* and 1 million of our 18 million pigs.'" *Id.* ¶ 75.<br><br>"Industry reports indicate that Tyson, Hormel, and Triumph also dramatically *reduced the size of their sow herds*. By fall 2008, Hormel had *reduced its sow herd* size from 63,000 to 54,000 (over 14%). . . . Tyson *reduced its [sow] herd* from 70,000 sows in 2008 to 52,000 (nearly 26%) in 2009. . . . Triumph *cut its sow herd* by 24,500 head for 2009." *Id.* ¶ 75.<br><br>"Defendants *continued [sow] reductions* throughout 2009" *Id.* ¶ 76.<br><br>Defendants "continued to stress" the need for *sow cuts* for "all in the industry." *Id.* ¶¶ 76-79. | "*[A] conspiracy in the hog market itself*" is "*a conspiracy different from the one alleged by DPPs in this case*." *Id.* ¶ 32.<br><br>"[T]he alleged conspiracy pertains to prices for pork products, *not hogs*. *Id.* ¶ 32. |

| **Consumer IPPs' Expert Singer Initial Report (Dkt. 1347)** | **Consumer IPPs' Expert Singer Reply Report (Dkt. 1626)** |
|---|---|
| "I outline three methods Defendants used to reduce their output … *(1) Liquidation, which reduces herd size over the long term by taking sows out of production* …" Singer Initial Rpt. ¶ 208; *id.* ¶ 209 (same); *see also* ¶¶ 39, 210-12, 224, 226-29.<br><br>"Record evidence shows that Defendant's [sic] *liquidated the herd sizes they controlled*." *Id.* ¶ 210. | "Defendants' *'control' over the hog market would make no difference* for my analysis of Defendants' monopoly power in the Pork market." *Id.* ¶ 171; *see also id.* ¶ 27. |
| "*Herd liquidation was deemed an important method of output restraint* early in the conspiracy . . ." *Id.* ¶ 211.<br><br>"Smithfield described itself' as "'le[ading] the industry in announcing *plans to reduce its U.S. sow herd* . . .'" *Id.* ¶ 224 (alteration in original).<br><br>In 2009, "Smithfield stated . . . that it was 'initiating a *further reduction of three percent of [its] U.S. sow herd*'" *Id.* ¶ 226.<br><br>"Tyson announced . . . 'it will *reduce its sow herd* . . .'" *Id* | "The relevant antitrust market at issue is the market for Pork products—*not hogs*—" and "[w]hether Defendants also 'control' hogs (however defined) *has no bearing on any of my empirical analyses*." Singer Reply Rpt. ¶¶ 32-33.<br><br>The alleged conspiracy may occur "*regardless of the situation in the hog (the input) market*." *Id.* ¶ 33. |