# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*The Actions of Certain DAPs[1] and The Commonwealth of Puerto Rico* | Civil No. 18-cv-01776 (JRT/JFD) |

## DECLARATION OF MICHAEL S. MITCHELL IN SUPPORT OF THE OBJECTION OF CERTAIN DAPS AND THE COMMONWEALTH OF PUERTO RICO

I, Michael S. Mitchell, declare as follows:

1. I am an attorney with the law firm of Boies Schiller Flexner LLP and counsel in this matter for Direct Action Plaintiffs Sysco Corporation and Amory Investments LLC. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Transcript of the December 9, 2022 Motion Hearing (ECF 1680) |
| 2 | November 14, 2022 Email Correspondence from Michael S. Mitchell to Sami Rashid |

---

[1] Certain DAPs are Sysco Corporation (0:21-cv-01374) and Amory Investments LLC (0:21-cv-01697).

1

| 3 | July 27, 2022 to August 31, 2022 Email Correspondence Between Counsel for Amory Investments LLC and Counsel for Defendants |
| 4 | May 27, 2022 Email Correspondence from Robert Gallup, Counsel for Defendant Hormel, to Counsel for Plaintiffs and Counsel for other Defendants |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of December, 2022.

Respectfully submitted,

*/s/ Michael S. Mitchell*

Michael S. Mitchell
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave., NW
Washington, DC 20005
Tel: 202-237-2727
Fax: 202-237-6131
mmitchell@bsfllp.com

***Counsel for Plaintiffs Sysco Corporation and Amory Investments LLC***