# EXHIBIT 2

| From: | Michael Mitchell |
|---|---|
| To: | Sami Rashid; Heather Christenson; Sarah Jones |
| Cc: | Kyle Bates; Kae Moat; Scott Gant; Richard Vagas; Blake Atherton; Allison Silber; Yelena W. Dewald; David Adler |
| Subject: | RE: JBS - ROs to 30(b)(6) Topics |
| Date: | Monday, November 14, 2022 2:22:31 PM |

Sami,

Today is the deadline for filing non-dispositive motions so we will proceed with our motion.  And the court provided us a hearing date (before we received your email) of December 9 at 3pm ET, as we will indicate in the forthcoming notice.  If JBS would like to revisit its position on Topics 20 and 23, we are of course open to discussing further and if an agreement can be reached, we would withdraw the motion.

Thanks.

Mike

**Michael S. Mitchell**
Partner

## BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, NW
Washington, DC 20005
(t) +1 202 274 1125
(m) +1 301 452 5764
mmitchell@bsfllp.com
www.bsfllp.com

**From:** Sami Rashid <samirashid@quinnemanuel.com>
**Sent:** Monday, November 14, 2022 12:19 PM
**To:** Michael Mitchell <mmitchell@bsfllp.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Sarah Jones <sjones@BSFLLP.com>
**Cc:** Kyle Bates <kbates@hausfeld.com>; Kae Moat <kmoat@BSFLLP.com>; Scott Gant <sgant@bsfllp.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton <batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald <ydewald@hausfeld.com>; David Adler <davidadler@quinnemanuel.com>
**Subject:** RE: JBS - ROs to 30(b)(6) Topics

We will respond promptly to your surprise announcement and request that you do not reach out to the court until you hear from us.

Thanks,
Sami

**From:** Michael Mitchell <mmitchell@bsfllp.com>
**Sent:** Monday, November 14, 2022 12:04 PM

**To:** Heather Christenson <heatherchristenson@quinnemanuel.com>; Sarah Jones
<sjones@BSFLLP.com>; Sami Rashid <samirashid@quinnemanuel.com>
**Cc:** Kyle Bates <kbates@hausfeld.com>; Kae Moat <kmoat@BSFLLP.com>; Scott Gant
<sgant@bsfllp.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton
<batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald
<ydewald@hausfeld.com>; David Adler <davidadler@quinnemanuel.com>
**Subject:** RE: JBS - ROs to 30(b)(6) Topics

**[EXTERNAL EMAIL from mmitchell@bsfllp.com]**

Counsel for JBS,

This is to inform you that we will be calling the Judicial Assistant to Magistrate Judge Docherty to
schedule a hearing, per Pretrial Order No. 1 (ECF No. 1525) at 9-10, on our forthcoming motion to
compel JBS to provide a 30b6 witness on Topics 20 and 23 of our amended 30b6 Notice to JBS (as
we informed JBS in our September 22 email below).

Regards, Mike

**Michael S. Mitchell**
Partner

**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, NW
Washington, DC 20005
(t) +1 202 274 1125
(m) +1 301 452 5764
mmitchell@bsfllp.com
www.bsfllp.com

**From:** Michael Mitchell
**Sent:** Thursday, September 22, 2022 2:07 PM
**To:** Heather Christenson <heatherchristenson@quinnemanuel.com>; Sarah Jones
<sjones@BSFLLP.com>; Sami Rashid <samirashid@quinnemanuel.com>
**Cc:** Kyle Bates <kbates@hausfeld.com>; Kae Moat <kmoat@BSFLLP.com>; Scott Gant
<Sgant@BSFLLP.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton
<batherton@BSFLLP.COM>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald
<ydewald@hausfeld.com>; David Adler <davidadler@quinnemanuel.com>
**Subject:** RE: JBS - ROs to 30(b)(6) Topics

Heather,

Thank you for your email.  Attached please find an amended notice, which contains a revised Topic
24.  With that revision, please confirm whether the witness on Tuesday will be prepared to address
that topic.

With respect to Topics 15, 16, 20, and 23, we have not revised those in the amended notice.  We will plan to file a motion to compel on those topics assuming JBS maintains its objections and its refusal to provide a corporate designee on them.  If there is anything else to discuss regarding those, please let us know.

Thanks.

**Michael S. Mitchell**
Partner

**BOIES SCHILLER FLEXNER** LLP
1401 New York Avenue, NW
Washington, DC 20005
(t) +1 202 274 1125
(m) +1 301 452 5764
mmitchell@bsfllp.com
www.bsfllp.com

---

**From:** Heather Christenson <heatherchristenson@quinnemanuel.com>
**Sent:** Thursday, September 22, 2022 12:30 PM
**To:** Sarah Jones <sjones@BSFLLP.com>; Sami Rashid <samirashid@quinnemanuel.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Kae Moat <kmoat@BSFLLP.com>; Scott Gant <sgant@bsfllp.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton <batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald <ydewald@hausfeld.com>; David Adler <davidadler@quinnemanuel.com>
**Subject:** RE: JBS - ROs to 30(b)(6) Topics

Counsel,

As discussed, please let us know whether you intend to send narrower topics for 15, 16 and 24 by 2:00 ET.  We also note that our current plan is to designate Ross Manternach as the corporate witness.

