# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 0:18-cv-01776-JRT-JFD<br><br>**JOINT STIPULATION TO EXTEND CLASS PLAINTIFFS' TIME TO FILE REPLY TO DEFENDANTS' SUR-REPLY** |

Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and Consumer Indirect Purchaser Plaintiffs (collectively, "Class Plaintiffs") and Defendants Clemens Food Group, LLC, the Clemens Family Corporation, Hormel Foods Corporation, Tyson Foods, Inc., Tyson Prepared Foods, Inc., Tyson Fresh Meats, Inc., Agri Stats, Inc., Seaboard Foods LLC, Seaboard Corporation, and Triumph Foods, LLC (collectively, "Defendants") hereby state as follows:

1. On December 20, 2022, the Court held a status conference which addressed, *inter alia*, Defendants' request for leave from the Court to file a sur-reply in support of their opposition to Class Plaintiffs' class certification motions.

2. During the December 20, 2022 status conference, the Court granted Defendants' request for a sur-reply and held that the sur-reply "must be filed within one week" and "Class Plaintiffs will then have one week to file a sur-surreply in response to the Defendants' surreply." Dkt. 1692 at 2.

3. On December 22, 2022, Defendants filed their sur-reply, making the deadline for Class Plaintiffs to reply to Defendants' sur-reply one week later, December 29, 2022.

4. Class Plaintiffs and Defendants conferred about extending the deadline for Class Plaintiffs to file their reply to Defendants' sur-reply.

5. As a result of those negotiations, Class Plaintiffs and Defendants agreed that the deadline for Class Plaintiffs to file their reply to Defendants' sur-reply would be January 5, 2023.

NOW, THEREFORE, Class Plaintiffs and Defendants hereby stipulate that the deadline for Class Plaintiffs to file their reply to Defendants' sur-reply is January 5, 2023.

Dated: December 29, 2022

| | |
|---|---|
| */s/ Bobby Pouya* | */s/ Brian D. Clark* |
| Bobby Pouya | Joseph C. Bourne (MN #0389922) |
| Clifford H. Pearson | W. Joseph Bruckner (MN #0147758) |
| Daniel L. Warshaw | Brian D. Clark (MN #0390069) |
| Michael H. Pearson | Arielle S. Wagner (MN #0398332) |
| PEARSON SIMON & WARSHAW, LLP | Craig S. Davis (MN #0148192) |
| 15165 Ventura Boulevard, Suite 400 | Simeon A. Morbey (MN #0391338) |
| Sherman Oaks, CA 92403 | Stephen M. Owen (MN # 0399370) |
| T: (818) 788-8300 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| cpearson@pswlaw.com | 100 Washington Avenue South, Suite 2200 |
| dwarshaw@pswlaw.com | Minneapolis, MN 55401 |
| bpouya@pswlaw.com | T: (612) 339-6900 |
| mpearson@pswlaw.com | jcbourne@locklaw.com |
| | wjbruckner@locklaw.com |
| Melissa S. Weiner (MN #0387900) | bdclark@locklaw.com |
| PEARSON, SIMON & WARSHAW, LLP | aswagner@locklaw.com |
| 800 LaSalle Avenue, Suite 2150 | csdavis@locklaw.com |
| Minneapolis, MN 55402 | samorbey@locklaw.com |
| T: (612) 389-0600 | smowen@locklaw.com |
| mweiner@pswlaw.com | |

Bruce L. Simon
Benjamin E. Shiftan
Neil Swartzberg
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com
bshiftan@pswlaw.com
nswartzberg@pswlaw.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

| | |
|---|---|
| */s/ Shana E. Scarlett* <br> Shana E. Scarlett <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 <br> T: (510) 725-3000 <br> shanas@hbsslaw.com <br><br> Steve. W. Berman <br> Breanna Van Engelen <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 2nd Avenue, Suite 2000 <br> Seattle, WA 98101 <br> T: (206) 623-7292 <br> steve@hbsslaw.com <br> breannav@hbsslaw.com <br><br> */s/ Daniel E. Gustafson* <br> Daniel E. Gustafson (#202241) <br> Daniel C. Hedlund (#258337) <br> Michelle J. Looby (#388166) <br> Joshua J. Rissman (#391500) <br> GUSTAFSON GLUEK PLLC <br> 120 South 6th Street, Suite 2600 <br> Minneapolis, MN 55402 <br> T: (612) 333-8844 <br> dgustafson@gustafsongluek.com <br> dhedlund@gustafsongluek.com <br> mlooby@gustafsongluek.com <br> jrissman@gustafsongluek.com <br><br> ***Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*** | */s/ Shawn M. Raiter* <br> Shawn M. Raiter (MN# 240424) <br> LARSON • KING, LLP <br> 2800 Wells Fargo Place <br> 30 East Seventh Street <br> St. Paul, MN 55101 <br> T: (651) 312-6518 <br> sraiter@larsonking.com <br><br> */s/ Blaine Finley* <br> Jonathan W. Cuneo <br> Joel Davidow <br> Blaine Finley <br> CUNEO GILBERT & LADUCA, LLP <br> 4725 Wisconsin Avenue NW, Suite 200 <br> Washington, DC 20016 <br> T: (202) 789-3960 <br> jonc@cuneolaw.com <br> joel@cuneolaw.com <br> bfinley@cuneolaw.co <br><br> ***Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*** |

Dated: December 29, 2022

*/s/ Mark L. Johnson*
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Jenna Stupar (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
jenna.stupar@kirkland.com

Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

***Counsel for Clemens Food Group, LLC and The Clemens Family Corporation***

/s/ Craig S. Coleman
Craig S. Coleman (#0325491)
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
FAEGRE DRINKER BIDDLE &
REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE &
REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE &
REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE &
REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103

/s/ Jarod Taylor
Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Kenina J. Lee (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
Brandon Boxbaum (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
Keith Holleran (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
radcox@axinn.com
trider@axinn.com
klee@axinn.com
lstrang@axinn.com
bboxbaum@axinn.com
avissichelli@axinn.com
kholleran@axinn.com

Craig M. Reiser (*pro hac vice*)
Kail Jethmalani (*pro hac vice*)
Andrea N. Rivers (*pro hac vice*)
Victoria J. Lu (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
creiser@axinn.com
kjethmalani@axinn.com
arivers@axinn.com
vlu@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center

(215) 988-2700
john.yi@faegredrinker.com

***Counsel for Hormel Foods Corporation***

90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.***

*/s/ Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc.***

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

***Counsel for Seaboard Foods LLC and Seaboard Corporation***

*/s/ Christopher A. Smith*
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah L. Zimmerman (MDL registered)
Kate Ledden (MDL registered)
Tanner Cook (MDL registered)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
(314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com
kate.ledden@huschblackwell.com
tanner.cook@huschblackwell.com

***Counsel for Triumph Foods, LLC***