UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*McDonald's Corporation v. Agri Stats, Inc. et al.*, 22-cv-07182 (E.D.N.Y.) | Case No. 0:18-cv-01776-JRT-JFD |

## MCDONALD'S CORPORATION'S NOTICE OF JOINDER IN DIRECT ACTION PLAINTIFFS' CONSOLIDATED COMPLAINT

1. Pursuant to Pretrial Order No. 4, dated December 13, 2022 (ECF No. 1675), McDonald's Corporation ("McDonald's"), by and through the undersigned counsel, hereby joins Direct Action Plaintiffs' Consolidated Complaint, dated December 5, 2022 (ECF No. 1659) (the "Consolidated Complaint").

2. McDonald's joins the Consolidated Complaint, adding the following to specify McDonald's cause of action as well as the Defendants and named co-conspirators in McDonald's action:

| Direct Action Plaintiff Group | Plaintiff | Named Defendants | Named Co-Conspirators | Cause of Action |
|---|---|---|---|---|
| CWT DAPs | McDonald's Corporation | Agri Stats, Inc.;<br>Clemens Food Group, LLC;<br>The Clemens Family Corporation;<br>Hormel Foods Corporation;<br>Hormel Foods, LLC;<br>JBS USA Food Company;<br>Seaboard Foods LLC;<br>Smithfield Foods, Inc.;<br>Triumph Foods, LLC;<br>Tyson Foods, Inc.;<br>Tyson Prepared Foods, Inc.; and<br>Tyson Fresh Meats, Inc. | Indiana Packers Corporation;<br>Daily's Premium Meats, LLC;<br>Seaboard Triumph Foods, LLC | Count I:<br>15 U.S.C. § 1 |

3. McDonald's claims are based on assignments with The HAVI Group LP,

HAVI Global Solutions LLC, Armada Supply Chain Solutions, LLC, ATEC Systems, Ltd., IBD Foods, Inc., OSI Group, LLC, Lopez Foods, Inc., Dorada Poultry LLC, DeOro Foods LLC, and The Martin Brower Company L.L.C. and their affiliates and predecessors with respect to direct purchases made in the United States for McDonald's company-owned, franchised and developmental licensee locations in the United States, U.S. territories, and Latin America.

4. McDonald's adopts the following definition of "pork." "Pork" includes all pork products, regardless of the form in which they are sold, and all products containing pig meat, whether purchased fresh or frozen, including but not limited to smoked ham, sausage, and bacon.

Dated: December 30, 2022

                                    Respectfully submitted,

                                    */s/ Philip J. Iovieno*
                                    Philip J. Iovieno
                                    Nicholas A. Gravante, Jr.
                                    Lawrence S. Brandman
                                    Jack G. Stern
                                    Gillian Groarke Burns
                                    Mark A. Singer
                                    Elizabeth R. Moore
                                    Zygimante Andrijauskaite
                                    CADWALADER, WICKERSHAM & TAFT LLP
                                    200 Liberty Street
                                    New York, NY 10281
                                    Tel: (212) 504-6000
                                    Fax: (212) 504-6666
                                    E-mail: philip.iovieno@cwt.com
                                                           nicholas.gravante@cwt.com
                                                           lawrence.brandman@cwt.com
                                                           jack.stern@cwt.com
                                                           gillian.burns@cwt.com
                                                           mark.singer@cwt.com
                                                           elizabeth.moore@cwt.com
                                                           zygimante.andrijauskaite@cwt.com