# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-1776 (JRT/JFD) |
| | **DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF CLASS PLAINTIFFS' SUR-REBUTTAL IN SUPPORT OF PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION** |
| This Document Relates to: | |
| *All Direct Purchaser Actions* | |
| *All Commercial and Institutional Indirect Purchaser Actions* | |
| *All Consumer Indirect Purchaser Actions* | |

I, Shana E. Scarlett, state under oath, as follows:

1. I am a partner at Hagens Berman Sobol Shapiro LLP. I am admitted to this Court *pro hac vice*, and am one of the Interim Co-Lead Counsel (along with Gustafson Gluek PLLC) for the Consumer Indirect Purchaser Plaintiffs appointed by the Court to represent the Consumer Indirect Class in this litigation. I submit this declaration in support of Class Plaintiffs' Sur-Rebuttal in Support of Plaintiffs' Motions for Class Certification. I have full knowledge of the matters stated herein and would testify to these facts if called upon.

2. In support of this Sur-Rebuttal, Plaintiffs submit the following Exhibit:

   Exhibit 1: Excerpts from the highly confidential remote video transcript of Laila Haider, Ph.D., taken in the current action on November 3, 2022.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: January 5, 2023              Respectfully submitted,

                                    */s/ Shana E. Scarlett*
                                    SHANA E. SCARLETT

- 1 -