## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No: 18-cv-1776<br>Judge John R. Tunheim |
| US FOODS, INC., etc.,<br><br>        Plaintiff,<br><br>vs.<br><br>SMITHFIELD FOODS, INC., etc.<br><br>        Defendants. | Individual Case No. 22-cv-00072 (D. MN)<br><br>Individual Case No. 21-cv-10037 (N.D. CA) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF US FOODS, INC.'S CLAIMS AGAINST DEFENDANT SMITHFIELD FOODS, INC.

Plaintiff US Foods, Inc. and Defendant Smithfield Foods, Inc. in the above-styled action, through counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

This Stipulation is between Plaintiff US Foods, Inc. (US Foods) and Defendant Smithfield Foods, Inc. ("Smithfield").

1.　　This Stipulation relates only to *US Foods, Inc. v. Smithfield Foods, Inc.,* Case No. 22-cv-00072 (D. MN.), transferred from Case No. 21-cv-10037 (N.D. CA) (the "US Foods' Action"), and only to US Foods and Smithfield in the US Foods' Action.

2.　　In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, US Foods and Smithfield stipulate and agree to the dismissal, with prejudice, of US Foods' claims against Smithfield in the US Foods' Action, including US Foods' claims against Smithfield in the Direct Action Plaintiffs' ("DAPs") Consolidated Complaint, ECF No. 1659, in *In re Pork Antitrust*

*Litigation*, Case No. 18-cv-1776 (D. MN.) ("MDL 1776"), with US Foods and Smithfield each bearing its own attorneys' fees and costs.

3.     This Stipulation of Dismissal, with prejudice, does not apply to and has no bearing on any plaintiff or defendant in the US Foods' Action -- including any of the parties identified in the DAPs' Consolidated Complaint at ECF No. 1659 in MDL 1776 -- other than US Foods and Smithfield.

Dated:  January 4, 2023                              Respectfully submitted,


By:  _s/ William J. Blechman_____          By:  _s/ Richard Parker_____
       William J. Blechman, Esquire                        Richard Parker, Esquire
       Samuel J. Randall, Esquire                            Josh Lipton, Esquire
       KENNY NACHWALTER, P.A.                        GIBSON, DUNN & CRUTCHER, LLP
       1441 Brickell Avenue                                    1050 Connecticut Avenue, N.W.
       Suite 1100                                                    Washington, D.C.  20036-5306
       Miami, Florida  33131                                  Tel:  (202) 955-8500
       Tel:  (305) 373-1000                                    E-mail:  rparker@gibsondunn.com
       E-mail:  wblechman@knpa.com
                    srandall@knpa.com                            --and --

**Counsel for Plaintiff US Foods, Inc.**               Brian Robison, Esquire
                                                                        BROWN FOX PLLC
                                                                        6303 Cowboys Way
                                                                        Suite 450
                                                                        Frisco, Texas  75034
                                                                        E-mail:  brian@brownfoxlaw.com

                                                                        **Counsel for Defendant Smithfield**
                                                                        **Foods, Inc.**