# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No: 18-cv-1776 <br> Judge John R. Tunheim |
| US FOODS, INC., etc., <br><br> Plaintiff, <br><br> vs. <br><br> SMITHFIELD FOODS, INC., etc. <br><br> Defendants. | Individual Case No. 22-cv-00072 (D. MN) <br><br> Individual Case No. 21-cv-10037 (N.D. CA) |

### [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SMITHFIELD FOODS, INC.

This matter came before the undersigned Judge based on the Stipulation between Plaintiff US Foods, Inc. and Defendant Smithfield Foods, Inc. for the Dismissal, With Prejudice, of Plaintiff US Foods, Inc.'s claims in this case against Defendant Smithfield Foods, Inc.  Based on all the files, records, and proceedings in this case, IT IS SO ORDERED that the parties' Stipulation is GRANTED as follows:

1. The claims in the above-referenced case numbers by Plaintiff US Foods, Inc. against Defendant Smithfield Foods, Inc. are Dismissed With Prejudice as to Defendant Smithfield Foods, Inc., with Plaintiff US Foods, Inc. and Defendant Smithfield Foods, Inc. each bearing its own attorneys' fees and costs.  This Order includes Plaintiff US Foods, Inc.'s claims against Defendant Smithfield Foods, Inc. in the Direct Action Plaintiffs' ("DAPs") Consolidated Complaint, ECF No. 1659, in *In re Pork Antitrust Litigation*, Case No. 18-cv-1776 (D. MN.) ("MDL 1776");

2. This Order does not apply to and has no bearing on any other plaintiff or defendant in the above-referenced case numbers, including any of the parties identified in the DAPs' Consolidated Complaint at ECF No. 1659 in MDL 1776.

Dated: _____ By the Court

_____
The Honorable John R. Tunheim
Chief United States District Judge

653923 1