# EXHIBIT 3

Definitions

| | |
|---|---|
| Avg Wkly Gilt/Sow Beg Inventory | Weekly Sow Base held on sow farm |
| Total Services | Breeds |
| Breeds/Female/Yr | (Total Services X 52) / Gilt and Sow Ending Inventory |
| % Pre-Wean Mortalities | (Pre-Wean Mortality Head / Total Born Alive), Pre Wean mortality is a count of piglets that die from farrow to wean |
| Transferred IN Head | Head transferred into Phase |
| Transferred OUT Head | Head transferred out of phase |
| Sold Head | Market Head Sold to Plants |
| Wean to Finish Total Removals % | (Sold Head / Weaned Head) % of Animals lost from Weaning from Sow Farm to Marketing at Plant |
| Miscarriage % | Number of miscarriages 21 days post breeding up to 109 days bred / Number of Services |
| Stillborn % | Stillborn is any piglet born that has not breathed, formula for % is Total Stillborns / Total Born |
| Mummies % | Abnormal fetus that has not fully developed, formula for % is Total Mummies / Total Born |
| Nursery % Total Loss | % of Animals lost in the Nursery Phase |
| GF % Total Loss | % of Animals lost in the GF Phase |

Nursery - Yearly

| Year of Week Ending Date | Company Relationship ||||||||| | CON | OWN | TOTAL |
| | CON ||| OWN ||| Grand Total ||| | | | |
| | Transferred IN Head | Transferred OUT Head | Sold Head | Transferred IN Head | Transferred OUT Head | Sold Head | Transferred IN Head | Transferred OUT Head | Sold Head | | Nursery % Total Loss |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 190,382 | 186,844 | 0 | 4,278,684 | 4,086,863 | 24,317 | 4,469,066 | 4,273,707 | 24,317 | | 2.02% | 3.16% | 3.11% |
| 2006 | 266,964 | 259,545 | 11,739 | 4,306,252 | 4,082,277 | 37,158 | 4,573,216 | 4,341,822 | 48,897 | | 3.87% | 3.72% | 3.73% |
| 2007 | 294,468 | 271,957 | 0 | 4,441,356 | 4,303,519 | 0 | 4,735,824 | 4,575,476 | 0 | | 2.89% | 3.33% | 3.31% |
| 2008 | 299,139 | 286,023 | 0 | 4,466,288 | 4,311,656 | 0 | 4,765,427 | 4,597,679 | 0 | | 4.40% | 4.15% | 4.16% |
| 2009 | 341,210 | 327,086 | 0 | 4,480,721 | 4,262,046 | 13,603 | 4,821,931 | 4,589,132 | 13,603 | | 4.13% | 4.31% | 4.30% |
| 2010 | 321,912 | 297,736 | 11,117 | 4,676,261 | 4,411,845 | 33,770 | 4,998,173 | 4,709,581 | 44,887 | | 4.06% | 4.55% | 4.52% |
| 2011 | 299,825 | 278,814 | 5,416 | 4,898,068 | 4,648,702 | 6,718 | 5,197,893 | 4,927,516 | 12,134 | | 5.19% | 4.82% | 4.84% |
| 2012 | 299,815 | 267,516 | 0 | 4,841,793 | 4,671,011 | 0 | 5,141,608 | 4,938,527 | 0 | | 3.65% | 4.12% | 4.10% |
| 2013 | 278,462 | 296,285 | 0 | 4,434,930 | 4,339,110 | 0 | 4,713,392 | 4,635,395 | 0 | | 6.58% | 5.37% | 5.45% |
| 2014 | 275,354 | 226,056 | 0 | 4,554,681 | 4,065,375 | 0 | 4,830,035 | 4,291,431 | 0 | | 9.68% | 8.85% | 8.90% |
| 2015 | 591,459 | 485,498 | 0 | 4,649,069 | 4,429,159 | 0 | 5,240,528 | 4,914,657 | 0 | | 5.54% | 5.25% | 5.28% |
| 2016 | 1,327,733 | 1,134,329 | 3,920 | 5,427,643 | 5,005,475 | 0 | 6,755,376 | 6,139,804 | 3,920 | | 6.19% | 4.13% | 4.51% |
| 2017 | 1,890,463 | 1,741,064 | 0 | 6,014,294 | 5,558,800 | 0 | 7,904,757 | 7,299,864 | 0 | | 5.85% | 6.47% | 6.32% |
| 2018 | 2,236,374 | 2,021,769 | 0 | 6,448,380 | 5,886,458 | 0 | 8,684,754 | 7,908,227 | 0 | | 8.29% | 7.59% | 7.77% |
| 2019 | 2,498,491 | 2,250,398 | 0 | 6,597,267 | 6,085,865 | 0 | 9,095,758 | 8,336,263 | 0 | | 9.70% | 8.47% | 8.81% |
| 2020 | 2,529,620 | 2,221,161 | 0 | 6,165,156 | 5,717,696 | 0 | 8,694,776 | 7,938,857 | 0 | | 9.91% | 7.43% | 8.14% |

