# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB |
| This Document Relates To: | |
| THE DIRECT PURCHASER PLAINTIFFS ACTION | **DECLARATION OF CHRISTOPHER A. SMITH IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF DR. RUSSELL MANGUM** |

I, Christopher A. Smith, declare as follows:

1.     I am over the age of majority, am competent to testify, and I have personal knowledge of the matters addressed in this declaration.

2.     I am a partner at the law firm of Husch Blackwell LLP and have been admitted to practice *pro hac vice* in the District of Minnesota in the above-captioned lawsuit.

3.     This declaration is submitted in further support of Defendants' Motion to Exclude the Expert Report and Testimony of Dr. Russell Mangum.

4.     Attached as Exhibit A is a true and correct copy of the Errata to Expert Report of Dr. Laila Haider, served on counsel for all parties on November 1, 2022 (filed under seal).

5.      Attached as Exhibit B is a true and correct copy of excerpts from the Deposition of Dr. Russell Mangum (filed under seal).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 6, 2023                    /s/ *Christopher Andrew Smith*
                                          Christopher A. Smith

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

EXHIBIT
A

# Errata to Expert Report of Dr. Laila Haider, August 24, 2022

# In Re: Pork Antitrust Litigation

| Location | Original | Correction |
|---|---|---|
| Paragraph 80 | hog slaughter declined faster than the historical trend between 2008 and 2010 | hog slaughter declined between 2008 and 2010 |
| FN 127 | Pork production declined faster than the historical trend between 2008 and 2010 | Pork production declined between 2008 and 2010 |
| FN 137 | Triumph by 2.4% | Triumph by 2.3% |
| FN 138 | Triumph by 6.6% | Triumph by 4.8% |
| FN 192 | Hormel exported less than 1% | Hormel exported no more than 1% |
| FN 194 | to purportedly account for the decrease in demand | to purportedly account for the decrease in supply |
| FN 209 | Defendant sales of belly account for 10.7% | Defendant sales of belly account for 10.3% |
| FN 211 | Defendant sales of bacon account for 19.2% | Defendant sales of bacon account for 24.2% |
| FN 291 | in support of "accounting for other explanatory variables of interest" | in support of accounting for "other explanatory variables of interest" |
| FN 413 | I conduct this analysis for distributors that have data prior to 2008. | I conduct one of the analyses for distributors that have data prior to 2008. |
| Exhibit 17 | | Replace with exhibit below (decimal points do not appear in the Expert Report exhibit). |
| Exhibit 20 | | Replace with exhibit below (decimal points do not appear in the Expert Report exhibit). |
| Exhibit 21 | | Replace with exhibit below (decimal points do not appear in the Expert Report exhibit). |
| Exhibit 22 | | Replace with exhibit below (decimal points do not appear in the Expert Report exhibit). |
| Exhibit 23 | | Replace with exhibit below (decimal points do not appear in the Expert Report exhibit). |
| Appendix B | fSeaboardSD_00010 | SeaboardSD_00010 |
| Appendix B | F-P-002532782 | TF-P-002532782 |
| Appendix B | | Add under **Bates-Numbered Documents**: HFC-PORKAT0000464213 |
| Appendix B | | Add under **Bates-Numbered Documents**: SIOUX-PREME_00000002 |
| Appendix B | | Add under **Bates-Numbered Documents**: TF-P-002610513 |
| Appendix B | | Add under **Public Data**: Betsy Freese. "Pork Powerhouses 2005," Successful Farming, 2005, https://www.agriculture.com/content/pork- |

