UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*PJ Food Service, Inc. v. Agri Stats, Inc. et al.*, 1:22-cv-07677 (E.D.N.Y.) | Case No. 0:18-cv-01776-JRT-JFD |

**PJ FOOD SERVICE, INC.'S NOTICE OF JOINDER IN DIRECT ACTION PLAINTIFFS' CONSOLIDATED COMPLAINT**

1. Pursuant to Pretrial Order No. 4, dated December 13, 2022 (ECF No. 1675), PJ Food Service, Inc. ("PJFS"), by and through the undersigned counsel, hereby joins Direct Action Plaintiffs' Consolidated Complaint, dated December 5, 2022 (ECF No. 1659) (the "Consolidated Complaint").

2. PJFS joins the Consolidated Complaint, adding the following to specify PJFS's cause of action as well as the Defendants and named co-conspirators in PJFS's action:

| Direct Action Plaintiff Group | Plaintiff | Named Defendants | Named Co-Conspirators | Cause of Action |
|---|---|---|---|---|
| CWT DAPs | PJ Food Service, Inc. | Agri Stats, Inc.; Clemens Food Group, LLC; The Clemens Family Corporation; Hormel Foods Corporation; Hormel Foods, LLC; JBS USA Food Company; Seaboard Foods LLC; Smithfield Foods, Inc.; Triumph Foods, LLC; Tyson Foods, Inc.; Tyson Prepared Foods, Inc.; and Tyson Fresh Meats, Inc. | Indiana Packers Corporation; Daily's Premium Meats, LLC; Seaboard Triumph Foods, LLC | Count I: 15 U.S.C. § 1 |

3. PJFS adopts the following definition of "pork." "Pork" includes all pork products, regardless of the form in which they are sold, and all products containing pig meat,

whether purchased fresh or frozen, including but not limited to smoked ham, sausage, and bacon.

Dated: January 13, 2023

Respectfully submitted,

*/s/ Philip J. Iovieno*
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Justin V. Arborn
Elizabeth R. Moore
Zygimante Andrijauskaite
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
E-mail: philip.iovieno@cwt.com
nicholas.gravante@cwt.com
jack.stern@cwt.com
gillian.burns@cwt.com
mark.singer@cwt.com
justin.arborn@cwt.com
elizabeth.moore@cwt.com
zygimante.andrijauskaite@cwt.com