# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>All Actions | Case No. 0:18-cv-1776 (JRT/JFD)<br><br>**STIPULATION REGARDING COMPLETION OF CERTAIN WRITTEN DISCOVERY** |

Direct Purchaser Plaintiffs; Commercial Indirect Purchaser Plaintiffs; Consumer Indirect Purchaser Plaintiffs; the Commonwealth of Puerto Rico; and Direct Action Plaintiffs (collectively "Plaintiffs"), and Defendants Agri Stats, Inc. ("Agri Stats"); Clemens Food Group, LLC, Clemens Family Corporation ("Clemens"); Hormel Foods Corporation, Hormel Foods, LLC ("Hormel"); JBS USA Food Company ("JBS"); Seaboard Foods, LLC ("Seaboard"); Smithfield Foods, Inc. ("Smithfield"); and Triumph Foods, LLC ("Triumph"); Tyson Foods, Inc., Tyson Prepared Foods, Inc., Tyson Fresh Meats, Inc. ("Tyson") (collectively "the Stipulating Defendants") (and together, the "Stipulating Parties"), reserving all rights, state as follows:

The Stipulating Parties previously entered a stipulation permitting certain discovery to be completed after the October 31, 2022 deadline for the completion of fact discovery. *See* ECF No. 1576. That stipulation required written responses to certain interrogatories and requests for admission no later than January 18, 2023. *See id.* ¶ 7(a). The Court approved the stipulation in an order. *See* ECF No. 1582.

The Stipulating Parties have met and conferred, and they agree the deadline to provide such written responses shall be extended by one week, to January 25, 2023. Such an extension will not delay the progress of the litigation, and it is appropriate under the facts and circumstances of this complex litigation.

Therefore, the Stipulating Parties hereby stipulate and agree that the deadline to provide written responses to the remaining interrogatories and requests for admission, *see* ECF No. 1576 ¶ 7(a), shall be extended until January 25, 2023.

**IT IS SO STIPULATED.**

DATED: January 18, 2023         Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:     */s/ Shana E. Scarlett*
         SHANA E. SCARLETT
Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Counsel for Consumer Indirect Purchaser Plaintiffs*

| | |
|---|---|
| */s/ Joseph C. Bourne*<br>Joseph C. Bourne (MN #0389922)<br>W. Joseph Bruckner (MN #0147758)<br>Brian D. Clark (MN #0390069)<br>Arielle S. Wagner (MN #0398332)<br>Stephen M. Owen (MN # 0399370)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>T: (612) 339-6900<br>jcbourne@locklaw.com<br>wjbruckner@locklaw.com<br>bdclark@locklaw.com<br>aswagner@locklaw.com<br>smowen@locklaw.com | */s/ Bobby Pouya*<br>Bobby Pouya<br>Clifford H. Pearson<br>Daniel L. Warshaw<br>Michael H. Pearson<br>PEARSON WARSHAW, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 92403<br>T: (818) 788-8300<br>cpearson@pswlaw.com<br>dwarshaw@pswlaw.com<br>bpouya@pswlaw.com<br>mpearson@pswlaw.com<br><br>Melissa S. Weiner (MN #0387900)<br>PEARSON WARSHAW, LLP<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402<br>T: (612) 389-0600<br>mweiner@pswlaw.com<br><br>Bruce L. Simon<br>Benjamin E. Shiftan<br>Neil Swartzberg<br>PEARSON WARSHAW, LLP<br>350 Sansome Street, Suite 680<br>San Francisco, CA 94104<br>T: (415) 433-9000<br>F: (415) 433-9008<br>bsimon@pswlaw.com<br>bshiftan@pswlaw.com<br>nswartzberg@pswlaw.com<br><br>***Co-Lead Class Counsel for Direct Purchaser Plaintiffs*** |

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
T: (651) 312-6518
sraiter@larsonking.com

*/s/ Blaine Finley*
Jonathan W. Cuneo
Joel Davidow
Blaine Finley
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
T: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.co

*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

/s/ Kyle G. Bates
Kyle G. Bates
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
T: (415) 633-1908
kbates@hausfled.com

Peter B. Schneider
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
3700 Buffalo Speedway, Suite 300
Houston, Texas 77098
T: (713) 338-2560
F: (415)421-7105
pschneider@schneiderwallace.com

