# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 0:18-cv-01776-JRT-JFD<br><br>**JOINT STATUS REPORT FOR JANUARY 24, 2023 STATUS CONFERENCE** |

Counsel for Direct Purchaser Plaintiffs, Consumer Indirect Purchaser Plaintiffs, and Commercial and Institutional Indirect Purchaser Plaintiffs, the Commonwealth of Puerto Rico, and the Direct Action Plaintiffs (collectively, "Plaintiffs") and Defendants (collectively, the "Parties"), in the above-captioned consolidated action submit the following status report for the January 24, 2023 status conference.

## APPEARANCES

### Plaintiffs

| | |
|---|---|
| Direct Purchaser Plaintiffs | Joseph Bruckner<br>Joseph Bourne<br>Bobby Pouya |
| Consumer and Institutional Indirect Purchaser Plaintiffs | Shana Scarlett<br>Abigail Pershing<br>Daniel Hedlund |
| Commercial and Institutional Indirect Purchaser Plaintiffs | Blaine Finley |
| Puerto Rico | Kyle Bates |
| DAPs | Robert Kaplan<br>Scott Gant<br>David Eddy |

### Defendants

| | |
|---|---|
| Agri Stats | Liam Phibbs |
| Clemens | Jenna Stupar |
| Hormel | Craig Coleman |
| JBS | Donald Heeman |

|            | Sami Rashid         |
|------------|---------------------|
| Seaboard   | Peter Schwingler    |
| Smithfield | Brian Robison       |
| Triumph    | Christopher Smith   |
| Tyson      | Tiffany Rider       |
|            | Jarod Taylor        |

## **AGENDA**

**1. The DAPs' consolidated complaint and defendants' motion to dismiss.**

On the evening of January 18, 2023, Defendants informed liaison Counsel for DAPs that Defendants plan to file on January 20, 2023, a motion to dismiss directed to certain aspects of DAPs' consolidated complaint (ECF No. 1666), filed on December 10, 2022, as previewed, *inter alia*, at the February 4, 2022 status conference before Judge Tunheim. At the upcoming status conference, DAPs would like to discuss Defendants' motion, which DAPs have been informed includes seeking partial dismissal based on the statute of limitations (contesting the allegations of fraudulent concealment) and on other grounds, such as seeking to exclude claims for certain pork products. Specifically, DAPs would like to discuss with the Court holding in abeyance some or all of Defendants' motion until summary judgment briefing.

    Speaking for DAPs: Scott Gant

                    David Eddy

    Speaking for Defendants: Brian Robison

                        Jarod Taylor

**2. The class certification hearing.**

Regarding the January 31, 2023 hearing on the Class Plaintiffs' motions for class certification, the Parties will be prepared to discuss: (a) Defendants' request to hold the hearing in person, to which Class Plaintiffs <u>do not</u> agree; and (b) the structure and order of argument, about which Class Plaintiffs and Defendants <u>do</u> agree.

Speaking for Class Plaintiffs: Shana Scarlett

Speaking for Defendants: Peter Schwingler

**3. Update on depositions of Sioux-Preme and USDA.**

The Parties will be prepared to provide an update regarding efforts to schedule the depositions of third parties Sioux-Preme Packing Co. and the USDA.

Speaking for Defendants: Jenna Stupar

Speaking for Plaintiffs: Abigail Pershing

**4. A process and schedule related to the authenticity and admissibility of potential trial exhibits.**

The Parties are continuing to meet and confer to try to reach agreement or narrow and focus any areas of disagreement concerning a process and schedule that Plaintiffs proposed regarding the authenticity and admissibility of potential trial exhibits. They do not believe Court intervention is ripe and propose to provide a further update to the Court at the next status conference.

