# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT BY DIRECT ACTION DAPS | Civil No. 18-cv-1776-JRT-JFD<br><br>The Honorable Judge John R. Tunheim |

## NOTICE OF HEARING ON DEFENDANTS' JOINT MOTION TO DISMISS THE DIRECT-ACTION PLAINTIFFS' CLAIMS

**PLEASE TAKE NOTICE** that the undersigned Defendants' Joint Motion to Dismiss the Direct-Action Plaintiffs' Claims will be heard before the Honorable John R. Tunheim at a time and place to be determined by the Court.

1

| | |
|---|---|
| Dated: January 20, 2023 | /s/ Richard Parker |
| | Richard Parker (*pro hac vice*) |
| | Josh Lipton (*pro hac vice*) |
| | GIBSON, DUNN &CRUTCHER, LLP |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036-5306 |
| | (202) 955-8500 |
| | rparker@gibsondunn.com |
| | jlipton@gibsondunn.com |
| | |
| | Brian Robison (*pro hac vice*) |
| | BROWN FOX PLLC |
| | 6303 Cowboys Way, Suite 450 |
| | Frisco, TX 75034 |
| | (972) 707-1809 |
| | brian@brownfoxlaw.com |
| | |
| | John A. Cotter (#0134296) |
| | John A. Kvinge (#0392303) |
| | LARKIN HOFFMAN DALY & LINDGREN LTD. |
| | 8300 Norman Center Drive, Suite 1000 |
| | Minneapolis, MN 55427-1060 |
| | (952) 835-3800 |
| | jcotter@larkinhoffman.com |
| | jkvinge@larkinhoffman.com |
| | |
| | ***Counsel for Smithfield Foods, Inc.*** |

| | |
|---|---|
| */s/ Daniel E. Laytin, P.C.* | */s/ Craig S. Coleman* |
| Mark L. Johnson (#0345520) | Richard A. Duncan (#0192983) |
| Davida S. McGhee (#0400175) | Aaron D. Van Oort (#0315539) |
| GREENE ESPEL PLLP | Craig S. Coleman (#0325491) |
| 222 South Ninth Street, Suite 2200 | Emily E. Chow (#0388239) |
| Minneapolis, MN 55402 | Isaac B. Hall (#0395398) |
| (612) 373-0830 | FAEGRE DRINKER BIDDLE & REATH LLP |
| mjohnson@greeneespel.com | 2200 Wells Fargo Center |
| dwilliams@greeneespel.com | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| Daniel Laytin, P.C. (*pro hac vice*) | (612) 766-7000 |
| Christa Cottrell, P.C. (*pro hac vice*) | richard.duncan@faegredrinker.com |
| Jenna M. Stupar (*pro hac vice*) | aaron.vanoort@faegredrinker.com |
| KIRKLAND & ELLIS LLP | craig.coleman@faegredrinker.com |
| 300 North LaSalle | emily.chow@faegredrinker.com |
| Chicago, IL 60654 | isaac.hall@faegredrinker.com |
| (312) 861-2000 | |
| daniel.laytin@kirkland.com | Jacob D. Bylund (*pro hac vice*) |
| christa.cottrell@kirkland.com | Stephanie A. Koltookian (*pro hac vice*) |
| Jenna.stupar@kirkland.com | Robert C. Gallup (#0399100) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| **Counsel for Clemens Food Group, LLC and The Clemens Family Corporation** | 801 Grand Ave., 33rd Floor |
| | Des Moines, IA 50309 |
| | (515) 248-9000 |
| | jacob.bylund@faegredrinker.com |
| | stephanie.koltookian@faegredrinker.com |
| | robert.gallup@faegredrinker.com |
| | |
| | John S. Yi (*pro hac vice*) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | One Logan Square, Suite 2200 |
| | Philadelphia, PA 19103 |
| | (215) 988-2700 |
| | john.yi@faegredrinker.com |
| | |
| | Jonathan H. Todt (*pro hac vice*) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 1500 K Street NW, Suite 1100 |
| | Washington, DC 20005 |
| | (202) 842-8800 |
| | jonathan.todt@faegredrinker.com |
| | |
| | **Counsel for Hormel Foods Corporation and Hormel Foods, LLC** |

3

| | |
|---|---|
| */s/ Sami H. Rashid* | */s/ William L. Greene* |
| Sami H. Rashid (*pro hac vice*) | William L. Greene (#0198730) |
| Michael B. Carlinsky (*pro hac vice*) | Peter J. Schwingler (#0388909) |
| Richard T. Vagas (*pro hac vice*) | William D. Thomson (#0396743) |
| David B. Adler (*pro hac vice*) | Jon W. Ripa (#0402069) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | STINSON LLP |
| 51 Madison Avenue, 22nd Floor | 50 South Sixth Street, Suite 2600 |
| New York, NY 10010 | Minneapolis, MN 55402 |
| (212) 849-7000 | (612) 335-1500 |
| samirashid@quinnemanuel.com | william.greene@stinson.com |
| michaelcarlinsky@quinnemanuel.com | peter.schwingler@stinson.com |
| richardvagas@quinnemanuel.com | william.thomson@stinson.com |
| davidadler@quinnemanuel.com | jon.ripa@stinson.com |
| | |
| Donald G. Heeman (#0286023) | J. Nicci Warr (*pro hac vice*) |
| Jessica J. Nelson (#0347358) | STINSON LLP |
| Randi J. Winter (#0391354) | 7700 Forsyth Blvd., Suite 1100 |
| SPENCER FANE LLP | St. Louis, MO 63105 |
| 100 South Fifth Street, Suite 1900 | (314) 863-0800 |
| Minneapolis, MN 55402-4206 | nicci.warr@stinson.com |
| (612) 268-7000 | |
| dheeman@spencerfane.com | ***Counsel for Seaboard Foods LLC*** |
| jnelson@spencerfane.com | |
| rwinter@spencerfane.com | |
| | |
| ***Counsel for JBS USA Food Company*** | |

| | |
|---|---|
| */s/ Christopher A. Smith* | */s/ Tiffany Rider Rohrbaugh* |
| Aaron Chapin (#0386606) | Tiffany Rider Rohrbaugh (*pro hac vice*) |
| Christopher A. Smith (*pro hac vice*) | Rachel J. Adcox (*pro hac vice*) |
| Tessa K. Jacob (*pro hac vice*) | AXINN, VELTROP & HARKRIDER LLP |
| A. James Spung (*pro hac vice*) | 1901 L Street NW |
| Jason Husgen (*pro hac vice*) | Washington, DC 20036 |
| HUSCH BLACKWELL LLP | (202) 912-4700 |
| 190 Carondelet Plaza, Ste 600 | trider@axinn.com |
| St. Louis, MO 63105 | radcox@axinn.com |
| Telephone: (314) 480-1500 | |
| aaron.chapin@huschblackwell.com | Jarod Taylor (*pro hac vice*) |
| chris.smith@huschblackwell.com | AXINN, VELTROP & HARKRIDER LLP |
| tessa.jacob@huschblackwell.com | 90 State House Square |
| james.spung@huschblackwell.com | Hartford, CT 06103 |
| jason.husgen@huschblackwell.com | (860) 275-8109 |
| | jtaylor@axinn.com |
| **Counsel for Triumph Foods, LLC** | |
| | David P. Graham (#0185462) |
| | DYKEMA GOSSETT PLLC |
| | 4000 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402 |
| | (612) 486-1521 |
| | dgraham@dykema.com |
| | |
| | **Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.** |

*/s/ William L. Monts III*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

**Counsel for Agri Stats, Inc.**