# EXHIBIT A



# THE ANNUAL MEAT CONFERENCE



the BEST IN MEAT on one PLATE

**FEBRUARY 22-24, 2015**

**GAYLORD OPRYLAND RESORT & CONVENTION CENTER**

**NASHVILLE, TENNESSEE**





THE VOICE OF FOOD RETAIL

**www.meatconference.com**

## THE ANNUAL MEAT CONFERENCE AIMS TO SATISFY YOUR APPETITE FOR LEARNING AND PROFESSIONAL GROWTH AND BRINGS YOU THE BEST IN MEAT ON ONE PLATE!

- Understand the global market to remain competitive into the future.
- Foster new supplier and retailer partnerships through networking and social activities.
- Learn about current consumer trends, needs and behaviors to improve your offerings and increase sales.
- Discover new technologies in packaging and product freshness applications.
- See and taste a variety of new products offered by suppliers from across the country.
- Become better prepared to take on the challenges of today and tomorrow.



**NEW FOR 2015!**

The Annual Meat Conference has combined the traditional Innovative Technology Solutions Exhibit with the Product Tasting Reception to create one larger and longer exhibit opportunity. We anticipate more than 75 exhibiting companies to showcase their meat and poultry products, as well as state-of-the-art technology, to more than 200 retailer representatives. This is the only event dedicated to the retail segment of the meat and poultry industry.

This new exhibit opportunity will still be the feast of great tastes that has always been showcased during the Product Tasting Reception, with the addition of innovative technology and services retailers need to improve their bottom line.

Join your meat and poultry industry colleagues at the one and only meat retail event of the year!

### Register today at meatconference.com

# SCHEDULE-AT-A-GLANCE



## SUNDAY, FEBRUARY 22

| | |
|---|---|
| 10:00 am – 6:00 pm | Registration |
| 1:00 pm – 1:15 pm | Welcome and Opening Remarks |
| 1:15 pm – 2:15 pm | Opening General Session<br>**Securing the Perimeter: The Red, White and Green of Retail Branding**<br>John Rand, Senior Vice President, Kantar Retail |
| 2:15 pm – 2:30 pm | Break |
| 2:30 pm – 3:30 pm | Concurrent Workshops (3)<br>• **Dietary Guidelines: Implications for the Industry**<br>• **Navigating the Growing Consumer Demand for Natural and Organic Meat**<br>• **Food Safety: Focus on Salmonella** |
| 3:30 pm – 3:45 pm | Break |
| 3:45 pm – 4:45 pm | General Session<br>**The Big Fat Surprise**<br>Nina Teicholz, Author |
| 4:45 pm – 6:15 pm | Welcome Reception<br>*Sponsored by:*  |

## MONDAY, FEBRUARY 23

| | |
|---|---|
| 7:00 am – 6:00 pm | Registration |
| 7:00 am – 8:00 am | Breakfast |
| 8:00 am – 10:00 am | General Session<br>**The Economy and Its Impact on Your Business**<br>Randy Blach, CEO, CattleFax<br>Steve Meyer, Ph.D., President, Paragon Economics, Inc. |
| 10:00 am – 10:30 am | Break |
| 10:30 am – 11:30 am | Concurrent Workshops (3)<br>• **Social Media: Shopper Engagement as the New Currency**<br>• **Winning Customers in a Volatile Price Environment**<br>• **Modern Agriculture and Your Business** |

**Register today at meatconference.com**

## MONDAY, FEBRUARY 23 *(continued)*

| | |
|---|---|
| 11:30 am – 12:00 pm | Break |
| 12:00 pm – 1:00 pm | General Session<br>**Meat in America: Past, Present, Future**<br>Maureen Ogle, Ph.D., Historian and Author |
| 1:00 pm – 6:00 pm | Exhibit Hall Open<br>(Includes Innovative Technology Solutions Exhibit and Product Tasting Reception; lunch provided) |

## TUESDAY, FEBRUARY 24

| | |
|---|---|
| 7:00 am – 10:00 am | Registration |
| 7:00 am – 8:00 am | Breakfast |
| 8:00 am – 9:00 am | General Session<br>**Visual Journey of Global Retail and Meat Trends**<br>Neil Stern, Senior Partner, Ebeltoft USA/McMillanDoolittle |
| 9:00 am – 9:15 am | Break |
| 9:15 am – 10:15 am | Concurrent Workshops (3)<br>• **Capturing the Growth Opportunity in Value-Added Meat**<br>• **The Changing Face of Supermarket Foodservice and the Keys to Long-Term Success**<br>• **Regulatory Update** |
| 10:15 am – 10:30 am | Break |
| 10:30 am – 12:00 pm | Closing General Session<br>**The Power of Meat: An In-Depth Look at Meat Through the Shoppers' Eyes**<br>Anne-Marie Roerink, Principal, 210 Analytics, LLC<br>*Sponsored by:* Sealed Air Food Care |

