# EXHIBIT C



# ANNUAL MEAT CONFERENCE 2017



*the* BEST IN MEAT *on one* PLATE

## February 19-21, 2017

**HILTON ANATOLE**
**DALLAS, TEXAS**

www.meatconference.com



FMI — THE VOICE OF FOOD RETAIL



NAMI — NORTH AMERICAN MEAT INSTITUTE

The Annual Meat Conference aims to satisfy your appetite for learning and professional growth and brings you the best in meat on one plate!

**93%** of last year's attendees rated the conference as good or very good

- Understand the global market to remain competitive into the future.
- Foster new supplier and retailer partnerships through networking and social activities.
- Learn about top industry issues affecting meat retail sales and operations.
- Discover new technologies in packaging and product freshness applications.
- See and taste a variety of new products offered by suppliers from across the country.
- Become better prepared to take on the challenges of today and tomorrow.

## 2017 Annual Meat Conference Planning Committee

**JERRY KELLY** (Co-Chair)
Sealed Air Corporation

**TOM SARGENT** (Co-Chair)
Albertsons Companies

**PAUL ADAMS**
The Kroger Co.

**JACK BELL**
Sam's Club

**LEE BONECUTTER**
Cargill Case Ready

**ALEX CORBISHLEY**
Target Corporation

**CATHY EAST**
Albertsons Companies

**PETE ECKES**
Global Perishable Strategies

**JIM ETHRIDGE**
National Cattlemen's Beef Association

**PATRICK FLEMING**
National Pork Board

**LAURIE A. GETHIN**
Food Marketing Institute

**JOHN HAGERLA**
Hartley Ranch Angus Beef

**CHRISTOPHER HALLER**
Tyson Foods, Inc.

**GREGG IBES**
Everson Spice Company, Inc.

**LUKE LAPERRIERE**
Harris Teeter LLC

**CODY MARBURGER**
Nolan Ryan Beef

**CHRIS REISNER**
Kayem Foods Inc.

**RICK STEIN**
Food Marketing Institute

**TOM SUPER**
National Chicken Council

**JERRY SUTER**
Meijer, Inc.

**MICHAEL UETZ**
Midan Marketing

**ANN WELLS**
North American Meat Institute

**KEITH WELTY**
National Beef Packing Company, LLC

**MARK G. WESTMOLAND**
Associated Grocers, Inc. (LA)

**RANDY WHITTEMORE**
Certified Angus Beef, LLC

**KEITH WILLIAMS**
National Turkey Federation

**ART YERECIC**
Yerecic Label

**ERIC ZITO**
North American Meat Institute

*Register today at* **meatconference.com**

# Schedule-at-a-Glance

## SUNDAY, FEBRUARY 19

| | |
|---|---|
| **10:00 AM – 6:30 PM** | Registration |
| **1:00 PM – 1:15 PM** | Welcome and Opening Remarks |
| **1:15 PM – 1:30 PM** | Meat Matters Most! Power of Meat Preview |
| **1:30 PM – 2:30 PM** | Opening General Session: Agriculture: Trends, Topics, and Tomorrow |
| **2:30 PM – 2:45 PM** | Break |
| **2:45 PM – 3:30 PM** | *Concurrent Workshops*<br>• Regulatory Update<br>• Personalized Nutrition: An Industry Disruptor?<br>• The Farmer's Perspective and Industry Transparency |
| **3:30 PM – 3:45 PM** | Break |
| **3:45 PM – 4:45 PM** | General Session: The Power of Servant Leadership |
| **4:45 PM – 6:45 PM** | Welcome Reception<br>*Sponsored by:*  |



## MONDAY, FEBRUARY 20

| | |
|---|---|
| **7:00 AM – 5:00 PM** | Registration |
| **7:00 AM – 8:00 AM** | Breakfast |
| **8:00 AM – 9:45 AM** | General Session: Market Outlook for Meat and Poultry |
| **9:45 AM – 10:15 AM** | Break |

