# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT BY DIRECT ACTION DAPS | Civil No. 18-cv-1776-JRT-JFD<br><br>The Honorable Judge John R. Tunheim |

**DEFENDANTS' JOINT MEET AND CONFER STATEMENT ON
JOINT MOTION TO DISMISS THE DIRECT-ACTION PLAINTIFFS' CLAIMS**

The undersigned counsel, representing Smithfield Foods, Inc. in the above-captioned actions, hereby certify on behalf of all Defendants that the parties have met and conferred on Defendants' Joint Motion to Dismiss the Direct Action Plaintiffs' Claims and that the parties were not able to reach agreement.

[*Remainder of page intentionally left blank.*]

Dated: January 20, 2023

/s/ Richard Parker
Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN &CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
(972) 707-1809
brian@brownfoxlaw.com

John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

*Counsel for Smithfield Foods, Inc.*

| | |
|---|---|
| /s/ Daniel E. Laytin, P.C. | /s/ Craig S. Coleman |
| Mark L. Johnson (#0345520) | Richard A. Duncan (#0192983) |
| Davida S. McGhee (#0400175) | Aaron D. Van Oort (#0315539) |
| GREENE ESPEL PLLP | Craig S. Coleman (#0325491) |
| 222 South Ninth Street, Suite 2200 | Emily E. Chow (#0388239) |
| Minneapolis, MN 55402 | Isaac B. Hall (#0395398) |
| (612) 373-0830 | FAEGRE DRINKER BIDDLE & REATH LLP |
| mjohnson@greeneespel.com | 2200 Wells Fargo Center |
| dwilliams@greeneespel.com | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| Daniel Laytin, P.C. (*pro hac vice*) | (612) 766-7000 |
| Christa Cottrell, P.C. (*pro hac vice*) | richard.duncan@faegredrinker.com |
| Jenna M. Stupar (*pro hac vice*) | aaron.vanoort@faegredrinker.com |
| KIRKLAND & ELLIS LLP | craig.coleman@faegredrinker.com |
| 300 North LaSalle | emily.chow@faegredrinker.com |
| Chicago, IL 60654 | isaac.hall@faegredrinker.com |
| (312) 861-2000 | |
| daniel.laytin@kirkland.com | Jacob D. Bylund (*pro hac vice*) |
| christa.cottrell@kirkland.com | Stephanie A. Koltookian (*pro hac vice*) |
| Jenna.stupar@kirkland.com | Robert C. Gallup (#0399100) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| **Counsel for Clemens Food Group, LLC** | 801 Grand Ave., 33rd Floor |
| **and The Clemens Family Corporation** | Des Moines, IA 50309 |
| | (515) 248-9000 |
| | jacob.bylund@faegredrinker.com |
| | stephanie.koltookian@faegredrinker.com |
| | robert.gallup@faegredrinker.com |
| | |
| | John S. Yi (*pro hac vice*) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | One Logan Square, Suite 2200 |
| | Philadelphia, PA 19103 |
| | (215) 988-2700 |
| | john.yi@faegredrinker.com |
| | |
| | Jonathan H. Todt (*pro hac vice*) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 1500 K Street NW, Suite 1100 |
| | Washington, DC 20005 |
| | (202) 842-8800 |
| | jonathan.todt@faegredrinker.com |
| | |
| | **Counsel for Hormel Foods Corporation and Hormel Foods, LLC** |

*/s/ Sami H. Rashid*
Sami H. Rashid (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
samirashid@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

**Counsel for JBS USA Food Company**

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
Jon W. Ripa (#0402069)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com
jon.ripa@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

**Counsel for Seaboard Foods LLC**

| | |
|---|---|
| */s/ Christopher A. Smith*<br>Aaron Chapin (#0386606)<br>Christopher A. Smith (*pro hac vice*)<br>Tessa K. Jacob (*pro hac vice*)<br>A. James Spung (*pro hac vice*)<br>Jason Husgen (*pro hac vice*)<br>HUSCH BLACKWELL LLP<br>190 Carondelet Plaza, Ste 600<br>St. Louis, MO 63105<br>Telephone: (314) 480-1500<br>aaron.chapin@huschblackwell.com<br>chris.smith@huschblackwell.com<br>tessa.jacob@huschblackwell.com<br>james.spung@huschblackwell.com<br>jason.husgen@huschblackwell.com<br><br>**Counsel for Triumph Foods, LLC** | */s/ Tiffany Rider Rohrbaugh*<br>Tiffany Rider Rohrbaugh (*pro hac vice*)<br>Rachel J. Adcox (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street NW<br>Washington, DC 20036<br>(202) 912-4700<br>trider@axinn.com<br>radcox@axinn.com<br><br>Jarod Taylor (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>(860) 275-8109<br>jtaylor@axinn.com<br><br>David P. Graham (#0185462)<br>DYKEMA GOSSETT PLLC<br>4000 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>(612) 486-1521<br>dgraham@dykema.com<br><br>**Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.** |

*/s/ William L. Monts III*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc.***