| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/JFD) |
| This Document Relates to:<br><br>ALL CONSUMER INDIRECT PURCHASER ACTIONS | **DECLARATION OF MARC H. EDELSON IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES** |

I, Marc H. Edelson, hereby declare and state as follows:

1.  I am a partner of Edelson Lechtzin LLP. I submit this declaration in support of Plaintiffs' Motion for an award of attorneys' fees and expenses in connection with the services rendered, and costs and expenses incurred, in the above-captioned action (the "Action"). I make this declaration based on my personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2.  My firm and I serve as Counsel in this matter for Plaintiffs.

3.  Attached hereto as **Exhibit 1** is my firm's total hours and lodestar, computed at current rates, for the period from July 1, 2021 through December 31, 2022. The total number of hours spent by my firm from July 1, 2021 through and including December 31, 2022 was 55.9 with a corresponding current lodestar of $19,565.00.[1] This summary was prepared from contemporaneous, daily time records regularly prepared and

---

[1] Such time does not include any time expended in completing this declaration.

maintained by the firm. The lodestar amount reflected in **Exhibit 1** is for work assigned

by Plaintiffs' Co-Lead Counsel and was performed by professional staff at my law firm

for the benefit of the Class/Plaintiffs during the aforementioned time periods. In

preparing this time, I followed Co-Lead Counsel's protocol for time keeping and

assignments and have audited my time to comply with that protocol. In connection with

representing Plaintiffs in the Action, from July 1, 2021 through December 31, 2022 my

firm did the following: document review. The hourly rates for the attorneys and

professional staff in my firm reflected in **Exhibit 1** are the usual and customary hourly

rates charged by my firm in similar complex litigation matters.

    4.    From July 1, 2021 through December 31, 2022, my firm has expended a

total of $0.00 in unreimbursed costs and expenses in connection with the prosecution of

the Action. These costs and expenses are set forth in the chart attached as **Exhibit 2** and

reflected on the books and records of my firm. The costs and expenses from July 1, 2021

through and including December 31, 2022 were incurred on behalf of Plaintiffs by my

firm and have not been reimbursed.

    I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct. Executed on January 17, 2023 in Newtown,

Pennsylvania.

                              *s/  Marc H. Edelson*
                              Marc H. Edelson

# EXHIBIT 1

## FIRM NAME

### Reported Hours and Lodestar for the Entire Case Period
Inception of the case through December 31, 2022

| Timekeeper | Professional Status | Hours | Current Rate | Total Lodestar |
|---|---|---|---|---|
| Shoshanna Savett | A | 55.9 | $350 | $19,565.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **Grand Total** |  |  |  |  |

### Reported Hours and Lodestar Following the JBS Settlement
July 1, 2021 through December 31, 2022

| Timekeeper | Professional Status | Hours | Current Rate | Total Lodestar |
|---|---|---|---|---|
| Shoshanna Savett | A | 55.9 | $350 | $19,565.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Grand Total** | | 55.9 | | $19,565.00 |

**Role Legend**

| | |
|---|---|
| P | Partner/Shareholder |
| OC | Of Counsel |
| A | Associate |
| LC | Law Clerk |
| PL | Paralegal |
| I | Investigator |
| SA | Staff Attorney |
| CA | Contract Attorney |

## Exhibit 2

## FIRM NAME

**Expenses Incurred between** July 1, 2021 through December 31, 2022

| Expense Category | Amount Incurred |
|---|---|
| Electronic Research (Lexis/Westlaw/PACER) | |
| Court Costs – Filing Fees | |
| Litigation Fund Contribution | |
| Express Delivery/Messengers | |
| Photocopies – In House | |
| Photocopies - Outside | |
| Postage | |
| Service of Process Fees | |
| Telephone / Fax | |
| Transportation / Meals / Lodging | |
| Experts/Consultant Fees | |
| Court Reporter Service/Hearing Transcript Fees | |
| **TOTAL EXPENSES** | **$0.00** |