# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-1776 (JRT-HB) **MEET AND CONFER STATEMENT** |
| *This Document Relates to*: <br><br> All Consumer Indirect Purchaser Plaintiff Actions | |

     Pursuant to Local Rule 7.1(a)(1), Consumer Indirect Purchaser Plaintiffs (CIPPs) hereby state that their counsel met and conferred with Defendant Smithfield Foods, Inc. ("Smithfield") counsel regarding this motion for an award of attorneys' fees and expenses. Counsel for Defendant Smithfield takes no position on CIPP's motion for attorneys' fees and expenses.

010736-11/1670691 V1

DATED: January 24, 2023　　　　HAGENS BERMAN SOBOL SHAPIRO LLP

By: _/s/ Shana E. Scarlett_
　　　SHANA E. SCARLETT

Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*