UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to*:<br><br>All Consumer Indirect Purchaser Plaintiff Actions | Civil No. 18-1776 (JRT/HB)<br><br>**[PROPOSED] ORDER GRANTING CONSUMER INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |

The above matter came before the Court on the Consumer Indirect Purchaser Plaintiffs' (CIPPs) motion for attorneys' fees and expenses ("Motion").

The Court has reviewed the memorandum submitted by the CIPPs in support of their Motion and has reviewed the various declarations and submissions relating to that motion. The Court held a hearing and appearances were noted on the record.

Based on the record and proceedings before the Court, it is hereby **ORDERED**:

1. The Court has considered the relevant case law and authority and finds that awards of attorneys' fees and reimbursement of expenses to the CIPPs and their counsel are appropriate under Fed. R. Civ. P. 23(h) and Fed. R. Civ. P. 54(d)(2). Notice of the request for fees and reimbursement of expenses was

provided to the potential class members via direct and published notice and a settlement web site that identified relevant documents and pleadings.

2. The Court has considered the reaction of the class members to this fee and reimbursement request.

3. The Court GRANTS the CIPPs' request for attorneys' fees in the amount of $24,975,000.

4. The Court GRANTS the CIPPs' request for reimbursement of expenses in the amount of $2,526,958.37.

5. The Court GRANTS the CIPPs' request for class representative awards in the amount of $2,000 each.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE JOHN R. TUNHEIM
CHIEF JUDGE
UNITED STATES DISTRICT COURT