ERRATA TO EXPERT REPORT OF JAMES MINTERT, Ph.D.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| Location | Original | Correction |
| --- | --- | --- |
| Exhibit 2 (source line) | Multifamily Preservation and Revitalization Guide | Mandatory Price Reporting Guide |

November 7, 2022

_____
James Mintert, Ph.D.