# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Class Actions* | Case No. 18-cv-1776 (JRT/JFD) |

## JOINT STIPULATION TO CONTINUE DEADLINES
## FOR JOINT MOTIONS REGARDING CONTINUED SEALING

Counsel for the undersigned Direct Purchaser Plaintiffs ("DPPs"), Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs"), and Consumer Indirect Purchaser Plaintiffs ("IPPs") (together, "Class Plaintiffs"); and Defendants[1] (collectively, the "Parties") in the above-captioned consolidated action stipulate and hereby jointly request, pursuant to Federal Rules of Civil Procedure 16(b)(5) and D. Minn. Local Rule 16.3, that the Court continue the existing deadlines, as set by D. Minn. Local Rule 5.6(d)(2) ("L.R. 5.6"), for the joint motions regarding continued sealing concerning Class Plaintiffs' motions for class certification and Defendants' motions to exclude expert reports and testimony, as set forth in this stipulation. The Parties previously stipulated, and the Court ordered, an extension these deadlines to make them all due on January 27, 2023, which aligned these deadlines to the deadlines, as set by L.R. 5.6, for the joint motions regarding

---

[1] Agri Stats, Inc.; Clemens Food Group, LLC and Clemens Family Corp.; Hormel Foods Corp.; Seaboard Foods LLC; Triumph Foods, LLC; and Tyson Foods, Inc., Tyson Fresh Meats, Inc. and Tyson Prepared Foods, Inc.

continued sealing concerning Defendants' motions to exclude the reports and testimony of Drs. Mangum, Williams, and Singer (i.e., 21 days after January 6, 2023). *See* ECF Nos. 1661 (Stipulation), 1664 (Order).

The Parties agree that good cause exists to continue the deadline given the length of the Parties' briefs, the number of filings filed under seal by the Parties (including hundreds of sealed exhibits), and the benefit in ensuring that the Parties have sufficient time to meet and confer regarding their positions on continued sealing.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| DPPs and Defendants' Joint Motion Regarding Continued Sealing, including redacted versions of Defendants' omnibus, DPP, and sur-reply briefs opposing class certification | January 27, 2023 | February 10, 2023 |
| CIIPPs and Defendants' Joint Motion Regarding Continued Sealing, including the redacted version of Defendants' CIIPP brief opposing to class certification | January 27, 2023 | February 10, 2023 |
| IPPs and Defendants' Joint Motion Regarding Continued Sealing, including redacted versions of IPPs' brief ISO motion for class certification, Defendants' IPP brief opposing class certification, and IPPs' reply ISO class certification | January 27, 2023 | February 10, 2023 |
| Defendants and DPPs' Joint Motion Regarding Continued Sealing, including the redacted version of Defendants' brief ISO motion to exclude the report and testimony of Dr. Mangum and Defendants' reply brief | January 27, 2023 | February 10, 2023 |

| | | |
|---|---|---|
| Defendants and CIIPPs' Joint Motion Regarding Continued Sealing, including the redacted version of Defendants' brief ISO motion to exclude the report and testimony of Dr. Williams and Defendants' reply brief | January 27, 2023 | February 10, 2023 |
| Defendants and IPPs' Joint Motion Regarding Continued Sealing, including redacted versions of Defendants' brief ISO motion to exclude the report and testimony of Dr. Singer, IPPs' brief opposing the motion, and Defendants' reply brief | January 27, 2023 | February 10, 2023 |

| | |
|---|---|
| Dated: January 27, 2023 | Respectfully submitted,<br><br>*/s/ Joseph C. Bourne*<br>Joseph C. Bourne (MN #0389922)<br>W. Joseph Bruckner (MN #0147758)<br>Brian D. Clark (MN #0390069)<br>Arielle S. Wagner (MN #0398332)<br>Stephen M. Owen (MN # 0399370)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>T: (612) 339-6900<br>jcbourne@locklaw.com<br>wjbruckner@locklaw.com<br>bdclark@locklaw.com<br>aswagner@locklaw.com<br>smowen@locklaw.com<br><br>*/s/ Bobby Pouya*<br>Bobby Pouya<br>Clifford H. Pearson<br>Daniel L. Warshaw<br>Michael H. Pearson<br>PEARSON WARSHAW, LLP<br>15165 Ventura Boulevard, Suite 400 |

