CASE 0:18-cv-01776-JRT-JFD   Doc. 1798-2   Filed 02/03/23   Page 1 of 1

# EXHIBIT 2"

## FILED UNDER SEAL