UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Actions*. | Case No. 0:18-cv-01776-JRT-JFD<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Michael Calhoon, Julie B. Rubenstein, and Brian Kerr from Baker Botts L.L.P. shall appear as counsel of record, in addition to those counsel noted below, for Direct Action Plaintiff ALDI Inc.

Dated: February 6, 2023

<u>*s/ Christopher P. Wilson*</u>
William C. Lavery
Michael Calhoon
Julie B. Rubenstein
Brian C. Kerr
Christopher P. Wilson
Danielle Morello
Wyatt M. Carlock
**BAKER BOTTS L.L.P.**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
william.lavery@bakerbotts.com
michael.calhoon@bakerbotts.com
julie.rubenstein@bakerbotts.com
brian.kerr@bakerbotts.com
christopher.wilson@bakerbotts.com
danielle.morello@bakerbotts.com
wyatt.carlock@bakerbotts.com

*Counsel for Direct Action Purchaser Plaintiff ALDI Inc.*