UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re: Pork Antitrust Litigation

Case No. 0:18-cv-01776-JRT-JFD

This Document Relates To:

All Consumer Indirect Purchaser
Plaintiffs Actions

## JOINT MOTION REGARDING CONTINUED SEALING

Documents have been filed under temporary seal in connection with the following motion:

| *Consumer Indirect Purchaser Plaintiffs' Motion for Class Certification* | *Doc No. 1340* |
| --- | --- |

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

1

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a)  The information that the parties agree should remain sealed; b)  The information the parties agree should be unsealed; and c)  The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 1343 | N/A | Consumer Indirect Purchaser Plaintiffs' [Memorandum in Support of] Motion for Class Certification | The Parties agree to unseal certain portions of this brief, which is reflected in the filed attachment.<br><br>The parties disagree as to the scope of redactions, and the attachment are those redactions that Defendants propose. Plaintiffs propose fewer redactions, which they file under separate cover. | Third parties including:  Kerns, Affiliated Foods, AGNE, Associated Grocers of the South, Associated Foods, Inc., Burris, Certco, Cheney, Core Mark, DOT Foods, Gordon Food Service, Holly Poultry, McLane, Nichals & Co., Porky Products, Quirch Food, Reinhart, RW Zant, SGA, Shamrock, Systco, URM, and US Foods. | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs propose unsealing the entire document because this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the information is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Redactions cover confidential business information and methods of parties and third parties. Those redactions are limited to (1) discussion of confidential data produced by the parties and third parties; and (2) quotes or descriptions of confidential documents. |

US.355758605.01

| 1345 | N/A | Declaration of Shana E. Scarlett in Support of Consumer Indirect Purchaser Plaintiffs' Motion for Class Certification ("Scarlett Decl.") | The parties agree that this document can be unsealed. | | |
|---|---|---|---|---|---|
| 1345-1 | N/A | Exhibits 1-10 of the Scarlett Decl. | The parties agree that documents and data provided by third parties should remain sealed.<br><br>Plaintiffs' position is that aside from documents and data provided by third parties, the entirety of this document should be unsealed.<br><br>Defendants' position is that, in addition to documents and data provided by third parties, discussion of confidential data produced by the parties and quotes or descriptions of confidential documents should remain sealed. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The exhibit compilation contains documents with information regarding confidential business methods and analysis and redaction would be impractical. |

3

| 1345-2 | N/A | Exhibits 11-20 of the Scarlett Decl. | The parties agree that documents and data provided by third parties should remain sealed.<br><br>Plaintiffs' position is that aside from documents and data provided by third parties, the entirety of this document should be unsealed.<br><br>Defendants' position is that, in addition to documents and data provided by third parties, discussion of confidential data produced by the parties and quotes or descriptions of confidential documents should remain sealed. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The exhibit compilation contains documents with information regarding confidential business methods and analysis and redaction would be impractical. |

4

| 1345-3 | N/A | Exhibits 21-30 of the Scarlett Decl. | The parties agree that documents and data provided by third parties should remain sealed.<br><br>Plaintiffs' position is that aside from documents and data provided by third parties, the entirety of this document should be unsealed.<br><br>Defendants' position is that, in addition to documents and data provided by third parties, discussion of confidential data produced by the parties and quotes or descriptions of confidential documents should remain sealed. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The exhibit compilation contains documents with information regarding confidential business methods and analysis and redaction would be impractical. |

US.355758605.01

| 1345-4 | N/A | Exhibits 31-40 of the Scarlett Decl. | The parties agree that documents and data provided by third parties should remain sealed.<br><br>Plaintiffs' position is that aside from documents and data provided by third parties, the entirety of this document should be unsealed.<br><br>Defendants' position is that, in addition to documents and data provided by third parties, discussion of confidential data produced by the parties and quotes or descriptions of confidential documents should remain sealed. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The exhibit compilation contains documents with information regarding confidential business methods and analysis and redaction would be impractical. |

