UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB <br><br> **MDL 2998** |
| This document relates to: | |
| Cheney Brothers, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-01373-JRT-HB |
| Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust v. Agri Stats, Inc. et al. | Case No. 0:21-cv-01605-JRT-HB |
| Buffalo Wild Wings, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02508-JRT-HB |
| Jimmy John's Buying Group SPV, LLC v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02509-JRT-HB |
| Sonic Industries Services Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02510-JRT-HB |
| CKE Restaurants Holdings, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02511-JRT-HB |
| Wawa, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02512-JRT-HB |
| Restaurant Services, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02513-JRT-HB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Holli M. Credit of the law firm of Carlton Fields, P.A. hereby enters her appearance as additional counsel of record for Plaintiffs Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the

132120532.1

Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc.; and Restaurant Services, Inc. in the above-captioned matter.

| | |
|---|---|
| Dated:  February 20, 2023 | */s/ Holli M. Credit*<br>Holli M. Credit<br>Email: hcredit@carltonfields.com<br>CARLTON FIELDS, P.A.<br>700 NW 1st Avenue, Suite 1200<br>Miami, Florida  33136<br>Tel: (305) 530-0050<br><br>*Counsel for Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc.; and Restaurant Services, Inc.* |