**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-JFD **MDL 2998** |
| This document relates to: *McLane Company, Inc. et al. v. Agri Stats et al.* | Case No. 0:23-cv-00472-JRT-JFD |

## McLANE PLAINTIFFS' NOTICE OF JOINDER IN DIRECT ACTION PLAINTIFFS' CONSOLIDATED COMPLAINT

1. Pursuant to Pretrial Order No. 4, dated December 13, 2022 (ECF No. 1675), Plaintiffs McLANE COMPANY, INC. d/b/a McLane/Southwest, McLane/Southeast, McLane Southeast, McLane/Northwest, McLane/Southeast – Dothan, McLane/High Plains, and McLane/North Texas; McLANE/MID-ATLANTIC, INC. d/b/a McLane/Carolina and McLane Mid-Atlantic; McLANE/MIDWEST, INC. d/b/a McLane/Cumberland, McLane/Midwest, McLane Midwest, and McLane/Ozark; McLANE MINNESOTA, INC.; McLANE NEW JERSEY, INC; McLANE/EASTERN, INC. d/b/a McLane/Northeast, McLane/Northeast-Concord, and McLane PA; McLANE/SUNEAST, INC. d/b/a McLane/Pacific, McLane/Southern California, McLane/Sunwest, McLane Sunwest, McLane/Suneast, McLane Ocala; McLANE OHIO, INC.; McLANE/SOUTHERN, INC.; McLANE/WESTERN, INC; McLANE EXPRESS, INC., d/b/a C.D. Hartnett Company, Inc.; KINEXO, INC.; McLANE FOODSERVICE DISTRIBUTION, INC.; and McLANE FOODSERVICE, INC. (collectively "McLane

1

Plaintiffs" or "McLane"), by and through undersigned counsel, hereby join Direct Action Plaintiffs' Consolidated Complaint, dated December 5, 2022 (ECF No. 1659) (the "Consolidated Complaint").

2. McLane Plaintiffs join the Consolidated Complaint, adding the following to specify their cause of action as well as the Defendants and named co-conspirators in their action.

| Direct Action Plaintiff Group | Plaintiffs | Named Defendants | Named Co-Conspirators | Cause of Action |
|---|---|---|---|---|
| CF DAPs | McLANE COMPANY, INC. d/b/a McLane/Southwest, McLane/Southeast, McLane Southeast, McLane/Northwest, McLane/Southeast – Dothan, McLane/High Plains, and McLane/North Texas; McLANE/MID-ATLANTIC, INC. d/b/a McLane/Carolina and McLane Mid-Atlantic; McLANE/MIDWEST, INC. d/b/aMcLane/Cumberland, McLane/Midwest, McLane Midwest, and McLane/Ozark; McLANE MINNESOTA, INC.; McLANE NEW JERSEY, INC; McLANE/EASTERN, INC. d/b/a McLane/Northeast, McLane/Northeast- Concord, and McLane PA; McLANE/SUNEAST, INC. d/b/a McLane/Pacific, McLane/Southern California, McLane/Sunwest, McLane Sunwest, McLane/Suneast, McLane Ocala; McLANE OHIO, INC.; McLANE/SOUTHERN, INC.; McLANE/WESTERN, INC; McLANE EXPRESS, INC., d/b/a C.D. Hartnett Company, Inc.; KINEXO, INC.; McLANE FOODSERVICE DISTRIBUTION, INC.; and McLANE FOODSERVICE, INC. | Agri Stats Inc.; Clemens Food Group, LLC; The Clemens Family Corporation; Hormel Foods Corporation; Hormel Foods, LLC; JBS USA Food Company; Seaboard Foods LLC; Triumph Foods, LLC; Tyson Foods, Inc.; Tyson Prepared Foods, Inc.; and Tyson Fresh Meats, Inc. | Smithfield Foods, Inc.; Indiana Packers Corporation; Daily's Premium Meats, LLC; and Seaboard Triumph Foods, LLC | Count I: 15 U.S.C.§ 1 |

3. McLane Plaintiffs adopt the following definition of "Pork" as: "Pork" includes a variety of meat products from pigs (also referred to in the industry as porcine or swine) purchased fresh, frozen, processed, rendered or non-rendered, including but not limited to any and all processed pork products (e.g., smoked ham, sausage, bacon, pepperoni, lunch meats), and other processed products containing pork.

Dated: March 2, 2023

/s/ David B. Esau

**CARLTON FIELDS, P.A.**
David B. Esau
Email: desau@carltonfields.com
Kristin A. Gore
Email: kgore@carltonfields.com
Garth T. Yearick
Email: gyearick@carltonfields.com
Amanda R. Jesteadt
Email: ajesteadt@carltonfields.com
Casey Hardy McGowan
Email: chardymcgowan@carltonfields.com
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368

Roger S. Kobert
Email: rkobert@carltonfields.com
Carter J. Wallace
Email: cwallace@carltonfields.com
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
Tel: (212) 785-2577
Fax: (212) 785-5203

Aaron A. Holman
Email: aholman@carltonfields.com
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Tel: (407) 849-0300
Fax: (407) 648-9099

Holli M. Credit
Email: hcredit@carltonfields.com
700 NW 1st Avenue, Suite 1200
Miami, FL 33136
Tel: (305) 530-0050
Fax: (305) 530-0055

**CARLTON FIELDS, LLP**
Scott L. Menger
Email: smenger@carltonfields.com
2029 Century Park East, Suite 1200
Los Angeles, California 90067
Tel: (310) 843-6300
Fax: (301) 843-6301

*Counsel for McLane Plaintiffs*