# ATTACHMENT 2





# Method One of Showing Common Impact:
# Multivariate Regression Models

Arrived at separately, all experts point in the same direction.

| Regression Specifications | Dr. Singer | | Dr. Mangum | | Dr. Williams | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | Pooled | Separate | Pooled | Separate | Pooled | Separate |
| Model Type | Yes | Yes | No | Yes | Yes | Yes |
| Conduct Overcharge | 12.0% | 4.8% - 27.6% | -- | 4.3% - 19.1% | 10.3% | 8.1% - 27.0% |
| | | | | | | |
| **Benchmark and Class Periods** | | | | | | |
| Benchmark Period | Apr. 2004 - Dec. 2008 | | Jan. 2005 - Dec. 2008 | | Jan. 2005 - Dec. 2008 | |
| Alleged Conduct Period | Jan. 2009 - June 2018 | | Jan. 2009 - June 2018 | | Jan. 2009 - June 2018 | |
| Class Period | June 2014 - July 2018 | | June 2014 - June 2018 | | June 2014 - June 2018 | |

| Overcharge by Cut | | | |
|---|---|---|---|
| **Pork Cut** | **Dr. Singer** | **Dr. Mangum** | **Dr. Williams** |
| **Bacon** | 16.0% | 13.9% | 9.3% |
| **Belly** | 27.6% | 19.1% | -- |
| **Loin** | 4.8% | 4.3% | 8.1% |
| **Ribs** | 18.7% | 8.0% | 18.2% |
| **Shoulder** | 11.1% | 11.5% | 17.2% |
| **Fresh Ham** | -- | 4.7% | -- |
| **Ham** | -- | -- | 27.0% |

Singer ¶¶ 146, 161; Mangum Report ¶¶ 213, 246, Figure 75; Williams ¶¶ 205, 226, Table 4

# Method One of Showing Common Impact: Multivariate Regression Models

They control for all other relevant variables that impact pork prices.

| Regression Control Variables | Dr. Singer | Dr. Mangum | Dr. Williams | Controls For: | Dr. Haider's Alleged Missing Factors |
|---|---|---|---|---|---|
| Competing Proteins | ✓ | ✓ | ✓ | The relative prices of pork substitutes. | "National Economic Shocks" |
| GDP | ✓ | ✓ | ✓ | Consumer demand, labor productivity, standard of living, national economic shocks. | "National Economic Shocks", "2008 anomalous year", "trade" |
| Hog cost | ✓ | ✓ | ✓ | Corn, soy, other feed; farm labor, farm capital, interest rates, transportation, fuel, vet costs, etc. | "Cost of acquiring live hogs", "2008 anomalous year", "Circovirus vaccine" |
| Plant costs | ✓ | ✓ | ✓ | Plant labor, supervision, packaging, plant supplies, maintenance, ice, utilities, depreciation, regulatory costs, | "National Economic Shocks" "2008 anomalous year" |
| Swine Flu | ✓ | ✓ | ✓ | H1N1 shock in consumer demand. | |
| Piglet Loss Rate | ✓ | ✓ | ✓ | Piglet morality rates, Circovirus vaccine. | "2008 anomalous year", "Circovirus vaccine" |
| Seasonality | ✓ | ✓ | ✓ | Seasonal prices on cuts. | |
| Covid | ✓ | ✓ | ✓ | COVID-19 economy shocks. | |
| Bacon Ingredient Index | ✓ | X | ✓ | Bacon-specific ingredient costs (salt and spices). | |
| Pork Recalls | ✓ | X | X | Consumer demand following recalls. | |
| CPI | X | ✓ | ✓ | USD inflation. | |
| Population | X | X | ✓ | Long run consumer demand. | |
| Trend | ✓ | X | X | Long run trends: (Technology, productivity, export demand, population, inflation.) | |
| Processor Fixed Effects | ✓ | ✓ | ✓ | Individual Defendant characteristics. | |
| Product Fixed Effects | ✓ | ✓ | ✓ | Primal cut pricing differences. | |
| Customer ID Fixed Effects | ✓ | ✓ | ✓ | Individual Direct Purchaser characteristics. | |
| Customer Type Fixed Effects | ✓ | X | ✓ | Direct Purchaser category (distributor, retail, etc.). | |

Singer Reply Table ; Mangum Reply ¶ 139; Williams ¶¶ 152-163

# Method Two of Showing Common Impact:
# Even Accepting Dr. Haider's Criticisms, Classwide Impact Exists

Taking all of Dr. Haider's criticisms of Dr. Singer into account, classwide impact still exists.

