Carlton [REDACTED] #J21354
Santa Rosa Correction Institution
5850 East Milton Road
Milton, FL 32583

Clerk, U.S. District Court
300 South 4th Street
Minneapolis, MN 55415

SCANNED
MAR 0 7 2023
U.S. DISTRICT COURT MPLS

RECEIVED BY MAIL
MAR 0 7 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

PENSACOLA FL 325
2 MAR 2023 PM 1 L

PROVIDED TO
SANTA ROSA CI ON
FEB 28 2023
FOR MAILING BY

US POSTAGE <<PITNEY BOWES
ZIP 32583
02 4W  $00.00⁰
0000368  FEB 28 2023


