# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE: PORK ANTITRUST LITIGATION* | Case No. 18-CV-1776 (JRT/JFD) |
| This Document Relates To:<br>*Sysco Corporation v. Agri Stats, Inc.,*<br>*et al.*<br>Case No. 21-CV-1374 | **<u>STIPULATION</u>** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, as follows:

1.      Boies Schiller Flexner LLP ("BSF") and DAP Sysco Corporation ("Plaintiff") consent to BSF's withdrawal as Plaintiff's counsel, effective immediately;

2.      BSF's withdrawal is without prejudice to either BSF or Plaintiff asserting any claim or defense that they may have against each other with respect to BSF's representation of Plaintiff or BSF's withdrawal as counsel; and

***Continued on Following Page***

3.	The Court's entry of this Order shall not operate as an adjudication of any claims or defenses that Plaintiff or BSF may have against each other relating to BSF's representation of Plaintiff or BSF's withdrawal.


Dated: March 9, 2023

| BOIES SCHILLER FLEXNER LLP | FRANKFURT KURNIT KLEIN & SELZ, P.C. |
|---|---|
| By:_____/s/ Scott E. Gant_____ | By:_____/s/ Nicole I. Hyland_____ |
| Scott E. Gant | Ronald C. Minkoff |
| 1401 New York Ave., NW Washington, DC 20005 | Nicole I. Hyland |
| (202) 237-2727 | Amanda B. Barkin |
| sgant@bsfllp.com | 28 Liberty Street, 35th Fl. |
| | New York, NY 10005 |
| *Attorneys for DAP Sysco Corporation* | (212) 980-0120 |
| | rminkoff@fkks.com |
| | nhyland@fkks.com |
| | abarkin@fkks.com |

Arthur G. Boylan (#338229)
aboylan@anthonyostlund.com
Joseph R. Richie (#400615)
jrichie@anthonyostlund.com
Joseph T. Janochoski (#399952)
jjanochoski@anthonyostlund.com
ANTHONY OSTLUND LOUWAGIE
DRESSEN & BOYLAN P.A.
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  (612) 349-6969
Facsimile:  (612) 349-6996

*Attorneys in Limited Capacity for DAP Sysco Corporation*