# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 18-CV-1776 (JRT/JFD) |
| This Document Relates To:<br>*Sysco Corporation v. Agri Stats, Inc., et al.*<br>Case No. 21-CV-1374 | **DECLARATION OF ARTHUR G. BOYLAN IN SUPPORT OF SYSCO CORPORATION'S MOTION FOR LIMITED STAY** |

I, Arthur G. Boylan, state and declare as follows:

1. I am an attorney with the law firm of Anthony Ostlund Louwagie Dressen & Boylan P.A. and one of the attorneys for Direct Action Plaintiff Sysco Corporation in the above-referenced proceeding. I make and submit this declaration in support of Sysco Corporation's Motion for a Limited Stay.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Petition to Vacate Arbitration Award, filed by Sysco Corporation on March 8, 2023, in *Sysco Corp. v. Glaz LLC et. al.*, 23-CV-01451 (N.D. Ill.) (ECF No. 1). A redacted public version, and a sealed unredacted version, are both being filed.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: March 10, 2023         *s/ Arthur G. Boylan*
                              Arthur G. Boylan