UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

This document relates to:
ALL ACTIONS

Case No. 18-CV-1776 (JRT/JFD)

**ORDER ON PRO SE "MOTION FOR SETTLEMENT JUDGEMENT/OR WHAT EVERY DEEMS APPROPRIATE"**

This matter is before the Court on Plaintiff Carlton X. Mathews' pro se "Motion for Settlement Judgement/or What Every Deems Appropriate" (Dkt. No. 1835). The motion is **DENIED**. According to the Consumer Indirect Purchaser Plaintiffs, Mr. Mathews submitted a settlement claim form on October 24, 2022. (Dkt. No. 1840.) Counsel for the consumer class has represented they will ensure that Mr. Matthews receives his portion of the settlement funds at the time of distribution. (*Id.*)

Date: March 16, 2023

    *s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge