**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776 (JRT/JFD) <br><br> **NOTICE OF HEARING ON MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT BETWEEN CONSUMER INDIRECT PURCHASER PLAINTIFFS AND DEFENDANT SMITHFIELD FOODS, INC.** |
| *This Document Relates to*: <br><br> All Consumer Indirect Purchaser Plaintiff Actions | |

Please take notice that at a videoconferenced hearing on March 30, 2023, or as soon thereafter as may be heard by the Court, before the Honorable John R. Tunheim, Judge for the United States District Court for the District of Minnesota, Courtroom 14E, 300 South Fourth Street, Minneapolis, Minnesota 55415, Consumer Indirect Purchaser Plaintiffs ("Consumer IPPs") will move the Court for an order granting Consumer IPPs' motion for final approval of the class action settlement between Consumer IPPs and Defendant Smithfield Foods, Inc.

DATED: March 16, 2023

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ Shana E. Scarlett
     SHANA E. SCARLETT

Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101

- 1 -
010736-11/1705475 V1

Telephone: (213) 330-7150
abigailp@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*