# EXHIBIT C

# Hagens Berman Sobol Shapiro LLP and Gustafson Gluek PLLC Announce an Additional $75 Million Settlement for Consumers Who Purchased Pork Products

USA - English ▼

**NEWS PROVIDED BY**
**Hagens Berman Sobol Shapiro LLP and Gustafson Gluek PLLC**
Dec 09, 2022, 10:00 ET

NEW YORK, Dec. 9, 2022 /PRNewswire/ --

**COURT-APPROVED LEGAL NOTICE**

**If you purchased any Pork product in the United States from January 1, 2009, through April 2 2021, a class action settlement may affect your rights.**

*Para una notificacion in español, llame gratis al 1-877-777-9594*

*o visite nuestro website* www.overchargedforpork.com.

A new settlement has been reached in a class action antitrust lawsuit filed on behalf of Indirect Purchaser Plaintiffs with Defendant Smithfield Foods, Inc. and related or affiliated entities ("Smithfield").  This Court-ordered notice may affect your rights.  Please review and follow the instructions carefully.

The United States District Court for the District of Minnesota authorized this notice.  Before any money is paid, the Court will hold a hearing to decide whether to approve the Settlement.

**WHO IS INCLUDED?**

For settlement purposes, members of the Settlement Class are defined as all persons and entities who indirectly purchased Pork from any of the Defendants or any co-conspirator, or their respective subsidiaries or affiliates, for personal use in the United States from at least as early as January 1, 2009 until April 2, 2021. Specifically excluded from the Settlement Class are the Defendants; the officers, directors, or employees of any Defendant; any entity in which any Defendant has a controlling interest; and any affiliate, legal representative, heir, or assign of any Defendant. Also excluded from the Settlement Class are any federal, state, or local governmental entities, any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, and any juror assigned to the action. In addition to Smithfield, the Defendants in this lawsuit for purposes of this notice include Clemens Food Group, LLC, The Clemens Family Corporation, Hormel Foods Corporation, JBS USA Food Company, JBS USA Food Company Holdings, Seaboard Foods LLC, Triumph Foods, LLC, Tyson Foods, Inc., Tyson Prepared Foods, Inc., Tyson Fresh Meats, Inc., and Agri Stats, Inc.

If you are not sure you are included, you can get more information, including a detailed notice, at www.overchargedforpork.com or by calling toll-free 1-877-777-9594.

## **WHAT IS THIS LAWSUIT ABOUT?**

Indirect Purchaser Plaintiffs allege that Defendants and their co-conspirators conspired and combined to fix, raise, maintain, and stabilize the price of Pork, at least as early as January 1, 2009, with the intent and expected result of increasing prices of Pork in the United States, in violation of federal and state consumer-protection and antitrust laws. Indirect Purchaser Plaintiffs previously reached a settlement with one Defendant, JBS.  The Court granted final approval to the JBS settlement on September 14, 2022. Indirect Purchaser Plaintiffs have now reached a new proposed Settlement with Defendant Smithfield. Smithfield denies it did anything wrong.  The Court did not decide which side was right, but both sides agreed to the Settlement Agreement to resolve the case, avoid the risks involved with continued litigation, and get benefits to the Settlement Class.  The case is still proceeding on behalf of the Indirect Purchaser Plaintiffs against other Defendants who may be subject to separate settlements, judgments, or class certification orders.

## **WHAT DOES THE SETTLEMENT PROVIDE?**

Under the terms of the Settlement Agreement, Smithfield will pay $75,000,000 to resolve all Settlement Class claims against it in this litigation.  In addition to this monetary benefit, Smithfield has also agreed to certain injunctive relief and to provide specified cooperation in the Indirect Purchaser Plaintiffs' continued prosecution of the litigation. No money will be distributed yet. Co-Lead Counsel will continue to pursue the lawsuit against the other non-settling Defendants. Co-Lead Counsel may request that the Court award attorneys' fees and permit the reimbursement of certain litigation costs and expenses. If such request is made, it will be filed at least fourteen days before the objection deadline and posted on the website www.overchargedforpork.com at that time. Co-Lead Counsel believes that the total amount of attorneys' fees sought will be no more than 33.3% of the Settlement Fund or $25,000,000.00, and the total amount of costs sought will be no more than $5.2 million. Class Counsel will request service awards of up to $2,000 on behalf of each Class Representative. All Settlement funds that remain after payment of the Court-ordered attorneys' fees, costs, service awards, and expenses will be distributed the conclusion of the lawsuit or as ordered by the Court.

## WHAT ARE YOUR RIGHTS AND OPTIONS?

You do not need to take any action to remain a member of the Settlement Class and be bound by the Settlement Agreement. As a Settlement Class Member, you may be able to participate in (or exclude yourself from) any future settlement or judgment obtained by Indirect Purchaser Plaintiffs against other Defendants in the case.  If you do not want to be legally bound by the Settlement Agreement, you must exclude yourself by **February 7, 2023**, or you will not be able to sue or continue to sue Smithfield for the Released Claims (as defined in the Settlement Agreement).  If you exclude yourself, you can't get money from the Settlement. If you don't exclude yourself from the Settlement Class, you may still object to the Settlement Agreement by **February 7, 2023**. The detailed notice explains how to exclude yourself or object. Details may also be found on the FAQs page of the Settlement website. The Court will hold a hearing in this case (*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*, Case No. 0:18-cv-01776 (D. Minn.)), on **March 30, 2023**, to consider whether to approve the Settlement Agreement. You may ask to speak at the hearing, but you do not have to.

