# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to*:<br><br>All Consumer Indirect Purchaser Plaintiff Actions | Case No. 0:18-cv-1776 (JRT/JFD)<br><br>**MEET AND CONFER STATEMENT** |

Pursuant to Local Rule 7.1(a)(1), Consumer Indirect Purchaser Plaintiffs ("Consumer IPPs") hereby state that their counsel met and conferred with Defendant Smithfield Foods, Inc. ("Smithfield") counsel regarding this motion for final settlement approval between Consumer IPPs and Smithfield. Defendant Smithfield does not oppose the motion for final approval.

| | |
|---|---|
| DATED: March 16, 2023 | HAGENS BERMAN SOBOL SHAPIRO LLP<br><br>By:   /s/ Shana E. Scarlett<br>      SHANA E. SCARLETT<br><br>Rio Pierce<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com<br>riop@hbsslaw.om<br><br>Steve W. Berman<br>Breanna Van Engelen<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>breannav@hbsslaw.com<br><br>Abigail D. Pershing<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>Telephone: (213) 330-7150<br>abigailp@hbsslaw.com<br><br>Daniel E. Gustafson (#202241)<br>Daniel C. Hedlund (#258337)<br>Michelle J. Looby (#388166)<br>Joshua J. Rissman (#391500)<br>GUSTAFSON GLUEK PLLC<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>jrissman@gustafsongluek.com |

*Interim Co-Lead Counsel for Consumer
Indirect Purchaser Plaintiffs*