# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 18-CV-1776 (JRT/JFD) |
| This Document Relates To:<br>*Sysco Corporation v. Agri Stats, Inc., et al.*<br>Case No. 21-CV-1374 | **AMENDED NOTICE OF HEARING REGARDING SYSCO CORPORATION'S MOTION FOR LIMITED STAY** |

PLEASE TAKE NOTICE that Plaintiff Sysco Corporation ("Sysco") will move the Court on Wednesday, April 5, 2023 at 8:30 a.m. before The Honorable John F. Docherty, United States District Court, 316 N. Robert Street, St. Paul, MN 55101, for an Order staying this proceeding as to Sysco for up to 60 days to permit Sysco time to obtain replacement counsel, which Sysco is diligently pursuing (the "Limited Stay"). The hearing will take place via videoconference. Details for accessing the hearing will be circulated by Judge Docherty's chambers prior to the hearing.

| | |
|---|---|
| Dated: March 17, 2023 | **ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**<br><br>*s/ Arthur G. Boylan*<br>Arthur G. Boylan (#338229)<br>aboylan@anthonyostlund.com<br>Joseph R. Richie (#400615)<br>jrichie@anthonyostlund.com<br>Joseph T. Janochoski (#399952)<br>jjanochoski@anthonyostlund.com<br>3600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: (612) 349-6969<br>Facsimile: (612) 349-6996 |

Ronald C. Minkoff
Nicole I. Hyland
Amanda B. Barkin
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
28 Liberty Street, 35th Fl.
New York, NY 10005
Tel.: (212) 980-0120
rminkoff@fkks.com
nhyland@fkks.com
abarkin@fkks.com

*Attorneys in Limited Capacity for Plaintiff Sysco Corporation*