UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*IN RE PORK ANTITRUST LITIGATION*

This Document Relates To:

ALL ACTIONS

Case No. 0:18-cv-01776-JRT-JFD

**JOINT STATUS REPORT FOR MARCH 22, 2023 STATUS CONFERENCE**

Counsel for Consumer Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, and Commercial and Institutional Indirect Purchaser Plaintiffs, the Commonwealth of Puerto Rico, and the Direct Action Plaintiffs (collectively, "Plaintiffs") and Defendants (collectively, the "Parties"), in the above-captioned consolidated action submit the following status report for the March 22, 2023 status conference.

## APPEARANCES

### Plaintiffs

| | |
|---|---|
| Consumer Indirect Purchaser Plaintiffs | Shana Scarlett<br>Breanna Van Engelen<br>Abigail Pershing<br>Daniel Hedlund |
| Direct Purchaser Plaintiffs | Joseph Bruckner<br>Bobby Pouya |
| Commercial and Institutional Indirect Purchaser Plaintiffs | Blaine Finley |
| Puerto Rico | Kyle Bates |
| DAP Sysco | Arthur Boylan<br>Nicole Hyland[1] |
| Other DAPs | Robert Kaplan |

---

[1] Arthur Boylan and Nicole Hyland are appearing in a limited capacity regarding Sysco's motion to stay. Neither are antitrust counsel to Sysco and Sysco has not yet secured replacement lead counsel.

**Defendants**

| | |
|---|---|
| Agri Stats | Liam Phibbs |
| Clemens | Max Samels |
| Hormel | Emily Chow |
| JBS | Donald Heeman |
| | Sami Rashid |
| Seaboard | William Greene |
| | William Thomson |
| Smithfield | Brian Robison |
| Triumph | Christopher Smith |
| | James Spung |
| Tyson | Tiffany Rider |
| | Jarod Taylor |

# AGENDA

1. **Sysco's motion to stay.**

Regarding the March 10, 2023 filing by Sysco for a partial stay (ECF No. 1843), the Parties have reviewed the Court's instruction directing them to contact Magistrate Judge Docherty to schedule a hearing. *See* ECF 1855. In advance of that hearing, Class Plaintiffs and Defendants respectfully seek clarification from Sysco as to what impact it intends its request for a limited stay to have, if any, on the deadlines set forth by the pretrial schedule. In meeting and conferring on its stay motion, Sysco's counsel has confirmed that it will be prepared to address these issues at the status conference.

Speaking for Sysco: Nicole Hyland

Speaking for Class Plaintiffs: Shana Scarlett

Speaking for Defendants: Brian Robison

Speaking for other DAPs: Bob Kaplan

## 2. The hearing date for Consumer IPPs' motion for final approval of the settlement with Smithfield.

Consumer IPPs filed their motion for final approval of the settlement with Smithfield on March 16, 2023 (ECF No. 1857) but were unable to obtain a hearing date in advance of the filing deadline. So that members of the public can be informed of the hearing and participate, Consumer IPPs and Smithfield respectfully request that the Court set a hearing date as soon as practicable on or after March 30, 2023. Consumer IPPs have proposed proceeding with a remote hearing by Zoom.

Speaking for Consumer IPPs (if necessary): Breanna Van Engelen

Speaking for Smithfield (if necessary): Brian Robison

## 3. Update on depositions.

The Parties do not expect to raise any issues related to the scheduling of depositions at this hearing. The deposition of Sioux-Preme Packing Co. took place on February 23, 2023. The USDA raised an objection to its deposition and the Parties do not expect to move forward. The Canadian court has not yet determined whether it will order the deposition of Sumio Matsumoto.

The Parties also note that depositions continue to be scheduled for a few remaining Direct Action Plaintiffs.

Speaking for Plaintiffs (if necessary): Abigail Pershing

Speaking for Defendants (if necessary): Max Samels, Sami Rashid, and/or Jarod Taylor

## 4. A process and schedule related to the authenticity and admissibility of potential trial exhibits.

The Parties continue to meet and confer to try to reach agreement or narrow and focus any areas of disagreement concerning a process and schedule that Plaintiffs proposed regarding the authenticity and admissibility of potential trial exhibits. They do not believe Court intervention is ripe and propose to provide a further update to the Court at the next status conference.

