# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 18–cv–01776–JRT–JFD<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the law firm of Husch Blackwell LLP hereby advises the Court and all parties in this matter that the St. Louis office address has changed to:

8001 Forsyth Boulevard
Suite 1500
St. Louis, MO 63105

The telephone number remains the same.

| | |
|---|---|
| Dated: March 21, 2023 | Respectfully submitted,<br><br>*/s/ A. James Spung*<br>Aaron Chapin (#0386606)<br>Christopher A. Smith (*pro hac vice*)<br>Tessa K. Jacob (*pro hac vice*)<br>A. James Spung (*pro hac vice*)<br>Jason Husgen (*pro hac vice*)<br>Sarah L. Zimmerman (MDL registered)<br>Kate Ledden (MDL registered)<br>Tanner Cook (MDL registered)<br>Jake Reinig (MDL registered)<br>HUSCH BLACKWELL LLP<br>8001 Forsyth Blvd., Ste. 1500<br>St. Louis, MO 63105 |

Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com
kate.ledden@huschblackwell.com
tanner.cook@huschblackwell.com
jake.reinig@huschblackwell.com

*Counsel for Triumph Foods, LLC*