# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This document relates to:<br>ALL ACTIONS BROUGHT BY DIRECT ACTION PLAINTIFFS | Case No. 18-CV-1776 (JRT/JFD) |

## ORDER GRANTING DEFENDANT TRIUMPH FOODS, LLC'S MOTION FOR LEAVE TO FILE AMENDED ANSWER

This matter is before the Court on Defendant Triumph Foods, LLC's Motion for Leave to File Amended Answer (Dkt. No. 1850). No party filed a memorandum in opposition or other response, and the Court finds good cause to grant leave to amend. Accordingly, **IT IS HEREBY ORDERED** that Defendant Triumph Foods, LLC's Motion for Leave to File Amended Answer (Dkt. No. 1850) is **GRANTED**, and the April 6, 2023, hearing is canceled. Defendant Triumph Foods, LLC must file the amended answer within seven days.

Dated: March 23, 2023

                                           *s/ John F. Docherty*
                                           JOHN F. DOCHERTY
                                           United States Magistrate Judge