**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT BY DIRECT ACTION PLAINTIFFS | Civil No. 18-cv-1776-JRT-JFD<br><br>The Honorable Judge John R. Tunheim |

**DECLARATION OF BRIAN ROBISON IN SUPPORT OF DEFENDANTS' RESPONSE TO SYSCO CORPORATION'S MOTION FOR A LIMITED STAY**

I, Brian Robison, hereby declare as follows:

1. I am counsel of record in this MDL for Defendant Smithfield Foods, Inc. I am over the age of 18. I am fully familiar with the facts contained herein based upon my personal knowledge, and if called as a witness, could and would testify competently thereto. I file this Declaration in support of the Defendants' Response to Sysco Corporation's Motion for a Limited Stay.

2. Attached as Exhibit A is a true and correct copy of the Standing Order Regarding Third-Party Litigation Funding Arrangements signed by Chief Judge Connolly in the United States District Court for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of March, 2023 in Frisco, Texas.

_____
BRIAN ROBISON