UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

This Document Relates To: All Actions

No. 0:18-cv-01776-JRT-HB

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ISAAC B. HAL

To: The Clerk of Court and to All Parties and Counsel of Record

PLEASE TAKE NOTICE that, pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, Isaac B. Hall of the law firm Faegre Drinker Biddle & Reath LLP is hereby withdrawn as counsel of record for Hormel Foods Corporation and Hormel Foods, LLC, in the above-captioned matter. Mr. Hall should be removed from the Court's service list with respect to this action. Faegre Drinker Biddle & Reath LLP continue to serve as Counsel for Defendants Hormel Foods Corporation and Hormel Foods, LLC.

Dated April 21, 2023

/s/ Isaac B. Hall
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE
& REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
515-248-9000
Jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

***Counsel for Hormel Foods Corporation and Hormel Foods, LLC***