UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE: PORK ANTITRUST LITIGATION* | Case No. 18-cv-1776 (JRT/JFD) |
| This Document Relates To: *All Actions* | **NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Julie B. Rubenstein from Baker Botts L.L.P. shall appear as counsel of record for Direct Action Plaintiff Sysco Corporation in the above-captioned action.

Dated: April 21, 2023

*s/ Julie B. Rubenstein*
Julie B. Rubenstein
**BAKER BOTTS L.L.P.**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
julie.rubenstein@bakerbotts.com

*Counsel for Direct Action Plaintiff Sysco Corporation*