# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 18-CV-01776-JRT-JFD |
| This Document Relates To:<br><br>CONSUMER INDIRECT PURCHASER PLAINTIFF ACTION | **NOTICE OF WITHDRAWAL OF COUNSEL ARIELLE S. WAGNER** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the court and counsel that Arielle S. Wagner withdraws as counsel for the Direct Purchaser Plaintiffs ("Plaintiffs"). Plaintiffs will continue to be represented by Brian Clark and Joe Bruckner of Lockridge Grindal Nauen P.L.L.P., in addition to other counsel of record. Direct Purchaser Plaintiffs will therefore not be prejudiced in anyway by the withdrawal of Ms. Wagner.

| | |
|---|---|
| Date: May 24, 2023 | By: */s/* Brian D. Clark<br>Brian D. Clark (MN #0390069)<br>W. Joseph Bruckner (MN #0147758)<br>Joseph C. Bourne (MN #0389922)<br>Stephen M. Owen (MN # 0399370)<br>LOCKRIDGE GRINDAL<br>NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>T: (612) 339-6900<br>bdclark@locklaw.com<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com<br>smowen@locklaw.com<br><br>***Co-Lead Counsel for Direct Purchaser Plaintiffs*** |