## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER PLAINTIFF CLASS ACTIONS | Civil Case No. 18-1776 (JRT)<br><br>**DIRECT PURCHASER PLAINTIFFS' NOTICE OF SETTLEMENT WITH SEABOARD FOODS LLC** |

## NOTICE OF SETTLEMENT

Direct Purchaser Plaintiffs respectfully advise the Court that Direct Purchaser Plaintiffs have reached an agreement with Defendant Seaboard Foods LLC ("Seaboard," and, together with Direct Purchaser Plaintiffs, the "Parties") to settle all claims against Seaboard. This agreement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Direct Purchaser Plaintiffs will move for preliminary – and, ultimately, final – approval of a proposed settlement in the near future.

994306.1

Date:  June 14, 2023

/s/ Michael H. Pearson
Clifford H. Pearson (*Pro Hac Vice*)
Daniel L. Warshaw (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pwfirm.com
dwarshaw@pwfirm.com
bpouya@pwfirm.com
mpearson@pwfirm.com

Bruce L. Simon (*Pro Hac Vice*)
Jill M. Manning (*Pro Hac Vice*)
PEARSON WARSHAW, LLP
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pwfirm.com
jmanning@pwfirm.com

*Direct Purchaser Plaintiffs Co-Lead Class Counsel*

Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Joseph C. Bourne (MN #0389922)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
jcbourne@locklaw.com

## **CERTIFICATE OF SERVICE**

I, Michael H. Pearson, depose and state that I have served a copy of Notice of Settlement upon all counsel of record via the United States Court for the District of Minnesota ECF Document Filing System on June 14, 2023.

By: _/s/ Michael H. Pearson_

994306.1

3