UNITED STATES DISTRICT FOR THE
DISTRICT OF MINNESOTA

RECEIVED BY MAIL JUN 26 2023 CLERK U.S. DISTRICT COURT MINNEAPOLIS MINNESOTA

PROVIDED TO SANTA ROSA CI ON JUN 19 2023 FOR MAILING BY

SCANNED JUN 26 2023 U.S. DISTRICT COURT MPLS

_____,
Plaintiffs,

Case No.: 0:18-CV-01776 (D.Minn)

vs.

Pork Antitrust Defendants

## MOTION FOR SETTLEMENT PAYMENT

Plaintiff, Carlton Mathews, pro se, and pursuant to Fed. R. Civ. P. move this case for an Order to demand Defendants for payments. In support of this motion, Plaintiff states as follows:

### FACTS

Plaintiff was a class member in this class action lawsuit. Counsel(s) send Plaintiff legal documents to fillout and return to him. Plaintiff fillout the required papers (8 moths ago) and send back to counsel. However, counsel(s) has failed to reward Plaintiff his portion of the settlement.

**WHEREFORE**, Plaintiff respectfully request this Honorable Court to Order to reward him portion of the settlement.

Carlton Mathews DC# J27519
Santa Rosa C.I
5850 East Milton Rd
Milton, FL 32583