UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| IN RE: PORK ANTITRUST LITIGATION | Civil No. 18-CV-1776 (JRT/JFT) |
|---|---|
| | Honorable John R. Tunheim |
| This Document Relates To:<br>*All Actions* | Honorable John F. Docherty |

**DEFENDANTS' RESPONSE TO CARINA VENTURES LLC'S
LOCAL RULE 7.1 MEET AND CONFER STATEMENT**

Defendants Agri Stats, Inc., The Clemens Food Group, LLC., The Clemens Family Corporation, Hormel Foods Corporation, JBS USA Food Company, Seaboard Foods LLC, Smithfield Foods, Inc., Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc. (collectively "Defendants") share the concerns raised by Defendant Triumph Foods, LLC ("Triumph") in its Response (ECF No. 1945) to Sysco Corporation ("Sysco") and Carina Ventures LLC's ("Carina") Motion for Substitution of Plaintiff and accompanying Rule 7.1 Meet and Confer Statement (ECF Nos. 1940-41) ("Motion"). Sysco and Carina allowed no time for meaningful engagement with any Defendant before filing the Motion. Multiple Defendants requested, but no Defendant has as of the time of this filing received, any information from Sysco or Carina that would allow Defendants to evaluate what prejudice to Defendants may result from this late substitution. Defendants cannot prepare a substantive response to the Motion without such information. Because Sysco and Carina failed to meaningfully meet and confer with Defendants prior to filing the Motion, the Motion should be denied.

Dated: June 30, 2023                    Respectfully submitted,

By: */s/ Tiffany Rider Rohrbaugh*
Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
radcox@axinn.com
trider@axinn.com
lstrang@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.***

*/s/ Mark L. Johnson*
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830

*/s/ Craig. S. Coleman*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
FAEGRE DRINKER BIDDLE & REATH LLP

mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com


***Counsel for Clemens Food Group, LLC***

***and The Clemens Family Corporation***

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

***Counsel for Hormel Foods Corporation***

/s/ *Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225

Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc.***


| /s/ Peter J. Schwingler | /s/ Donald G. Heeman |
|---|---|
| Peter J. Schwingler (#0388909)<br>JONES DAY<br>90 South Seventh Street, Suite 4950<br>Minneapolis, MN 55402<br>(612) 217-8800<br>pschwingler@jonesday.com<br><br>Jordan M. Baumann<br>JONES DAY<br>325 John H. McConnell Boulevard, Suite 600<br>Columbus, OH 43215-2673<br>(614) 469-3939<br>jbaumann@jonesday.com<br><br>William L. Greene (#0198730)<br>William D. Thomson (#0396743)<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>(612) 335-1500<br>william.greene@stinson.com<br>william.thomson@stinson.com<br><br>J. Nicci Warr (*pro hac vice*) | Donald G. Heeman (#0286023)<br>Jessica J. Nelson (#0347358)<br>Randi J. Winter (#0391354)<br>SPENCER FANE LLP<br>100 South Fifth Street, Suite 1900<br>Minneapolis, MN 55402-4206<br>(612) 268-7000<br>dheeman@spencerfane.com<br>jnelson@spencerfane.com<br>rwinter@spencerfane.com<br><br>Michael B. Carlinsky (*pro hac vice*)<br>Sami H. Rashid (*pro hac vice*)<br>David B. Adler (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>michaelcarlinsky@quinnemanuel.com<br>samirashid@quinnemanuel.com<br>davidadler@quinnemanuel.com<br><br>***Counsel for JBS USA Food Company*** |

STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

*Counsel for Seaboard Foods LLC and Seaboard Corporation*

*/s/ John A. Cotter*
John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN &CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
(972) 707-1809
brian@brownfoxlaw.com

*Counsel for Smithfield Foods, Inc.*