UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Civil No. 18-cv-1776-JRT-JFD |
| This Document Relates To: | |
| *Sysco Corp. v. Agri Stats, Inc., et al.*, | The Honorable John R. Tunheim |
| Case No. 21-cv-1374 (D. Minn.) | The Honorable John F. Docherty |

**STIPULATION REGARDING SUBMISSION OF MEMORANDA RELATED TO JOINT MOTION FOR SUBSTITUTION OF PLAINTIFF**

Carina Ventures LLC ("Carina"), Sysco Corporation ("Sysco") (collectively "Movants"), and Defendants (collectively the "Parties"), each reserving all rights, jointly represent and stipulate as follows:

WHEREAS, Movants filed a Joint Motion for Substitution of Plaintiff on June 29, (Dkt. 1940).

WHEREAS, following the Court's direction to engage in additional meeting and conferring about the motion, on July 7, 2023 Movants filed an Amended Meet and Confer Statement in support of the Joint Motion for Substitution of Plaintiff, and Carina filed an accompanying memorandum of law in support of that motion (Dkt. 1952).

WHEREAS, the Court has scheduled an August 21, 2023 hearing on the Joint Motion.

WHEREAS, the Parties have negotiated and agreed regarding the due date for Defendants' opposition memorandum to the Joint Motion and Movants' interest in filing

reply briefs.

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED by undersigned counsel that the Court enter an order that:

1. grants Defendants leave to file a memorandum of law opposing the Joint Motion on or before July 21, 2023; and

2. grants Movants leave to file reply memoranda in support of the Joint Motion on or before July 28, 2023.

This stipulation does not otherwise alter the Court's rules applicable to consideration of the Joint Motion.

IT IS SO STIPULATED.

Dated: July 12, 2023

| | |
|---|---|
| /s/ Scott E. Gant | /s/ Julie B. Rubenstein |
| Scott E. Gant | Michael Calhoon |
| BOIES SCHILLER FLEXNER LLP | Julie B. Rubenstein |
| 1401 New York Avenue, NW | Brian C. Kerr |
| Washington, DC 20005 | Christopher P. Wilson |
| (202) 237-2727 | Danielle Morello |
| sgant@bsfllp.com | Wyatt M. Carlock |
| | BAKER BOTTS L.L.P. |
| Colleen A. Harrison | 700 K Street NW |
| BOIES SCHILLER FLEXNER LLP | Washington, DC 200001 |
| 333 Main Street | (202) 639-7739 |
| Armonk, NY 10504 | michael.calhoon@bakerbotts.com |
| (914) 749-8204 | julie.rubenstein@bakerbotts.com |
| charrison@bsfllp.com | brian.kerr@bakerbotts.com |
| | christopher.wilson@bakerbotts.com |
| **Counsel for Carina Ventures LLC** | danielle.morello@bakerbotts.com |
| | wyatt.carlock@bakerbotts.com |
| | **Counsel for Sysco Corporation** |

2

/s/ Craig S. Coleman
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

**Counsel for Hormel Foods Corporation and Hormel Foods, LLC**

/s/ Daniel E. Laytin, P.C.
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Jenna M. Stupar (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
Jenna.stupar@kirkland.com

**Counsel for Clemens Food Group, LLC and The Clemens Family Corporation**

/s/ Brian Robison
Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN &CRUTCHER, LLP
1050 Connecticut Avenue, N.W. Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
(972) 707-1809
brian@brownfoxlaw.com

John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY & LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

**Counsel for Smithfield Foods, Inc.**

*/s/ Sami H. Rashid*
Sami H. Rashid (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
samirashid@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
davidadler@quinnemanuel.com

Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

**Counsel for JBS USA Food Company**

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
Jon W. Ripa (#0402069)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com
jon.ripa@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

**Counsel for Seaboard Foods LLC**

5

<div style="columns:2">

*/s/ Christopher A. Smith*
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com

**Counsel for Triumph Foods, LLC**

*/s/ Tiffany Rider Rohrbaugh*
Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
trider@axinn.com
radcox@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

**Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.**

</div>

*/s/ William L. Monts III*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

**Counsel for Agri Stats, Inc.**