## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | No. 0:18-cv-01776-JRT-HB |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF STEPHANIE A. KOLTOOKIAN

To: The Clerk of Court and to All Parties and Counsel of Record

PLEASE TAKE NOTICE that, pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, Stephanie A. Koltookian of the law firm Faegre Drinker Biddle & Reath LLP is hereby withdrawn as counsel of record for Hormel Foods Corporation and Hormel Foods, LLC, in the above-captioned matter. Ms. Koltookian should be removed from the Court's service list with respect to this action. Faegre Drinker Biddle & Reath LLP will continue to serve as Counsel for Defendants Hormel Foods Corporation and Hormel Foods, LLC.

Dated July 13, 2023

*/s/ Stephanie A. Koltoolian*

Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE
& REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
515-248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

**Counsel for Hormel Foods Corporation and Hormel Foods, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all ECF registrants.

                                                */s/ LizBlaschko*

US.358478170.01