# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF CLASS ACTION | Case No. 18-cv-01776 (JRT/JFD)<br><br>**DIRECT PURCHASER PLAINTIFFS' MOTION FOR FIRST DISTRIBUTION OF NET SETTLEMENT PROCEEDS** |

Please take notice that the Direct Purchaser Plaintiffs hereby move the Court for an Order approving an initial distribution of the Net Settlement Fund to qualified claimants. This motion is based on the concurrently filed Memorandum and supporting declarations, and all other evidence and arguments presented in the briefing and at the hearing on this motion.

995493.1

Date: July 19, 2023

| | |
|---|---|
| */s/ Michael H. Pearson* | */s/ W. Joseph Bruckner* |
| Clifford H. Pearson (*Pro Hac Vice*) | W. Joseph Bruckner (MN #0147758) |
| Daniel L. Warshaw (*Pro Hac Vice*) | Brian D. Clark (MN #0390069) |
| Bobby Pouya (*Pro Hac Vice*) | Joseph C. Bourne (MN #0389922) |
| Michael H. Pearson (*Pro Hac Vice*) | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| PEARSON WARSHAW, LLP | 100 Washington Avenue South, Suite 2200 |
| 15165 Ventura Boulevard, Suite 400 | Minneapolis, MN 55401 |
| Sherman Oaks, CA 91403 | Telephone: (612) 339-6900 |
| Telephone: (818) 788-8300 | Facsimile: (612) 339-0981 |
| Facsimile: (818) 788-8104 | wjbruckner@locklaw.com |
| cpearson@pwfirm.com | bdclark@locklaw.com |
| dwarshaw@pwfirm.com | jcbourne@locklaw.com |
| bpouya@pwfirm.com | |
| mpearson@pwfirm.com | |

Bruce L. Simon (*Pro Hac Vice*)
Jill M. Manning (*Pro Hac Vice*)
PEARSON WARSHAW, LLP
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pwfirm.com
jmanning@pwfirm.com

*Direct Purchaser Plaintiffs Co-Lead Class Counsel*