# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF CLASS ACTION | Case No. 18-cv-01776 (JRT/JFD)<br><br>**DIRECT PURCHASER PLAINTIFFS' NOTICE OF HEARING ON MOTION FOR FIRST DISTRIBUTION OF NET SETTLEMENT PROCEEDS** |

Please take notice that at a time and place to be determined by the Court, before the Honorable John R. Tunheim, Judge for the United States District Court for the District of Minnesota, the Direct Purchaser Plaintiffs will move the Court for an Order approving an initial distribution of the Net Settlement Fund to qualified claimants.

The undersigned counsel will not request an in-person presentment of this Motion, and instead will propose to present this motion by telephone or videoconference, as directed by the Court. Should the Court determine that an in-person hearing is necessary, the undersigned counsel is available at the Court's earliest availability.

995492.1

Date: July 19, 2023

| | |
|---|---|
| */s/ Michael H. Pearson* | */s/ W. Joseph Bruckner* |
| Clifford H. Pearson (*Pro Hac Vice*) | W. Joseph Bruckner (MN #0147758) |
| Daniel L. Warshaw (*Pro Hac Vice*) | Brian D. Clark (MN #0390069) |
| Bobby Pouya (*Pro Hac Vice*) | Joseph C. Bourne (MN #0389922) |
| Michael H. Pearson (*Pro Hac Vice*) | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| PEARSON WARSHAW, LLP | 100 Washington Avenue South, Suite 2200 |
| 15165 Ventura Boulevard, Suite 400 | Minneapolis, MN 55401 |
| Sherman Oaks, CA 91403 | Telephone: (612) 339-6900 |
| Telephone: (818) 788-8300 | Facsimile: (612) 339-0981 |
| Facsimile: (818) 788-8104 | wjbruckner@locklaw.com |
| cpearson@pwfirm.com | bdclark@locklaw.com |
| dwarshaw@pwfirm.com | jcbourne@locklaw.com |
| bpouya@pwfirm.com | |
| mpearson@pwfirm.com | |

Bruce L. Simon (*Pro Hac Vice*)
Jill M. Manning (*Pro Hac Vice*)
PEARSON WARSHAW, LLP
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pwfirm.com
jmanning@pwfirm.com

*Direct Purchaser Plaintiffs Co-Lead Class Counsel*