# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-01776 (JRT/JFD) |
| This Document Relates To: | **DECLARATION OF MICHAEL H. PEARSON IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR FIRST DISTRIBUTION OF NET SETTLEMENT PROCEEDS** |
| THE DIRECT PURCHASER PLAINTIFF CLASS ACTION | |

I, Michael H. Pearson, declare and state as follows:

1.     I am a Partner of the law firm of Pearson Warshaw, LLP. This Court has appointed my firm, together with Lockridge Grindal Nauen P.L.L.P., as Co-Lead Class Counsel for the Direct Purchaser Plaintiff Class ("DPPs") in this litigation.

2.     I am an attorney responsible for the handling of this matter. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

3.     I submit this Declaration in support of Plaintiffs' Motion for First Distribution of Net Settlement Proceeds, filed simultaneously herewith.

4.     The Settled Defendants have paid a total of $101,864,300.00 into the Settlement Fund. This money has been earning interest since deposited. I have personally reviewed invoices and statements, and confirmed the amounts that make up the Net Settlement Fund as set forth in Section II.B. of the memorandum of law in support of DPPs' Motion filed concurrently herewith.

5.     With respect to the payment of late claims, Co-Lead Class Counsel's position is that all late claims should be paid. Payment of these late claims will have a *de minimus* effect on the payment to qualified claimants who filed timely claims.

6.     Where a claimant either did not have a pre-populated claim form, or disagreed with their pre-populated data, A.B. Data reviewed the claim submission in detail with the help of Co-Lead Class Counsel and their data team to confirm validity. When addressing any claim modifications, deficiencies, and/or purchase audit requests, A.B. Data provided notice to the affected Class members and Co-Lead Class Counsel, and gave

the claimant an opportunity to cure any deficiencies. A.B. Data investigated and handled each issue on an individual basis and resolved it in a timely manner. As of the filing of this Motion there are no outstanding disputes or issues.

7. Co-Lead Class Counsel agrees with A.B. Data's determinations, and proposes that the Court approve A.B. Data's determinations concerning the denial of ineligible claims and the payment of eligible claims.

8. A.B. Data has provided to Co-Lead Class Counsel invoices detailing the fees and expenses it has incurred to administer the notice and claims of the direct purchaser Class members. Co-Lead Class Counsel have already paid from the Settlement Fund $642,995.31 to A.B. Data after review and approval of their bills. A.B. Data's fees, including the anticipated cost of completing this initial distribution, are $842,995.31.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of July, 2023 at Sherman Oaks, California.

*/s/ Michael H. Pearson*
Michael H. Pearson