Best,

---

**From:** Heather Christenson
**Sent:** Thursday, September 22, 2022 10:34 AM
**To:** Sarah Jones <sjones@BSFLLP.com>; Sami Rashid <samirashid@quinnemanuel.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Kae Moat <kmoat@BSFLLP.com>; Scott Gant <sgant@bsfllp.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton <batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald <ydewald@hausfeld.com>; David Adler <davidadler@quinnemanuel.com>
**Subject:** RE: JBS - ROs to 30(b)(6) Topics

Sarah, we are on hold.

**From:** Sarah Jones <sjones@BSFLLP.com>
**Sent:** Wednesday, September 21, 2022 1:16 PM
**To:** Heather Christenson <heatherchristenson@quinnemanuel.com>; Sami Rashid <samirashid@quinnemanuel.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Kae Moat <kmoat@BSFLLP.com>; Scott Gant <sgant@bsfllp.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton <batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald <ydewald@hausfeld.com>; David Adler <davidadler@quinnemanuel.com>
**Subject:** RE: JBS - ROs to 30(b)(6) Topics

**[EXTERNAL EMAIL from sjones@bsfllp.com]**

Hi Heather,

We can do 10:30et. I will circulate a dial in.

Best,
Sarah

**Sarah Jones**
Associate

BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street
Los Angeles, California 90017
(m) +1 562 235 4795
sjones@bsfllp.com
www.bsfllp.com
Admitted to Practice in New York and the District of Columbia; Not Admitted to Practice in California

**From:** Heather Christenson <heatherchristenson@quinnemanuel.com>
**Sent:** Wednesday, September 21, 2022 10:13 AM
**To:** Sarah Jones <sjones@BSFLLP.com>; Sami Rashid <samirashid@quinnemanuel.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Kae Moat <kmoat@BSFLLP.com>; Scott Gant <sgant@bsfllp.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton <batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald <ydewald@hausfeld.com>; David Adler <davidadler@quinnemanuel.com>
**Subject:** RE: JBS - ROs to 30(b)(6) Topics

Hi Sarah,

Would tomorrow before 11:00 ET work for you?

---

**From:** Sarah Jones <sjones@BSFLLP.com>
**Sent:** Wednesday, September 21, 2022 10:02 AM
**To:** Heather Christenson <heatherchristenson@quinnemanuel.com>; Sami Rashid <samirashid@quinnemanuel.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Kae Moat <kmoat@BSFLLP.com>; Scott Gant <sgant@bsfllp.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton <batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald <ydewald@hausfeld.com>; David Adler <davidadler@quinnemanuel.com>
**Subject:** RE: JBS - ROs to 30(b)(6) Topics

<div align="center">

**[EXTERNAL EMAIL from sjones@bsfllp.com]**

</div>

---

Sami and Heather,

We request a meet and confer regarding your objections and responses to Topics 15, 16 and 24. Please let us know your availability for a call before the end of the week.

Best regards,
Sarah

**Sarah Jones**
Associate

## BOIES SCHILLER FLEXNER LLP

725 South Figueroa Street
Los Angeles, California 90017
(m) +1 562 235 4795
sjones@bsfllp.com
www.bsfllp.com
Admitted to Practice in New York and the District of Columbia; Not Admitted to Practice in California

---

**From:** Heather Christenson <heatherchristenson@quinnemanuel.com>
**Sent:** Tuesday, September 6, 2022 10:09 AM
**To:** Sarah Jones <sjones@BSFLLP.com>; Sami Rashid <samirashid@quinnemanuel.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Kae Moat <kmoat@BSFLLP.com>; Scott Gant <sgant@bsfllp.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton <batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald <ydewald@hausfeld.com>; David Adler <davidadler@quinnemanuel.com>
**Subject:** RE: JBS - Draft 30(b)(6) Notice

Sarah,

Given that we received the revised set of topics on the Friday evening before labor day weekend, it is unreasonable to expect us to revert back by the Tuesday following Labor day (particularly given that we have been waiting for three weeks since our meet and confer).  We will get back to you as soon as we can but given the breadth of the topics, and in light of Sysco's own 30b6 responses and objections, we think it will likely make sense to serve our responses and objections as soon as possible and go from there.  We still expect the deposition to proceed on September 27.