Nursery - Monthly

| | | Company Relationship | | | | | | | | | | CON | OWN | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CON | | | OWN | | | Grand Total | | | | | | |
| Year of Week Ending Date | Month of Week Ending Date | Transferred IN Head | Transferred OUT Head | Sold Head | Transferred IN Head | Transferred OUT Head | Sold Head | Transferred IN Head | Transferred OUT Head | Sold Head | | | Nursery % Total Loss | |
| 2005 | January | 59,037 | 0 | 0 | 346,261 | 389,123 | 0 | 405,298 | 389,123 | 0 | | | 3.51% | 3.51% |
| | February | 8,834 | 29,708 | 0 | 332,033 | 281,435 | 9,497 | 340,867 | 311,143 | 9,497 | | 1.79% | 4.22% | 3.97% |
| | March | 0 | 46,536 | 0 | 338,046 | 274,888 | 7,409 | 338,046 | 321,424 | 7,409 | | 2.17% | 3.06% | 2.94% |
| | April | 0 | 8,487 | 0 | 410,909 | 372,599 | 0 | 410,909 | 381,086 | 0 | | 1.53% | 3.51% | 3.50% |
| | May | 0 | 0 | 0 | 338,612 | 325,377 | 0 | 338,612 | 325,377 | 0 | | | 3.83% | 3.83% |
| | June | 12,254 | 0 | 0 | 336,503 | 330,495 | 0 | 348,757 | 330,495 | 0 | | | 3.04% | 3.04% |
| | July | 55,590 | 346 | 0 | 376,702 | 431,841 | 0 | 432,292 | 432,187 | 0 | | | 2.76% | 2.76% |
| | August | 18,933 | 21,304 | 0 | 330,638 | 319,273 | 0 | 349,571 | 340,577 | 0 | | 1.30% | 2.64% | 2.56% |
| | September | 11,947 | 42,336 | 0 | 334,902 | 284,568 | 0 | 346,849 | 326,904 | 0 | | 2.14% | 2.46% | 2.41% |
| | October | 5,504 | 20,941 | 0 | 420,271 | 382,534 | 15 | 425,775 | 403,475 | 15 | | 4.20% | 2.67% | 2.71% |
| | November | 16,842 | 17,186 | 0 | 309,258 | 298,782 | 0 | 326,100 | 315,968 | 0 | | 1.52% | 3.29% | 3.21% |
| | December | 1,441 | 0 | 0 | 404,549 | 395,948 | 7,396 | 405,990 | 395,948 | 7,396 | | | 3.09% | 3.09% |
| 2006 | January | 55,797 | 17,071 | 0 | 274,933 | 297,080 | 10,639 | 330,730 | 314,151 | 10,639 | | 1.76% | 3.81% | 3.72% |
| | February | 35,968 | 0 | 0 | 302,957 | 330,179 | 0 | 338,925 | 330,179 | 0 | | | 4.77% | 4.77% |
| | March | 17,628 | 49,078 | 0 | 330,414 | 267,564 | 0 | 348,042 | 316,642 | 0 | | 5.85% | 5.70% | 5.73% |
| | April | 422 | 27,582 | 0 | 436,380 | 368,451 | 0 | 436,802 | 396,033 | 0 | | 9.58% | 4.66% | 5.03% |
| | May | 17,448 | 27,405 | 0 | 333,501 | 320,783 | 0 | 350,949 | 348,188 | 0 | | 3.05% | 3.44% | 3.41% |
| | June | 0 | 0 | 0 | 364,105 | 353,633 | 0 | 364,105 | 353,633 | 0 | | 1.50% | 3.29% | 3.28% |
| | July | 39,387 | 16,963 | 0 | 424,185 | 424,405 | 0 | 463,572 | 441,368 | 0 | | 3.07% | 2.54% | 2.56% |
| | August | 45,915 | 4,867 | 0 | 312,872 | 350,300 | 4,725 | 358,787 | 355,167 | 4,725 | | 1.94% | 2.79% | 2.76% |
| | September | 36,243 | 39,923 | 0 | 424,107 | 397,185 | 0 | 460,350 | 437,108 | 0 | | 1.82% | 2.77% | 2.70% |
| | October | 0 | 55,529 | 0 | 362,203 | 300,158 | 0 | 362,203 | 355,687 | 0 | | 2.48% | 2.84% | 2.78% |
| | November | 17,446 | 18,483 | 0 | 323,157 | 314,374 | 0 | 340,603 | 332,857 | 0 | | 2.56% | 3.73% | 3.69% |
| | December | 710 | 2,644 | 11,739 | 417,438 | 358,165 | 21,794 | 418,148 | 360,809 | 33,533 | | 4.94% | 4.84% | 4.85% |
| 2007 | January | 28,222 | 2,230 | 0 | 321,593 | 341,895 | 0 | 349,815 | 344,125 | 0 | | 4.07% | 4.11% | 4.11% |
| | February | 46,268 | 8,465 | 0 | 307,620 | 321,680 | 0 | 353,888 | 330,145 | 0 | | 3.18% | 4.38% | 4.33% |
| | March | 46,208 | 25,189 | 0 | 407,194 | 407,396 | 0 | 453,402 | 432,585 | 0 | | 3.09% | 4.44% | 4.38% |
| | April | 9,938 | 60,968 | 0 | 349,615 | 279,536 | 0 | 359,553 | 340,504 | 0 | | 3.03% | 4.21% | 4.00% |
| | May | 7,517 | 23,143 | 0 | 360,181 | 331,893 | 0 | 367,698 | 355,036 | 0 | | 2.69% | 3.14% | 3.11% |
| | June | 17,442 | 16,935 | 0 | 455,294 | 439,301 | 0 | 472,736 | 456,236 | 0 | | 2.98% | 2.45% | 2.48% |
| | July | 17,812 | 0 | 0 | 361,069 | 351,633 | 0 | 378,881 | 351,633 | 0 | | | 2.38% | 2.38% |
| | August | 64,717 | 16,895 | 0 | 310,124 | 346,917 | 0 | 374,841 | 363,812 | 0 | | 3.14% | 2.55% | 2.57% |
| | September | 21,430 | 25,515 | 0 | 443,752 | 443,039 | 0 | 465,182 | 468,554 | 0 | | 1.78% | 3.11% | 3.02% |
| | October | 17,440 | 54,782 | 0 | 353,086 | 309,410 | 0 | 370,526 | 364,192 | 0 | | 2.71% | 2.90% | 2.87% |
| | November | 0 | 25,273 | 0 | 353,552 | 331,845 | 0 | 353,552 | 357,118 | 0 | | 3.42% | 2.84% | 2.89% |
| | December | 17,474 | 12,562 | 0 | 418,276 | 398,974 | 0 | 435,750 | 411,536 | 0 | | | 3.82% | 3.82% |
| 2008 | January | 11,296 | 0 | 0 | 328,772 | 325,017 | 0 | 340,068 | 325,017 | 0 | | 12.84% | 4.63% | 4.65% |
| | February | 61,246 | 15,015 | 0 | 290,956 | 338,349 | 0 | 352,202 | 353,364 | 0 | | 14.15% | 6.57% | 6.89% |
| | March | 31,352 | 20,367 | 0 | 422,025 | 402,486 | 0 | 453,377 | 422,853 | 0 | | 6.44% | 6.25% | 6.27% |
| | April | 38,828 | 78,447 | 0 | 323,312 | 268,367 | 0 | 362,140 | 346,814 | 0 | | 4.25% | 4.31% | 4.30% |
| | May | 226 | 20,801 | 0 | 463,795 | 422,596 | 0 | 464,021 | 443,397 | 0 | | 3.76% | 3.55% | 3.56% |
| | June | 17,420 | 16,854 | 0 | 366,409 | 348,447 | 0 | 383,829 | 365,301 | 0 | | 3.36% | 4.29% | 4.25% |
| | July | 0 | 0 | 0 | 381,357 | 360,733 | 0 | 381,357 | 360,733 | 0 | | 3.73% | 4.20% | 4.19% |
| | August | 74,144 | 16,789 | 0 | 405,567 | 451,149 | 0 | 479,711 | 467,938 | 0 | | 3.52% | 3.35% | 3.36% |
| | September | 15,288 | 37,881 | 0 | 361,367 | 327,839 | 0 | 376,655 | 365,720 | 0 | | 2.93% | 2.91% | 2.91% |

Nursery - Monthly

| Year | Month | | | | | | | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| | October | 31,899 | 41,900 | 0 | 340,515 | 326,967 | 0 | 372,414 | 368,867 | 0 | 3.22% | 3.52% | 3.49% |
| | November | 17,440 | 37,969 | 0 | 429,555 | 391,080 | 0 | 446,995 | 429,049 | 0 | 2.74% | 2.93% | 2.91% |
| | December | 0 | 0 | 0 | 352,658 | 348,626 | 0 | 352,658 | 348,626 | 0 | | 3.37% | 3.37% |
| 2009 | January | 36,100 | 16,873 | 0 | 414,457 | 431,975 | 0 | 450,557 | 448,848 | 0 | 3.25% | 3.45% | 3.44% |
| | February | 46,179 | 0 | 0 | 324,134 | 327,214 | 0 | 370,313 | 327,214 | 0 | | 3.98% | 3.98% |
| | March | 21,524 | 34,939 | 0 | 333,866 | 286,236 | 0 | 355,390 | 321,175 | 0 | 5.13% | 5.11% | 5.11% |
| | April | 39,160 | 42,343 | 0 | 336,958 | 305,237 | 13,599 | 376,118 | 347,580 | 13,599 | 7.16% | 5.90% | 6.04% |
| | May | 17,442 | 57,596 | 0 | 443,203 | 405,324 | 0 | 460,645 | 462,920 | 0 | 4.84% | 5.11% | 5.07% |
| | June | 0 | 3,140 | 0 | 374,434 | 334,487 | 0 | 374,434 | 337,627 | 0 | 3.89% | 4.58% | 4.57% |
| | July | 17,443 | 13,705 | 0 | 366,860 | 344,239 | 0 | 384,303 | 357,944 | 0 | 2.96% | 4.16% | 4.14% |
| | August | 58,427 | 16,914 | 0 | 428,350 | 448,543 | 4 | 486,777 | 465,457 | 4 | 3.03% | 3.36% | 3.35% |
| | September | 18,942 | 21,792 | 0 | 366,471 | 362,107 | 0 | 385,413 | 383,899 | 0 | 1.88% | 3.43% | 3.35% |
| | October | 68,553 | 38,221 | 0 | 399,881 | 420,313 | 0 | 468,434 | 458,534 | 0 | 3.56% | 3.43% | 3.45% |
| | November | 0 | 43,343 | 0 | 358,278 | 298,289 | 0 | 358,278 | 341,632 | 0 | 2.46% | 4.23% | 3.99% |
| | December | 17,440 | 38,220 | 0 | 333,829 | 298,082 | 0 | 351,269 | 336,302 | 0 | 3.82% | 5.23% | 5.12% |
| 2010 | January | 0 | 6,335 | 0 | 436,897 | 406,842 | 120 | 436,897 | 413,177 | 120 | 3.13% | 5.95% | 5.90% |
| | February | 39,633 | 10,479 | 0 | 321,060 | 329,650 | 0 | 360,693 | 340,129 | 0 | 3.86% | 6.83% | 6.74% |
| | March | 18,389 | 10,439 | 0 | 363,300 | 339,450 | 0 | 381,689 | 349,889 | 0 | 4.76% | 6.51% | 6.44% |
| | April | 66,787 | 15,989 | 11,117 | 318,666 | 328,311 | 4,730 | 385,453 | 344,300 | 15,847 | 5.67% | 5.69% | 5.69% |
| | May | 38,503 | 37,557 | 0 | 455,267 | 403,225 | 52 | 493,770 | 440,782 | 52 | 5.14% | 5.00% | 5.02% |
| | June | 0 | 63,452 | 0 | 403,811 | 340,045 | 0 | 403,811 | 403,497 | 0 | 4.77% | 4.31% | 4.37% |
| | July | 17,436 | 16,893 | 0 | 488,864 | 460,591 | 7,206 | 506,300 | 477,484 | 7,206 | 3.14% | 3.46% | 3.44% |
| | August | 2,574 | 12,467 | 0 | 395,663 | 357,518 | 0 | 398,237 | 369,985 | 0 | 2.84% | 3.31% | 3.29% |
| | September | 32,697 | 4,466 | 0 | 362,704 | 371,730 | 0 | 395,401 | 376,196 | 0 | 3.21% | 3.21% | 3.21% |
| | October | 77,194 | 16,940 | 0 | 409,164 | 463,797 | 0 | 486,358 | 480,737 | 0 | 2.87% | 3.26% | 3.24% |
| | November | 11,259 | 42,998 | 0 | 367,210 | 337,733 | 0 | 378,469 | 380,731 | 0 | 3.17% | 3.49% | 3.45% |
| | December | 17,440 | 59,721 | 0 | 353,655 | 272,953 | 21,662 | 371,095 | 332,674 | 21,662 | 3.54% | 4.18% | 4.10% |
| 2011 | January | 0 | 4,215 | 0 | 473,485 | 444,195 | 0 | 473,485 | 448,410 | 0 | 3.87% | 4.87% | 4.85% |
| | February | 17,508 | 12,609 | 0 | 368,495 | 363,071 | 0 | 386,003 | 375,680 | 0 | 3.33% | 6.62% | 6.53% |
| | March | 28,055 | 5,749 | 0 | 360,653 | 355,364 | 0 | 388,708 | 361,113 | 0 | 7.49% | 7.47% | 7.47% |
| | April | 56,492 | 10,456 | 0 | 420,904 | 423,520 | 0 | 477,396 | 433,976 | 0 | 6.79% | 5.81% | 5.81% |
| | May | 36,540 | 51,149 | 5,416 | 355,384 | 298,241 | 6,718 | 391,924 | 349,390 | 12,134 | 8.54% | 4.98% | 5.50% |
| | June | 2,633 | 21,055 | 0 | 402,682 | 356,852 | 0 | 405,315 | 377,907 | 0 | 5.35% | 4.35% | 4.44% |
| | July | 17,444 | 37,800 | 0 | 499,418 | 456,697 | 0 | 516,862 | 494,497 | 0 | 4.01% | 3.72% | 3.73% |
| | August | 0 | 8,350 | 0 | 403,929 | 390,466 | 0 | 403,929 | 398,816 | 0 | 4.09% | 3.54% | 3.56% |
| | September | 45,830 | 8,398 | 0 | 363,817 | 387,967 | 0 | 409,647 | 396,365 | 0 | 3.55% | 3.77% | 3.76% |
| | October | 61,334 | 16,758 | 0 | 432,131 | 455,156 | 0 | 493,465 | 471,914 | 0 | 3.99% | 3.88% | 3.89% |
| | November | 16,528 | 42,690 | 0 | 365,103 | 322,103 | 0 | 381,631 | 364,793 | 0 | 3.85% | 4.52% | 4.45% |
| | December | 17,461 | 59,585 | 0 | 452,067 | 395,070 | 0 | 469,528 | 454,655 | 0 | 3.64% | 4.60% | 4.45% |
| 2012 | January | 0 | 6,339 | 0 | 381,819 | 363,704 | 0 | 381,819 | 370,043 | 0 | 3.30% | 4.90% | 4.86% |
| | February | 17,458 | 10,473 | 0 | 370,223 | 351,980 | 0 | 387,681 | 362,453 | 0 | 4.42% | 5.22% | 5.20% |
| | March | 38,909 | 16,665 | 0 | 437,874 | 434,655 | 0 | 476,783 | 451,320 | 0 | 4.54% | 5.94% | 5.89% |
| | April | 33,586 | 0 | 0 | 361,916 | 368,571 | 0 | 395,502 | 368,571 | 0 | | 5.56% | 5.56% |
| | May | 50,916 | 59,164 | 0 | 355,547 | 344,143 | 0 | 406,463 | 403,307 | 0 | 4.40% | 4.50% | 4.49% |
| | June | 341 | 42,951 | 0 | 507,115 | 442,788 | 0 | 507,456 | 485,739 | 0 | 3.29% | 3.77% | 3.72% |
| | July | 17,456 | 16,664 | 0 | 392,600 | 373,442 | 0 | 410,056 | 390,106 | 0 | 4.49% | 3.09% | 3.15% |
| | August | 1,308 | 8,744 | 0 | 413,071 | 379,584 | 0 | 414,379 | 388,328 | 0 | 2.19% | 3.05% | 3.02% |
| | September | 48,940 | 8,330 | 0 | 462,704 | 489,100 | 0 | 511,644 | 497,430 | 0 | | 2.74% | 2.74% |
| | October | 45,461 | 17,032 | 0 | 350,410 | 377,483 | 0 | 395,871 | 394,515 | 0 | 2.32% | 3.08% | 3.06% |