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| Location | Original | Correction |
|---|---|---|
| | | powerhouses-2005. Accessed on July 1, 2022 |
| Appendix B | | Add under **Public Data**: Betsy Freese. "Pork Powerhouses 2006," Successful Farming, 2006, https://www.agriculture.com/content/pork-powerhouses-2006. Accessed on July 1, 2022 |
| Appendix B | | Add under **Public Data**: Betsy Freese. "Pork Powerhouses 2007," Successful Farming, 2007, https://www.agriculture.com/content/pork-powerhouses-2007-0. Accessed on July 1, 2022 |
| Appendix B | | Add under **Public Data**: Betsy Freese. "Pork Powerhouses 2008," Successful Farming, 2008, https://www.agriculture.com/content/pork-powerhouses-2008. Accessed on July 1, 2022 |
| Appendix B | | Add under **Public Data**: USDA, AMS. "Feeder Pig -Weighted Average Price." |
| Appendix B | | Add under **Public Data**: USDA, AMS. "National Daily Direct Hog Prior Day - Slaughtered Swine."  LMR Hog Price Reports (LM HG201). |
| Appendix B | | Add under **Public Data**: USDA, NASS. "Hogs, Market - Inventory" |
| Appendix B | | Add under **Public Data**: USDA, NASS, "Hogs, Price Received - $/CWT" |
| Appendix B | | Add under **Public Data**: USDA, NASS. "Hogs, Slaughter, Commercial - Slaughtered, Measured in Head" |
| Appendix B | | Add under **Public Data**: USDA, NASS. "Pork, Slaughter, Commercial - Production, Measured In Lb" |
| Appendix B | | Add under **Other Sources**: SeaboardLookupTable0003(Hog Purchase).xls |
| Appendix E-1 | | Replace with exhibit below (corrected values). |
| Appendix F-1 | | Replace with exhibit below (corrected values). |
| Appendix F-46 | | Replace with exhibit below (corrected values). |

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

EXHIBIT 17

ESTIMATED OVERCHARGES[1,2]
FOR THE ALLEGED CONDUCT PERIOD AND THE PROPOSED CLASS PERIOD
USING DR. MANGUM'S REGRESSION
FOR HORMEL, JBS, AND TYSON
AND ACCOUNTING FOR THE COST OF ACQUIRING HOGS

JANUARY 2005 - DECEMBER 2020

| Dr. Mangum's Overcharge Regression | Alleged Conduct Period January 2009 - June 2018[3] | Using USDA Cost of Hog Acquisition Alleged Conduct Period January 2009 - June 2018 | Using USDA Cost of Hog Acquisition Proposed Class Period July 2014 - June 2018 |
|---|---|---|---|
| [a] | [b] | [c] | [d] |
| Bacon | 13.9%* | 10.7%* | 4.7%* |
| Belly | 19.1%* | 10.6%* | -5.8%* |
| Fresh Ham | 4.7%* | -8.0%* | -1.0% |
| Loin | 4.3%* | -5.5%* | 0.3% |
| Ribs | 8.0%* | 3.2%* | 4.9%* |
| Shoulder | 11.5%* | 0.3% | 11.5%* |

Notes:

[1] * denotes that the overcharge percentage is statistically significant at the 5% level.

[2] Dr. Mangum's overcharge percentage is computed as 1-1/exp(overcharge coefficient estimate-0.5* std. error of overcharge coefficient^2).

[3] These are Dr. Mangum's estimated overcharges.

Sources:
   Dr. Mangum's turnover; USDA, NASS. "Hogs, Price Received - $/CWT"

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Exhibit 20**

**ESTIMATED OVERCHARGES[1,2]**
**FOR THE ALLEGED CONDUCT PERIOD AND THE PROPOSED CLASS PERIOD**
**USING DR. MANGUM'S REGRESSION**
**AND ACCOUNTING FOR THE WEIGHTED COST OF ACQUIRING HOGS AND RAISING HOGS[3]**

**JANUARY 2005 - DECEMBER 2020**

| Dr. Mangum's Overcharge Regression | Alleged Conduct Period[4] January 2009 - June 2018 | Using Weighted Cost of Hogs Alleged Conduct Period January 2009 - June 2018 | Using Weighted Cost of Hogs Proposed Class Period July 2014 - June 2018 |
|---|---|---|---|
| [a] | [b] | [c] | [d] |
| Bacon | 13.9%* | 10.0%* | 5.0%* |
| Belly | 19.1%* | 11.6%* | 0.7% |
| Fresh Ham | 4.7%* | -6.3%* | 2.2%* |
| Loin | 4.3%* | -3.8%* | 4.0%* |
| Ribs | 8.0%* | 4.4%* | 7.6%* |
| Shoulder | 11.5%* | 2.2%* | 14.8%* |

Notes:

[1] * denotes that the overcharge percentage is statistically significant at the 5% level.

[2] Dr. Mangum's overcharge percentage is computed as 1-1/exp(overcharge coefficient estimate-0.5* std. error of overcharge coefficient^2).

[3] The weighted cost of acquiring and raising hogs is computed as a weighted average between the ISU cost of raising hogs and USDA cost of acquiring hogs using the annual share of defendant-owned hogs as the weight.

[4] These are Dr. Mangum's estimated overcharges.