Todd M. Schneider
Matthew S. Weiler
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell St., Suite 1400
Emeryville, California 94608
T: (415) 421-7100
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
T: (480) 428-0145
gwotkyns@schneiderwallace.com

Domingo Emanuelli-Hernández
Attorney General
Guarionex Díaz Martínez
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
T: (787) 721-2900, ext. 2600, 2601
F: (787) 721-3223
gdiaz@justicia.pr.gov

***Counsel for the Commonwealth of Puerto Rico***

4875-4561-1851, v. 2

| | |
|---|---|
| /s/ Robert N. Kaplan<br>Robert N. Kaplan<br>Matthew P. McCahill<br>Jason A. Uris<br>**KAPLAN FOX & KILSHEIMER, LLP**<br>850 Third Avenue, 14th Floor<br>New York, New York 10022<br>T: (212) 687-1980<br>rkaplan@kaplanfox.com<br>mmccahill@kaplanfox.com<br>juris@kaplanfox.com<br><br>/s/ Richard L. Coffman<br>Richard L. Coffman<br>**THE COFFMAN LAW FIRM**<br>3355 W. Alabama St., Suite 240<br>Houston, Texas 77098<br>T: (713) 528-6700<br>rcoffman@coffmanlawfirm.com | /s/ Eric R. Lifvendahl<br>Eric R. Lifvendahl<br>**L&G LAW GROUP, LLP**<br>175 W. Jackson Blvd., Suite 950<br>Chicago, Illinois 60604<br>T: (312) 364-2500<br>elifvendahl@lgcounsel.com<br><br>/s/ Bernard D. Marcus<br>Bernard D. Marcus<br>Moira Cain-Mannix<br>Brian C. Hill<br>**MARCUS & SHAPIRA LLP**<br>One Oxford Center, 35th Floor<br>Pittsburgh, Pennsylvania 15219<br>T: (412) 471-3490<br>marcus@marcus-shapira.com<br>cain-mannix@marcus-shapira.com<br>hill@marcus-shapira.com |

*Counsel for MDL DAPs Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc./Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co., Certco, Inc., The Golub Corporation, Nicholas & Co., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., URM Stores, Inc., and Giant Eagle, Inc*

.

*/s/ David C. Eddy*
David C. Eddy
Dennis J. Lynch
Travis C. Wheeler
**NEXSEN PRUET, LLC**
1230 Main Street, Suite 700
Columbia, South Carolina 29201
T: (803) 771-8900
deddy@nexsenpruet.com
dlynch@nexsenpruet.com
twheeler@nexsenpruet.com

*Counsel for MDL DAPs Conagra Brands,*
*Inc., Nestlé USA, Inc.; Nestlé Purina PetCare*
*Co.; Compass Group USA, Inc.; and Howard*
*B. Samuels, solely as Chapter 7 Trustee of the*
*estate of Central Grocers, Inc.*


*/s/ Patrick J. Ahern*
Patrick J. Ahern
**AHERN & ASSOCIATES, P.C**.
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
T: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

*Counsel for Plaintiffs Winn-Dixie Stores,*
*Inc.; Bi-Lo Holdings, LLC; and Kraft Heinz*
*Foods Company*

*/s/ David B. Esau*
David B. Esau
Kristin A. Gore
Garth T. Yearick
Amanda R. Jesteadt
**CARLTON FIELDS, P.A.**
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
T: (561) 659-7070
F: (561) 659-7368
desau@carltonfields.com
kgore@carltonfields.com
gyearick@carltonfields.com
ajesteadt@carltonfields.com

Roger S. Kobert
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
T: (212) 785-2577
F: (212) 785-5203
rkobert@carltonfields.com

Aaron A. Holman
Chelsey J. Clements
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
T: (407) 849-0300
F: (407) 648-9099
aholman@carltonfields.com
cclements@carltonfields.com

Scott L. Menger
2029 Century Park East, Suite 1200
Los Angeles, California 90067
T: (310) 843-6300
F: (301) 843-6301
smenger@carltonfields.com

*Counsel for Cheney Brothers, Inc.; Subway*
*Protein Litigation Corp., as Litigation*
*Trustee of the Subway® Protein Litigation*

*Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc.; and Restaurant Services, Inc.*