Speaking for Class Plaintiffs: Joseph Bourne (if necessary)

Speaking for DAPs: Scott Gant (if necessary)

Speaking for Defendants: Jarod Taylor (if necessary)

DATED: January 20, 2023  Respectfully submitted,

*/s/ Bobby Pouya*  */s/ Joseph C. Bourne*
Bobby Pouya
Clifford H. Pearson
Daniel L. Warshaw
Michael H. Pearson
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
cpearson@pwfirm.com
dwarshaw@pwfirm.com
bpouya@pwfirm.com
mpearson@pwfirm.com

Melissa S. Weiner (MN #0387900)
PEARSON WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
T: (612) 389-0600
mweiner@pwfirm.com

Bruce L. Simon
Benjamin E. Shiftan
Neil Swartzberg
PEARSON WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pwfirm.com
bshiftan@pwfirm.com
nswartzberg@pwfirm.com

Joseph C. Bourne (MN #0389922)
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)
Craig S. Davis (MN #0148192)
Simeon A. Morbey (MN #0391338)
Stephen M. Owen (MN # 0399370)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
jcbourne@locklaw.com
wjbruckner@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com
csdavis@locklaw.com
samorbey@locklaw.com
smowen@locklaw.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

*/s/ Shana E. Scarlett*
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
T: (510) 725-3000
shanas@hbsslaw.com

Steve. W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

*/s/ Daniel E. Gustafson*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

***Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs***

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
T: (651) 312-6518
sraiter@larsonking.com

*/s/ Blaine Finley*
Jonathan W. Cuneo
Joel Davidow
Blaine Finley
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
T: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.co

***Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs***

*/s/ Kyle G. Bates*
Kyle G. Bates
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
T: (415) 633-1908
kbates@hausfled.com

Peter B. Schneider
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
3700 Buffalo Speedway, Suite 300
Houston, Texas 77098
T: (713) 338-2560
F: (415)421-7105
pschneider@schneiderwallace.com

Todd M. Schneider
Matthew S. Weiler
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell St., Suite 1400
Emeryville, California 94608
T: (415) 421-7100
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
T: (480) 428-0145
gwotkyns@schneiderwallace.com

Domingo Emanuelli-Hernández
Attorney General
Guarionex Díaz Martínez
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
T: (787) 721-2900, ext. 2600, 2601
F: (787) 721-3223
gdiaz@justicia.pr.gov

*Counsel for the Commonwealth of Puerto Rico*

| | |
|---|---|
| */s/ Robert N. Kaplan* <br> Robert N. Kaplan <br> Matthew P. McCahill <br> Jason A. Uris <br> **KAPLAN FOX & KILSHEIMER, LLP** <br> 850 Third Avenue, 14th Floor <br> New York, New York 10022 <br> T: (212) 687-1980 <br> rkaplan@kaplanfox.com <br> mmccahill@kaplanfox.com <br> juris@kaplanfox.com <br><br> */s/ Richard L. Coffman* <br> Richard L. Coffman <br> **THE COFFMAN LAW FIRM** <br> 3355 W. Alabama St., Suite 240 <br> Houston, Texas 77098 <br> T: (713) 528-6700 <br> rcoffman@coffmanlawfirm.com | */s/ Eric R. Lifvendahl* <br> Eric R. Lifvendahl <br> **L&G LAW GROUP, LLP** <br> 175 W. Jackson Blvd., Suite 950 <br> Chicago, Illinois 60604 <br> T: (312) 364-2500 <br> elifvendahl@lgcounsel.com <br><br> */s/ Bernard D. Marcus* <br> Bernard D. Marcus <br> Moira Cain-Mannix <br> Brian C. Hill <br> **MARCUS & SHAPIRA LLP** <br> One Oxford Center, 35th Floor <br> Pittsburgh, Pennsylvania 15219 <br> T: (412) 471-3490 <br> marcus@marcus-shapira.com <br> cain-mannix@marcus-shapira.com <br> hill@marcus-shapira.com |

*Counsel for MDL DAPs Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc./Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co., Certco, Inc., The Golub Corporation, Nicholas & Co., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., URM Stores, Inc., and Giant Eagle, Inc*
.

/s/ David C. Eddy
David C. Eddy
Dennis J. Lynch
Travis C. Wheeler
**NEXSEN PRUET, LLC**
1230 Main Street, Suite 700
Columbia, South Carolina 29201
T: (803) 771-8900
deddy@nexsenpruet.com
dlynch@nexsenpruet.com
twheeler@nexsenpruet.com

*Counsel for MDL DAPs Conagra Brands,*
*Inc., Nestlé USA, Inc.; Nestlé Purina PetCare*
*Co.; Compass Group USA, Inc.; and Howard*
*B. Samuels, solely as Chapter 7 Trustee of the*
*estate of Central Grocers, Inc.*


*/s/ Patrick J. Ahern*
Patrick J. Ahern
**AHERN & ASSOCIATES, P.C**.
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
T: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