**Register today at meatconference.com**

# GENERAL SESSION HIGHLIGHTS

### Securing the Perimeter: The Red, White and Green of Retail Branding

There are four generations in the modern marketplace, more competition than ever before, and forces of disruption everywhere you look. But the fresh perimeter of the store - meat, dairy, bakery and produce - are more than ever the core engines to attract and retain supermarket shoppers. More than any other set of products, the fresh perimeter is where retailers create and sustain their brand - and meat may be the most critical component of the perimeter. What are shoppers looking for and how does the perimeter best serve their needs? What are the possible strategies for meat in an increasingly fragmented marketplace, and how does meat integrate into an overall retail strategy? Combining high-level data, local observation, and a look into the crystal ball, we will examine the intersection of execution, message, and change that can create successful retailing going forward.



**John Rand**, Senior Vice President, Kantar Retail

### The Big Fat Surprise

Investigative journalist Nina Teicholz reveals the unthinkable: that everything we thought we knew about dietary fats is wrong. She documents how the past sixty years of low-fat nutrition advice has amounted to a vast uncontrolled experiment on the entire population, with disastrous consequences for our health. Join us as Teicholz shows how the misinformation about saturated fats took hold in the scientific community as well as the public imagination, and how recent findings overturn these beliefs, making the case that we have been needlessly avoiding meat, cheese, whole milk and eggs for decades.



**Nina Teicholz**, Author

### The Economy and Its Impact on Your Business

The world has changed and shoppers have changed with it. Find out how you may need to adapt your business because of consumer spending trends, unemployment rates and industry capacity. Explore the impact of economic trends on the livestock, poultry and meat retail industries. In today's world, understanding economic trends and how they may affect your business is essential to your operation.



**Randy Blach**, CEO, CattleFax



**Steve Meyer, Ph.D.**, President, Paragon Economics

### Meat in America: Past, Present, Future

The American method of meat production, the world's most efficient such system, has been shaped by four hundred years of both domestic and global demand. These days, many consumer and environmental activists argue those efficiencies threaten the environment as well as human and animal health. Maureen Ogle will discuss the history of U.S. livestock production and meat processing, including its impact on our national identity, and the recent history of the assault on meat production. Finally, she will describe other challenges, including Asian demand and technologies such as laboratory-grown "meat," that livestock producers and meat processors will confront in the future.



**Maureen Ogle, Ph.D.**, Historian and Author

**Register today at meatconference.com**

# GENERAL SESSION HIGHLIGHTS

## Visual Journey of Global Retail and Meat Trends

Global change in retail is accelerating at an unprecedented pace. New formats and new trends in visual merchandising are popping up around the world that will have a future impact on trends back in the U.S., and specifically as it relates to the meat department. What's happening with small stores? Who is upping the ante in delivering amazing experiences? What are the next disruptive business models? What are the big trends in display, signage and presentation that can provide an inspiration for the U.S. market? Who is doing interesting and innovative things in the meat department? This presentation will visually take us inside some of the latest global formats and offer a peek into the future.



**Neil Stern**, Senior Partner, Ebeltoft USA/McMillanDoolittle

## *The Power of Meat*: An In-Depth Look at Meat Through the Shoppers' Eyes

Unveiled at the conference, year ten of the *Power of Meat* brings an in-depth understanding of shopper habits regarding meat and poultry pre-trip, in-store and at home.

- Is meat a planned purchase or impulse item? Understand how shoppers prepare for the trip and the importance of in-store execution.
- Where do shoppers buy meat and poultry and why? Learn about channel shifting within the traditional channels along with emerging competition from farmers' markets and online sources.
- How does the meat purchasing decision stack up? Understand the importance of price and value versus quality, convenience, nutrition and customer service.
- What do shoppers purchase and how much influence do mega trends have? We'll cover the importance of local, natural and organic, GMOs, health and wellness, sustainable and more on the meat/poultry purchase.
- What are some of the meal preparation and consumption trends? Learn about shifts between and across proteins along with changes in preferred preparation.
- How does the retail industry perform in meeting shopper expectations? Learn about areas of strength and opportunity in the shopper scorecard and suggestions for improvement.



**Anne-Marie Roerink**, Principal, 210 Analytics, LLC

**Sponsored by**
*Cryovac-A Division of Sealed Air*



**Register today at meatconference.com**

# CONFERENCE INFORMATION

## HOTEL INFORMATION

Gaylord Opryland Resort & Convention Center
2800 Opryland Drive
Nashville, TN  37214
615.889.1000

Room rate: Single/Double - $189/night

A daily resort fee of $18 will be added and includes complimentary internet, fitness club access and designated in-room beverages to all guest rooms booked within the AMC block.