*Register today at* **meatconference.com**

**MONDAY, FEBRUARY 20 CONTINUED**

| | |
|---|---|
| **10:15 AM – 11:00 AM** | *Concurrent Workshops*<br>• Market Outlook: Extended Q&A<br>• Making Modern Marketing Work for You<br>• Communicating the Story to Consumers |
| **11:00 AM – 11:15 AM** | Break |
| **11:15 AM – 12:30 PM** | General Session: After the Earthquake:<br>The New Scene in Washington |
| **12:30 PM – 5:00 PM** | Exhibit Hall Open<br>*(includes lunch and reception on exhibit floor)* |

# TUESDAY, FEBRUARY 21

| | |
|---|---|
| **7:00 AM – 10:00 AM** | Registration |
| **7:00 AM – 8:00 AM** | Breakfast |
| **8:00 AM – 9:00 AM** | General Session: Meat Consumer Segmentation |
| **9:00 AM – 9:15 AM** | Break |
| **9:15 AM – 10:00 AM** | *Concurrent Workshops*<br>• Food Safety Modernization Act: What the Meat Department Needs to Know<br>• The Impact of Organic and No Antibiotics Ever Positioning on Total Store Sales<br>• Emerging Consumer Concerns and Issues Management |
| **10:00 AM – 10:15 AM** | Break |
| **10:15 AM – 11:30 AM** | Closing General Session:<br>The Power of Meat: An In-depth Look at Meat Through the Shopper's Eyes<br><br>*Sponsored by:* Sealed Air Re-imagine |

*Register today at* **meatconference.com**

# Program Highlights

### AGRICULTURE: TRENDS, TOPICS, AND TOMORROW



Join us for a thoughtful, entertaining discussion on current events, consumer concerns, regulatory battles, and societal issues affecting the business of Agriculture. This high-energy presentation will look at what Ag does well and where Ag is losing the battle, with sources and stories that are sometimes overlooked by mainstream Agriculture. Hear about challenges and opportunities for the industry, such as consumer opposition to GMOs, the shopping habits of suburbia, why the "cheap food argument" is outdated, how Ag can thrive by realizing there are two sets of global consumers, and why the future is bright. You'll get an update on the state of Agriculture, with real-world examples that will make you both think and laugh.

- **Damian Mason**, *CSP, Business and Agriculture Speaker*

### AFTER THE EARTHQUAKE: THE NEW SCENE IN WASHINGTON



After an exhausting election year, we have a new president and some new faces in Congress. Will they work together better than the last "team of rivals" in the federal power structure? Do they even see the nation's problems the same way? How will agriculture policy and essential government services such as meat inspection and other functions of the USDA and FDA be affected? As senior editor and correspondent on NPR's Washington Desk, Ron Elving covers the stories, the issues, and the people driving Washington decision-making. In his engaging style, Ron will discuss where things stand on the Hill, in the Executive Branch and in the broader body politic.

- **Ron Elving,** *Senior Washington Editor and Correspondent, National Public Radio*

### THE POWER OF SERVANT LEADERSHIP



Servant Leadership is currently practiced in some of America's most admired and successful organizations including Starbucks, Southwest Airlines, AFLAC, Nestlé, Marriott and all branches of the US Military. Servant Leadership, a values and relational based approach to leadership, seeks to create a high-trust culture and involves identifying and meeting the legitimate needs (as opposed to wants) of those entrusted to the care of the leader. Learn about the principles of servant leadership and the skills you can build to improve productivity, creativity, commitment, employee retention, customer service, customer satisfaction, and the bottom line.

- **Jim Hunter,** *Principal/Best-Selling Author, J.D. Hunter Associates, LLC*

### MARKET OUTLOOK FOR MEAT AND POULTRY

  

The economic impact of changing meat, poultry, and livestock supply and demand conditions provide challenges for producers and retailers alike. This session will take an in-depth look at the beef, pork, and poultry markets and explore how factors including weather, animal health, and changing export markets continue to impact domestic availability and prices. Understanding changes in consumer spending and worldwide economic trends, combined with the knowledge of what to expect in livestock markets, will help you prepare for the coming years.