4890-6636-9357, v. 1

| | |
|---|---|
| | Sherman Oaks, CA 92403<br>T: (818) 788-8300<br>cpearson@pwfirm.com<br>dwarshaw@pwfirm.com<br>bpouya@pwfirm.com<br>mpearson@pwfirm.com<br><br>Melissa S. Weiner (MN #0387900)<br>PEARSON WARSHAW, LLP<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402<br>T: (612) 389-0600<br>mweiner@pwfirm.com<br><br>Bruce L. Simon<br>Benjamin E. Shiftan<br>Neil Swartzberg<br>PEARSON WARSHAW, LLP<br>350 Sansome Street, Suite 680<br>San Francisco, CA 94104<br>T: (415) 433-9000<br>F: (415) 433-9008<br>bsimon@pwfirm.com<br>bshiftan@pwfirm.com<br>nswartzberg@pwfirm.com<br><br>***Co-Lead Class Counsel for Direct Purchaser Plaintiffs*** |
| */s/ Shawn M. Raiter*<br>Shawn M. Raiter (MN# 240424)<br>LARSON KING, LLP<br>2800 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>T: (651) 312-6518<br>sraiter@larsonking.com<br><br>*/s/ Blaine Finley*<br>Blaine Finley<br>Jonathan W. Cuneo<br>Joel Davidow<br>CUNEO GILBERT & LADUCA, LLP | */s/ Shana E. Scarlett*<br>Shana E. Scarlett<br>Rio Pierce<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com<br>riop@hbsslaw.om<br><br>Steve W. Berman<br>Breanna Van Engelen |

4890-6636-9357, v. 1

| | |
|---|---|
| 4725 Wisconsin Avenue NW, Suite 200<br>Washington, DC 20016<br>T: (202) 789-3960<br>bfinley@cuneolaw.com<br>jonc@cuneolaw.com<br>joel@cuneolaw.com<br><br>*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs* | HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>breannav@hbsslaw.com<br><br>Elaine T. Byszewski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 N. Lake Ave., Suite 920<br>Pasadena, CA 91101<br>Telephone: (213) 330-7150<br>elaine@hbsslaw.com<br><br>Daniel E. Gustafson (#202241)<br>Daniel C. Hedlund (#258337)<br>Michelle J. Looby (#388166)<br>Joshua J. Rissman (#391500)<br>GUSTAFSON GLUEK PLLC<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>jrissman@gustafsongluek.com<br><br>*Counsel for Consumer Indirect Purchaser Plaintiffs* |
| */s/ Craig S. Coleman*<br>Craig S. Coleman (#0325491)<br>Richard A. Duncan (#0192983)<br>Aaron D. Van Oort (#0315539)<br>Emily E. Chow (#0388239)<br>Isaac B. Hall (#0395398)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>2200 Wells Fargo Center | */s/ Jarod Taylor*<br>Jarod Taylor (pro hac vice)<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>(860) 275-8109<br>jtaylor@axinn.com |