6

| 1345-5 | N/A | Exhibits 41-50 of the Scarlett Decl. | The parties agree that documents and data provided by third parties should remain sealed.<br><br>Plaintiffs' position is that aside from documents and data provided by third parties, the entirety of this document should be unsealed.<br><br>Defendants' position is that, in addition to documents and data provided by third parties, discussion of confidential data produced by the parties and quotes or descriptions of confidential documents should remain sealed. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The exhibit compilation contains documents with information regarding confidential business methods and analysis and redaction would be impractical. |

US.355758605.01

| 1345-6 | N/A | Exhibits 51-60 of the Scarlett Decl. | The parties agree that documents and data provided by third parties should remain sealed.<br><br>Plaintiffs' position is that aside from documents and data provided by third parties, the entirety of this document should be unsealed.<br><br>Defendants' position is that, in addition to documents and data provided by third parties, discussion of confidential data produced by the parties and quotes or descriptions of confidential documents should remain sealed. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The exhibit compilation contains documents with information regarding confidential business methods and analysis and redaction would be impractical. |

US.355758605.01

| 1345-7 | N/A | Exhibits 61-70 of the Scarlett Decl. | The parties agree that documents and data provided by third parties should remain sealed.<br><br>Plaintiffs' position is that aside from documents and data provided by third parties, the entirety of this document should be unsealed.<br><br>Defendants' position is that, in addition to documents and data provided by third parties, discussion of confidential data produced by the parties and quotes or descriptions of confidential documents should remain sealed. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The exhibit compilation contains documents with information regarding confidential business methods and analysis and redaction would be impractical. |

9

| 1345-8 | N/A | Exhibits 71-80 of the Scarlett Decl. | The parties agree that documents and data provided by third parties should remain sealed.<br><br>Plaintiffs' position is that aside from documents and data provided by third parties, the entirety of this document should be unsealed.<br><br>Defendants' position is that, in addition to documents and data provided by third parties, discussion of confidential data produced by the parties and quotes or descriptions of confidential documents should remain sealed. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The exhibit compilation contains documents with information regarding confidential business methods and analysis and redaction would be impractical. |

10

| 1345-9 | N/A | Exhibits 81-90 of the Scarlett Decl. | The parties agree that documents and data provided by third parties should remain sealed.<br><br>Plaintiffs' position is that aside from documents and data provided by third parties, the entirety of this document should be unsealed.<br><br>Defendants' position is that, in addition to documents and data provided by third parties, discussion of confidential data produced by the parties and quotes or descriptions of confidential documents should remain sealed. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The exhibit compilation contains documents with information regarding confidential business methods and analysis and redaction would be impractical. |

11

| 1345-10 | N/A | Exhibits 91-100 of the Scarlett Decl. | The parties agree that documents and data provided by third parties should remain sealed.<br><br>Plaintiffs' position is that aside from documents and data provided by third parties, the entirety of this document should be unsealed.<br><br>Defendants' position is that, in addition to documents and data provided by third parties, discussion of confidential data produced by the parties and quotes or descriptions of confidential documents should remain sealed. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The exhibit compilation contains documents with information regarding confidential business methods and analysis and redaction would be impractical. |

US.355758605.01

| 1345-11 | N/A | Exhibits 1011-110 of the Scarlett Decl. | The parties agree that documents and data provided by third parties should remain sealed.<br><br>Plaintiffs' position is that aside from documents and data provided by third parties, the entirety of this document should be unsealed.<br><br>Defendants' position is that, in addition to documents and data provided by third parties, discussion of confidential data produced by the parties and quotes or descriptions of confidential documents should remain sealed. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The exhibit compilation contains documents with information regarding confidential business methods and analysis and redaction would be impractical. |

| 1345-12 | N/A | Exhibits 111-120 of the Scarlett Decl. | The parties agree that documents and data provided by third parties should remain sealed.<br><br>Plaintiffs' position is that aside from documents and data provided by third parties, the entirety of this document should be unsealed.<br><br>Defendants' position is that, in addition to documents and data provided by third parties, discussion of confidential data produced by the parties and quotes or descriptions of confidential documents should remain sealed. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The exhibit compilation contains documents with information regarding confidential business methods and analysis and redaction would be impractical. |