| | Dr. Singer | | Dr. Haider | |
|---|---|---|---|---|
| | Conclusion | Detail | Conclusion | Detail |
| **Evidence of Market Power?** | Yes | SR II | *Not Disputed* | -- |
| **Evidence of Collusion?** | Yes | SR III | *Not Disputed* | -- |
| **Evidence of Overcharge to Direct Purchasers?** | Yes | ~12% (Table 12) | Yes | 0.4%, 2.9%, 4.2% (Exhibits 14 & 22) |
| **Evidence of Impact to All Direct Purchasers?** | **Yes** | | **Yes** | -- |
| *In-Sample Prediction* | Yes | Over 99.9% (Table 16) | No | HR VI.E |
| *Evidence of Price Structure* | Yes | Table 17 | Yes | Exhibit D-34 |
| *Direct Purchaser, Product Category, and Defendant Specific Regressions* | Yes | Tables 23 - 25 | *Not Disputed* | -- |
| *Individual Direct Purchaser Regression* | -- | -- | Yes | Over 96% (Exhibit D-13) |
| **Evidence of Passed-Through?** | **Yes** | | **Yes** | |
| *Theory* | Yes | ~100% (SR V.C.1) | *Not Disputed* | -- |
| *Record Evidence* | Yes | ~100% (SR V.C.2) | *Not Disputed* | -- |
| *Pass-Through Regression* | Yes | ~100% (SR V.C.1) | Yes | ~90-100% (Exhibit 42) |
| *Pricing Strategy Exceptions* | Yes | -- | No | HR VIII.C |
| **Classwide Impact?** | **Yes** | | **Yes** | |
| **Evidence and Methods Common?** | **Yes** | | ***Not Disputed*** | |

Singer Reply Table 1 (SR – Singer Report; HR – Haider Report)

# Method Two of Showing Common Impact:
# Even Accepting Dr. Haider's Criticisms, Classwide Impact Exists

Taking all of Dr. Haider's criticisms of Dr. Mangum into account, classwide impact still exists.

| | Dr. Mangum | | Dr. Haider | |
|---|---|---|---|---|
| | Conclusion | Detail | Conclusion | Detail |
| **Evidence of Market Power?** | Yes | MCR III.A | *Not Disputed* | -- |
| **Evidence of Collusion?** | Yes | MCR III.A | *Not Disputed* | -- |
| **Evidence of Overcharge to Direct Purchasers?** | Yes | MCR Figure 75 | Yes | HR Exhibit 12 |
| *Combined cuts* | Yes | 9.6% (FN 525) | Yes | 6.7% |
| *Bacon* | Yes | 13.9% | Yes | 4.1% |
| *Belly* | Yes | 19.1% | No | -1.4% |
| *Fresh Ham* | Yes | 4.7% | Yes | 4.9% |
| *Loin* | Yes | 4.3% | Yes | 11.8% |
| *Ribs* | Yes | 8.0% | Yes | 10.6% |
| *Shoulder* | Yes | 11.5% | Yes | 19.7% |
| | | | | |
| **Evidence of Impact to All Direct Purchasers?** | **Yes** | | **Yes** | -- |
| *In-Sample Prediction* | Yes | Over 99.9% (MCR ¶ 256) | No | HR VI.E |
| *Evidence of Price Structure* | Yes | MCR IV.B - D. | No | |
| | | | | |
| *Individual Direct Purchaser Regression* | -- | -- | Yes | Over 90% (MRR ¶¶ 124-126) |
| **Evidence and Methods Common?** | **Yes** | | *Not Disputed* | |
| **VOC and Damages Calculation?** | **Yes** | MCR VI.A. | *Not Disputed* | |

MCR = Mangum Report; MRR – Mangum Reply Report; HR = Haider Report

# Method Two of Showing Common Impact:
# Even Accepting Dr. Haider's Criticisms, Classwide Impact Exists

Taking all of Dr. Haider's criticisms of Dr. Williams into account, classwide impact still exists.