In order to be eligible to receive a payment from the Settlement, you must submit a valid Claim Form before **June 30, 2023**. You may submit a Claim Form either online or by mail. Both options are available at the website www.overchargedforpork.com. If you previously submitted a Claim Form in response to the JBS settlement notice, then you do not need to submit another Claim Form as you will

Deadlines and the date and time of the hearing are subject to change. Updates will be provided on th website www.overchargedforpork.com.

This notice is only a summary. You can find more details about the Settlement at www.overchargedforpork.com or by calling toll-free 1-877-777-9594. Please do not contact the Court.

**This notice is only a summary. You can find more details about the Settlement at www.overchargedforpork.com or by calling toll-free 1-877-777-9594. Please do not contact the Court.**

SOURCE Hagens Berman Sobol Shapiro LLP and Gustafson Gluek PLLC

# Hagens Berman Sobol Shapiro LLP y Gustafson Gluek PLLC Anuncian un Acuerdo de $75 Millones Adicionales para Consumidores Que Compraron Productos Porcinos.

USA - español ▼

---

NEWS PROVIDED BY
**Hagens Berman Sobol Shapiro LLP and Gustafson Gluek PLLC** →
Dec 09, 2022, 10:00 ET

---

NUEVA YORK, 9 de diciembre de 2022 /PRNewswire-HISPANIC PR WIRE/ --

**AVISO LEGAL APROBADO POR EL TRIBUNAL**

**Si usted compró algún producto Porcino en los Estados Unidos desde el 1 de enero de 2009 hasta el 2 de abril de 2021,
sus derechos pueden verse afectados por un acuerdo en una demanda colectiva.**

*Para una notificación en español, llame gratis al 1-877-777-9594
o visite nuestro sitio web www.overchargedforpork.com.*

Se ha llegado a un Acuerdo de conciliación en una demanda colectiva antimonopolio presentada en nombre de los Demandantes del comprador indirecto ante los Demandados Smithfield Foods, Inc. y entidades relacionadas o afiliadas ("Smithfield"). Este aviso ordenado por el Tribunal podría tener efecto sobre sus derechos. Sírvase leer y seguir estas instrucciones con mucho cuidado.

El Tribunal de Distrito de los Estados Unidos para el Distrito de Minnesota autorizó este aviso. Antes de efectuar algún pago de dinero, el Tribunal llevará a cabo una audiencia para decidir si aprueba el Acuerdo.

**¿QUIÉN ESTÁ INCLUIDO?**

A los fines del acuerdo, los miembros del Grupo del Acuerdo de la demanda colectiva se definen como todas las personas y entidades que de forma indirecta les compraron Cerdo a cualquiera de los Demandados o cualquier coconspirador, o sus respectivas subsidiarias o filiales, para uso personal en los Estados Unidos al menos desde el 1 de enero de 2009

hasta el 2 de abril de 2021. Quedan específicamente excluidos del Grupo de conciliación los Demandados; los ejecutivos, directores o empleados de cualquier Demandado; cualquier entidad en la que cualquier Demandado tuviese una participación mayoritaria y cualquier afiliada, representante legal, heredero o cesionario de cualquier Demandado. También se excluyen de este Grupo del Acuerdo de la demanda colectiva las entidades gubernamentales federales, estatales o locales, los funcionarios judiciales que presidan esta demanda y sus familiares directos, el personal judicial y los miembros del jurado asignados a esta demanda. Además de Smithfield, los Demandados en esta acción judicial a los fines de este aviso incluyen a Clemens Food Group, LLC; The Clemens Family Corporation; Hormel Foods Corporation; JBS USA Food Company; JBS USA Food Company Holdings; Seaboard Foods LLC; Triumph Foods, LLC; Tyson Foods, Inc.; Tyson Prepared Foods, Inc.; Tyson Fresh Meats, Inc.; y Agri Stats, Inc.

Si no está seguro de estar incluido, puede obtener más información con un aviso detallado, en www.overchargedforpork.com o llamando a la línea gratuita 1-877-777-9594.