Speaking for Class Plaintiffs (if necessary): Bobby Pouya

Speaking for DAPs (if necessary): Bob Kaplan

Speaking for Defendants (if necessary): Jarod Taylor

DATED: March 17, 2023

*/s/ Bobby Pouya*
Bobby Pouya
Clifford H. Pearson
Daniel L. Warshaw
Michael H. Pearson
PEARSON WARSHAW, LLP
555 Montgomery St., Suite 1205
San Francisco, CA 94111
T: (818) 788-8300
cpearson@pwfirm.com
dwarshaw@pwfirm.com
bpouya@pwfirm.com
mpearson@pwfirm.com

Melissa S. Weiner (MN #0387900)
PEARSON WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
T: (612) 389-0600
mweiner@pwfirm.com

Bruce L. Simon
Benjamin E. Shiftan
Neil Swartzberg
PEARSON WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pwfirm.com
bshiftan@pwfirm.com
nswartzberg@pwfirm.com

Respectfully submitted,

*/s/ Joseph C. Bourne*
Joseph C. Bourne (MN #0389922)
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)
Craig S. Davis (MN #0148192)
Simeon A. Morbey (MN #0391338)
Stephen M. Owen (MN # 0399370)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
jcbourne@locklaw.com
wjbruckner@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com
csdavis@locklaw.com
samorbey@locklaw.com
smowen@locklaw.com

***Co-Lead Class Counsel for Direct Purchaser Plaintiffs***

*/s/ Shana E. Scarlett*
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
T: (510) 725-3000
shanas@hbsslaw.com

Steve. W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

*/s/ Daniel C. Hedlund*
Daniel C. Hedlund (#258337)
Daniel E. Gustafson (#202241)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

***Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs***

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
T: (651) 312-6518
sraiter@larsonking.com

*/s/ Blaine Finley*
Jonathan W. Cuneo
Joel Davidow
Blaine Finley
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
T: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.co

***Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs***

*/s/ Kyle G. Bates*
Kyle G. Bates
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
T: (415) 633-1908
kbates@hausfled.com

Peter B. Schneider
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
3700 Buffalo Speedway, Suite 300
Houston, Texas 77098
T: (713) 338-2560
F: (415)421-7105
pschneider@schneiderwallace.com

Todd M. Schneider
Matthew S. Weiler
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell St., Suite 1400
Emeryville, California 94608
T: (415) 421-7100
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
T: (480) 428-0145
gwotkyns@schneiderwallace.com

Domingo Emanuelli-Hernández
Attorney General
Guarionex Díaz Martínez
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
T: (787) 721-2900, ext. 2600, 2601
F: (787) 721-3223
gdiaz@justicia.pr.gov

***Counsel for the Commonwealth of Puerto Rico***

/s/ Robert N. Kaplan
Robert N. Kaplan
Matthew P. McCahill
Jason A. Uris
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
T: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
juris@kaplanfox.com

/s/ Richard L. Coffman
Richard L. Coffman
**THE COFFMAN LAW FIRM**
3355 W. Alabama St., Suite 240
Houston, Texas 77098
T: (713) 528-6700
rcoffman@coffmanlawfirm.com

/s/ Eric R. Lifvendahl
Eric R. Lifvendahl
**L&G LAW GROUP, LLP**
175 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
T: (312) 364-2500
elifvendahl@lgcounsel.com

/s/ Bernard D. Marcus
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
**MARCUS & SHAPIRA LLP**
One Oxford Center, 35th Floor
Pittsburgh, Pennsylvania 15219
T: (412) 471-3490
marcus@marcus-shapira.com
cain-mannix@marcus-shapira.com
hill@marcus-shapira.com

*Counsel for MDL DAPs Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc./Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co., Certco, Inc., The Golub Corporation, Nicholas & Co., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., URM Stores, Inc., and Giant Eagle, Inc*
.