Best,

**Heather Christenson**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7536 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
heatherchristenson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Sarah Jones <sjones@BSFLLP.com>
**Sent:** Friday, September 2, 2022 6:36 PM
**To:** Heather Christenson <heatherchristenson@quinnemanuel.com>; Sami Rashid <samirashid@quinnemanuel.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Kae Moat <kmoat@BSFLLP.com>; Scott Gant <sgant@bsfllp.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton <batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald <ydewald@hausfeld.com>; David Adler <davidadler@quinnemanuel.com>
**Subject:** RE: JBS - Draft 30(b)(6) Notice

**[EXTERNAL EMAIL from sjones@bsfllp.com]**

Sami and Heather,

Attached please find a revised set of topics in both clean and redline.  The set also includes a few comments proposing a compromise we discussed on our call.  If you'd like to discuss further next week please let us know by Tuesday.  Otherwise, we will send a formal notice by end of next week.

Thank you,

Sarah

**Sarah Jones**
Associate
_____

BOIES SCHILLER FLEXNER LLP

725 South Figueroa Street
Los Angeles, California 90017
(m) +1 562 235 4795
sjones@bsfllp.com
www.bsfllp.com

Admitted to Practice in New York and the District of Columbia; Not Admitted to Practice in California

---

**From:** Heather Christenson <heatherchristenson@quinnemanuel.com>
**Sent:** Friday, September 2, 2022 11:51 AM
**To:** Sarah Jones <sjones@BSFLLP.com>; Sami Rashid <samirashid@quinnemanuel.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Kae Moat <kmoat@BSFLLP.com>; Scott Gant <sgant@bsfllp.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton <batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald <ydewald@hausfeld.com>; David Adler <davidadler@quinnemanuel.com>
**Subject:** RE: JBS - Draft 30(b)(6) Notice

Counsel,

It has been three weeks since our meet and confer.  You said you would endeavor to provide narrower topics within two weeks.  We have yet to receive those.  Please let us know what your intentions are with the 30(b)(6) notice.  Based on our prior conversations, we are provisionally holding September 27 open for the deposition but obviously, our ability to get one or more witnesses prepared for that date depends on whatever actual notice you serve and when you serve it.

Best,

**Heather Christenson**
_Associate_
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7536 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
heatherchristenson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is

strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Sarah Jones <sjones@BSFLLP.com>
**Sent:** Friday, August 12, 2022 2:13 PM
**To:** Sami Rashid <samirashid@quinnemanuel.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Kae Moat <kmoat@BSFLLP.com>; Scott Gant <sgant@bsfllp.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton <batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald <ydewald@hausfeld.com>; David Adler <davidadler@quinnemanuel.com>
**Subject:** RE: JBS - Draft 30(b)(6) Notice

---

**[EXTERNAL EMAIL from sjones@bsfllp.com]**

---

Sami and others,

Can we please push this call to 2:45pm?

Thank you,
Sarah

**Sarah Jones**
Associate
_____

**BOIES SCHILLER FLEXNER LLP**
725 South Figueroa Street
Los Angeles, California 90017
(m) +1 562 235 4795
sjones@bsfllp.com
www.bsfllp.com
Admitted to Practice in New York and the District of Columbia; Not Admitted to Practice in California

---

**From:** Sami Rashid <samirashid@quinnemanuel.com>
**Sent:** Thursday, August 4, 2022 1:15 PM
**To:** Sarah Jones <sjones@BSFLLP.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Kae Moat <kmoat@BSFLLP.com>; Scott Gant <sgant@bsfllp.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton <batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald <ydewald@hausfeld.com>; David Adler <davidadler@quinnemanuel.com>
**Subject:** Re: JBS - Draft 30(b)(6) Notice

Yes that should work. Thanks.

Sami H. Rashid | Partner
Quinn Emanuel Urquhart & Sullivan, LLP

---

**From:** Sarah Jones <sjones@BSFLLP.com>
**Sent:** Thursday, August 4, 2022 1:13:33 PM
**To:** Sami Rashid <samirashid@quinnemanuel.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Heather
Christenson <heatherchristenson@quinnemanuel.com>; Kae Moat <kmoat@BSFLLP.com>; Scott
Gant <sgant@bsfllp.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton
<batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald
<ydewald@hausfeld.com>; David Adler <davidadler@quinnemanuel.com>
**Subject:** RE: JBS - Draft 30(b)(6) Notice

**[EXTERNAL EMAIL from sjones@bsfllp.com]**

---

That works for BSF. How about 230pm EST on 8/12?