Nursery - Monthly

| Year | Month | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | November | 28,027 | 42,766 | 0 | 352,994 | 346,381 | 0 | 381,021 | 389,147 | 0 | 3.61% | 3.44% | 3.46% |
|  | December | 17,413 | 38,388 | 0 | 455,520 | 399,180 | 0 | 472,933 | 437,568 | 0 | 3.31% | 4.51% | 4.39% |
| 2013 | January | 5,603 | 37,235 | 0 | 387,701 | 342,982 | 0 | 393,304 | 380,217 | 0 | 3.33% | 4.84% | 4.71% |
|  | February | 11,838 | 1,078 | 0 | 401,365 | 411,829 | 0 | 413,203 | 412,907 | 0 |  | 4.86% | 4.86% |
|  | March | 48,404 | 17,054 | 0 | 501,549 | 506,161 | 0 | 549,953 | 523,215 | 0 | 2.22% | 4.17% | 4.09% |
|  | April | 29,711 | 0 | 0 | 370,377 | 371,854 | 0 | 400,088 | 371,854 | 0 |  | 4.48% | 4.48% |
|  | May | 45,600 | 58,771 | 0 | 352,248 | 320,369 | 0 | 397,848 | 379,140 | 0 | 5.00% | 3.75% | 3.92% |
|  | June | 0 | 30,209 | 0 | 416,599 | 384,413 | 0 | 416,599 | 414,622 | 0 | 3.84% | 3.62% | 3.64% |
|  | July | 39,639 | 28,963 | 0 | 233,325 | 249,627 | 0 | 272,964 | 278,590 | 0 | 4.69% | 4.73% | 4.72% |
|  | August | 4,446 | 17,019 | 0 | 487,596 | 416,606 | 0 | 492,042 | 433,625 | 0 | 2.40% | 6.49% | 6.32% |
|  | September | 30,249 | 21,001 | 0 | 353,172 | 359,583 | 0 | 383,421 | 380,584 | 0 | 5.41% | 5.48% | 5.47% |
|  | October | 44,136 | 16,990 | 0 | 341,061 | 336,163 | 0 | 385,197 | 353,153 | 0 | 2.65% | 6.12% | 5.97% |
|  | November | 15,759 | 40,323 | 0 | 318,717 | 355,770 | 0 | 334,476 | 396,093 | 0 | 9.21% | 6.70% | 7.02% |
|  | December | 3,077 | 27,642 | 0 | 271,220 | 283,753 | 0 | 274,297 | 311,395 | 0 | 21.66% | 10.03% | 11.07% |
| 2014 | January | 10,361 | 947 | 0 | 299,031 | 225,721 | 0 | 309,392 | 226,668 | 0 | 13.67% | 13.64% | 13.64% |
|  | February | 17,917 | 0 | 0 | 317,144 | 220,192 | 0 | 335,061 | 220,192 | 0 |  | 13.72% | 13.72% |
|  | March | 5,331 | 15,510 | 0 | 429,845 | 354,869 | 0 | 435,176 | 370,379 | 0 | 11.22% | 12.38% | 12.33% |
|  | April | 31,231 | 10,011 | 0 | 304,064 | 290,837 | 0 | 335,295 | 300,848 | 0 | 7.37% | 14.83% | 14.63% |
|  | May | 44,307 | 34,278 | 0 | 438,919 | 390,603 | 0 | 483,226 | 424,881 | 0 | 13.57% | 11.93% | 12.09% |
|  | June | 20,662 | 19,207 | 0 | 378,748 | 327,912 | 0 | 399,410 | 347,119 | 0 | 13.48% | 10.12% | 10.31% |
|  | July | 17,498 | 36,604 | 0 | 396,871 | 321,621 | 0 | 414,369 | 358,225 | 0 | 7.73% | 7.25% | 7.30% |
|  | August | 22,200 | 5,657 | 0 | 489,516 | 428,466 | 0 | 511,716 | 434,123 | 0 | 3.25% | 6.68% | 6.63% |
|  | September | 17,422 | 11,254 | 0 | 383,093 | 402,358 | 0 | 400,515 | 413,612 | 0 | 3.40% | 4.98% | 4.94% |
|  | October | 12,280 | 35,514 | 0 | 372,173 | 339,154 | 0 | 384,453 | 374,668 | 0 | 8.75% | 4.85% | 5.19% |
|  | November | 56,174 | 643 | 0 | 407,859 | 454,368 | 0 | 464,033 | 455,011 | 0 |  | 4.52% | 4.52% |
|  | December | 19,971 | 56,431 | 0 | 337,418 | 309,274 | 0 | 357,389 | 365,705 | 0 | 9.38% | 5.00% | 5.61% |
| 2015 | January | 13,760 | 20,498 | 0 | 465,729 | 447,907 | 0 | 479,489 | 468,405 | 0 | 8.50% | 6.09% | 6.21% |
|  | February | 39,614 | 16,797 | 0 | 372,950 | 322,639 | 0 | 412,564 | 339,436 | 0 | 4.09% | 6.91% | 6.77% |
|  | March | 0 | 241 | 0 | 402,052 | 390,618 | 0 | 402,052 | 390,859 | 0 | 3.03% | 6.30% | 6.29% |
|  | April | 20,835 | 37,497 | 0 | 388,270 | 287,751 | 0 | 409,105 | 325,248 | 0 | 4.84% | 7.08% | 6.87% |
|  | May | 75,642 | 16,990 | 0 | 427,322 | 489,488 | 0 | 502,964 | 506,478 | 0 | 2.61% | 8.18% | 7.97% |
|  | June | 56,281 | 58,782 | 0 | 356,956 | 335,556 | 0 | 413,237 | 394,338 | 0 | 8.71% | 6.15% | 6.51% |
|  | July | 70,702 | 50,910 | 0 | 355,790 | 321,659 | 0 | 426,492 | 372,569 | 0 | 4.51% | 4.17% | 4.22% |
|  | August | 72,350 | 76,506 | 0 | 460,101 | 415,941 | 0 | 532,451 | 492,447 | 0 | 3.29% | 3.24% | 3.25% |
|  | September | 58,625 | 45,064 | 0 | 350,763 | 354,684 | 0 | 409,388 | 399,748 | 0 | 4.81% | 3.47% | 3.62% |
|  | October | 66,540 | 66,540 | 0 | 430,103 | 420,858 | 0 | 496,643 | 487,398 | 0 | 5.64% | 3.50% | 3.82% |
|  | November | 42,902 | 39,797 | 0 | 337,075 | 311,267 | 0 | 379,977 | 351,064 | 0 | 6.36% | 3.30% | 3.65% |
|  | December | 74,208 | 55,876 | 0 | 301,958 | 330,791 | 0 | 376,166 | 386,667 | 0 | 6.35% | 4.01% | 4.35% |
| 2016 | January | 78,537 | 78,245 | 0 | 424,035 | 408,887 | 0 | 502,572 | 487,132 | 0 | 7.02% | 3.99% | 4.51% |
|  | February | 85,663 | 52,784 | 0 | 425,351 | 344,758 | 0 | 511,014 | 397,542 | 0 | 8.19% | 3.80% | 4.36% |
|  | March | 98,249 | 105,419 | 3,920 | 373,754 | 372,372 | 0 | 472,003 | 477,791 | 3,920 | 6.04% | 3.92% | 4.40% |
|  | April | 94,424 | 80,842 | 0 | 494,690 | 449,939 | 0 | 589,114 | 530,781 | 0 | 5.37% | 5.39% | 5.39% |
|  | May | 98,147 | 82,775 | 0 | 401,682 | 386,699 | 0 | 499,829 | 469,474 | 0 | 7.71% | 3.72% | 4.42% |
|  | June | 91,120 | 86,437 | 0 | 404,105 | 360,389 | 0 | 495,225 | 446,826 | 0 | 8.78% | 4.08% | 5.08% |
|  | July | 113,324 | 93,985 | 0 | 528,256 | 491,136 | 0 | 641,580 | 585,121 | 0 | 8.80% | 4.80% | 5.43% |
|  | August | 122,556 | 94,241 | 0 | 393,717 | 380,126 | 0 | 516,273 | 474,367 | 0 | 5.07% | 4.24% | 4.40% |
|  | September | 113,660 | 104,586 | 0 | 525,439 | 417,558 | 0 | 639,099 | 522,144 | 0 | 5.04% | 3.75% | 4.01% |
|  | October | 146,874 | 113,997 | 0 | 543,432 | 545,838 | 0 | 690,306 | 659,835 | 0 | 5.87% | 3.82% | 4.18% |
|  | November | 119,724 | 100,795 | 0 | 408,374 | 368,191 | 0 | 528,098 | 468,986 | 0 | 6.76% | 4.43% | 4.93% |