Sources:

Dr. Mangum's turnover; USDA, NASS. "Hogs, Price Received - $/CWT"; Smithfield Hog Slaughter Data; Clemens Hog Slaughter Data; Tyson Hog Procurement Data; Triumph Head Kill & Carc. Wt Recap Data; Seaboard Kill Recap; Seaboard Annual Kill Schedule; Seaboard External Hog Purchase Report; JBS Hog Procurement Data.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 21**

**ESTIMATED OVERCHARGES[1,2]**
**FOR THE ALLEGED CONDUCT PERIOD AND THE PROPOSED CLASS PERIOD**
**USING DR. WILLIAMS' REGRESSION**
**AND ACCOUNTING FOR THE WEIGHTED COST OF ACQUIRING HOGS AND RAISING HOGS[3]**

**JANUARY 2005 - DECEMBER 2020**

| Dr. Williams' Overcharge Regression | Estimated Overcharges |
|:---:|:---:|
| [a] | [b] |
| Alleged Conduct Period[4]<br>January 2009 - June 2018 | 10.3%* |
| Using Weighted Cost of Hogs<br>Alleged Conduct Period<br>January 2009 - June 2018 | -0.5%* |
| Using Weighted Cost of Hogs<br>Proposed Class Period<br>July 2014 - June 2018 | -2.6%* |

Notes:

[1] * denotes that the overcharge percentage is statistically significant at the 5% level.

[2] Dr. Williams' overcharge percentage is computed as exp(overcharge coefficient estimate-0.5* std. error of overcharge coefficient^2/2)-1.

[3] The weighted cost of acquiring and raising hogs is computed as a weighted average between the ISU cost of raising hogs and USDA cost of acquiring hogs using the annual average share of defendant-owned hogs as the weight.

[4] This is Dr. Williams' estimated overcharge.

Sources:

Dr. Williams' turnover; USDA, NASS. "Hogs, Price Received - $/CWT"; Smithfield Hog Slaughter Data; Clemens Hog Slaughter Data; Tyson Hog Procurement Data; Triumph Head Kill & Carc. Wt Recap Data; Seaboard Kill Recap; Seaboard Annual Kill Schedule; Seaboard External Hog Purchase Report; JBS Hog Procurement Data.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

### Exhibit 22

**ESTIMATED OVERCHARGES[1,2]**
**FOR THE ALLEGED CONDUCT PERIOD AND THE PROPOSED CLASS PERIOD**
**USING DR. SINGER'S REGRESSION**
**AND ACCOUNTING FOR THE WEIGHTED COST OF ACQUIRING HOGS AND RAISING HOGS[3]**

**APRIL 2004 - DECEMBER 2020**

| Dr. Singer's Overcharge Regression | Estimated Overcharges |
|---|---|
| [a] | [b] |
| Alleged Conduct Period[4]<br>January 2009 - June 2018 | 12.0%* |
| Using Weighted Cost of Hogs<br>Alleged Conduct Period<br>January 2009 - June 2018 | 0.8%* |
| Using Weighted Cost of Hogs<br>Proposed Class Period<br>July 2014 - June 2018 | 2.9%* |

Notes:

[1] * denotes that the overcharge percentage is statistically significant at the 5% level.

[2] Dr. Singer's overcharge percentage is computed as 1-exp(-overcharge coefficient estimate).

[3] The weighted cost of acquiring and raising hogs is computed as a weighted average between the ISU cost of raising hogs and the USDA cost of acquiring hogs using the annual average share of defendant-owned hogs as the weight.

[4] This is Dr. Singer's estimated overcharge.

Sources:

Dr. Singer's turnover; USDA, NASS. "Hogs, Price Received - $/CWT"; Smithfield Hog Slaughter Data; Clemens Hog Slaughter Data; Tyson Hog Procurement Data; Triumph Head Kill & Carc. Wt Recap Data; Seaboard Kill Recap; Seaboard Annual Kill Schedule; Seaboard External Hog Purchase Report; JBS Hog Procurement Data.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Exhibit 23**

**ESTIMATED OVERCHARGES[1,2]**
**FOR THE ALLEGED CONDUCT PERIOD AND THE PROPOSED CLASS PERIOD**
**USING DR. MANGUM'S REGRESSION**
**AND ACCOUNTING FOR INDUSTRY EVENTS IN 2008**