*/s/ Philip J. Iovieno*
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Lawrence S. Brandman
Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Elizabeth R. Moore
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, New York 10281
T: (212) 504-6000
philip.iovieno@cwt.com
nicholas.gravante@cwt.com
lawrence.brandman@cwt.com
jack.stern@cwt.com
gillian.burns@cwt.com
mark.singer@cwt.com
elizabeth.moore@cwt.com

*Counsel for MDL DAPs Jetro Holdings, LLC
and BJ's Wholesale Club, Inc. and Co-Counsel for Plaintiffs Kraft Heinz Foods Company; Winn-Dixie Stores, Inc.; and Bi-Lo Holdings, LLC*

*By: /s/ Samuel J. Randall*
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
Douglas H. Patton
Samuel J. Randall
Michael A. Ponzoli

*/s/ Scott E. Gant*
Scott E. Gant
Michael S. Mitchell
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave., NW
Washington, DC 20005
T: 202-237-2727
sgant@bsfllp.com
mmitchell@bsfllp.com

Colleen Harrison
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, New York 10504
T: (914) 749-8204
charrison@bsfllp.com

Sarah L. Jones
**BOIES SCHILLER FLEXNER LLP**
725 South Figueroa Street
Los Angeles, California 90017
sjones@bsfllp.com

*Counsel for MDL DAPs Sysco Corporation and Amory Investments LLC*

*By: /s/ David P. Germaine*
Paul E. Slater
Joseph M. Vanek
David P. Germaine
Phillip F. Cramer
Alberto Rodriguez
Jeffrey H. Bergman
**SPERLING & SLATER, LLC**
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
T: (312) 641-3200

**KENNY NACHWALTER, P.A.**
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
T: (305) 373-1000
F: (305) 372-1861
rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
dpatton@knpa.com
srandall@knpa.com
mponzoli@knpa.com

*Counsel for The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., Save Mart Supermarkets, and US Foods, Inc.*

By: */s/ Christopher P. Wilson*
William C. Lavery
Christopher P. Wilson
Danielle Morello
Wyatt M. Carlock
**BAKER BOTTS LLP**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 539-7890
william.lavery@bakerbotts.com
christopher.wilson@bakerbotts.com
danielle.morello@bakerbotts.com
wyatt.carlock@bakerbotts.com

*Counsel for Direct Action Plaintiff ALDI Inc.*

F: (312) 641-6492
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
pcramer@sperling-law.com
arodriguez@sperling-law.com
jbergman@sperling-law.com

*Counsel for Direct Action Plaintiffs Associated Grocers of the South, Inc., Dollar General Corporation, Dolgencorp, LLC, Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc., Raley's, United Natural Foods, Inc., Supervalu, Inc., Associated Grocers of Florida, Inc., Unified Grocers, Inc., Tony's Fine Foods, and Wakefern Food Co.*

*/s/ Tiffany Rider Rohrbaugh*
Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
Brandon Boxbaum (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
Keith Holleran (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
radcox@axinn.com
trider@axinn.com
lstrang@axinn.com
bboxbaum@axinn.com
avissichelli@axinn.com
kholleran@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

Kail Jethmalani (*pro hac vice*)
Craig M. Reiser (*pro hac vice*)
Andrea Rivers (*pro hac vice*)
Victoria J. Lu (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
kjethmalani@axinn.com
creiser@axinn.com
arivers@axinn.com
vlu@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

(612) 486-1521
dgraham@dykema.com

***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.***

*/s/ Mark L. Johnson*
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

***Counsel for Clemens Food Group, LLC and The Clemens Family Corporation***

*/s/ Craig. S. Coleman*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005

(202) 842-8800
jonathan.todt@faegredrinker.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

**Counsel for Hormel Foods Corporation**

/s/ *Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

**Counsel for Agri Stats, Inc.**

/s/ *Christopher A. Smith*
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah L. Zimmerman (MDL registered)
Kate Ledden (MDL registered)
Tanner Cook (MDL registered)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com
kate.ledden@huschblackwell.com
tanner.cook@huschblackwell.com

**Counsel for Triumph Foods, LLC**

/s/ *William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

/s/ *Jessica J. Nelson*
Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206

(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

***Counsel for Seaboard Foods LLC and Seaboard Corporation***

/s/ John A. Cotter
John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN &CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

***Counsel for JBS USA Food Company***

Brian Robison (*pro hac vice*)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
(972) 707-1809
brian@brownfoxlaw.com

***Counsel for Smithfield Foods, Inc.***