*Counsel for Plaintiffs Winn-Dixie Stores,*
*Inc.; Bi-Lo Holdings, LLC; and Kraft Heinz*
*Foods Company*

*/s/ David B. Esau*
David B. Esau
Kristin A. Gore
Garth T. Yearick
Amanda R. Jesteadt
**CARLTON FIELDS, P.A.**
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
T: (561) 659-7070
F: (561) 659-7368
desau@carltonfields.com
kgore@carltonfields.com
gyearick@carltonfields.com
ajesteadt@carltonfields.com

Roger S. Kobert
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
T: (212) 785-2577
F: (212) 785-5203
rkobert@carltonfields.com

Aaron A. Holman
Chelsey J. Clements
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
T: (407) 849-0300
F: (407) 648-9099
aholman@carltonfields.com
cclements@carltonfields.com

Scott L. Menger
2029 Century Park East, Suite 1200
Los Angeles, California 90067
T: (310) 843-6300
F: (301) 843-6301
smenger@carltonfields.com

*Counsel for Cheney Brothers, Inc.; Subway*
*Protein Litigation Corp., as Litigation*
*Trustee of the Subway® Protein Litigation*
*Trust; Buffalo Wild Wings, Inc.; Jimmy*
*John's Buying Group SPV, LLC; Sonic*

8

*Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc.; and Restaurant Services, Inc.*

*/s/ Philip J. Iovieno*
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Lawrence S. Brandman
Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Elizabeth R. Moore
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, New York 10281
T: (212) 504-6000
philip.iovieno@cwt.com
nicholas.gravante@cwt.com
lawrence.brandman@cwt.com
jack.stern@cwt.com
gillian.burns@cwt.com
mark.singer@cwt.com
elizabeth.moore@cwt.com

*Counsel for MDL DAPs Jetro Holdings, LLC
and BJ's Wholesale Club, Inc. and Co-Counsel for Plaintiffs Kraft Heinz Foods Company; Winn-Dixie Stores, Inc.; and Bi-
Lo Holdings, LLC*

*By: /s/ Samuel J. Randall*
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
Douglas H. Patton
Samuel J. Randall
Michael A. Ponzoli
**KENNY NACHWALTER, P.A.**
1441 Brickell Avenue, Suite 1100

*/s/ Scott E. Gant*
Scott E. Gant
Michael S. Mitchell
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave., NW
Washington, DC 20005
T: 202-237-2727
sgant@bsfllp.com
mmitchell@bsfllp.com

Colleen Harrison
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, New York 10504
T: (914) 749-8204
charrison@bsfllp.com

Sarah L. Jones
**BOIES SCHILLER FLEXNER LLP**
725 South Figueroa Street
Los Angeles, California 90017
sjones@bsfllp.com

*Counsel for MDL DAPs Sysco Corporation and Amory Investments LLC*

*By: /s/ David P. Germaine*
Paul E. Slater
Joseph M. Vanek
David P. Germaine
Phillip F. Cramer
Alberto Rodriguez
Jeffrey H. Bergman
**SPERLING & SLATER, LLC**
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
T: (312) 641-3200
F: (312) 641-6492

Miami, Florida 33131  
T: (305) 373-1000  
F: (305) 372-1861  
rarnold@knpa.com  
wblechman@knpa.com  
kmurray@knpa.com  
dpatton@knpa.com  
srandall@knpa.com  
mponzoli@knpa.com  

pes@sperling-law.com  
jvanek@sperling-law.com  
dgermaine@sperling-law.com  
pcramer@sperling-law.com  
arodriguez@sperling-law.com  
jbergman@sperling-law.com  

*Counsel for The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., Save Mart Supermarkets, and US Foods, Inc.*

By: */s/ Christopher P. Wilson*  
William C. Lavery  
Christopher P. Wilson  
Danielle Morello  
Wyatt M. Carlock  
**BAKER BOTTS LLP**  
700 K Street NW  
Washington, DC 20001  
Telephone: (202) 639-7700  
Facsimile: (202) 539-7890  
william.lavery@bakerbotts.com  
christopher.wilson@bakerbotts.com  
danielle.morello@bakerbotts.com  
wyatt.carlock@bakerbotts.com  