To make reservations, please use the link below or call the Gaylord Opryland Resort & Convention Center at 877.351.5021 by **Friday, January 30, 2015**. We encourage you to make your reservations early as the hotel may sell out before this date. Reservations made after the cutoff date will be accepted on a space-available basis and higher rates may apply. Be sure to mention the AMI/FMI Annual Meat Conference to receive the special group rate.

Reservations can be made online at www.meatconference.com/location.

## REGISTRATION INFORMATION

Please visit www.meatconference.com to register online.

**Registration Rates:**
**Retailer/Wholesaler $745**
**Exhibitor/Broker Representative $745**
**Non-member retailer/wholesaler $1500**
**Non-exhibiting supplier/broker (member) $1500**
**Non-exhibiting supplier/broker (non-member) $2250**
**Companion/Spouse $100**

## SPECIAL OFFERS:

**Early-Bird Discount:** Register by January 9, 2015, and receive $100 off!
*Exhibiting Brokers/Suppliers and FMI Retail/Wholesaler members only*

**Buy 2, Get 1 Free:** *FMI supermarket retailer/wholesaler members only.*

Your conference registration entitles you to a complimentary copy of the **2015 Power of Meat**

*Sponsored by:* 

*For more information about the conference, please visit www.meatconference.com*



## QUESTIONS

**REGISTRATION**
Valencia Covington
202.220.0844
register@fmi.org

**EXHIBITS**
Eric Zito
202.587.4223
ezito@meatami.com

**EDUCATION AND CONFERENCE PLANNING**
Laurie Gethin
Food Marketing Institute
202.220.0715
lgethin@fmi.org

Ann Wells
North American Meat Association
202.640.5333 x103
ann@meatassociation.com

## SPONSORS










## CONFERENCE PARTNERS










**Register today at meatconference.com**

**WE'VE DESIGNED THIS PROGRAM FOR OUR PEERS AND INDUSTRY PARTNERS…PLEASE JOIN US!**

## 2015 Annual Meat Conference Planning Committee

**Wendyjean Bennett**, Committee co-chair
Director, Customer Marketing
Tyson Foods, Inc.

**Mark Westmoland**, Committee Co-chair
Director of Meat Operations and Procurement
Associated Grocers, Inc.

**Lee Bonecutter**
Vice President
FPL Food LLC

**Dale A. Brazdis**
Senior Vice President, Perishables
Gelson's Markets

**Bruce Brooking**
Vice President, Case Ready Meat
Alex Lee, Inc.

**Jim Ethridge**
Executive Director, Strategic Account Management
National Cattlemen's Beef Association

**Robert Fields**
Senior Merchandise Director, Fresh Meat,
Seafood and Deli
Sam's Club

**John Hagerla**
President, Sales and Marketing
Hartley Ranch Angus Beef

**Steve Holloway**
Meat and Seafood Director
K-VA-T Food Stores, Inc.

**Gregg Ibes**
Vice President, Sales
Everson Spice Company, Inc.

**Jim Jones**
Vice President, Marketing
Food Technology Service Inc.

**Jerry Kelly**
National Retail Account Manager
Sealed Air Corporation

**Luke LaPerriere**
Vice President, Meat, Case Meat
Harris Teeter, Inc.

**Gary Luechauer**
Director of Meat, Seafood and Deli/Bakery Procurement
The Kroger Co.

**Edward R. Meyer**
Vice President, Meat, Deli, Seafood and Prepared Foods
Schnuck Markets, Inc.

**Ryan Mills**
Director of Food Chain Coordination
National Pork Board

**Matt Monkiewicz**
Vice President, Marketing
Kayem Foods Inc.

**Kelly R. Mortensen**
Meat Director
Associated Food Stores, Inc.

**Tom Super**
Vice President, Communications
National Chicken Council

**Rich Thoma**
Vice President, Sales and Marketing
Yerecic Label

**Jeff Trafford**
Senior Director, US Market Development
Canada Beef, Inc.

**Michael Uetz**
Principal
Midan Marketing

**Michael Wallace**
Vice President, Perishables
Affiliated Foods Midwest Cooperative, Inc.

**Michael Watts**
Category Manager - Beef, Veal and Lamb
Delhaize America

**Keith Welty**
Vice President, Marketing
National Beef Packing Company, LLC

**Randy Whittemore**
Executive Account Manager
Certified Angus Beef, LLC

**Keith Williams**
Vice President, Communications and Marketing
National Turkey Federation

**Patrick Yorek**
Director of Retail Operations
Lund Food Holdings, Inc.

**Register today at meatconference.com**



2345 Crystal Drive
Suite 800
Arlington, VA 22202

*"It is THE show to attend if you are in any way involved in the meat retail business."*

*"I learned a lot from sharing ideas and best practices and discussing opportunities with others in my field."*

*"It is the only conference where you can meet so many suppliers, see the newest technologies and understand current trends."*