- **Paul Aho,** *Economist and Consultant, Poultry Perspective*
- **Randy Blach,** *CEO, Cattlefax*
- **Steve Meyer,** *Vice President, Pork Analysis, EMI Analytics*

*Register today at* **meatconference.com**

### THE POWER OF MEAT: AN IN-DEPTH LOOK AT MEAT THROUGH THE SHOPPERS' EYES



It's an upside-down world. After years of growing dollars in a volume-challenged marketplace, deflation is profoundly changing the meat purchase yet again. Join us for our number one-rated session for nine years running to see how buying patterns, consumer interest and trends are shifting. The Power of Meat is the peer-recommended, highly valued update on our category's path to purchase, starting with the influence of megatrends and pre-trip planning through in-store tactics and ways to better meet consumer needs.

» Is shopper interest for transparency still growing and what influence do megatrends have?
» How important are promotions and pre-trip planning in today's deflationary environment?
» Are alternative channels continuing to make inroads?
» How does the meat purchasing decision stack up? Has the interplay of price, quality, convenience, nutrition and service changed in today's marketplace?
» What are areas of strength and opportunity as we work to maximize satisfaction, sales and profits?

Join us for the can't-miss state of the industry review to see our world through the eyes of the shopper.

● **Anne-Marie Roerink,** *Principal, 210 Analytics, LLC*

#### Power of Meat Preview
Join us as the conference convenes to hear highlights from the Power of Meat report, which will tie into trends and programming you will see and hear throughout the Annual Meat Conference.

### MEAT CONSUMER SEGMENTATION

 

This session will offer an in-depth look at today's meat consumer segments and provide an understanding of how these segments differ, what characteristics drive those differences and how you can leverage this information to better target your customers. The U.S. consumer market is significantly different today compared to a few years ago. There are more generational and ethnic groups living in the U.S. than ever before and this age/ethnic diversity is influencing food consumption in general and meat consumption in particular. Along with examining the size and demographics of today's different meat consumer segments, the session will explore how personal attitudes and opinions affect meat usage, purchasing behavior, and perceptions of meat products and brands.

● **Danette Amstein,** *Principal, Midan Marketing*
● **Michael Uetz,** *Principal, Midan Marketing*



*Register today at* **meatconference.com**

# Questions

### REGISTRATION

Valencia Covington
Food Marketing Institute
202.220.0662
register@fmi.org

### EXHIBITS AND SPONSORSHIP

Eric Zito
North American Meat Institute
202.587.4223
ezito@meatinstitute.org

### EDUCATION PROGRAM

Laurie Gethin
Food Marketing Institute
202.220.0715
lgethin@fmi.org

Ann Wells
North American Meat Institute
202.587.4252
awells@meatinstitute.org

# SPONSORS

  
  
  

# CONFERENCE PARTNERS

  
    

Funded by The Beef Checkoff

# MEDIA SPONSORS

   
   

# Conference Information

## HOTEL INFORMATION

Hilton Anatole
2201 N Stemmons Fwy
Dallas, TX 75207
Phone: 214.748.1200

*Room rate:* Single/Double - $209/night

Reservations should be made directly with the Hilton Anatole by calling 214.748.1200 or by using the link below for online reservations. We encourage you to make your reservations early, as the hotel may sell out before the conference. Reservations made after the cutoff date will be accepted on a space-available basis and higher rates may apply. Please ask for the NAM (Meat Conference) rate of $209/night. Reservations should be made before **January 25, 2017**.

Hotel reservations can be made online at meatconference.com/content/location

### Beware of hotel poachers!

Please do not book your hotel reservation through any group that reaches out to you directly - they are not associated with our event. Please reserve your room with the official hotel and get the group rate using the information given here.

## REGISTRATION INFORMATION

Please visit **meatconference.com** to register online.

**Registration Rates:**

| | |
|---|---|
| FMI member retailer/wholesaler | $745 |
| Exhibiting supplier/broker | $745 |
| Non-member retailer/wholesaler | $1500 |
| Non-exhibiting supplier/broker (member) | $1500 |
| Non-exhibiting supplier/broker (non-member) | $2250 |
| Companion/Spouse (non-industry guest) | $100 |

## Special Offers:

**EARLY-BIRD DISCOUNT:**
Register by **January 11, 2017**, and receive $100 off! *Exhibiting brokers/suppliers and FMI retailer/wholesaler members only.*

**BUY 2, GET 1 FREE:** FMI supermarket retailer/wholesaler members only. To receive the special FMI retailer/wholesaler offer, three people from the same FMI member company must register for the conference. In order to receive the discount coupon, please email register@fmi.org with the names of the 2 individuals that are REGISTERED and PAID for the event.