| | |
|---|---|
| 90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>(612) 766-7000<br>richard.duncan@faegredrinker.com<br>aaron.vanoort@faegredrinker.com<br>craig.coleman@faegredrinker.com<br>emily.chow@faegredrinker.com<br>isaac.hall@faegredrinker.com<br><br>Jacob D. Bylund (*pro hac vice*)<br>Stephanie A. Koltookian (*pro hac vice*)<br>Robert C. Gallup (#0399100)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>801 Grand Ave., 33rd Floor<br>Des Moines, IA 50309<br>(515) 248-9000<br>jacob.bylund@faegredrinker.com<br>stephanie.koltookian@faegredrinker.com<br>robert.gallup@faegredrinker.com<br><br>Jonathan H. Todt (*pro hac vice*)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1500 K Street NW, Suite 1100<br>Washington, DC 20005<br>(202) 842-8800<br>jonathan.todt@faegredrinker.com<br><br>John S. Yi (*pro hac vice*)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2200<br>Philadelphia, PA 19103<br>(215) 988-2700<br>john.yi@faegredrinker.com<br><br>***Counsel for Hormel Foods Corporation*** | Rachel J. Adcox (*pro hac vice*)<br>Tiffany Rider Rohrbaugh (*pro hac vice*)<br>Kenina J. Lee (*pro hac vice*)<br>Lindsey Strang Aberg (*pro hac vice*)<br>Brandon Boxbaum (*pro hac vice*)<br>Allison Vissichelli (*pro hac vice*)<br>Keith Holleran (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street NW<br>Washington, DC 20036<br>(202) 912-4700<br>radcox@axinn.com<br>trider@axinn.com<br>klee@axinn.com<br>lstrang@axinn.com<br>bboxbaum@axinn.com<br>avissichelli@axinn.com<br>kholleran@axinn.com<br><br>Craig M. Reiser (*pro hac vice*)<br>Kail Jethmalani (*pro hac vice*)<br>Andrea N. Rivers (*pro hac vice*)<br>Victoria J. Lu (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>114 West 47th Street<br>New York, NY 10036<br>(212) 728-2200<br>creiser@axinn.com<br>kjethmalani@axinn.com<br>arivers@axinn.com<br>vlu@axinn.com<br><br>David P. Graham (#0185462)<br>DYKEMA GOSSETT PLLC<br>4000 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>(612) 486-1521<br>dgraham@dykema.com |

|  | *Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.* |
|---|---|
| */s/ William L. Monts*<br>William L. Monts (*pro hac vice*)<br>Justin W. Bernick (*pro hac vice*)<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>(202) 637-5600<br>william.monts@hoganlovells.com<br>justin.bernick@hoganlovells.com<br><br>Peter H. Walsh (#0388672)<br>HOGAN LOVELLS US LLP<br>80 South Eighth Street, Suite 1225<br>Minneapolis, MN 55402<br>(612) 402-3000<br>peter.walsh@hoganlovells.com<br><br>*Counsel for Agri Stats, Inc.* | */s/ Daniel Laytin*<br>Daniel Laytin, P.C. (*pro hac vice*)<br>Christa Cottrell, P.C. (*pro hac vice*)<br>Jenna M. Stupar (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 861-2000<br>daniel.laytin@kirkland.com<br>christa.cottrell@kirkland.com<br>jenna.stupar@kirkland.com<br><br>Mark L. Johnson (#0345520)<br>Davida S. McGhee (#0400175)<br>GREENE ESPEL PLLP<br>222 South Ninth Street, Suite 2200<br>Minneapolis, MN 55402<br>(612) 373-0830<br>mjohnson@greeneespel.com<br>dwilliams@greeneespel.com<br><br>*Counsel for Clemens Food Group, LLC and The Clemens Family Corporation* |
| */s/ Christopher A. Smith*<br>Christopher A. Smith (*pro hac vice*)<br>Aaron Chapin (#0386606)<br>Tessa K. Jacob (*pro hac vice*)<br>A. James Spung (*pro hac vice*)<br>Jason Husgen (*pro hac vice*)<br>HUSCH BLACKWELL LLP<br>190 Carondelet Plaza, Ste 600<br>St. Louis, MO 63105<br>Telephone: (314) 480-1500<br>chris.smith@huschblackwell.com<br>aaron.chapin@huschblackwell.com<br>tessa.jacob@huschblackwell.com<br>james.spung@huschblackwell.com<br>jason.husgen@huschblackwell.com | */s/ William L. Greene*<br>William L. Greene (#0198730)<br>Peter J. Schwingler (#0388909)<br>William D. Thomson (#0396743)<br>Jon W. Ripa (#0402069)<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>(612) 335-1500<br>william.greene@stinson.com<br>peter.schwingler@stinson.com<br>william.thomson@stinson.com<br>jon.ripa@stinson.com<br><br>J. Nicci Warr (*pro hac vice*) |

| | |
|---|---|
| ***Counsel for Triumph Foods, LLC*** | STINSON LLP<br>7700 Forsyth Blvd., Suite 1100<br>St. Louis, MO 63105<br>(314) 863-0800<br>nicci.warr@stinson.com<br><br>***Counsel for Seaboard Foods LLC*** |