14

| 1345-13 | N/A | Exhibits 121-130 of the Scarlett Decl. | The parties agree that documents and data provided by third parties should remain sealed.<br><br>Plaintiffs' position is that aside from documents and data provided by third parties, the entirety of this document should be unsealed.<br><br>Defendants' position is that, in addition to documents and data provided by third parties, discussion of confidential data produced by the parties and quotes or descriptions of confidential documents should remain sealed. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The exhibit compilation contains documents with information regarding confidential business methods and analysis and redaction would be impractical. |

US.355758605.01

| 1345-14 | N/A | Exhibits 131-138, 140 of the Scarlett Decl. | The parties agree that documents and data provided by third parties should remain sealed.<br><br>Plaintiffs' position is that aside from documents and data provided by third parties, the entirety of this document should be unsealed.<br><br>Defendants' position is that, in addition to documents and data provided by third parties, discussion of confidential data produced by the parties and quotes or descriptions of confidential documents should remain sealed. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The exhibit compilation contains documents with information regarding confidential business methods and analysis and redaction would be impractical. |
| **1345-14** | N/A | Exhibit 139 of the Scarlett Decl. | The parties agree that this document should remain sealed. | | This document should remain sealed because it contains confidential third-party data or information. |

16

| 1345-15 | N/A | Exhibits 141-151 of the Scarlett Decl. | The parties agree that documents and data provided by third parties should remain sealed.<br><br>Plaintiffs' position is that aside from documents and data provided by third parties, the entirety of this document should be unsealed.<br><br>Defendants' position is that, in addition to documents and data provided by third parties, discussion of confidential data produced by the parties and quotes or descriptions of confidential documents should remain sealed. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The exhibit compilation contains documents with information regarding confidential business methods and analysis and redaction would be impractical. |

17

| 1347 | N/A | Declaration of Hal J. Singer in support of Consumer Indirect Purchaser Plaintiffs' Motion for Class Certification | The parties disagree as to whether this document should remain sealed.  Defendants contend that the entire document should remain sealed.  Plaintiffs contend that the document should be unsealed except for documents and data provided by third parties. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The Declaration contains a significant volume of citations to and discussion of documents and testimony that contains confidential business information and methods of parties and third parties, including sales data for both.  Given the voluminous citations and extensive discussion, redactions are impractical.  References to the Declaration contained in the parties' briefing is generally higher level and not redacted. |

US.355758605.01

| 1380 | N/A | Declaration of Hal J. Singer, Ph.D., in Support of Consumer Indirect Purchaser Plaintiffs' Motion for Class Certification: Errata | The parties disagree as to whether this document should remain sealed.  Defendants contend that the entire document should remain sealed. Plaintiffs contend that the document should be unsealed except for documents and data provided by third parties. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.

Defendants: The Declaration contains a significant volume of citations to and discussion of documents and testimony that contains confidential business information and methods of parties and third parties, including sales data for both.  Given the voluminous citations and extensive discussion, redactions are impractical. References to the Declaration contained in the parties' briefing is generally higher level and not redacted. |

US.355758605.01

| 1460 | N/A | Memorandum of Law in Opposition to Consumer Indirect Purchaser Plaintiffs' Motion for Class Certification. | The Parties agree to unseal certain portions of this brief, which is reflected in the filed attachment.<br><br>The parties disagree as to the scope of redactions, and the attachment are those redactions that Defendants propose. Plaintiffs propose fewer redactions, which they file under separate cover. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs propose unsealing the entire document because this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the information is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Redactions cover confidential business information and methods of parties and third parties. Those redactions are limited to (1) discussion of confidential data produced by the parties and third parties; and (2) quotes or descriptions of confidential documents. |
| 1463 | N/A | Sealed Declaration of Craig Coleman in Support of Defendants' Opposition to Consumer Indirect Purchaser Plaintiffs' Motion for Class Certification. | The parties agree that this document can be unsealed. | | |