|  | Dr. Williams | | Dr. Haider | |
|---|---|---|---|---|
|  | Conclusion | Detail | Conclusion | Detail |
| **Evidence of Market Power?** | Yes | WO III.A | *Not Disputed* | -- |
| **Evidence of Collusion?** | Yes | WO III.B | *Not Disputed* | -- |
| **Evidence of Overcharge to Direct Purchasers?** | Yes | 10.3% (WO Table 4) | Yes | 9.7% (WR Table 9) |
| **Evidence of Impact to All Direct Purchasers?** | **Yes** | | **Yes** | -- |
| *In-Sample Prediction* | Yes | Over 99.9% (WO ¶ 262) | No | HR VI.E |
| *Evidence of Price Structure* | N/A | | | |
| *Direct Purchaser, Product Category, and Defendant Specific Regressions* | Yes | WO Tables 6 - 7 | *Not Disputed* | -- |
| *Individual Direct Purchaser Regression* | -- | -- | Yes | Over 93% (WR ¶ 174) |
| **Evidence of Pass-Through?** | **Yes** | | **Yes** | |
| *Theory* | Yes | WO IV.C.ii | *Not Disputed* | -- |
| *Record Evidence* | Yes | WO IV.C.ii | *Not Disputed* | -- |
| *Pass-Through Regression* | Yes | Foodservice 100.2% Multi-channel 95.5% (WO Table 5) | *Not Disputed* | -- |
| *Pricing Strategy Exceptions* | N/A | | N/A | |
| **Classwide Impact?** | **Yes** | | **Yes** | |
| *Significance of overcharges* | Yes | WO IV.C.i | *Not Disputed* | -- |
| *Market structure characteristics* | Yes | WO IV.C.iv | *Not Disputed* | -- |
| **Evidence and Methods Common?** | **Yes** | | *Not Disputed* | |
| **VOC and Damages Calculation?** | **Yes** | WO V | *Not Disputed* | |

W0 = Williams Report; WR = Williams Reply; HR = Haider Report

# Method Three of Showing Common Impact:
# Direct Purchaser Regressions

Dr. Haider's own "direct purchaser" regressions show widespread overcharge and impact.

TABLE 13: Dr. Haider's Exhibit D-13 With Net Purchaser Spending—No After Period Variation

| | Alleged Conduct Period January 2009 - June 2018 | Alleged Conduct Period January 2009 - June 2018 |
|---|---|---|
| | Count of Direct Purchasers | Percentage of Direct Purchasers' Net Spending |
| | [a] | [b] |
| Positive and Statistically Significant[2] | 626 | 99.96% |
| Positive and Not Statistically Significant | 5 | 0.03% |
| Negative and Statistically Significant | 1 | 0.00% |
| Negative and Not Statistically Significant | 2 | 0.01% |
| Total Number of Top Direct Purchasers with No Positive Statistically Significant Overcharge | 8 | 0.04% |
| Not Estimated[3] | 1 | |
| Top Estimated Direct Purchasers | 634 | 100% |

Notes:
1. Top Direct Purchasers are those with at least 50 observations in the proposed class period and 50 observations in the benchmark period.
2. Statistical significance is reported at the 5% significance level.
3. This is when a coefficient is not estimated for the alleged conduct period, the proposed class period, the early conduct period or the post-class period.

Source: Dr. Haider's Exhibit D-13.

Singer Reply Table 13

# Method Four of Showing Common Impact:
# Correlation Analysis

Correlation across Defendants ensures that no direct purchaser could avoid impact.



Figure 28. Defendant-Specific Price Indices for Bacon[432]
(Jan 2012=100)



Figure 30. Defendant-Specific Price Indices for Bellies[434]
(Jan 2012=100)



Figure 36. Defendant-Specific Price Indices for Rib[440]
(Jan 2012=100)



Figure 38. Defendant-Specific Price Indices for Shoulders[442]
(Jan 2012=100)

Mangum Reply ¶ 101

# Method Five of Showing Common Impact: Agri Stats

Agri Stats is the glue that holds the classes together, that the Supreme Court searched for in *Dukes*.

APPENDIX TABLE 1: DEFENDANTS AGRI STATS PARTICIPATION 2008-2018

| Year | Clemens (Hatfield) | | | Hormel (PFFJ until March 2017) | | | JBS (Cargill, Pilgrim, Swift) | | | Seaboard (Seaboard Triumph Foods) | | | Smithfield (Farmland, John Morrell, Murphy-Brown, PFFJ from March 2017) | | | Triumph (Christensen Farms) | | | Tyson | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Live | Plant | Sales | Live | Plant | Sales | Live | Plant | Sales | Live | Plant | Sales | Live | Plant | Sales | Live | Plant | Sales | Live | Plant | Sales |
| 2008 | N | Y | Y | Y | N | N | Y | Y | Y | Y | Y | Y | Y | Y | N | Y | Y | N | Y | Y | Y |
| 2009 | N | Y | Y | Y | N | N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 2010 | N | Y | Y | Y | N | N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 2011 | N | Y | Y | Y | N | N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 2012 | N | Y | Y | Y | N | N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 2013 | N | Y | Y | Y | N | N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 2014 | N | Y | Y | Y | N | N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 2015 | N | Y | Y | Y | Y | N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 2016 | N | Y | Y | Y | Y | N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 2017 | N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | N | Y | Y | Y | Y |
| 2018 | N | Y | Y | Y | N | N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | N | N | Y | Y | Y |

**Source:** Agri Stats fee records. *See* AGSTAT-P-0003457363 (2008); AGSTAT-P-0003457366 (2009); AGSTAT-P-0003457367 (2010); AGSTAT-P-0003457368 (2011); AGSTAT-P-0003457369 (2012); AGSTAT-P-0003457370 (2013); AGSTAT-P-0003457371 (2014); AGSTAT-P-0003457372 (2015); AGSTAT-P-0003457373 (2016); AGSTAT-P-0003457364 (2017); AGSTAT-P-0003457365 (2018)

Singer Appendix Table 1.