**¿DE QUÉ TRATA ESTA DEMANDA?**

Los Demandantes del comprador indirecto alegan que los Demandados y sus coconspiradores conspiraron y combinaron para fijar, aumentar, mantener y estabilizar el precio del cerdo, al menos desde el 1 de enero de 2009, con la intención y el resultado esperado de aumentar los precios del cerdo en los Estados Unidos de Norteamérica, en infracción a las leyes antimonopolio y de protección al consumidor federales y estatales. Los Demandantes del comprador indirecto han llegado a la Conciliación con un Demandado, JBS. El Tribunal otorgó una aprobación final a la conciliación de JBS el 14 de septiembre de 2022. Los Demandantes del comprador indirecto llegaron a una nueva Conciliación propuesta con el Demandado Smithfield. Smithfield niega haber hecho algo malo. El Tribunal no decidió qué parte tenía razón, pero ambos convinieron llegar a un Acuerdo de Conciliación para resolver el caso, evitar los riesgos que conlleva la continuación del litigio y obtener beneficios para el Grupo de la Conciliación. La causa todavía se está procesando en nombre de los Demandantes Compradores Indirectos contra otros Demandados que podrían estar sujetos a acuerdos, sentencias u órdenes de certificación colectiva independientes.

**¿QUÉ DISPONE EL ACUERDO?**

En virtud de los términos del Acuerdo de Conciliación, Smithfield pagará $75,000,000 para resolver los reclamos del Grupo de la Conciliación entablados en su contra en este litigio. Además de este beneficio monetario, Smithfield ha accedido a ciertas medidas cautelares y a proporcionar una cooperación específica en el proceso continuo del litigio por parte de los Demandantes del comprador indirecto. No se distribuirá dinero todavía. Los Abogados principales adjuntos continuarán entablando la demanda contra los otros Demandados no conciliadores. Los Abogados principales adjuntos pueden solicitar que el Tribunal otorgue los honorarios de los abogados y permita el reembolso de ciertos costos y gastos del litigio. Si dicha solicitud se realizara, se presentará al menos catorce días antes de la fecha límite de la objeción y se publicará en el sitio web www.overchargedforpork.com en ese momento. Los Abogados principales adjuntos consideran que el monto total de los honorarios de abogados solicitado no superará el 33.3 % del Fondo de la conciliación o

$25,000,000.00 y el monto total de los costos solicitado no superará los $5.2 millones. Los Abogados del Grupo solicitarán que se otorguen montos por servicios de hasta $2,000 en nombre de cada Representante del grupo de demandantes. Todos los Fondos de la conciliación que quedasen después del pago de los honorarios de abogados aprobados por el Tribunal, los gastos, los montos por servicios y las costas se distribuirán al finalizar el juicio o conforme lo ordenase el Tribunal.

### ¿CUÁLES SON SUS DERECHOS Y OPCIONES?

No tiene que hacer nada para seguir siendo miembro del Grupo del Acuerdo de la demanda colectiva y quedar obligado por el Acuerdo de Conciliación. Como Miembro del Grupo del Acuerdo de la demanda colectiva, podrá participar (o excluirse) de todo futuro acuerdo o sentencia que los Demandantes Compradores Indirectos obtengan contra otros Demandados en la causa. Si no desea obligarse legalmente por el Acuerdo de Conciliación, debe excluirse, a más tardar, el **7 de febrero de 2023**; de lo contario, no podrá entablar un juicio ni seguir demandando a Smithfield por los Reclamos Liberados (según se definen en el Acuerdo de Conciliación). Si usted se excluye, no puede recibir dinero de la Conciliación. Si no se excluye del Grupo de la Conciliación, igualmente podrá objetar el Acuerdo de conciliación a más tardar el **7 de febrero de 2023**. El aviso detallado explica cómo excluirse o cómo objetar. También podrá encontrar los detalles en la página de Preguntas frecuentes del sitio web del Acuerdo. El Tribunal realizará una audiencia en esta causa (*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*, Case No. 0:18-cv-01776 [D. Minn.]) el **30 de marzo de 2023**, para considerar si aprueba o no el Acuerdo de Conciliación. Puede pedir la palabra en la audiencia, pero no está obligado a hacerlo.

Para ser elegible a fin de recibir un pago del Acuerdo, debe presentar un Formulario de Reclamo válido antes del **30 de junio de 2023**. Puede presentar el Formulario de Reclamo en línea o por correo electrónico. Ambas opciones se encuentran disponibles en el sitio web www.overchargedforpork.com. Si anteriormente presentó un Formulario de reclamo en respuesta al aviso de la conciliación con JBS, no es necesario que presente otro Formulario de reclamo, ya que podrá recibir automáticamente un pago del Acuerdo de conciliación con Smithfield.

Los plazos límite y la fecha y hora de la audiencia están sujetos a cambio. Las actualizaciones serán informadas en el sitio web www.overchargedforpork.com.

Este aviso es solo un resumen. Podrá consultar más detalles sobre el Acuerdo en www.overchargedforpork.com o llamando a la línea gratuita 1-877-777-9594. Le solicitamos que no se comunique con el Tribunal.

**Este aviso es solo un resumen. Podrá consultar más detalles sobre el Acuerdo en www.overchargedforpork.com o llamando a la línea gratuita 1-877-777-9594. Le solicitamos que no se comunique con el Tribunal.**

FUENTE Hagens Berman Sobol Shapiro LLP and Gustafson Gluek PLLC

SOURCE Hagens Berman Sobol Shapiro LLP and Gustafson Gluek PLLC