/s/ David C. Eddy
David C. Eddy
Dennis J. Lynch
Travis C. Wheeler
**NEXSEN PRUET, LLC**
1230 Main Street, Suite 700
Columbia, South Carolina 29201
T: (803) 771-8900
deddy@nexsenpruet.com
dlynch@nexsenpruet.com
twheeler@nexsenpruet.com

*Counsel for MDL DAPs Conagra Brands, Inc., Nestlé USA, Inc.; Nestlé Purina PetCare Co.; Compass Group USA, Inc.; and Howard B. Samuels, solely as Chapter 7 Trustee of the estate of Central Grocers, Inc.*

/s/ Patrick J. Ahern
Patrick J. Ahern
**AHERN & ASSOCIATES, P.C**.
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
T: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

*Counsel for Plaintiffs Winn-Dixie Stores, Inc.; Bi-Lo Holdings, LLC; and Kraft Heinz Foods Company*

/s/ Philip J. Iovieno
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Lawrence S. Brandman
Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Elizabeth R. Moore
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street

/s/ Arthur G. Boylan
Arthur G. Boylan (#0338229)
Joseph T. Janochoski (#0399952)
**ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**
90 South 7th Street, Suite 3600 |
Minneapolis, MN 55402
T: (612) 349-6969
ABoylan@anthonyostlund.com
JJanochoski@anthonyostlund.com
*Counsel in Limited Capacity for Sysco Corporation*


/s/ David B. Esau
David B. Esau
Kristin A. Gore
Garth T. Yearick
Amanda R. Jesteadt
**CARLTON FIELDS, P.A.**
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
T: (561) 659-7070
F: (561) 659-7368
desau@carltonfields.com
kgore@carltonfields.com
gyearick@carltonfields.com
ajesteadt@carltonfields.com

Roger S. Kobert
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
T: (212) 785-2577
F: (212) 785-5203
rkobert@carltonfields.com

Aaron A. Holman
Chelsey J. Clements
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
T: (407) 849-0300
F: (407) 648-9099
aholman@carltonfields.com

New York, New York 10281
T: (212) 504-6000
philip.iovieno@cwt.com
nicholas.gravante@cwt.com
lawrence.brandman@cwt.com
jack.stern@cwt.com
gillian.burns@cwt.com
mark.singer@cwt.com
elizabeth.moore@cwt.com

*Counsel for MDL DAPs Jetro Holdings, LLC and BJ's Wholesale Club, Inc. and Co-Counsel for Plaintiffs Kraft Heinz Foods Company; Winn-Dixie Stores, Inc.; and Bi-Lo Holdings, LLC*

/s/ Samuel J. Randall
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
Douglas H. Patton
Samuel J. Randall
Michael A. Ponzoli
**KENNY NACHWALTER, P.A.**
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
T: (305) 373-1000
F: (305) 372-1861
rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
dpatton@knpa.com
srandall@knpa.com
mponzoli@knpa.com

*Counsel for The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., Save Mart Supermarkets, and US Foods, Inc.*

By: /s/ Christopher P. Wilson
William C. Lavery
Christopher P. Wilson
Danielle Morello

cclements@carltonfields.com

Scott L. Menger
2029 Century Park East, Suite 1200
Los Angeles, California 90067
T: (310) 843-6300
F: (301) 843-6301
smenger@carltonfields.com

*Counsel for Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc.; and Restaurant Services, Inc.*

/s/ Scott E. Gant
Scott E. Gant
Michael S. Mitchell
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave., NW
Washington, DC 20005
T: 202-237-2727
sgant@bsfllp.com
mmitchell@bsfllp.com

Colleen Harrison
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, New York 10504
T: (914) 749-8204
charrison@bsfllp.com

Sarah L. Jones
**BOIES SCHILLER FLEXNER LLP**
725 South Figueroa Street
Los Angeles, California 90017
sjones@bsfllp.com