Best,
Sarah

**Sarah Jones**
Associate

**BOISE SCHILLER FLEXNER** LLP

725 South Figueroa Street
Los Angeles, California 90017
(m) +1 562 235 4795
sjones@bsfllp.com
www.bsfllp.com
Admitted to Practice in New York and the District of Columbia; Not Admitted to Practice in California

---

**From:** Sami Rashid <samirashid@quinnemanuel.com>
**Sent:** Thursday, August 4, 2022 10:08 AM
**To:** Sarah Jones <sjones@BSFLLP.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Heather
Christenson <heatherchristenson@quinnemanuel.com>; Kae Moat <kmoat@BSFLLP.com>; Scott
Gant <sgant@bsfllp.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton
<batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald
<ydewald@hausfeld.com>; David Adler <davidadler@quinnemanuel.com>
**Subject:** RE: JBS - Draft 30(b)(6) Notice

Given other commitments, including the Dooley deposition and associated travel, it looks like Friday,
Aug. 12 after 2 pm est would be best for us.  Does that work on your end?  If not, we can try to find
some other times.

I've also copied my colleague, David Adler, into this email chain.

Thanks,
Sami

**From:** Sarah Jones <sjones@BSFLLP.com>
**Sent:** Wednesday, August 3, 2022 12:31 PM
**To:** Sami Rashid <samirashid@quinnemanuel.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Kae Moat <kmoat@BSFLLP.com>; Scott Gant <sgant@bsfllp.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton <batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald <ydewald@hausfeld.com>
**Subject:** RE: JBS - Draft 30(b)(6) Notice

**[EXTERNAL EMAIL from sjones@bsfllp.com]**

Thanks. I have added BSF's Scott Gant to this chain.

Best,
Sarah

**Sarah Jones**
Associate

## BOIES SCHILLER FLEXNER LLP

725 South Figueroa Street
Los Angeles, California 90017
(m) +1 562 235 4795
sjones@bsfllp.com
www.bsfllp.com
Admitted to Practice in New York and the District of Columbia; Not Admitted to Practice in California

**From:** Sami Rashid <samirashid@quinnemanuel.com>
**Sent:** Wednesday, August 3, 2022 12:05 PM
**To:** Sarah Jones <sjones@BSFLLP.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Kae Moat <kmoat@BSFLLP.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton <batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald <ydewald@hausfeld.com>
**Subject:** RE: JBS - Draft 30(b)(6) Notice

Sarah,

We'll get back to you today or tomorrow with some proposed times.

Thanks,
Sami

---

**From:** Sarah Jones <sjones@BSFLLP.com>
**Sent:** Tuesday, August 2, 2022 1:33 PM
**To:** Sami Rashid <samirashid@quinnemanuel.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Kae Moat <kmoat@BSFLLP.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton <batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald <ydewald@hausfeld.com>
**Subject:** RE: JBS - Draft 30(b)(6) Notice

<div style="background-color: yellow; text-align: center;">**[EXTERNAL EMAIL from sjones@bsfllp.com]**</div>

---

Sami,

Following up on this. Please let us know your availability for a call.

Best,
Sarah

**Sarah Jones**
Associate

## BOIES SCHILLER FLEXNER LLP

725 South Figueroa Street
Los Angeles, California 90017
(m) +1 562 235 4795
sjones@bsfllp.com
www.bsfllp.com

---

**From:** Sami Rashid <samirashid@quinnemanuel.com>
**Sent:** Tuesday, July 19, 2022 8:17 AM
**To:** Sarah Jones <sjones@BSFLLP.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Kae Moat <kmoat@BSFLLP.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton <batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald <ydewald@hausfeld.com>
**Subject:** Re: JBS - Draft 30(b)(6) Notice

Sarah,

Confirming receipt now as I was traveling last week.  Thanks for sending the draft notice.  We are reviewing the draft and will discuss with JBS.  Due to client travel and other conflicts, I think we should aim for a call to discuss next week sometime after the Lorenger deposition,

and we will circle back later this week or early next week about setting that call up.

Thanks,
Sami

Sami H. Rashid | Partner
Quinn Emanuel Urquhart & Sullivan, LLP

**From:** Sarah Jones <sjones@BSFLLP.com>
**Sent:** Wednesday, July 13, 2022 2:27:02 PM
**To:** Sami Rashid <samirashid@quinnemanuel.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kyle Bates <kbates@hausfeld.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Kae Moat <kmoat@BSFLLP.com>; Richard Vagas <richardvagas@quinnemanuel.com>; Blake Atherton <batherton@BSFLLP.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Yelena W. Dewald <ydewald@hausfeld.com>
**Subject:** JBS - Draft 30(b)(6) Notice

[EXTERNAL EMAIL from sjones@bsfllp.com]

Sami,

Plaintiffs have prepared the attached draft 30(b)(6) deposition notice to JBS. This is intended to be a draft only, and Plaintiffs reserve all rights to amend this notice.

Thanks,
Sarah

**Sarah Jones**
Associate

**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, N.W.
Washington, D.C. 20005
(t) +1 202 895 7579
(m) +1 562 235 4795
sjones@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]