Nursery - Monthly

| Year | Month | | | | | | | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| | December | 165,455 | 140,223 | 0 | 504,808 | 479,582 | 0 | 670,263 | 619,805 | 0 | 1.88% | 3.68% | 3.28% |
| 2017 | January | 126,793 | 141,938 | 0 | 422,387 | 421,577 | 0 | 549,180 | 563,515 | 0 | 7.34% | 6.58% | 6.76% |
| | February | 138,056 | 139,212 | 0 | 447,455 | 395,099 | 0 | 585,511 | 534,311 | 0 | 7.45% | 7.96% | 7.82% |
| | March | 174,226 | 127,445 | 0 | 430,406 | 388,078 | 0 | 604,632 | 515,523 | 0 | 6.12% | 9.05% | 8.36% |
| | April | 185,009 | 151,733 | 0 | 551,412 | 494,625 | 0 | 736,421 | 646,358 | 0 | 7.12% | 7.57% | 7.46% |
| | May | 138,663 | 157,777 | 0 | 467,416 | 410,849 | 0 | 606,079 | 568,626 | 0 | 6.93% | 7.48% | 7.33% |
| | June | 168,042 | 132,443 | 0 | 432,361 | 430,675 | 0 | 600,403 | 563,118 | 0 | 5.53% | 6.91% | 6.59% |
| | July | 153,259 | 169,430 | 0 | 612,277 | 536,649 | 0 | 765,536 | 706,079 | 0 | 5.26% | 7.04% | 6.60% |
| | August | 141,224 | 119,107 | 0 | 477,877 | 429,798 | 0 | 619,101 | 548,905 | 0 | 4.58% | 5.29% | 5.15% |
| | September | 173,160 | 167,023 | 0 | 659,534 | 594,688 | 0 | 832,694 | 761,711 | 0 | 4.41% | 4.69% | 4.62% |
| | October | 140,181 | 98,046 | 0 | 493,921 | 479,643 | 0 | 634,102 | 577,689 | 0 | 4.97% | 4.81% | 4.84% |
| | November | 172,125 | 168,217 | 0 | 436,271 | 398,682 | 0 | 608,396 | 566,899 | 0 | 4.70% | 5.11% | 5.00% |
| | December | 179,725 | 168,693 | 0 | 582,977 | 578,437 | 0 | 762,702 | 747,130 | 0 | 5.61% | 5.83% | 5.77% |
| 2018 | January | 161,077 | 117,148 | 0 | 460,451 | 405,019 | 0 | 621,528 | 522,167 | 0 | 7.58% | 7.55% | 7.55% |
| | February | 167,004 | 146,279 | 0 | 474,494 | 430,923 | 0 | 641,498 | 577,202 | 0 | 12.60% | 9.78% | 10.54% |
| | March | 210,066 | 183,804 | 0 | 590,720 | 518,430 | 0 | 800,786 | 702,234 | 0 | 13.58% | 11.51% | 12.07% |
| | April | 170,309 | 141,005 | 0 | 483,244 | 411,864 | 0 | 653,553 | 552,869 | 0 | 14.60% | 11.70% | 12.46% |
| | May | 196,352 | 152,669 | 0 | 477,661 | 447,169 | 0 | 674,013 | 599,838 | 0 | 9.86% | 10.34% | 10.22% |
| | June | 233,278 | 210,223 | 0 | 643,509 | 583,854 | 0 | 876,787 | 794,077 | 0 | 8.59% | 6.87% | 7.35% |
| | July | 178,097 | 174,930 | 0 | 530,358 | 488,513 | 0 | 708,455 | 663,443 | 0 | 4.08% | 5.62% | 5.21% |
| | August | 196,015 | 198,965 | 0 | 510,934 | 461,739 | 0 | 706,949 | 660,704 | 0 | 4.49% | 4.89% | 4.78% |
| | September | 205,130 | 197,221 | 0 | 671,932 | 601,040 | 0 | 877,062 | 798,261 | 0 | 4.20% | 4.81% | 4.65% |
| | October | 164,029 | 155,746 | 0 | 510,616 | 482,000 | 0 | 674,645 | 637,746 | 0 | 6.33% | 5.24% | 5.49% |
| | November | 159,354 | 175,469 | 0 | 472,994 | 444,496 | 0 | 632,348 | 619,965 | 0 | 6.32% | 5.92% | 6.03% |
| | December | 195,663 | 168,310 | 0 | 621,467 | 611,411 | 0 | 817,130 | 779,721 | 0 | 8.57% | 7.81% | 7.99% |
| 2019 | January | 197,827 | 161,417 | 0 | 473,850 | 436,576 | 0 | 671,677 | 597,993 | 0 | 8.39% | 9.10% | 8.92% |
| | February | 144,159 | 148,118 | 0 | 547,218 | 494,315 | 0 | 691,377 | 642,433 | 0 | 10.10% | 11.56% | 11.20% |
| | March | 240,207 | 197,252 | 0 | 641,286 | 586,524 | 0 | 881,493 | 783,776 | 0 | 15.34% | 12.63% | 13.34% |
| | April | 185,947 | 180,922 | 0 | 498,785 | 437,275 | 0 | 684,732 | 618,197 | 0 | 16.31% | 13.24% | 14.16% |
| | May | 199,064 | 128,601 | 0 | 486,806 | 452,605 | 0 | 685,870 | 581,206 | 0 | 10.64% | 13.40% | 12.82% |
| | June | 211,617 | 238,273 | 0 | 673,332 | 603,303 | 0 | 884,949 | 841,576 | 0 | 9.25% | 7.91% | 8.31% |
| | July | 211,881 | 150,929 | 0 | 524,720 | 472,489 | 0 | 736,601 | 623,418 | 0 | 7.13% | 5.59% | 5.97% |
| | August | 277,202 | 260,841 | 0 | 643,726 | 601,612 | 0 | 920,928 | 862,453 | 0 | 5.48% | 4.69% | 4.94% |
| | September | 186,915 | 190,075 | 0 | 544,142 | 497,149 | 0 | 731,057 | 687,224 | 0 | 7.28% | 4.31% | 5.14% |
| | October | 227,389 | 194,688 | 0 | 489,983 | 497,130 | 0 | 717,372 | 691,818 | 0 | 6.01% | 4.26% | 4.77% |
| | November | 237,925 | 229,580 | 0 | 602,851 | 559,315 | 0 | 840,776 | 788,895 | 0 | 8.35% | 5.57% | 6.37% |
| | December | 178,358 | 169,702 | 0 | 470,568 | 447,572 | 0 | 648,926 | 617,274 | 0 | 12.72% | 9.02% | 10.07% |
| 2020 | January | 178,539 | 172,440 | 0 | 469,924 | 432,721 | 0 | 648,463 | 605,161 | 0 | 14.81% | 10.62% | 11.93% |
| | February | 240,764 | 170,419 | 0 | 591,455 | 542,438 | 0 | 832,219 | 712,857 | 0 | 17.16% | 12.52% | 13.54% |
| | March | 180,490 | 142,344 | 0 | 492,389 | 438,327 | 0 | 672,879 | 580,671 | 0 | 14.55% | 10.46% | 11.53% |
| | April | 210,735 | 170,808 | 0 | 489,864 | 464,555 | 0 | 700,599 | 635,363 | 0 | 11.62% | 8.53% | 9.36% |
| | May | 257,037 | 187,695 | 0 | 620,695 | 448,542 | 0 | 877,732 | 636,237 | 0 | 10.81% | 7.00% | 8.19% |
| | June | 205,525 | 185,910 | 0 | 499,227 | 470,805 | 0 | 704,752 | 656,715 | 0 | 9.38% | 6.57% | 7.38% |
| | July | 188,477 | 200,243 | 0 | 509,048 | 557,068 | 0 | 697,525 | 757,311 | 0 | 7.81% | 4.94% | 5.70% |
| | August | 267,563 | 241,627 | 0 | 610,744 | 603,622 | 0 | 878,307 | 845,249 | 0 | 6.73% | 4.18% | 4.93% |
| | September | 189,827 | 181,408 | 0 | 504,788 | 453,077 | 0 | 694,615 | 634,485 | 0 | 6.47% | 3.97% | 4.68% |
| | October | 243,408 | 210,988 | 0 | 561,211 | 546,610 | 0 | 804,619 | 757,598 | 0 | 5.99% | 5.38% | 5.55% |
| | November | 183,227 | 190,824 | 0 | 404,085 | 377,599 | 0 | 587,312 | 568,423 | 0 | 9.30% | 7.80% | 8.31% |
| | December | 184,028 | 166,455 | 0 | 411,726 | 382,332 | 0 | 595,754 | 548,787 | 0 | 7.31% | 7.99% | 7.79% |