**JANUARY 2005 - DECEMBER 2020**

| Dr. Mangum's Overcharge Regression | Alleged Conduct Period[3] January 2009 - June 2018 | Accounting for Industry Events in 2008 Alleged Conduct Period January 2009 - June 2018 | Accounting for Industry Events in 2008 Proposed Class Period July 2014 - June 2018 |
|---|---|---|---|
| [a] | [b] | [c] | [d] |
| Bacon | 13.9%* | -0.1% | -7.0%* |
| Belly | 19.1%* | -0.3% | -17.1%* |
| Fresh Ham | 4.7%* | -7.4%* | -3.3%* |
| Loin | 4.3%* | -0.4%* | 7.9%* |
| Ribs | 8.0%* | 1.0%* | 5.3%* |
| Shoulder | 11.5%* | 6.8%* | 15.7%* |

Notes:

[1] * denotes that the overcharge percentage is statistically significant at the 5% level.

[2] Dr. Mangum's overcharge percentage is computed as 1-1/exp(overcharge coefficient estimate-0.5* std. error of overcharge coefficient^2).

[3] These are Dr. Mangum's estimated overcharges.

Source:
   Dr. Mangum's turnover.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## APPENDIX E-1

## THIRD-PARTY ENTITIES STUDIED BY DR. WILLIAMS IN HIS PASS-THROUGH REGRESSIONS

| Distributor Type | Third-Party Entity | Number of Observations | Start Date | End Date | Number of Unique Products | Number of Unique Customers |
|---|---|---|---|---|---|---|
| [a] | [b] | [c] | [d] | [e] | [f] | [g] |
| Foodservice Distributor | Sysco | 73,743,696 | Jan-05 | Dec-20 | 23,066 | 616,296 |
| Foodservice Distributor | US Foods | 109,418,816 | Dec-08 | Feb-21 | 15,602 | 492,499 |
| Foodservice Distributor | Performance Food Group | 39,002,880 | Jul-10 | Dec-21 | 10,645 | 177,448 |
| Foodservice Distributor | McLane | 34,150,472 | Dec-12 | Jan-21 | 674 | 25,072 |
| Foodservice Distributor | Gordon Food Service | 7,693,097 | Jan-07 | Jun-18 | 927 | 94,758 |
| Foodservice Distributor | Services Group of America | 4,701,303 | Dec-15 | Sep-19 | 1,991 | 27,570 |
| Foodservice Distributor | Reinhart Foodservice | 1,890,493 | Jan-12 | Aug-21 | 757 | 45,045 |
| Foodservice Distributor | UniPro Foodservice | 117,220 | May-11 | Jan-21 | 1,220 | 155 |
| Foodservice Distributor | Cheney Brothers | 2,878,709 | Aug-13 | Dec-20 | 1,376 | 25,290 |
| Foodservice Distributor | Nicholas and Company | 2,135,191 | Jan-09 | Dec-20 | 790 | |
| Foodservice Distributor | The Distribution Group | 1,273,125 | Jan-08 | Aug-21 | 831 | 5,863 |
| Foodservice Distributor | Saladino's Foodservice | 958,942 | Jan-13 | Oct-21 | 133 | 40 |
| Foodservice Distributor | Ben E. Keith | 313,345 | Apr-16 | Apr-21 | 183 | |
| Multi-channel distributor | Sherwood Food Distributors | 8,743,018 | Jan-07 | Dec-20 | 11,001 | |
| Multi-channel distributor | Shamrock Foods | 1,765,494 | Jan-12 | Dec-21 | 2,109 | |
| Multi-channel distributor | Porky Products | 1,535,003 | Jun-10 | May-21 | 1,135 | 5,365 |
| Multi-channel distributor | R.W. Zant | 1,207,375 | Jan-07 | Apr-21 | 1,453 | 1,568 |
| Multi-channel distributor | Quirch Foods | 1,258,288 | Sep-07 | Sep-15 | 1,023 | 5,866 |
| Multi-channel distributor | Kelly's Foods | 320,767 | Nov-04 | Mar-22 | 736 | 1,736 |
| Multi-channel distributor | Butts Foods | 263,874 | Jun-15 | Dec-21 | 680 | 927 |
| Multi-channel distributor | Wasatch Meats | 593,317 | Jan-02 | Jun-21 | 594 | 1,682 |
| Multi-channel distributor | Plymouth Poultry | 48,420 | Dec-14 | Jun-21 | 264 | 102 |
| Multi-channel distributor | Anderson Produce | 132,558 | Feb-14 | Sep-21 | 179 | 949 |
| Multi-channel distributor | Blue Mountain Meats | 1,170 | Jun-15 | Sep-21 | 35 | 159 |
| Re-distributor | Dot Foods | 267,590 | Jan-08 | Dec-17 | 546 | 1,754 |