*Counsel for Direct Action Plaintiff ALDI Inc.*

*Counsel for Direct Action Plaintiffs Associated Grocers of the South, Inc., Dollar General Corporation, Dolgencorp, LLC, Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc., Raley's, United Natural Foods, Inc., Supervalu, Inc., Associated Grocers of Florida, Inc., Unified Grocers, Inc., Tony's Fine Foods, and Wakefern Food Co.*

|  | */s/ Tiffany Rider Rohrbaugh* |
|  | Rachel J. Adcox (*pro hac vice*) |
|  | Tiffany Rider Rohrbaugh (*pro hac vice*) |
|  | Lindsey Strang Aberg (*pro hac vice*) |
|  | Brandon Boxbaum (*pro hac vice*) |
|  | Allison Vissichelli (*pro hac vice*) |
|  | Keith Holleran (*pro hac vice*) |
|  | AXINN, VELTROP & HARKRIDER LLP |
|  | 1901 L Street NW |
|  | Washington, DC 20036 |
|  | (202) 912-4700 |
|  | radcox@axinn.com |
|  | trider@axinn.com |
|  | lstrang@axinn.com |
|  | bboxbaum@axinn.com |
|  | avissichelli@axinn.com |
|  | kholleran@axinn.com |
|  |  |
|  | Jarod Taylor (*pro hac vice*) |
|  | AXINN, VELTROP & HARKRIDER LLP |
|  | 90 State House Square |
|  | Hartford, CT 06103 |
|  | (860) 275-8109 |
|  | jtaylor@axinn.com |
|  |  |
|  | Kail Jethmalani (*pro hac vice*) |
|  | Craig M. Reiser (*pro hac vice*) |
|  | Andrea Rivers (*pro hac vice*) |
|  | Victoria J. Lu (*pro hac vice*) |
|  | AXINN, VELTROP & HARKRIDER LLP |
|  | 114 West 47th Street |
|  | New York, NY 10036 |
|  | (212) 728-2200 |
|  | kjethmalani@axinn.com |
|  | creiser@axinn.com |
|  | arivers@axinn.com |
|  | vlu@axinn.com |
|  |  |
|  | David P. Graham (#0185462) |
|  | DYKEMA GOSSETT PLLC |
|  | 4000 Wells Fargo Center |
|  | 90 South Seventh Street |

| | |
|---|---|
| | Minneapolis, MN 55402<br>(612) 486-1521<br>dgraham@dykema.com<br><br>***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*** |
| */s/ Mark L. Johnson*<br>Mark L. Johnson (#0345520)<br>Davida S. McGhee (#0400175)<br>GREENE ESPEL PLLP<br>222 South Ninth Street, Suite 2200<br>Minneapolis, MN 55402<br>(612) 373-0830<br>mjohnson@greeneespel.com<br>dwilliams@greeneespel.com<br><br>Daniel Laytin, P.C. (*pro hac vice*)<br>Christa Cottrell, P.C. (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 861-2000<br>daniel.laytin@kirkland.com<br>christa.cottrell@kirkland.com<br><br>***Counsel for Clemens Food Group, LLC and The Clemens Family Corporation*** | */s/ Craig. S. Coleman*<br>Richard A. Duncan (#0192983)<br>Aaron D. Van Oort (#0315539)<br>Craig S. Coleman (#0325491)<br>Emily E. Chow (#0388239)<br>Isaac B. Hall (#0395398)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>(612) 766-7000<br>richard.duncan@faegredrinker.com<br>aaron.vanoort@faegredrinker.com<br>craig.coleman@faegredrinker.com<br>emily.chow@faegredrinker.com<br>isaac.hall@faegredrinker.com<br><br>Jacob D. Bylund (*pro hac vice*)<br>Stephanie A. Koltookian (*pro hac vice*)<br>Robert C. Gallup (#0399100)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>801 Grand Ave., 33rd Floor<br>Des Moines, IA 50309<br>(515) 248-9000<br>jacob.bylund@faegredrinker.com<br>stephanie.koltookian@faegredrinker.com<br>robert.gallup@faegredrinker.com<br><br>Jonathan H. Todt (*pro hac vice*)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1500 K Street NW, Suite 1100<br>Washington, DC 20005 |