**COMPLIMENTARY COPY OF 2017 POWER OF MEAT:**
Your conference registration entitles you to a complimentary copy of the 2017 Power of Meat report, which explores purchasing, preparation and consumption trends through the eyes of the shopper.

SPONSORED BY Sealed Air Re-imagine

**Overall rating of last year's general sessions was 4.5 out of 5**

# A Feast of Great Tastes

Always a crowd favorite, we expect more than 75 exhibiting companies to showcase their meat and poultry products as well as state-of-the-art technology to more than 200 retailer representatives at the annual exhibit event. This is the only conference dedicated to the retail segment of the meat and poultry industry.

**Last year's overall conference rating was 4.35 out of 5.**

**94%** of last year's attendees achieved their networking and learning goals at the Annual Meat Conference

This exhibit opportunity is a feast of great tastes as processors showcase their products, and includes innovative technology and services retailers need to improve their bottom line.

Join your meat and poultry industry colleagues at the one and only meat retail event of the year!

## COMMITTED 2017 EXHIBITORS INCLUDE:

- Amazing Taste Foods, Inc.
- American Foods Group
- Applied Data Corporation
- Beef Products Inc.
- Bob Evans Farms, Inc.
- Borgen Systems
- Branding Iron Holdings
- Brava Meat Company
- BUBBA Foods, LLC
- Butterball, LLC
- Cargill
- Carl Buddig & Company
- Catelli Brothers
- Certified Angus Beef LLC
- Certified Hereford Beef
- Clemens Food Group
- Cooking Made Easy
- Coveris
- Creekstone Farms Premium Beef
- D'Artagnan
- Everson Spice
- Excalibur Seasoning
- Company, Ltd.
- Fieldale
- FPL Food, LLC
- GNP Company
- Golden West Food Group
- Grasselli-SSI
- Hain Pure Protein
- JBS/Pilgrims
- Johnsonville Sausage
- Kayem Foods Inc.
- Land O'Frost
- Man Cave Craft Meats
- Marcho Farms Inc.
- METTLER TOLEDO
- Miller Poultry
- Mountain States Rosen
- Mulay's Sausage Corporation
- Multisorb Technologies
- National Beef
- NH Foods
- Nippon Shokken U.S.A. Inc.
- Pederson's Natural Farms
- Perdue Foods
- Pineland Farms Natural Meats, Inc.
- Premier Proteins
- ProPortion Foods LLC
- Rupari Food Service
- Sanderson Farms Inc.
- Schweid & Sons
- Sealed Air
- Smithfield Foods
- Sonac
- Strauss Brands, Inc.
- Sugardale Foods
- Superior Farms
- Teton Waters Ranch
- The Lamb Company
- Thomas Foods International
- Tyson Foods, Inc.
- Urner Barry
- Volk Enterprises
- Yerecic Label
- Zip-Pak

*Register today at* **meatconference.com**

*Register by January 11, 2017 and receive $100 off!*



"The Annual Meat Conference is our key opportunity to develop and grow relationships with peers and industry leaders. Many innovative products are presented for the first time at this event, so you'll want to ensure that you are seeing what your competition is seeing. And as you look to grow talent within your organization, I strongly urge you to consider bringing those individuals to the conference to take advantage of this outstanding educational and networking event."

— *Tom Sargent, Vice President, Retail Support - West, Meat and Seafood Merchandising, Albertsons Companies, Conference Co-Chair*

"Every year, the Annual Meat Conference gives me the exceptional opportunity to meet new industry colleagues, as well as to re-connect with both retailers and customers. The Meat Conference has consistently proven to be the perfect venue to learn as well as meet with key industry influencers. This is truly a must-attend conference for those in the meat industry."



— *Jerry Kelly, National Business Development Manager, Sealed Air Corporation, Conference Co-Chair*