US.355758605.01

| 1463-1 | N/A | Excerpts from the Transcript of the Deposition of Michael Anderson. | The parties agree that this document can be unsealed. | | |
|---|---|---|---|---|---|
| 1463-2 | N/A | Excerpts from the Transcript of the Deposition of Isabelle Bell. | The parties agree that the entirety of these documents should be unsealed, except for personally identifying information divulged by class representatives.  A redacted version of this exhibit is attached to this letter, and in the Plaintiffs' proposed redactions, filed under separate cover. | | Redacted information contains personally identifying information. |
| 1463-3 | N/A | Excerpts from the Transcript of the Deposition of Kory Bird. | The parties agree that this document can be unsealed. | | |
| 1463-4 | N/A | Excerpts from the Transcript of the Deposition of Thomas Cosgrove. | The parties agree that this document can be unsealed. | | |
| 1463-5 | N/A | Excerpts from the Transcript of the Deposition of Chris Deery. | The parties agree that this document can be unsealed. | | |

21

| 1463-6 | N/A | Excerpts from the Transcript of the Deposition of Charles Dye. | The parties agree that the entirety of these documents should be unsealed, except for personally identifying information divulged by class representatives. A redacted version of this exhibit is attached to this letter, and in the Plaintiffs' proposed redactions, filed under separate cover. | | Redacted information contains personally identifying information. |
| 1463-7 | N/A | Excerpts from the Transcript of the Deposition of James Eaton. | The parties agree that this document can be unsealed. | | |
| 1463-8 | N/A | Excerpts from the Transcript of the Deposition of Christina Hall. | The parties agree that the entirety of these documents should be unsealed, except for personally identifying information divulged by class representatives. A redacted version of this exhibit is attached to this letter, and in the Plaintiffs' proposed redactions, filed under separate cover. | | Redacted information contains personally identifying information. |

US.355758605.01

| 1463-9 | N/A | Excerpts from the Transcript of the Deposition of Joseph Realdine. | The parties agree that this document can be unsealed. | | |
|--------|-----|---------------------------------------------------------------------|------------------------------------------------------|---|---|
| 1463-10 | N/A | Excerpts from the Transcript of the Deposition of Eric Schaub. | The parties agree that the entirety of these documents should be unsealed, except for personally identifying information divulged by class representatives. A redacted version of this exhibit is attached to this letter, and in the Plaintiffs' proposed redactions, filed under separate cover. | | Redacted information contains personally identifying information. |

US.355758605.01

| 1463-11 | N/A | Excerpts from the Transcript of the Deposition of Kate Smith. | The parties agree that the entirety of these documents should be unsealed, except for personally identifying information divulged by class representatives. A redacted version of this exhibit is attached to this letter, and in the Plaintiffs' proposed redactions, filed under separate cover. | | Redacted information contains personally identifying information. |
| 1463-12 | N/A | Excerpts from the Transcript of the Deposition of Sandra Steffen. | The parties agree that this document can be unsealed. | | |

24

| 1463-13 | N/A | Excerpts from the Transcript of the Deposition of Stacey Troupe. | The parties agree that the entirety of these documents should be unsealed, except for personally identifying information divulged by class representatives. A redacted version of this exhibit is attached to this letter, and in the Plaintiffs' proposed redactions, filed under separate cover. | | Redacted information contains personally identifying information. |
| 1463-14 | N/A | Excerpts from the Transcript of the Deposition of Duncan Birch. | The parties agree that this document can be unsealed. | | |

25

| 1463-15 | N/A | Excerpts from the Transcript of the Deposition of Sarah Isola. | The parties agree that the entirety of these documents should be unsealed, except for personally identifying information divulged by class representatives. A redacted version of this exhibit is attached to this letter, and in the Plaintiffs' proposed redactions, filed under separate cover. | | Redacted information contains personally identifying information. |
| 1463-16 | N/A | Excerpts from the Transcript of the Deposition of Kenneth King. | The parties agree that this document can be unsealed. | | |