# Method Five of Showing Common Impact: Agri Stats

Agri Stats enabled them to see "opportunities" to increase price relative to their competitors.



Scarlett Decl., Ex. 9

# Method Five of Showing Common Impact: Agri Stats

Competitors deanonymized the reports, and it allowed them to see the operating profits of their competitors.

**STORM LAKE WAS 2nd for September '09 on IOE 'and' with hogcost neutralized**

| | Seaboard | | | Tarheel | | | Clinton | | | Triumph | | | IPC | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Live wt 269.15 | Export In % 32.9% | loin price 211.69 | Live wt 258.96 | Export In % 19.4% | loin price 208.07 | Live wt 255.53 | Export In % 18.8% | loin price | Live wt 277.72 | Export In % 14.1% | loin price 217.72 | Live wt 262.41 | Export In % 50.5% | loin price 229.33 |
| Ham | 24.15% | $ 62.09 | $ 14.99 | 23.96% | $ 64.71 | $ 15.50 | 24.34% | $ 64.01 | $ 15.58 | 24.33% | $ 57.30 | $ 13.94 | 22.66% | $ 59.30 | $ 13.44 |
| Loin | 23.91% | $ 105.43 | $ 25.21 | 24.34% | $ 101.04 | $ 24.59 | 23.41% | $ 107.36 | $ 25.13 | 23.56% | $ 97.82 | $ 23.05 | 24.91% | $ 97.04 | $ 24.17 |
| Picnic | 11.49% | $ 42.97 | $ 4.94 | 11.69% | $ 47.76 | $ 5.58 | 11.26% | $ 45.99 | $ 5.18 | 9.01% | $ 55.11 | $ 4.97 | 11.94% | $ 47.52 | $ 5.67 |
| Butt | 9.15% | $ 75.11 | $ 6.87 | 8.31% | $ 69.89 | $ 5.81 | 8.72% | $ 75.24 | $ 6.56 | 8.98% | $ 72.38 | $ 6.50 | 9.67% | $ 71.62 | $ 6.93 |
| Belly | 14.04% | $ 78.96 | $ 11.09 | 15.46% | $ 74.25 | $ 11.48 | 15.64% | $ 58.04 | $ 9.08 | 15.45% | $ 77.46 | $ 11.97 | 12.98% | $ 79.72 | $ 10.35 |
| Rib | 4.96% | $ 107.42 | $ 5.33 | 4.63% | $ 97.47 | $ 4.51 | 4.75% | $ 95.94 | $ 4.56 | 5.20% | $ 100.16 | $ 5.21 | 4.80% | $ 96.90 | $ 4.65 |
| Misc | 4.82% | $ 30.19 | $ 1.46 | 4.63% | $ 41.53 | $ 1.92 | 4.44% | $ 41.73 | $ 1.85 | 4.75% | $ 29.70 | $ 1.41 | 5.19% | $ 30.00 | $ 1.56 |
| Fat/fatback | 6.25% | $ 50.69 | $ 3.17 | 4.30% | $ 32.86 | $ 1.41 | 4.01% | $ 35.66 | $ 1.43 | 4.47% | $ 26.20 | $ 1.17 | 5.93% | $ 24.04 | $ 1.43 |
| Total Rtn | 98.77% | | $ 73.05 | 97.32% | | $ 70.82 | 96.57% | | $ 69.37 | 95.75% | | $ 68.21 | 98.08% | | $ 68.19 |
| Primal yld / trim | 87.70% | | | 88.39% | | | 88.12% | | | 86.53% | | | 86.96% | | |
| Dressed yld | 75.06% | | | 75.37% | | | 75.57% | | | 76.50% | | | 75.15% | | |
| Hog cost | | $ 53.35 | | | $ 50.16 | | | $ 52.85 | | | $ 52.09 | | | $ 53.64 | |
| Plant costs | | $ 7.21 | | | $ 7.41 | | | $ 7.71 | | | $ 6.20 | | | $ 5.65 | |
| IOE/rank | 3rd | 13.32 | | 1st | $ 13.72 | | 6th | $ 11.59 | | 4th | 12.50 | | 8th | 8.01 | |
| Hog cost neutral | 1st | 66.67 | | 7th | 63.88 | | 4th | $ 64.44 | | 3rd | 64.59 | | 9th | 61.65 | |