*Counsel for Amory Investments LLC*

| | |
|---|---|
| Wyatt M. Carlock<br>**BAKER BOTTS LLP**<br>700 K Street NW<br>Washington, DC 20001<br>Telephone: (202) 639-7700<br>Facsimile: (202) 539-7890<br>william.lavery@bakerbotts.com<br>christopher.wilson@bakerbotts.com<br>danielle.morello@bakerbotts.com<br>wyatt.carlock@bakerbotts.com<br><br>*Counsel for Direct Action Plaintiff ALDI Inc.* | */s/ David P. Germaine*<br>Paul E. Slater<br>Joseph M. Vanek<br>David P. Germaine<br>Phillip F. Cramer<br>Alberto Rodriguez<br>Jeffrey H. Bergman<br>**SPERLING & SLATER, LLC**<br>55 West Monroe Street, Suite 3200<br>Chicago, Illinois 60603<br>T: (312) 641-3200<br>F: (312) 641-6492<br>pes@sperling-law.com<br>jvanek@sperling-law.com<br>dgermaine@sperling-law.com<br>pcramer@sperling-law.com<br>arodriguez@sperling-law.com<br>jbergman@sperling-law.com<br><br>*Counsel for Direct Action Plaintiffs Associated Grocers of the South, Inc., Dollar General Corporation, Dolgencorp, LLC, Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc., Raley's, United Natural Foods, Inc., Supervalu, Inc., Associated Grocers of Florida, Inc., Unified Grocers, Inc., Tony's Fine Foods, and Wakefern Food Co.* |

/s/ *Tiffany Rider Rohrbaugh*
Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
Brandon Boxbaum (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
Keith Holleran (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
radcox@axinn.com
trider@axinn.com
lstrang@axinn.com
bboxbaum@axinn.com
avissichelli@axinn.com
kholleran@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

Kail Jethmalani (*pro hac vice*)
Craig M. Reiser (*pro hac vice*)
Andrea Rivers (*pro hac vice*)
Victoria J. Lu (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
kjethmalani@axinn.com
creiser@axinn.com
arivers@axinn.com
vlu@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street

Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.***

*/s/ Mark L. Johnson*
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

***Counsel for Clemens Food Group, LLC and The Clemens Family Corporation***

*/s/ Craig. S. Coleman*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005

(202) 842-8800
jonathan.todt@faegredrinker.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

***Counsel for Hormel Foods Corporation***

/s/ *Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc.***

/s/ *Christopher A. Smith*
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah L. Zimmerman (MDL registered)
Kate Ledden (MDL registered)
Tanner Cook (MDL registered)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com
kate.ledden@huschblackwell.com
tanner.cook@huschblackwell.com

***Counsel for Triumph Foods, LLC***

/s/ *William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

/s/ *Jessica J. Nelson*
Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206

(612) 335-1500  
william.greene@stinson.com  
peter.schwingler@stinson.com  
william.thomson@stinson.com  

J. Nicci Warr (*pro hac vice*)  
STINSON LLP  
7700 Forsyth Blvd., Suite 1100  
St. Louis, MO 63105  
(314) 863-0800  
nicci.warr@stinson.com  

**Counsel for Seaboard Foods LLC and Seaboard Corporation**

(612) 268-7000  
dheeman@spencerfane.com  
jnelson@spencerfane.com  
rwinter@spencerfane.com  

Michael B. Carlinsky (*pro hac vice*)  
Sami H. Rashid (*pro hac vice*)  
Richard T. Vagas (*pro hac vice*)  
David B. Adler (*pro hac vice*)  
QUINN EMANUEL URQUHART & SULLIVAN, LLP  
51 Madison Avenue, 22nd Floor  
New York, NY 10010  
(212) 849-7000  
michaelcarlinsky@quinnemanuel.com  
samirashid@quinnemanuel.com  
richardvagas@quinnemanuel.com  
davidadler@quinnemanuel.com  

**Counsel for JBS USA Food Company**

*/s/ John A. Cotter*  
John A. Cotter (#0134296)  
John A. Kvinge (#0392303)  
LARKIN HOFFMAN DALY & LINDGREN LTD.  
8300 Norman Center Drive, Suite 1000  
Minneapolis, MN 55427-1060  
(952) 835-3800  
jcotter@larkinhoffman.com  
jkvinge@larkinhoffman.com  

Richard Parker (*pro hac vice*)  
Josh Lipton (*pro hac vice*)  
GIBSON, DUNN &CRUTCHER, LLP  
1050 Connecticut Avenue, N.W.  
Washington, D.C. 20036-5306  
(202) 955-8500  
rparker@gibsondunn.com  
jlipton@gibsondunn.com  

Brian Robison (*pro hac vice*)  
BROWN FOX PLLC

6303 Cowboys Way, Suite 450
Frisco, TX 75034
(972) 707-1809
brian@brownfoxlaw.com

***Counsel for Smithfield Foods, Inc.***