Finisher - Yearly

| | Company Relationship | | | | | | | CON | OWN | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | CON | | OWN | | Grand Total | | | | | |
| Year of Week Ending Date | Transferred IN Head | Sold Head | Transferred IN Head | Sold Head | Transferred IN Head | Sold Head | | Finisher % Total Loss | | |
| 2005 | 911,190 | 766,838 | 3,546,875 | 2,882,479 | 4,458,065 | 3,649,317 | | 7.38% | 6.77% | 6.88% |
| 2006 | 884,149 | 799,771 | 3,605,139 | 3,019,675 | 4,489,288 | 3,819,446 | | 6.08% | 5.39% | 5.52% |
| 2007 | 925,817 | 810,193 | 3,769,645 | 3,077,019 | 4,695,462 | 3,887,212 | | 6.56% | 5.45% | 5.67% |
| 2008 | 841,921 | 759,750 | 3,888,143 | 3,180,695 | 4,730,064 | 3,940,445 | | 7.72% | 6.13% | 6.42% |
| 2009 | 774,621 | 716,079 | 3,934,742 | 3,292,148 | 4,709,363 | 4,008,227 | | 6.45% | 5.83% | 5.93% |
| 2010 | 869,619 | 758,947 | 4,012,018 | 3,273,924 | 4,881,637 | 4,032,871 | | 6.88% | 6.16% | 6.29% |
| 2011 | 814,798 | 737,509 | 4,262,443 | 3,568,779 | 5,077,241 | 4,306,288 | | 6.39% | 5.79% | 5.89% |
| 2012 | 794,014 | 731,475 | 4,325,936 | 3,572,586 | 5,119,950 | 4,304,061 | | 6.90% | 6.70% | 6.73% |
| 2013 | 759,417 | 715,239 | 4,048,996 | 3,488,511 | 4,808,413 | 4,203,750 | | 6.90% | 6.29% | 6.39% |
| 2014 | 671,094 | 610,410 | 3,972,997 | 2,965,297 | 4,644,091 | 3,575,707 | | 7.01% | 6.40% | 6.49% |
| 2015 | 711,632 | 683,310 | 4,471,394 | 3,566,921 | 5,183,026 | 4,250,231 | | 7.35% | 7.07% | 7.12% |
| 2016 | 1,712,945 | 1,241,632 | 5,439,918 | 4,075,193 | 7,152,863 | 5,316,825 | | 6.24% | 8.33% | 7.90% |
| 2017 | 2,111,686 | 1,571,077 | 5,663,711 | 4,254,892 | 7,775,397 | 5,825,969 | | 6.68% | 7.19% | 7.06% |
| 2018 | 2,582,494 | 2,011,680 | 5,731,314 | 4,568,552 | 8,313,808 | 6,580,232 | | 6.24% | 7.74% | 7.32% |
| 2019 | 3,007,659 | 2,365,724 | 5,855,561 | 4,551,302 | 8,863,220 | 6,917,026 | | 8.00% | 8.64% | 8.43% |
| 2020 | 3,015,564 | 2,459,559 | 5,516,061 | 4,483,893 | 8,531,625 | 6,943,452 | | 9.51% | 7.75% | 8.37% |