Source:
Dr. Williams' turnover.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

### APPENDIX F-1

### THIRD-PARTY ENTITIES STUDIED BY DR. SINGER
### IN HIS PASS-THROUGH REGRESSIONS

#### DISTRIBUTORS

| Third-Party Entity [a] | Number of Observations[1] [b] | Start Date [c] | End Date [d] | Number of Unique Products [e] |
|---|---|---|---|---|
| Affiliated Foods | 12,373 | Oct-03 | Sep-21 | 119 |
| AGNE | 481 | Jan-15 | Dec-19 | 23 |
| Associated Foods | 1,990 | Sep-19 | Jun-21 | 135 |
| Associated Grocers Inc | 13,938 | May-09 | Dec-21 | 251 |
| Associated Grocers of the South | 3,358 | Dec-18 | Dec-21 | 122 |
| Burris | 1,034 | Jan-15 | Feb-21 | 70 |
| Certco | 3,657 | Jun-15 | Feb-21 | 155 |
| Cheney | 18,891 | Aug-13 | Dec-20 | 857 |
| Core Mark | 349 | Jan-14 | Mar-21 | 17 |
| DOT Foods[1] | 1,356 | Jan-07 | Jan-20 | 490 |
| Gordon Food Service | 19,333 | Nov-08 | Jun-18 | 521 |
| Holly Poultry[1] | 1,205 | Jan-06 | Jan-20 | 149 |
| McLane | 3,834 | Jan-10 | Nov-20 | 129 |
| Nicholas & Co | 18,190 | Jan-09 | Dec-20 | 433 |
| Porky Products | 9,099 | Jun-10 | May-21 | 765 |
| Quirch Food | 40,300 | Sep-07 | Dec-21 | 1,196 |
| Reinhart | 26,840 | Jan-12 | Aug-21 | 764 |
| RW Zant | 31,959 | Jan-07 | Apr-21 | 953 |
| SGA | 24,390 | Dec-15 | Sep-19 | 995 |
| Shamrock | 62,081 | Jan-12 | Dec-21 | 1,597 |
| Sysco | 643,568 | Jan-05 | Dec-20 | 14,157 |
| URM | 4,533 | Jul-07 | Jun-21 | 136 |
| US Foods | 460,984 | Nov-07 | Feb-21 | 7,558 |

#### RETAILERS

| Third-Party Entity [a] | Number of Observations[1] [b] | Start Date [c] | End Date [d] | Number of Unique Products [e] |
|---|---|---|---|---|
| 7-Eleven | 80 | Dec-16 | Aug-21 | 2 |
| Aldi | 1,981 | Jan-09 | Jan-21 | 41 |
| Amazon Fresh | 2,163 | Jan-20 | Apr-22 | 141 |
| Big Y Foods | 294 | Feb-18 | Apr-21 | 11 |
| BJ Wholesale | 3,315 | Apr-11 | Apr-21 | 99 |
| Costco | 4,452 | Aug-05 | May-21 | 88 |
| CVS | 370 | Jan-18 | Dec-21 | 13 |
| Dollar General | 2,768 | Mar-12 | Jan-22 | 63 |
| Family Dollar | 699 | Aug-07 | Oct-21 | 30 |
| HE Butt Grocery | 1,088 | Jan-14 | Sep-20 | 45 |
| Kroger | 2,432 | Feb-17 | Jan-21 | 83 |
| Meijer | 4,326 | Apr-18 | Dec-21 | 151 |
| Natural Grocers | 2,596 | Dec-11 | Oct-21 | 62 |
| Target | 5,246 | Feb-16 | Jan-22 | 184 |
| Trader Joes | 2,410 | Jan-08 | Dec-18 | 30 |
| Wegmans | 6,128 | Jan-16 | Jan-22 | 148 |

Note:
[1] All third-party data are aggregated at a monthly level, except for DOT Foods and Holly Poultry, which provided annual data.