| | (202) 842-8800<br>jonathan.todt@faegredrinker.com<br><br>John S. Yi (*pro hac vice*)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2200<br>Philadelphia, PA 19103<br>(215) 988-2700<br>john.yi@faegredrinker.com<br><br>***Counsel for Hormel Foods Corporation*** |
|---|---|
| */s/ Peter H. Walsh*<br>Peter H. Walsh (#0388672)<br>HOGAN LOVELLS US LLP<br>80 South Eighth Street, Suite 1225<br>Minneapolis, MN 55402<br>(612) 402-3000<br>peter.walsh@hoganlovells.com<br><br>William L. Monts (*pro hac vice*)<br>Justin W. Bernick (*pro hac vice*)<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>(202) 637-5600<br>william.monts@hoganlovells.com<br>justin.bernick@hoganlovells.com<br><br>***Counsel for Agri Stats, Inc.*** | */s/ Christopher A. Smith*<br>Aaron Chapin (#0386606)<br>Christopher A. Smith (*pro hac vice*)<br>Tessa K. Jacob (*pro hac vice*)<br>A. James Spung (*pro hac vice*)<br>Jason Husgen (*pro hac vice*)<br>Sarah L. Zimmerman (MDL registered)<br>Kate Ledden (MDL registered)<br>Tanner Cook (MDL registered)<br>HUSCH BLACKWELL LLP<br>190 Carondelet Plaza, Ste 600<br>St. Louis, MO 63105<br>Telephone: (314) 480-1500<br>aaron.chapin@huschblackwell.com<br>chris.smith@huschblackwell.com<br>tessa.jacob@huschblackwell.com<br>james.spung@huschblackwell.com<br>jason.husgen@huschblackwell.com<br>sarah.zimmerman@huschblackwell.com<br>kate.ledden@huschblackwell.com<br>tanner.cook@huschblackwell.com<br><br>***Counsel for Triumph Foods, LLC*** |
| */s/ William L. Greene*<br>William L. Greene (#0198730)<br>Peter J. Schwingler (#0388909)<br>William D. Thomson (#0396743)<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402 | */s/ Jessica J. Nelson*<br>Donald G. Heeman (#0286023)<br>Jessica J. Nelson (#0347358)<br>Randi J. Winter (#0391354)<br>SPENCER FANE LLP<br>100 South Fifth Street, Suite 1900<br>Minneapolis, MN 55402-4206 |

| | |
|---|---|
| (612) 335-1500<br>william.greene@stinson.com<br>peter.schwingler@stinson.com<br>william.thomson@stinson.com<br><br>J. Nicci Warr (*pro hac vice*)<br>STINSON LLP<br>7700 Forsyth Blvd., Suite 1100<br>St. Louis, MO 63105<br>(314) 863-0800<br>nicci.warr@stinson.com<br><br>***Counsel for Seaboard Foods LLC and Seaboard Corporation*** | (612) 268-7000<br>dheeman@spencerfane.com<br>jnelson@spencerfane.com<br>rwinter@spencerfane.com<br><br>Michael B. Carlinsky (*pro hac vice*)<br>Sami H. Rashid (*pro hac vice*)<br>Richard T. Vagas (*pro hac vice*)<br>David B. Adler (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>michaelcarlinsky@quinnemanuel.com<br>samirashid@quinnemanuel.com<br>richardvagas@quinnemanuel.com<br>davidadler@quinnemanuel.com<br><br>***Counsel for JBS USA Food Company*** |
| */s/ John A. Cotter*<br>John A. Cotter (#0134296)<br>John A. Kvinge (#0392303)<br>LARKIN HOFFMAN DALY & LINDGREN LTD.<br>8300 Norman Center Drive, Suite 1000<br>Minneapolis, MN 55427-1060<br>(952) 835-3800<br>jcotter@larkinhoffman.com<br>jkvinge@larkinhoffman.com<br><br>Richard Parker (*pro hac vice*)<br>Josh Lipton (*pro hac vice*)<br>GIBSON, DUNN &CRUTCHER, LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>(202) 955-8500<br>rparker@gibsondunn.com<br>jlipton@gibsondunn.com<br><br>Brian Robison (*pro hac vice*)<br>BROWN FOX PLLC | |

| | |
|---|---|
| 6303 Cowboys Way, Suite 450<br>Frisco, TX 75034<br>(972) 707-1809<br>brian@brownfoxlaw.com<br><br>***Counsel for Smithfield Foods, Inc.*** | |