26

| 1463-17 | N/A | Excerpts from the Transcript of the Deposition of Robert Eccles. | The parties agree that the entirety of these documents should be unsealed, except for personally identifying information divulged by class representatives. A redacted version of this exhibit is attached to this letter, and in the Plaintiffs' proposed redactions, filed under separate cover. | | Redacted information contains personally identifying information. |
| 1463-18 | N/A | Excerpts from the Transcript of the Deposition of Jennifer Sullivan. | The parties agree that this document can be unsealed. | | |
| 1463-19 | N/A | Excerpts from the Transcript of the Deposition of Donya Collins. | The parties agree that this document can be unsealed. | | |

US.355758605.01

| 1463-20 | N/A | Excerpts from the Transcript of the Deposition of Laura Wheeler | The parties agree that the entirety of these documents should be unsealed, except for personally identifying information divulged by class representatives. A redacted version of this exhibit is attached to this letter, and in the Plaintiffs' proposed redactions, filed under separate cover. | | Redacted information contains personally identifying information. |
| 1463-21 | N/A | Excerpts from the Transcript of the Deposition of Wanda Duryea. | The parties agree that this document can be unsealed. | | |
| 1463-22 | N/A | Transcript of the Deposition of Dr. Hal Singer. | The parties agree that this document can be unsealed. | | |

US.355758605.01

| 1463-23 | N/A | Declaration of Dr. Hal Singer. | The parties disagree as to whether this document should remain sealed.  Defendants contend that the entire document should remain sealed.  Plaintiffs contend that the document should be unsealed except for documents and data provided by third parties to this letter, and in the Plaintiffs' proposed redactions, filed under separate cover. | | **Plaintiffs**: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>**Defendants**: The Declaration contains a significant volume of citations to and discussion of documents and testimony that contains confidential business information and methods of parties and third parties, including sales data for both.  Given the voluminous citations and extensive discussion, redactions are impractical.  References to the Declaration contained in the parties' briefing is generally higher level and not redacted. |

US.355758605.01

| 1624 | N/A | Consumer Indirect Purchaser Plaintiffs' Reply in Support of Motion for Class Certification. | The Parties agree to unseal certain portions of this brief, which is reflected in the filed attachment.<br><br>The parties disagree as to the scope of redactions, and the attachment are those redactions that Defendants propose. Plaintiffs propose fewer redactions, which they file under separate cover. | Third parties including: Kerns, Publix, The Golub Corporation, and URM. | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs propose unsealing the entire document because this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the information is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Redactions cover confidential business information and methods of parties and third parties. Those redactions are limited to (1) discussion of confidential data produced by the parties and third parties; and (2) quotes or descriptions of confidential documents. |

US.355758605.01

| 1626 | N/A | Reply Declaration of Hal J. Singer, Ph.D. in Support of Consumer Indirect Purchaser Plaintiffs' Motion for Class Certification | The parties disagree as to whether this document should remain sealed. Defendants contend that the entire document should remain sealed. Plaintiffs contend that the document should be unsealed except for documents and data provided by third parties. | | Plaintiffs: Except for confidential Third-Party data and documents, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: The Declaration contains a significant volume of citations to and discussion of documents and testimony that contains confidential business information and methods of parties and third parties, including sales data for both. Given the voluminous citations and extensive discussion, redactions are impractical. References to the Declaration contained in the parties' briefing is generally higher level and not redacted. |

US.355758605.01

| 1628 | N/A | Exhibit 152 to Further Declaration of Shana E. Scarlett in Support of Consumer Indirect Purchaser Plaintiffs' (1) Reply in Support of Motion for Class Certification; and (2) Opposition to Defendants' Motion to Exclude the Testimony of Dr. Hal Singer ("Scarlett Further Decl.") | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |
| 1628-1 | N/A | Exhibit 153 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |
| 1628-2 | N/A | Exhibit 154 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |

US.355758605.01

| 1628-3 | N/A | Exhibit 155 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| --- | --- | --- | --- | --- | --- |
| 1628-4 | N/A | Exhibit 157 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1628-5 | N/A | Exhibit 158 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1628-6 | N/A | Exhibit 159 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1628-7 | N/A | Exhibit 161 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |

US.355758605.01

| 1628-8 | N/A | Exhibit 162 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| --- | --- | --- | --- | --- | --- |
| 1628-9 | N/A | Exhibit 163 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1628-10 | N/A | Exhibit 164 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
|---|---|---|---|---|---|
| 1628-11 | N/A | Exhibit 165 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1628-12 | N/A | Exhibit 166 to Scarlet Further Decl. | The parties agree that this document should remain sealed. | Kerns | Contains information designated as confidential by a nonparty. |
| 1628-13 | N/A | Exhibit 167 to Scarlet Further Decl. | The parties agree that this document should remain sealed. | Kerns | Contains information designated as confidential by a nonparty. |

36

| 1628-14 | N/A | Exhibit 168 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1628-15 | N/A | Exhibit 169 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |
| 1628-16 | N/A | Exhibit 170 to Scarlet Further Decl. | The parties agree that this document should remain sealed. | Kerns | Contains information designated as confidential by a nonparty. |
| 1628-17 | N/A | Exhibit 172 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |

37

| 1628-18 | N/A | Exhibit 173 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties. Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023. Defendants: Contains information regarding confidential business methods and analysis. |
| 1628-19 | N/A | Exhibit 174 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties. Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023. Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1628-20 | N/A | Exhibit 175 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1628-21 | N/A | Exhibit 176 to Scarlet Further Decl. | The parties agree that this document should remain sealed. | Kerns | Contains information designated as confidential by a nonparty. |
| 1628-22 | N/A | Exhibit 177 to Scarlet Further Decl. | The parties agree that this document should remain sealed. | Kerns | Contains information designated as confidential by a nonparty. |
| 1628-23 | N/A | Exhibit 178 to Scarlet Further Decl. | The parties agree that this document should remain sealed. | Kerns | Contains information designated as confidential by a nonparty. |
| 1628-24 | N/A | Exhibit 179 to Scarlet Further Decl. | The parties agree that this document should remain sealed. | Kerns | Contains information designated as confidential by a nonparty. |
| 1628-25 | N/A | Exhibit 180 to Scarlet Further Decl. | The parties agree that this document should remain sealed. | Kerns | Contains information designated as confidential by a nonparty. |

US.355758605.01

| 1628-26 | N/A | Exhibit 181 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1628-27 | N/A | Exhibit 182 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1628-28 | N/A | Exhibit 183 to Scarlet Further Decl. | The parties agree that this document should remain sealed. | Kerns | Contains information designated as confidential by a nonparty. |
| 1628-29 | N/A | Exhibit 184 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |

US.355758605.01

| 1628-30 | N/A | Exhibit 185 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |
| 1628-31 | N/A | Exhibit 186 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |
| 1628-32 | N/A | Exhibit 187 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1628-33 | N/A | Exhibit 188 to Scarlet Further Decl. | The parties agree that this document should remain sealed. | Kerns | Contains information designated as confidential by a nonparty. |

41

| 1628-34 | N/A | Exhibit 189 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1628-35 | N/A | Exhibit 190 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1628-36 | N/A | Exhibit 191 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |

US.355758605.01

| 1628-37 | N/A | Exhibit 192 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |
|---|---|---|---|---|---|
| 1628-38 | N/A | Exhibit 193 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1628-39 | N/A | Exhibit 194 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1628-40 | N/A | Exhibit 195 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1628-41 | N/A | Exhibit 197 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1628-42 | N/A | Exhibit 198 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1628-43 | N/A | Exhibit 199 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1628-44 | N/A | Exhibit 200 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | <u>Plaintiffs</u>: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br><u>Defendants</u>: Contains information regarding confidential business methods and analysis. |
| 1628-45 | N/A | Exhibit 201 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | <u>Plaintiffs</u>: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br><u>Defendants</u>: Contains information regarding confidential business methods and analysis. |
| 1629 | N/A | Exhibit 202 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |

46

| 1629-1 | N/A | Exhibit 203 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties. Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023. Defendants: Contains information regarding confidential business methods and analysis. |
| --- | --- | --- | --- | --- | --- |
| 1629-2 | N/A | Exhibit 204 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties. Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023. Defendants: Contains information regarding confidential business methods and analysis. |

47

| 1629-3 | N/A | Exhibit 205 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1629-4 | N/A | Exhibit 206 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1629-5 | N/A | Exhibit 207 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1629-6 | N/A | Exhibit 208 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1629-7 | N/A | Exhibit 209 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1629-8 | N/A | Exhibit 210 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1629-9 | N/A | Exhibit 211 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1629-10 | N/A | Exhibit 212 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1629-11 | N/A | Exhibit 213 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| --- | --- | --- | --- | --- | --- |
| 1629-12 | N/A | Exhibit 214 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1629-13 | N/A | Exhibit 215 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1629-14 | N/A | Exhibit 216 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1629-15 | N/A | Exhibit 217 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1629-16 | N/A | Exhibit 220 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1629-17 | N/A | Exhibit 221 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1629-18 | N/A | Exhibit 222 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1629-19 | N/A | Exhibit 223 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| --- | --- | --- | --- | --- | --- |
| 1629-20 | N/A | Exhibit 224 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1629-21 | N/A | Exhibit 225 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1629-22 | N/A | Exhibit 226 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1629-23 | N/A | Exhibit 227 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1629-24 | N/A | Exhibit 228 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1629-25 | N/A | Exhibit 229 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| --- | --- | --- | --- | --- | --- |
| 1629-26 | N/A | Exhibit 230 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1629-27 | N/A | Exhibit 231 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |

US.355758605.01

| 1629-28 | N/A | Exhibit 232 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1629-29 | N/A | Exhibit 233 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1629-30 | N/A | Exhibit 234 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1629-31 | N/A | Exhibit 235 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1629-32 | N/A | Exhibit 236 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1629-33 | N/A | Exhibit 237 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1629-34 | N/A | Exhibit 238 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1629-35 | N/A | Exhibit 239 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1629-36 | N/A | Exhibit 240 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |

US.355758605.01

| 1629-37 | N/A | Exhibit 241 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties. Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023. Defendants: Contains information regarding confidential business methods and analysis. |
| 1629-38 | N/A | Exhibit 242 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties. Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023. Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1629-39 | N/A | Exhibit 243 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630 | N/A | Exhibit 244 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-1 | N/A | Exhibit 245 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |

US.355758605.01

| 1630-2 | N/A | Exhibit 246 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-3 | N/A | Exhibit 247 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-4 | N/A | Exhibit 248 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |

US.355758605.01

| 1630-5 | N/A | Exhibit 249 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
|---|---|---|---|---|---|
| 1630-6 | N/A | Exhibit 251 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |
| 1630-7 | N/A | Exhibit 253 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1630-8 | N/A | Exhibit 254 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-9 | N/A | Exhibit 255 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1630-10 | N/A | Exhibit 256 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-11 | N/A | Exhibit 257 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

69

US.355758605.01

| 1630-12 | N/A | Exhibit 258 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-13 | N/A | Exhibit 259 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1630-14 | N/A | Exhibit 260 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-15 | N/A | Exhibit 261 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1630-16 | N/A | Exhibit 262 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-17 | N/A | Exhibit 263 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1630-18 | N/A | Exhibit 264 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties. Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023. Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-19 | N/A | Exhibit 265 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties. Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023. Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1630-20 | N/A | Exhibit 266 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-21 | N/A | Exhibit 267 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-22 | N/A | Exhibit 269 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |

US.355758605.01

| 1630-23 | N/A | Exhibit 270 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-24 | N/A | Exhibit 272 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1630-25 | N/A | Exhibit 273 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-26 | N/A | Exhibit 274 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1630-27 | N/A | Exhibit 275 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| --- | --- | --- | --- | --- | --- |
| 1630-28 | N/A | Exhibit 276 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-29 | N/A | Exhibit 277 to Scarlet Further Decl. | The parties agree that this document should remain sealed. | Publix | Contains information designated as confidential by a nonparty to the class action. |
| 1630-30 | N/A | Exhibit 278 to Scarlet Further Decl. | The parties agree that this document should remain sealed. | The Golub Corporation | Contains information designated as confidential by a nonparty to the class action. |

US.355758605.01

| 1630-31 | N/A | Exhibit 279 to Scarlet Further Decl. | The parties agree that this document should remain sealed. | URM | Contains information designated as confidential by a nonparty to the class action. |
|---|---|---|---|---|---|
| 1630-32 | N/A | Exhibit 280 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-33 | N/A | Exhibit 281 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1630-34 | N/A | Exhibit 282 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-35 | N/A | Exhibit 283 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1630-36 | N/A | Exhibit 284 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-37 | N/A | Exhibit 285 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1630-38 | N/A | Exhibit 286 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-39 | N/A | Exhibit 287 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1630-40 | N/A | Exhibit 288 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties. <br><br> Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023. <br><br> Defendants: Contains information regarding confidential business methods and analysis. |
|---|---|---|---|---|---|
| 1630-41 | N/A | Exhibit 289 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties. <br><br> Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023. <br><br> Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-42 | N/A | Exhibit 290 to Scarlet Further Decl. | The parties agree that this document can be unsealed, except for the documents and data provided by third parties. | | |

US.355758605.01

| 1630-43 | N/A | Exhibit 291 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |
| 1630-44 | N/A | Exhibit 292 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

US.355758605.01

| 1630-45 | N/A | Exhibit 293 to Scarlet Further Decl. | Plaintiffs' position is that this document should be unsealed, except for the documents and data provided by third parties.<br><br>Defendants' position is that this document should remain sealed. | | Plaintiffs: Except for the documents and data provided by third parties, Plaintiffs oppose sealing as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Defendants: Contains information regarding confidential business methods and analysis. |

84

US.355758605.01

Dated: February 10, 2023

Respectfully submitted,

/s/ *Tiffany Rider Rohrbaugh*

Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
trider@axinn.com
radcox@axinn.com
lstrang@axinn.com
avissichelli@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

Craig M. Reiser (*pro hac vice*)
Kail Jethmalani (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street

/s/ *Craig. S. Coleman*

Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
FAEGRE DRINKER BIDDLE & REATH
LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE & REATH
LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309

85

US.355758605.01

New York, NY 10036
(212) 728-2200
creiser@axinn.com
kjethmalani@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

**Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.**


<u>/s/ Christopher A. Smith</u>
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah L. Zimmerman (*pro hac vice filed*)
HUSCH BLACKWELL LLP

(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH
LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH
LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

**Counsel for Hormel Foods Corporation**

86

190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com
kate.ledden@huschblackwell.com
tanner.cook@huschblackwell.com

**Counsel for Triumph Foods, LLC**

/s/ *Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW

/s/ *Mark L. Johnson*
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

**Counsel for Clemens Food Group, LLC and The Clemens Family Corporation**

US.355758605.01

Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

**Counsel for Agri Stats, Inc.**

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

**Counsel for Seaboard Foods LLC and Seaboard Corporation**

US.355758605.01

Dated: February 10, 2023

*/s/ Shana E. Scarlett*
Shana E. Scarlett
Rio Pierce
HAGENS BERMAN SOBOL SHAPIRO
LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO
LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO
LLP
301 North Lake Ave, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile:  (213) 330-7152

US.355758605.01

abigailp@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844
Facsimile:  (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

***Counsel for Consumer Indirect Purchaser
Plaintiffs***

US.355758605.01