| | Beardstown | | | JBS | | | Hatfield | | | Monmouth | | | PSF | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Live wt 266.33 | Export In % 0.0% | loin price | Live wt 265.1 | Export In % 5.0% | loin price | Live wt 266 | Export In % 6.4% | loin price | Live wt 268.65 | Export In % 0.0% | loin price | Live wt 272.19 | Export In % 31.2% | loin price 204.06 |
| Ham | 24.02% | $ 63.07 | $ 15.15 | 23.21% | $ 62.20 | $ 14.44 | 24.72% | $ 60.89 | $ 15.05 | 24.14% | $ 58.32 | $ 14.08 | 23.89% | $ 57.38 | $ 13.71 |
| Loin | 23.69% | $ 99.59 | $ 23.59 | 21.19% | $ 99.98 | $ 21.19 | 22.62% | $ 103.67 | $ 23.45 | 22.46% | $ 95.62 | $ 21.48 | 21.64% | $ 98.84 | $ 21.39 |
| Picnic | 11.57% | $ 42.40 | $ 4.91 | 11.23% | $ 55.31 | $ 6.21 | 10.35% | $ 46.48 | $ 4.81 | 12.20% | $ 43.75 | $ 5.34 | 10.22% | $ 50.08 | $ 5.12 |
| Butt | 8.99% | $ 62.61 | $ 5.63 | 8.05% | $ 77.16 | $ 6.21 | 9.03% | $ 70.93 | $ 6.40 | 8.54% | $ 70.35 | $ 6.01 | 8.77% | $ 72.24 | $ 6.34 |
| Belly | 17.17% | $ 61.59 | $ 10.58 | 15.15% | $ 75.66 | $ 11.46 | 16.48% | $ 64.30 | $ 10.60 | 16.07% | $ 64.84 | $ 10.42 | 14.47% | $ 70.85 | $ 10.25 |



**PART II**

# DEFENDANTS' CRITICISMS OF PLAINTIFFS' REGRESSION MODELS

CONSUMER INDIRECT PURCHASER PLAINTIFFS | HAGENS BERMAN

# Defendant Sleight of Hand #1:
# Reframe the Conspiracy to be One About Hogs (Not Pork)

As a matter of economics, control of the hog market is not necessary for a cartel to function in the pork market.



Singer Reply ¶ 33; Mangum Reply ¶ 17; Williams Reply ¶ 52.

# Defendant Sleight of Hand #1:
# Reframe the Conspiracy to be One About Hogs (Not Pork)

Defendants own 34% of all hogs and 63% are sold under marketing contracts.

> » Smithfield roughly 50% vertically integrated.
>
> » Triumph obtains 80% of hogs from member growers.
>
> » 70-80% of hogs slaughtered by Seaboard are raised on own farms.
>
> » JBS – purchases hogs through long-term supply contracts.
>
> » Tyson has 96% of hogs under long-term relationships.

Scarlett Ex. 152-158

# Defendant Sleight of Hand #1:
# Reframe the Conspiracy to be One About Hogs (Not Pork)

Defendants' expert acknowledges that over 90% of hogs are controlled by the Defendants.

**LEGEND:**



- Producer Sold – Spot Market
- Packer Sold
- Producer Sold – Marketing Agreement
- Packer Owned



Mintert Ex. 2 / Singer Reply ¶¶ 43-44.

# Defendant Sleight of Hand #1:
# Reframe the Conspiracy to be One About Hogs (Not Pork)

The contemporaneous record shows that hog farmers recognized the packers had leverage to manipulate the supply of hogs.

» While packers do not "dictate []per se" how many hogs farmers can grow, farmers "are very cautious and slow not to add production until we know for sure there's a marketplace for those hogs."

» Farmer in 2015: "Because supply is so close to what slaughter capacity is, the Packer can control their margins very effectively. . . . *If they choose not to kill a lot of Saturdays because they want to maintain a high margin per head, they have the luxury of doing that*!"

» Independent producers: "I've got a big investment in my farms and someone else is making the money. *There is no real fundamental market fo[r] hogs, no bidding process. I'm squeezed out of the market*."

» Hog Farmer: "Besides the lack of investment in slaughter capacity, the packers have demonstrated a total lack of competitiveness. As a supplier of negotiated pigs it was very transparent."

Scarlett Exs. 164, 177, 180, 293

# Defendant Sleight of Hand #1:
# Reframe the Conspiracy to be One About Hogs (Not Pork)

> One hog farmer decided that to increase competition, it would build its own $240 million facility.

"[M]ade the decision after seeing that the consolidation of the pork packing industry [] had decreased competition for live hogs and helped depress prices to hog producers. The company says it sees the need to construct this facility increasing competition and maximizing the value of all hogs produced in the United States."