Finisher - Monthly

| Year of Week Ending Date | Month of Week Ending Date | Company Relationship ||||||  | CON | OWN | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CON || OWN || Grand Total ||  | | | |
| | | Transferred IN Head | Sold Head | Transferred IN Head | Sold Head | Transferred IN Head | Sold Head |  | Finisher % Total Loss |||
| 2005 | January | 104,232 | 107,783 | 301,880 | 248,066 | 406,112 | 355,849 |  | 7.94% | 7.49% | 7.61% |
| | February | 62,561 | 24,281 | 262,263 | 228,395 | 324,824 | 252,676 |  | 8.09% | 7.60% | 7.64% |
| | March | 89,855 | 47,836 | 248,764 | 218,005 | 338,619 | 265,841 |  | 7.05% | 7.20% | 7.18% |
| | April | 56,987 | 48,931 | 338,812 | 301,960 | 395,799 | 350,891 |  | 7.22% | 6.41% | 6.51% |
| | May | 40,835 | 55,433 | 300,698 | 215,244 | 341,533 | 270,677 |  | 6.96% | 6.52% | 6.59% |
| | June | 73,813 | 88,167 | 274,909 | 188,395 | 348,722 | 276,562 |  | 7.45% | 5.88% | 6.35% |
| | July | 93,873 | 77,788 | 353,089 | 246,653 | 446,962 | 324,441 |  | 8.30% | 6.35% | 6.75% |
| | August | 75,209 | 44,926 | 278,866 | 239,268 | 354,075 | 284,194 |  | 6.67% | 6.74% | 6.73% |
| | September | 63,963 | 37,302 | 274,115 | 234,124 | 338,078 | 271,426 |  | 7.46% | 6.65% | 6.74% |
| | October | 82,236 | 71,422 | 337,839 | 301,912 | 420,075 | 373,334 |  | 6.70% | 6.80% | 6.78% |
| | November | 73,034 | 61,094 | 258,364 | 214,913 | 331,398 | 276,007 |  | 7.80% | 6.82% | 7.02% |
| | December | 94,592 | 101,875 | 317,276 | 245,544 | 411,868 | 347,419 |  | 7.00% | 6.89% | 6.92% |
| 2006 | January | 40,059 | 53,172 | 285,001 | 235,156 | 325,060 | 288,328 |  | 8.93% | 6.60% | 7.03% |
| | February | 65,202 | 56,816 | 275,635 | 230,091 | 340,837 | 286,907 |  | 7.07% | 6.39% | 6.50% |
| | March | 66,645 | 58,790 | 258,714 | 229,902 | 325,359 | 288,692 |  | 6.68% | 7.05% | 6.97% |
| | April | 91,955 | 73,833 | 321,984 | 289,800 | 413,939 | 363,633 |  | 5.51% | 6.10% | 6.00% |
| | May | 105,453 | 71,431 | 256,561 | 206,753 | 362,014 | 278,184 |  | 6.65% | 5.28% | 5.60% |
| | June | 54,828 | 45,882 | 305,796 | 231,290 | 360,624 | 277,172 |  | 6.08% | 5.81% | 5.85% |
| | July | 73,932 | 70,320 | 371,948 | 275,311 | 445,880 | 345,631 |  | 7.38% | 6.20% | 6.43% |
| | August | 79,396 | 90,693 | 297,049 | 211,777 | 376,445 | 302,470 |  | 5.93% | 4.95% | 5.24% |
| | September | 110,814 | 99,039 | 340,488 | 288,507 | 451,302 | 387,546 |  | 4.70% | 4.68% | 4.69% |
| | October | 78,321 | 55,994 | 290,358 | 262,967 | 368,679 | 318,961 |  | 5.26% | 4.17% | 4.35% |
| | November | 67,840 | 58,773 | 276,075 | 270,601 | 343,915 | 329,374 |  | 4.02% | 4.06% | 4.06% |
| | December | 49,704 | 65,028 | 325,530 | 287,520 | 375,234 | 352,548 |  | 4.92% | 3.67% | 3.89% |
| 2007 | January | 95,415 | 88,158 | 253,971 | 192,736 | 349,386 | 280,894 |  | 5.19% | 4.43% | 4.67% |
| | February | 63,033 | 66,915 | 276,690 | 231,603 | 339,723 | 298,518 |  | 6.89% | 4.80% | 5.18% |
| | March | 74,180 | 77,551 | 375,261 | 324,563 | 449,441 | 402,114 |  | 5.38% | 4.83% | 4.93% |
| | April | 82,309 | 47,935 | 266,893 | 254,391 | 349,202 | 302,326 |  | 7.40% | 5.08% | 5.43% |
| | May | 86,043 | 77,008 | 278,607 | 216,345 | 364,650 | 293,353 |  | 5.71% | 5.19% | 5.33% |
| | June | 90,659 | 59,929 | 378,142 | 298,915 | 468,801 | 358,844 |  | 6.14% | 5.61% | 5.68% |
| | July | 59,122 | 62,516 | 301,831 | 210,484 | 360,953 | 273,000 |  | 8.66% | 5.21% | 5.95% |
| | August | 53,631 | 79,252 | 314,931 | 198,551 | 368,562 | 277,803 |  | 8.55% | 6.22% | 6.85% |
| | September | 90,756 | 69,343 | 384,666 | 325,042 | 475,422 | 394,385 |  | 8.84% | 6.07% | 6.55% |

Finisher - Monthly

| Year | Month | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | October | 117,366 | 77,729 | 257,991 | 257,355 | 375,357 | 335,084 | 6.24% | 6.40% | 6.37% |
|  | November | 43,916 | 37,977 | 322,155 | 254,140 | 366,071 | 292,117 | 5.78% | 5.49% | 5.53% |
|  | December | 69,387 | 65,880 | 358,507 | 312,894 | 427,894 | 378,774 | 3.72% | 5.69% | 5.44% |
| 2008 | January | 53,687 | 65,610 | 279,626 | 238,945 | 333,313 | 304,555 | 8.01% | 5.93% | 6.42% |
|  | February | 68,192 | 85,475 | 292,660 | 207,175 | 360,852 | 292,650 | 8.48% | 6.05% | 6.85% |
|  | March | 87,924 | 60,432 | 350,239 | 310,006 | 438,163 | 370,438 | 9.22% | 6.94% | 7.19% |
|  | April | 81,881 | 62,536 | 274,645 | 243,575 | 356,526 | 306,111 | 8.70% | 7.54% | 7.76% |
|  | May | 61,185 | 42,481 | 393,189 | 294,491 | 454,374 | 336,972 | 6.28% | 6.42% | 6.40% |
|  | June | 57,873 | 55,920 | 325,563 | 242,306 | 383,436 | 298,226 | 7.65% | 5.78% | 6.09% |
|  | July | 73,670 | 72,510 | 296,951 | 210,425 | 370,621 | 282,935 | 8.39% | 6.16% | 6.71% |
|  | August | 66,624 | 84,517 | 410,554 | 304,079 | 477,178 | 388,596 | 7.33% | 6.03% | 6.31% |
|  | September | 88,901 | 68,182 | 296,424 | 245,005 | 385,325 | 313,187 | 6.10% | 5.84% | 5.89% |
|  | October | 34,843 | 19,515 | 341,805 | 316,160 | 376,648 | 335,675 | 6.51% | 5.43% | 5.49% |
|  | November | 92,808 | 89,560 | 343,584 | 313,757 | 436,392 | 403,317 | 7.10% | 5.80% | 6.12% |
|  | December | 74,333 | 53,012 | 282,903 | 254,771 | 357,236 | 307,783 | 7.45% | 5.70% | 5.98% |
| 2009 | January | 65,133 | 84,139 | 392,762 | 307,765 | 457,895 | 391,904 | 6.50% | 5.34% | 5.58% |
|  | February | 51,148 | 52,073 | 283,396 | 253,345 | 334,544 | 305,418 | 5.59% | 6.08% | 5.99% |
|  | March | 20,885 | 27,556 | 307,613 | 264,212 | 328,498 | 291,768 | 6.56% | 6.03% | 6.08% |
|  | April | 105,044 | 92,129 | 257,421 | 230,678 | 362,465 | 322,807 | 5.97% | 6.06% | 6.04% |
|  | May | 99,608 | 76,351 | 372,021 | 313,398 | 471,629 | 389,749 | 5.86% | 6.13% | 6.08% |
|  | June | 55,255 | 30,672 | 292,650 | 265,614 | 347,905 | 296,286 | 5.95% | 6.31% | 6.28% |
|  | July | 36,813 | 40,092 | 341,220 | 259,447 | 378,033 | 299,539 | 6.33% | 5.39% | 5.53% |
|  | August | 71,480 | 86,416 | 403,708 | 303,661 | 475,188 | 390,077 | 5.78% | 6.22% | 6.13% |
|  | September | 71,799 | 73,024 | 321,645 | 249,624 | 393,444 | 322,648 | 7.28% | 5.63% | 5.97% |
|  | October | 106,132 | 83,864 | 362,014 | 308,577 | 468,146 | 392,441 | 6.25% | 5.81% | 5.91% |
|  | November | 40,038 | 15,038 | 307,995 | 286,267 | 348,033 | 301,305 | 12.71% | 5.72% | 5.97% |
|  | December | 51,286 | 54,725 | 292,297 | 249,560 | 343,583 | 304,285 | 7.85% | 5.39% | 5.73% |
| 2010 | January | 91,773 | 74,549 | 345,180 | 289,486 | 436,953 | 364,035 | 6.80% | 6.18% | 6.32% |
|  | February | 49,074 | 65,955 | 297,689 | 249,922 | 346,763 | 315,877 | 6.41% | 6.41% | 6.41% |
|  | March | 79,514 | 66,681 | 291,461 | 251,952 | 370,975 | 318,633 | 7.89% | 5.56% | 6.05% |
|  | April | 21,771 | 37,062 | 330,034 | 276,015 | 351,805 | 313,077 | 10.61% | 5.93% | 6.27% |
|  | May | 82,437 | 62,815 | 364,715 | 307,447 | 447,152 | 370,262 | 7.60% | 6.74% | 6.91% |
|  | June | 98,765 | 62,349 | 335,221 | 240,445 | 433,986 | 302,794 | 8.92% | 5.62% | 6.32% |
|  | July | 89,870 | 59,347 | 400,308 | 300,335 | 490,178 | 359,682 | 6.90% | 6.70% | 6.73% |
|  | August | 58,907 | 45,084 | 317,846 | 280,193 | 376,753 | 325,277 | 5.73% | 6.97% | 6.81% |
|  | September | 17,384 | 39,504 | 378,160 | 271,683 | 395,544 | 311,187 | 6.98% | 5.81% | 5.98% |
|  | October | 92,177 | 102,731 | 397,540 | 293,448 | 489,717 | 396,179 | 5.03% | 6.31% | 6.02% |