Source:
Dr. Singer's turnover.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

### APPENDIX F-46

### MONTHLY TRANSACTIONAL PRICE DISTRIBUTION FOR TOP PRODUCTS[1] AT KROGER
### JANUARY 2018 - DECEMBER 2018

| Month | Number of Stores | Number of Store-Date Combinations | Mean Price | Min | Percentiles | | | | | Max |
| | | | | | p5 | p25 | p50 | p75 | p95 | |
| [a] | [b] | [c] | [d] | [e] | [f] | [g] | [h] | [i] | [j] | [k] |
| **HLMT APPLE BACON (Bacon Category)** | | | | | | | | | | |
| Jan-2018 | 194 | 4,823 | $ 7.48 | $ 3.99 | $ 4.99 | $ 6.99 | $ 7.99 | $ 7.99 | $ 8.99 | $ 11.01 |
| Feb-2018 | 194 | 4,355 | $ 8.27 | $ 2.99 | $ 7.87 | $ 7.99 | $ 7.99 | $ 8.99 | $ 8.99 | $ 9.19 |
| Mar-2018 | 194 | 5,026 | $ 7.90 | $ 2.99 | $ 5.99 | $ 7.99 | $ 7.99 | $ 7.99 | $ 8.99 | $ 8.99 |
| Apr-2018 | 194 | 4,571 | $ 8.28 | $ 3.99 | $ 7.99 | $ 7.99 | $ 7.99 | $ 8.99 | $ 8.99 | $ 9.43 |
| May-2018 | 194 | 4,840 | $ 7.87 | $ 2.99 | $ 5.99 | $ 7.99 | $ 7.99 | $ 7.99 | $ 8.99 | $ 10.73 |
| Jun-2018 | 194 | 4,810 | $ 7.79 | $ 1.99 | $ 6.19 | $ 7.99 | $ 7.99 | $ 7.99 | $ 8.99 | $ 8.99 |
| Jul-2018 | 194 | 4,964 | $ 7.30 | $ 1.99 | $ 6.19 | $ 6.19 | $ 6.19 | $ 8.99 | $ 8.99 | $ 9.79 |
| Aug-2018 | 194 | 4,871 | $ 8.25 | $ 2.49 | $ 7.79 | $ 7.99 | $ 7.99 | $ 8.99 | $ 8.99 | $ 8.99 |
| Sep-2018 | 194 | 4,678 | $ 7.73 | $ 2.99 | $ 6.49 | $ 6.49 | $ 7.99 | $ 8.99 | $ 8.99 | $ 8.99 |
| Oct-2018 | 194 | 4,930 | $ 7.76 | $ 0.99 | $ 6.49 | $ 6.49 | $ 7.99 | $ 8.99 | $ 8.99 | $ 8.99 |
| Nov-2018 | 194 | 4,566 | $ 8.30 | $ 2.00 | $ 7.99 | $ 7.99 | $ 7.99 | $ 8.99 | $ 8.99 | $ 9.31 |
| Dec-2018 | 194 | 4,645 | $ 7.42 | $ 1.99 | $ 6.32 | $ 6.49 | $ 6.49 | $ 8.99 | $ 8.99 | $ 8.99 |
| **BRHD CANDIAN BACON SLICED (Bacon Category)** | | | | | | | | | | |
| Aug-2018 | 743 | 9,135 | $ 7.57 | $ 1.79 | $ 6.49 | $ 6.99 | $ 7.29 | $ 7.99 | $ 8.99 | $ 8.99 |
| Sep-2018 | 748 | 11,785 | $ 7.58 | $ 3.99 | $ 6.29 | $ 6.99 | $ 7.29 | $ 7.99 | $ 8.99 | $ 8.99 |
| Oct-2018 | 748 | 11,676 | $ 7.57 | $ 3.99 | $ 6.29 | $ 6.99 | $ 7.29 | $ 7.99 | $ 8.99 | $ 8.99 |
| Nov-2018 | 741 | 11,409 | $ 7.57 | $ 2.99 | $ 5.99 | $ 6.99 | $ 7.29 | $ 7.99 | $ 8.99 | $ 14.28 |
| Dec-2018 | 739 | 12,722 | $ 6.64 | $ 3.49 | $ 5.19 | $ 5.69 | $ 6.59 | $ 7.49 | $ 8.69 | $ 8.99 |
| **HLMT SMKD HNY BACON (Bacon Category)** | | | | | | | | | | |
| Jan-2018 | 195 | 3,906 | $ 7.31 | $ 0.99 | $ 4.99 | $ 6.99 | $ 7.99 | $ 7.99 | $ 8.99 | $ 8.99 |
| Feb-2018 | 194 | 3,304 | $ 8.23 | $ 3.29 | $ 7.87 | $ 7.99 | $ 7.99 | $ 8.99 | $ 8.99 | $ 8.99 |
| Mar-2018 | 194 | 3,916 | $ 7.84 | $ 1.99 | $ 5.99 | $ 7.99 | $ 7.99 | $ 7.99 | $ 8.99 | $ 8.99 |
| Apr-2018 | 194 | 3,296 | $ 8.26 | $ 1.49 | $ 7.99 | $ 7.99 | $ 7.99 | $ 8.99 | $ 8.99 | $ 8.99 |
| May-2018 | 194 | 3,791 | $ 7.81 | $ 1.99 | $ 5.99 | $ 7.99 | $ 7.99 | $ 7.99 | $ 8.99 | $ 8.99 |
| Jun-2018 | 194 | 3,755 | $ 7.78 | $ 1.50 | $ 6.19 | $ 7.99 | $ 7.99 | $ 7.99 | $ 8.99 | $ 8.99 |
| Jul-2018 | 194 | 3,782 | $ 7.15 | $ 1.99 | $ 6.19 | $ 6.19 | $ 6.19 | $ 7.99 | $ 8.99 | $ 8.99 |
| Aug-2018 | 194 | 3,871 | $ 8.20 | $ 1.99 | $ 7.69 | $ 7.99 | $ 7.99 | $ 8.99 | $ 8.99 | $ 8.99 |
| Sep-2018 | 194 | 3,735 | $ 7.64 | $ 0.99 | $ 6.49 | $ 6.49 | $ 7.99 | $ 7.99 | $ 8.99 | $ 8.99 |
| Oct-2018 | 194 | 3,799 | $ 7.68 | $ 1.49 | $ 6.49 | $ 6.49 | $ 7.99 | $ 7.99 | $ 8.99 | $ 9.80 |
| Nov-2018 | 194 | 3,626 | $ 8.27 | $ 0.99 | $ 7.99 | $ 7.99 | $ 7.99 | $ 8.99 | $ 8.99 | $ 8.99 |
| Dec-2018 | 193 | 3,857 | $ 7.31 | $ 0.99 | $ 6.29 | $ 6.49 | $ 6.49 | $ 7.99 | $ 8.99 | $ 8.99 |