**Prestage Farms proposes new pork processing plant in Iowa**

Scarlett Ex. 170

# Defendant Sleight of Hand #2:
# Plaintiffs have not measured "lawful" versus "unlawful" conduct (supply, exports and capacity)

1. Plaintiffs measured pork price *but-for* the conspiracy.

2. Plaintiffs measured pork supply *but-for* the conspiracy.

3. Defendants suggest (wrongly) Plaintiffs must *decompose* supply.

4. The law recognizes financial injury.

5. Common to the class.

**Table 3 Production Regression Results**

| *Independent variable* | Coefficient | Robust Std. Err. |
|---|---|---|
| Indicator of the damages period (Jan. 2009 – Jun. 2018) | -0.073 | 0.021*** |
| Percentage production effect in Jan. 2009 – Nov. 2011 | -7.0% | |
| Indicator of the post period (Jul. 2018 – Dec. 2020) | -0.009 | 0.024 |
| Indicator of swine flu | -0.026 | 0.018 |
| Indicator of COVID | -0.121 | 0.147 |
| Ln(Population) | 1.342 | 1.121 |
| Ln(Disposable personal income) | -0.163 | 0.360 |
| Ln(Chicken price) | 0.651 | 0.173*** |
| Ln(Beef price) | -0.171 | 0.098* |
| Ln(Piglet loss rate) | -0.050 | 0.019** |
| Ln(Cost of hog) | -0.195 | 0.025*** |
| Ln(Plant cost for pork processing (excluding condiment cost) | -0.184 | 0.205 |
| Ln(Salt price) | 0.288 | 0.072*** |
| Number of Observations | 64 | |
| Adjusted R-Squared | 0.90 | |
| Period | 2005Q1-2020:Q4 | |

Notes:
Estimates on quarterly fixed effect and the constant term are omitted in this table.
***Significant at the 1 percent level; **Significant at the 5 percent level; * Significant at the 10 percent level.

Williams Table 3

# Defendant Sleight of Hand #3:
# Remove 2008 Data Without Justification

Removing 2008 removes 33% of the benchmark data, removing statistical precision.

| Regression Control Variables | Dr. Singer | Dr. Mangum | Dr. Williams | Controls For: | Dr. Haider's Alleged Missing Factors |
|---|---|---|---|---|---|
| Competing Proteins | ✓ | ✓ | ✓ | The relative prices of pork substitutes. | "National Economic Shocks" |
| GDP | ✓ | ✓ | ✓ | Consumer demand, labor productivity, standard of living, national economic shocks. | "National Economic Shocks", "2008 anomalous year", "trade" |
| Hog cost | ✓ | ✓ | ✓ | Corn, soy, other feed; farm labor, farm capital, interest rates, transportation, fuel, vet costs, etc. | "Cost of acquiring live hogs", "2008 anomalous year", "Circovirus vaccine" |
| Plant costs | ✓ | ✓ | ✓ | Plant labor, supervision, packaging, plant supplies, maintenance, ice, utilities, depreciation, regulatory costs, | "National Economic Shocks" "2008 anomalous year" |
| Swine Flu | ✓ | ✓ | ✓ | H1N1 shock in consumer demand. | |
| Piglet Loss Rate | ✓ | ✓ | ✓ | Piglet morality rates, Circovirus vaccine. | "2008 anomalous year", "Circovirus vaccine" |
| Seasonality | ✓ | ✓ | ✓ | Seasonal prices on cuts. | |
| Covid | ✓ | ✓ | ✓ | COVID-19 economy shocks. | |
| Bacon Ingredient Index | ✓ | X | ✓ | Bacon-specific ingredient costs (salt and spices). | |
| Pork Recalls | ✓ | X | X | Consumer demand following recalls. | |
| CPI | X | ✓ | ✓ | USD inflation. | |
| Population | X | X | ✓ | Long run consumer demand. | |
| Trend | ✓ | X | X | Long run trends: (Technology, productivity, export demand, population, inflation.) | |
| Processor Fixed Effects | ✓ | ✓ | ✓ | Individual Defendant characteristics. | |
| Product Fixed Effects | ✓ | ✓ | ✓ | Primal cut pricing differences. | |
| Customer ID Fixed Effects | ✓ | ✓ | ✓ | Individual Direct Purchaser characteristics. | |
| Customer Type Fixed Effects | ✓ | X | ✓ | Direct Purchaser category (distributor, retail, etc.). | |

Singer Reply Table 7; Mangum Reply Figure 20.

# Defendant Sleight of Hand #4: Slicing and Dicing Data

Even breaking the models apart, Plaintiffs can demonstrate an overcharge for every year of the conduct and damages period.