Finisher - Monthly

| Year | Month | | | | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| | November | 107,773 | 69,180 | 278,945 | 264,075 | 386,718 | 333,255 | 6.38% | 6.27% | 6.29% |
| | December | 80,174 | 73,690 | 274,919 | 248,923 | 355,093 | 322,613 | 5.14% | 5.73% | 5.61% |
| 2011 | January | 43,869 | 23,697 | 413,359 | 367,770 | 457,228 | 391,467 | 6.22% | 5.80% | 5.81% |
| | February | 37,212 | 55,720 | 344,499 | 270,674 | 381,711 | 326,394 | 5.66% | 5.55% | 5.57% |
| | March | 75,832 | 102,288 | 308,435 | 257,297 | 384,267 | 359,585 | 5.98% | 5.08% | 5.30% |
| | April | 85,329 | 88,707 | 356,546 | 295,511 | 441,875 | 384,218 | 6.19% | 6.51% | 6.43% |
| | May | 90,032 | 45,920 | 265,932 | 259,062 | 355,964 | 304,982 | 5.69% | 5.60% | 5.61% |
| | June | 22,860 | 8,093 | 373,388 | 310,095 | 396,248 | 318,188 | 4.57% | 5.55% | 5.52% |
| | July | 84,165 | 70,192 | 417,684 | 308,286 | 501,849 | 378,478 | 6.79% | 6.46% | 6.53% |
| | August | 87,856 | 77,113 | 317,489 | 248,818 | 405,345 | 325,931 | 6.91% | 6.52% | 6.61% |
| | September | 72,026 | 93,553 | 346,321 | 252,883 | 418,347 | 346,436 | 6.51% | 5.92% | 6.06% |
| | October | 47,364 | 48,448 | 435,383 | 364,839 | 482,747 | 413,287 | 6.54% | 6.07% | 6.11% |
| | November | 34,240 | 22,872 | 337,674 | 325,886 | 371,914 | 348,758 | 6.26% | 5.53% | 5.59% |
| | December | 134,013 | 100,906 | 345,733 | 307,658 | 479,746 | 408,564 | 7.14% | 5.16% | 5.63% |
| 2012 | January | 66,287 | 75,124 | 314,461 | 274,072 | 380,748 | 349,196 | 6.15% | 5.82% | 5.89% |
| | February | 70,135 | 47,335 | 302,869 | 287,714 | 373,004 | 335,049 | 6.28% | 6.37% | 6.36% |
| | March | 18,416 | 43,961 | 456,553 | 354,281 | 474,969 | 398,242 | 7.04% | 6.01% | 6.10% |
| | April | 41,270 | 83,717 | 337,420 | 250,650 | 378,690 | 334,367 | 6.80% | 6.76% | 6.77% |
| | May | 126,553 | 72,187 | 284,105 | 248,339 | 410,658 | 320,526 | 6.62% | 7.12% | 7.02% |
| | June | 98,459 | 73,973 | 413,397 | 313,785 | 511,856 | 387,758 | 7.24% | 7.83% | 7.73% |
| | July | 55,769 | 30,104 | 340,622 | 280,850 | 396,391 | 310,954 | 11.24% | 9.00% | 9.21% |
| | August | 17,311 | 17,906 | 381,863 | 302,545 | 399,174 | 320,451 | 5.68% | 7.61% | 7.48% |
| | September | 92,137 | 101,555 | 429,281 | 310,977 | 521,418 | 412,532 | 7.46% | 6.56% | 6.77% |
| | October | 59,431 | 94,734 | 345,166 | 253,123 | 404,597 | 347,857 | 6.32% | 6.14% | 6.19% |
| | November | 112,989 | 71,932 | 284,492 | 286,508 | 397,481 | 358,440 | 6.43% | 5.75% | 5.87% |
| | December | 35,257 | 18,947 | 435,707 | 409,742 | 470,964 | 428,689 | 7.99% | 5.51% | 5.58% |
| 2013 | January | 58,767 | 63,906 | 331,018 | 273,027 | 389,785 | 336,933 | 6.18% | 6.31% | 6.28% |
| | February | 66,700 | 48,971 | 345,402 | 319,613 | 412,102 | 368,584 | 7.42% | 6.24% | 6.38% |
| | March | 84,493 | 115,878 | 418,419 | 310,960 | 502,912 | 426,838 | 6.67% | 5.91% | 6.09% |
| | April | 64,964 | 45,659 | 318,979 | 288,677 | 383,943 | 334,336 | 7.43% | 6.77% | 6.88% |
| | May | 33,363 | 35,823 | 355,376 | 302,125 | 388,739 | 337,948 | 7.50% | 6.45% | 6.54% |
| | June | 88,686 | 81,120 | 361,754 | 263,139 | 450,440 | 344,259 | 7.27% | 6.07% | 6.31% |
| | July | 38,042 | 28,350 | 252,677 | 279,866 | 290,719 | 308,216 | 7.23% | 6.80% | 6.84% |
| | August | 72,374 | 84,326 | 375,275 | 349,115 | 447,649 | 433,441 | 7.53% | 6.93% | 7.05% |
| | September | 64,207 | 58,772 | 342,222 | 230,779 | 406,429 | 289,551 | 7.12% | 6.00% | 6.19% |
| | October | 28,722 | 51,042 | 339,075 | 316,303 | 367,797 | 367,345 | 7.28% | 6.53% | 6.63% |
| | November | 100,832 | 64,818 | 333,591 | 288,663 | 434,423 | 353,481 | 6.47% | 5.93% | 6.02% |

Finisher - Monthly

| Year | Month | | | | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| | December | 58,267 | 36,574 | 275,208 | 266,244 | 333,475 | 302,818 | 4.42% | 5.42% | 5.32% |
| 2014 | January | 28,395 | 38,403 | 220,289 | 195,806 | 248,684 | 234,209 | 6.77% | 5.93% | 6.07% |
| | February | 13,148 | 38,267 | 226,407 | 223,597 | 239,555 | 261,864 | 9.07% | 6.23% | 6.61% |
| | March | 68,719 | 52,747 | 339,796 | 321,532 | 408,515 | 374,279 | 7.02% | 5.99% | 6.11% |
| | April | 19,783 | 81,768 | 303,939 | 223,465 | 323,722 | 305,233 | 8.06% | 6.50% | 6.88% |
| | May | 102,044 | 57,103 | 355,506 | 234,452 | 457,550 | 291,555 | 7.58% | 6.85% | 6.97% |
| | June | 64,309 | 18,702 | 316,251 | 206,400 | 380,560 | 225,102 | 8.07% | 7.20% | 7.26% |
| | July | 54,355 | 36,257 | 337,502 | 189,179 | 391,857 | 225,436 | 7.49% | 6.81% | 6.92% |
| | August | 62,584 | 54,447 | 400,004 | 312,230 | 462,588 | 366,677 | 8.57% | 6.97% | 7.16% |
| | September | 59,857 | 75,609 | 388,445 | 224,581 | 448,302 | 300,190 | 5.10% | 6.35% | 6.08% |
| | October | 89,097 | 61,865 | 311,821 | 235,566 | 400,918 | 297,431 | 6.38% | 5.95% | 6.02% |
| | November | 48,110 | 65,932 | 435,521 | 317,346 | 483,631 | 383,278 | 5.35% | 6.44% | 6.27% |
| | December | 60,693 | 29,310 | 337,516 | 281,143 | 398,209 | 310,453 | 6.67% | 5.79% | 5.88% |
| 2015 | January | 63,692 | 42,057 | 434,810 | 361,846 | 498,502 | 403,903 | 7.87% | 6.50% | 6.63% |
| | February | 83,844 | 101,913 | 272,632 | 228,061 | 356,476 | 329,974 | 6.78% | 6.67% | 6.70% |
| | March | 53,655 | 35,452 | 359,317 | 270,309 | 412,972 | 305,761 | 7.06% | 6.78% | 6.81% |
| | April | 35,821 | 58,134 | 304,979 | 287,555 | 340,800 | 345,689 | 6.63% | 7.10% | 7.02% |
| | May | 60,506 | 66,252 | 467,278 | 303,631 | 527,784 | 369,883 | 7.99% | 6.73% | 6.93% |
| | June | 45,405 | 38,770 | 366,259 | 283,442 | 411,664 | 322,212 | 7.08% | 7.12% | 7.12% |
| | July | 80,998 | 66,200 | 312,884 | 239,607 | 393,882 | 305,807 | 7.29% | 7.68% | 7.61% |
| | August | 69,710 | 61,762 | 446,920 | 375,463 | 516,630 | 437,225 | 8.42% | 7.75% | 7.84% |
| | September | 40,930 | 50,454 | 379,709 | 306,587 | 420,639 | 357,041 | 7.81% | 7.28% | 7.35% |
| | October | 62,568 | 49,536 | 456,214 | 411,930 | 518,782 | 461,466 | 9.02% | 7.35% | 7.52% |
| | November | 33,383 | 60,865 | 340,200 | 231,090 | 373,583 | 291,955 | 7.04% | 6.83% | 6.87% |
| | December | 81,120 | 51,915 | 330,192 | 267,400 | 411,312 | 319,315 | 6.43% | 6.83% | 6.76% |
| 2016 | January | 62,199 | 58,510 | 450,172 | 370,077 | 512,371 | 428,587 | 5.47% | 6.30% | 6.23% |
| | February | 300,709 | 76,124 | 435,490 | 309,721 | 736,199 | 385,845 | 4.18% | 6.56% | 6.19% |
| | March | 108,309 | 84,271 | 416,725 | 308,352 | 525,034 | 392,623 | 4.29% | 7.78% | 7.13% |
| | April | 135,698 | 122,898 | 479,996 | 350,460 | 615,694 | 473,358 | 4.06% | 12.10% | 10.46% |
| | May | 146,142 | 113,655 | 374,686 | 260,907 | 520,828 | 374,562 | 10.03% | 10.58% | 10.43% |
| | June | 100,058 | 65,942 | 392,840 | 266,394 | 492,898 | 332,336 | 6.88% | 9.65% | 9.15% |
| | July | 134,727 | 97,026 | 497,509 | 373,386 | 632,236 | 470,412 | 7.11% | 10.27% | 9.70% |
| | August | 137,035 | 131,682 | 375,098 | 274,617 | 512,133 | 406,299 | 7.70% | 11.46% | 10.54% |
| | September | 143,062 | 109,208 | 556,595 | 351,119 | 699,657 | 460,327 | 7.33% | 9.07% | 8.66% |
| | October | 171,591 | 153,426 | 554,871 | 413,371 | 726,462 | 566,797 | 5.32% | 5.22% | 5.25% |
| | November | 124,593 | 99,049 | 384,359 | 377,695 | 508,952 | 476,744 | 5.13% | 5.75% | 5.63% |
| | December | 148,822 | 129,841 | 521,577 | 419,094 | 670,399 | 548,935 | 4.94% | 6.00% | 5.75% |