Notes:
[1] Among those analyzed by Dr. Singer.

Source:
Dr. Singer's turnover.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

November 1, 2022

_Laila Haider_
Laila Haider, Ph.D.

1

1          UNITED STATES DISTRICT COURT

2             DISTRICT OF MINNESOTA

3        Case No. 0:18-cv-01776-JRT-HB

4

5

6     -------------------------------------------

7     IN RE PORK ANTITRUST LITIGATION

8     This Document Relates to: All Actions

9     -------------------------------------------

10

11

12

13

14              HIGHLY CONFIDENTIAL

15     REMOTE TESTIMONY OF DR. RUSSELL MANGUM

16          JULY 13, 2022 - 9:00 A.M. PDT

17

18

19

20

21

22

23

24     JOB NO. 2022-850362

25

**EXHIBIT B**

10

1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2             THE VIDEOGRAPHER:  We are on

3         the record on July 13, 2022, at

4         9:10 a.m. Pacific Time for the

5         remote deposition of Dr. Russell

6         Mangum, in the matter of In Re:

7         Pork Antitrust Litigation.

8             My name is Caylob Suarez and I

9         am the videographer and document

10        technician on behalf of Lexitas.

11            All present will be noted on

12        the stenographic record.

13            Will the court reporter please

14        swear in the witness.

15

16   DR. RUSSELL MANGUM, Testifies under penalty

17   of perjury as follows:

18            THE WITNESS:  I do.

19

20                 EXAMINATION

21   BY MR. REISER:

22        Q    Good morning, Dr. Mangum.  My

23   name is Craig Reiser.  I represent the

24   Tyson defendants.

25            How are you doing this

147

```
 1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

 2        at 11:16 a.m. and Testimony

 3        Recommenced at 11:32 a.m. PDT.)

 4             THE VIDEOGRAPHER:  The time is

 5        11:32 a.m.  We are now back on the

 6        record.

 7    BY MR. REISER:

 8        Q     Welcome back, Dr. Magnum.

 9             Did you discuss the substance

10    of your testimony with anyone during the

11    break?

12        A     I did not.

13        Q     You're opining in this case

14    that there was a conspiracy to reduce the

15    supply of pork, correct?

16             MR. POUYA:  Objection to form.

17             THE WITNESS:  I don't have any

18        legal opinions and I don't have the

19        opinion that there was a conspiracy

20        or violation of Sherman Act, for

21        example.

22             My opinions are stated in my

23        expert report but I don't have that

24        liability opinion.

25    BY MR. REISER:
```