TABLE 8: DEFENDANTS' SALES REGRESSIONS, INTERACTED CONDUCT BY YEAR

| Explanatory Variable | Inc. Post Class | Ex. Post Class |
|---|---|---|
| *Conduct — 2009* | -0.023 | 0.011 |
| *Conduct — 2010* | 0.166 | 0.22 |
| *Conduct — 2011* | 0.257 | 0.313 |
| *Conduct — 2012* | 0.211 | 0.285 |
| *Conduct — 2013* | 0.242 | 0.342 |
| *Conduct — 2014* | 0.335 | 0.441 |
| *Conduct — 2015* | 0.198 | 0.372 |
| *Conduct — 2016* | 0.22 | 0.422 |
| *Conduct — 2017* | 0.266 | 0.478 |
| *Conduct — 2018* | 0.249 | 0.478 |
| *Post Class Period* | 0.234 | -- |
| *ln(Total Cost Per 270lb Pig)* | 0.007 | 0.118 |
| *ln(Plant Cost Per Lb)* | 0.256 | 0.078 |
| *Piglet Loss Rate (6 Month)* | 0.002 | 0.009 |
| *Covid Flag* | 0.042 | -- |
| *Bacon Ingredient Index* | 0.004 | 0.004 |
| *Swine Flu Flag* | -0.043 | -0.049 |
| *ln(Beef-Chicken Index)* | 0.257 | 0.044 |
| *Pork Recalls Active* | -0.003 | -0.003 |
| *ln(Real GDP Per Capita)* | 0.055 | 0.051 |
| *Trend* | -0.862 | -1.262 |
| *Constant* | -1.063 | -0.696 |
| *All P-Values Below 0.01?* | Yes | Yes |
| *Cut-By-Month Seasonality?* | Yes | Yes |
| *Additional Fixed Effects:* | Processor - Product - Customer ID | Processor - Product - Customer ID |
| *Number of Additional FE:* | 215,593 | 184,712 |
| *Observations* | 3,885,498 | 3,193,106 |
| *R-Squared* | 93.1% | 93.3% |

Notes: The first bolded rows measure the effect of the Conduct; non-bolded rows are control variables. The p-values indicate the statistical significance of each coefficient estimate. *See* Wooldridge at 776-777.

Singer Reply Table 8

CONSUMER INDIRECT PURCHASER PLAINTIFFS   HAGENS BERMAN   21

# Defendant Sleight of Hand #5: Changing Variables

The class experts correctly used the cost of hogs variable, and not the price of hogs (which suffers simultaneity bias).



FIGURE 4: DR. SINGER'S COST OF HOGS MODEL

FIGURE 5: DR. HAIDER'S PRICE OF HOGS MODEL

Singer Reply ¶¶ 88-89, 91; Mangum Reply ¶¶ 141-46; Williams Reply ¶¶ 113-16

# Defendant Sleight of Hand #6:
# An Industry Expert (Dr. Mintert) Who Did Not Read or Access Any Documents in this Case

Dr. Mintert cannot opine that factors *other than* the conspiracy account for the overcharge when he failed to look at data or documents specific to this case.

» **Dr. Mintert is not**: an expert in antitrust cases; an expert in cartels; an econometrician.

» **Dr. Mintert did not**: review the transactional data produced by defendants; evaluate the regression models performed by any plaintiffs' expert (on overcharge, production levels or pass-through).

» **Dr. Mintert made no inquiry into Agri Stats**: He did not look at even one Agri Stats report because he "didn't see any reason why I need to access the Agri Stats reports."

  - He didn't inquire into how "any of the individual firms exactly … were using" Agri Stats.

  - He testified: "I was not aware of that [the introduction of the Agri Stats export sales report in 2013] because I haven't examined anything that Agri Stats has done in any detail."

  - He said: "I did not examine the Agri Stats reports in any way. So the answer is no."

Scarlett Ex. 161



# Unique Consumer Class Issues

## Consumer IPPs have demonstrated pass-through to the end-purchasers

Pass-through is commonplace in commodity markets.

» Smithfield: When "production is reduced and costs rise, meat prices will increase" and "these cost increases eventually will be passed to the American consumer."

» Steve Meyer – industry economist: processors pass on any increase in the "price of pigs" to consumers who "pay all costs in the long run."

» Retailers testified that they seek to maintain a gross margin of 30-40%.

» No price points have been identified in pork sales.

Scarlett Exs. 48, 128, 184, 281, 283; Singer Figure 6, ¶¶ 41, 177.

# Unique Consumer Class Issues

Consumer IPPs have measured pass-through, utilizing data representing 50 percent of the retail market and 43 percent of distributors.