Finisher - Monthly

| Year | Month | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | January | 147,544 | 101,300 | 465,015 | 307,573 | 612,559 | 408,873 | 6.10% | 6.00% | 6.03% |
| | February | 159,741 | 138,561 | 389,293 | 316,841 | 549,034 | 455,402 | 7.95% | 6.44% | 6.89% |
| | March | 169,913 | 93,968 | 359,394 | 317,348 | 529,307 | 411,316 | 5.49% | 6.73% | 6.47% |
| | April | 140,078 | 139,965 | 547,929 | 424,934 | 688,007 | 564,899 | 6.23% | 6.93% | 6.76% |
| | May | 166,985 | 99,825 | 437,191 | 360,398 | 604,176 | 460,223 | 7.76% | 8.21% | 8.10% |
| | June | 153,446 | 105,752 | 438,970 | 327,566 | 592,416 | 433,318 | 7.93% | 8.88% | 8.66% |
| | July | 221,709 | 171,617 | 540,332 | 337,855 | 762,041 | 509,472 | 6.92% | 6.94% | 6.93% |
| | August | 191,839 | 92,732 | 390,555 | 312,738 | 582,394 | 405,470 | 6.60% | 7.76% | 7.50% |
| | September | 182,466 | 136,567 | 678,785 | 455,505 | 861,251 | 592,072 | 5.07% | 7.14% | 6.71% |
| | October | 165,582 | 157,272 | 436,683 | 329,843 | 602,265 | 487,115 | 5.94% | 6.82% | 6.53% |
| | November | 169,594 | 139,382 | 427,068 | 344,413 | 596,662 | 483,795 | 7.81% | 7.02% | 7.26% |
| | December | 242,789 | 194,136 | 552,496 | 419,878 | 795,285 | 614,014 | 5.96% | 7.03% | 6.73% |
| 2018 | January | 121,564 | 142,107 | 442,633 | 355,187 | 564,197 | 497,294 | 5.70% | 7.64% | 7.10% |
| | February | 146,691 | 138,485 | 453,791 | 362,001 | 600,482 | 500,486 | 5.08% | 8.59% | 7.79% |
| | March | 210,196 | 194,243 | 535,715 | 424,897 | 745,911 | 619,140 | 5.84% | 7.89% | 7.28% |
| | April | 188,730 | 162,432 | 385,381 | 365,725 | 574,111 | 528,157 | 6.95% | 6.97% | 6.96% |
| | May | 183,256 | 117,453 | 443,305 | 346,610 | 626,561 | 464,063 | 6.27% | 7.05% | 6.85% |
| | June | 274,393 | 153,885 | 561,047 | 450,135 | 835,440 | 604,020 | 4.87% | 7.37% | 6.83% |
| | July | 224,556 | 121,064 | 462,417 | 343,440 | 686,973 | 464,504 | 6.99% | 8.03% | 7.77% |
| | August | 241,458 | 175,240 | 439,287 | 338,766 | 680,745 | 514,006 | 7.34% | 8.80% | 8.31% |
| | September | 286,149 | 195,886 | 565,073 | 444,204 | 851,222 | 640,090 | 6.28% | 8.33% | 7.83% |
| | October | 228,521 | 179,878 | 444,525 | 339,703 | 673,046 | 519,581 | 6.38% | 7.74% | 7.28% |
| | November | 232,681 | 199,704 | 416,328 | 361,144 | 649,009 | 560,848 | 6.08% | 7.16% | 6.82% |
| | December | 244,299 | 231,303 | 581,812 | 436,740 | 826,111 | 668,043 | 6.42% | 7.44% | 7.12% |
| 2019 | January | 189,399 | 203,284 | 432,501 | 358,145 | 621,900 | 561,429 | 7.39% | 9.22% | 8.57% |
| | February | 232,824 | 176,747 | 438,896 | 378,490 | 671,720 | 555,237 | 7.27% | 9.28% | 8.69% |
| | March | 268,770 | 263,909 | 571,645 | 420,066 | 840,415 | 683,975 | 7.54% | 8.74% | 8.29% |
| | April | 208,092 | 194,332 | 430,567 | 363,320 | 638,659 | 557,652 | 7.50% | 8.08% | 7.87% |
| | May | 231,042 | 150,623 | 380,111 | 320,454 | 611,153 | 471,077 | 7.12% | 8.64% | 8.18% |
| | June | 289,786 | 181,342 | 602,471 | 436,268 | 892,257 | 617,610 | 7.51% | 8.48% | 8.24% |
| | July | 216,243 | 142,139 | 443,917 | 334,958 | 660,160 | 477,097 | 8.37% | 9.35% | 9.09% |
| | August | 312,833 | 234,154 | 597,859 | 388,652 | 910,692 | 622,806 | 8.63% | 9.41% | 9.11% |
| | September | 262,427 | 199,157 | 474,399 | 349,739 | 736,826 | 548,896 | 9.66% | 9.98% | 9.86% |
| | October | 275,821 | 205,061 | 469,897 | 365,116 | 745,718 | 570,177 | 8.08% | 7.77% | 7.88% |
| | November | 297,364 | 241,100 | 570,058 | 465,678 | 867,422 | 706,778 | 7.86% | 7.54% | 7.65% |
| | December | 223,058 | 173,876 | 443,240 | 370,416 | 666,298 | 544,292 | 8.77% | 7.37% | 7.79% |
| 2020 | January | 244,538 | 187,447 | 392,957 | 324,304 | 637,495 | 511,751 | 8.56% | 7.02% | 7.54% |

Finisher - Monthly

| Month | | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| February | 233,468 | 264,990 | 528,331 | 433,611 | 761,799 | 698,601 | 10.16% | 7.18% | 8.24% |
| March | 211,081 | 189,296 | 410,901 | 395,306 | 621,982 | 584,602 | 10.58% | 6.89% | 8.11% |
| April | 196,483 | 188,665 | 473,290 | 310,632 | 669,773 | 499,297 | 10.90% | 7.00% | 8.49% |
| May | 280,315 | 173,078 | 420,365 | 352,936 | 700,680 | 526,014 | 10.96% | 7.39% | 8.55% |
| June | 247,941 | 219,451 | 474,952 | 352,261 | 722,893 | 571,712 | 10.77% | 8.16% | 9.09% |
| July | 281,390 | 155,257 | 515,273 | 364,199 | 796,663 | 519,456 | 11.74% | 7.99% | 9.27% |
| August | 349,914 | 242,818 | 541,594 | 416,705 | 891,508 | 659,523 | 9.24% | 8.90% | 9.03% |
| September | 235,996 | 191,095 | 445,627 | 350,988 | 681,623 | 542,083 | 8.53% | 9.00% | 8.83% |
| October | 290,111 | 230,142 | 510,956 | 493,817 | 801,067 | 723,959 | 8.07% | 7.86% | 7.92% |
| November | 225,371 | 203,300 | 434,641 | 357,551 | 660,012 | 560,851 | 7.14% | 8.02% | 7.70% |
| December | 218,956 | 214,020 | 367,174 | 331,583 | 586,130 | 545,603 | 7.94% | 7.57% | 7.71% |