148

```
1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL
2        Q    You're opining that --
3   withdrawn.
4              You're accepting that
5   liability will be established on a
6   conspiracy to reduce the supply of pork
7   and opining on what the damage is for such
8   a conspiracy would be, correct?
9          MR. POUYA:  Objection.
10      Misstates the testimony.  Lacks
11      foundation.  Misstates the report.
12          THE WITNESS:  My report does
13      list all my opinions.  But I
14      understand that there's alleged to
15      be one conspiracy to raise prices,
16      right? -- I know the mechanism as I
17      describe in my report related to
18      that relates to output and
19      quantities.
20          But that's my understanding of
21      the allegations is that a
22      conspiracy -- price-fixing
23      conspiracy.  I am assuming there
24      will be a finding of liability for
25      that conspiracy.
```

471

```
 1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL
 2            THE WITNESS:  Well, these
 3        contracts that I found met my needs
 4        of finding examples of the
 5        contracts that are out there.
 6            I also know that it wasn't the
 7        only ones I found, that I was aware
 8        there were many like this from what
 9        I learned in discovery.
10            As I said, I don't remember
11        what I knew of in the past about
12        this library or depository you
13        mentioned.  If it's only the type
14        of contracts that are listed, I
15        think having actual contracts, I
16        would look for those first just
17        myself, as opposed to looking for
18        templates of types of things.  But
19        I don't remember specifically what
20        is in the library.
21   BY MR. REISER:
22        Q    Well, the library contains
23     all the terms.  I can show it to you, but
24     that would be a waste of time because you
25     haven't reviewed it and you will be
```

472

```
 1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL
 2    instructed not to talk about it.
 3              Let me ask you this,
 4    Dr. Mangum:  If you wanted to know how
 5    common the terms that you're describing in
 6    paragraph 111 are, why wouldn't you look
 7    at a repository that collects and outlines
 8    in very painstaking details all of those
 9    terms?
10         A    You know, I can't comment.  I
11    don't know what is in this depository
12    you're talking about.  And I don't know
13    that having something there would have
14    given me any more substantiation for the
15    conclusions I came to.
16         Q    You don't know one way or the
17    other, right?
18         A    Nothing you have mentioned
19    today leads me to think that I should have
20    done something else compared to what I did
21    to rely on for my opinions.
22         Q    Let's pull up paragraph 147
23    -- actually, we can just take down the
24    report.  No need to do that.
25              One of your opinions,
```

In Re - Pork Antitrust Litigation                    Russell Mangum
                    Highly Confidential                    July 13, 2022

                                                                    473

```
 1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

 2    Dr. Mangum, is Agri Stats facilitated the

 3    alleged conspiracy, right?

 4           MR. POUYA:  Objection.

 5       Foundation.

 6           THE WITNESS:  Yes.  The

 7       entity, the reports, the means by

 8       which Agri Stats, you know,

 9       interacted with defendants, all of

10       that are things I understand are in

11       the Complaint, and I mention in my

12       report.

13           But I think you might have

14       asked if it's my opinion.  It's my

15       understanding that's what is

16       alleged, right? -- and I do talk

17       about that evidence, but I haven't

18       formed the opinion of liability

19       participation by Agri Stats.

20    BY MR. REISER:

21           Q     Have you ever reviewed an

22    Agri Stats report?

23           A     I have.

24           Q     Have you ever attempted to

25    de-anonymize an Agri Stats report?
```

474

```
 1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

 2         A     I don't think I have.  I have

 3   seen -- I have seen examples of things

 4   which look like others did.  But, no, I

 5   didn't say let me start by please to do

 6   that.

 7         Q     And you didn't do any such

 8   analysis in connection with your opinion

 9   in this case?

10         A     I don't have an analysis like

11   that that I am relying on for the opinions

12   in my case, correct.

13         Q     You also opine that trade

14   association participation could have

15   facilitated the alleged conspiracy; is

16   that right?

17         A     Correct.  I identified

18   various groups, associations, et cetera.

19         Q     You are not opining that

20   participating in a trade association is

21   inherently anti-competitive, are you?

22         A     No, I am not.

23         Q     You're also not opining that

24   subscribing to a benchmark service like

25   Agri Stats is inherently anti-competitive,
```