**APPENDIX 3: PASS-THROUGH ANALYSIS OF RETAIL STORES INCLUDING WALMART AND SAM'S CLUB**

| Entity | Linear-Levels Model | | Linear-Log Model | | | | Share of Defendant Retail Sales (2018) | Weighting (2018 Own-Data Sales) |
|---|---|---|---|---|---|---|---|---|
| | Pass-Through | R-Squared | Pass-Through | Price / Cost Ratio | Elasticity | R-Squared | | |
| 7-Eleven | 85% | 0.57 | 84% | 1.60 | 0.52 | 0.58 | -- | 0.04% |
| Aldi | 103% | 0.94 | 109% | 1.33 | 0.82 | 0.94 | 2.1% | 16.09% |
| Amazon Fresh | 129% | 0.94 | 128% | 1.37 | 0.93 | 0.91 | 0.0% | 0.71% |
| Big Y Foods | 121% | 0.92 | 128% | 1.51 | 0.85 | 0.93 | 0.0% | 0.12% |
| BJ Wholesale | 113% | 0.74 | 153% | 1.65 | 0.93 | 0.80 | 0.0% | 7.47% |
| Costco | 107% | 0.99 | 117% | 1.35 | 0.87 | 0.94 | 8.7% | 18.97% |
| CVS | 100% | 0.78 | 110% | 1.35 | 0.81 | 0.81 | -- | 0.07% |
| Dollar General | 91% | 0.28 | 157% | 1.99 | 0.79 | 0.47 | 0.3% | 3.13% |
| Family Dollar | 97% | 0.92 | 112% | 1.32 | 0.85 | 0.95 | -- | 0.54% |
| HE Butt Grocery | 153% | 0.90 | 138% | 1.52 | 0.91 | 0.91 | -- | 2.44% |
| Kroger | 138% | 0.88 | 137% | 1.69 | 0.81 | 0.84 | 9.4% | 0.53% |
| Meijer | 116% | 0.78 | 120% | 1.60 | 0.75 | 0.75 | 1.5% | 4.36% |
| Natural Grocers | 163% | 0.84 | 134% | 1.31 | 1.02 | 0.94 | -- | 0.35% |
| Target | 110% | 0.79 | 114% | 1.50 | 0.76 | 0.75 | 0.4% | 5.50% |
| Trader Joes | 129% | 0.92 | 126% | 1.46 | 0.87 | 0.92 | 0.1% | 5.41% |
| Wegmans | 183% | 0.73 | 159% | 1.60 | 0.99 | 0.78 | 0.6% | 2.50% |
| Walmart/Sam's Club | 92% | 0.08 | 109% | 3.01 | 0.36 | 0.08 | 27.3% | 31.74% |
| **Weighted Average** | **106.7%** | **0.62** | **119.3%** | | | **0.62** | **50.3%** | **100%** |
| **Median** | **113.0%** | **0.84** | **126.1%** | | | **0.84** | | |

Notes: Any third party with Sales in Defendants' Data or Share of Category Sales equal to "—" is not accounted for within the Defendants' data.
This could be due to (1) an inability to match the entity name with the customer name within the Defendants' data, or (2) the third party purchasing product from another vendor indirectly, rather than through the Defendants.
For weighting, Amazon Fresh uses 2020 data (2018 was not produced). Any third party with Sales in Defendants' Data equal to 0.0% has a negligible amount of direct purchases from Defendants.
Walmart's low R-Squared is in part due to the larger number of products in data. If product fixed effects are used (such as in Dr. Haider's pass-through analysis), the R-Squared is approximately 0.77.

Singer Reply App. 3; Singer Table 22 (Distributor pass-through)

# Unique Consumer Class Issues

There is a less than 0.02% chance a class member was uninjured given that Defendants control 85% of the market, and households purchase pork 6.2 times per year.

| TABLE 3: CHANCE OF NOT PURCHASING DEFENDANT PORK | | | | | |
|---|---|---|---|---|---|
| [1] | [2] | [3] = [1]^[2] | [4] | [5] = [2]*[4] | [6] = [1]^[5] |
| Chance NOT Defendant | Purchases Per Year | Chance to NOT Buy Defendant, One Year | Class Years | Class Purchases | Chance to NOT Buy Defendant, Over Class Period |
| 20% | 5.3 | 0.020% | 3.5 | 18.55 | 1.08E-13 |
| 20% | 6.2 | 0.005% | 3.5 | 21.7 | 6.80E-16 |
| 20% | 6.7 | 0.002% | 3.5 | 23.45 | 4.07E-17 |
| 20% | 6.8 | 0.002% | 3.5 | 23.8 | 2.31E-17 |

Singer Reply ¶¶ 18-19, Table 3