**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Sysco Corp. v. Agri Stats, Inc., et al.*,<br>Case No. 21-cv-1374 (D. Minn.) | Civil Action No. 18-cv-01776<br><br>Honorable John R. Tunheim<br>Honorable John F. Docherty |

**STIPULATION REGARDING SUBMISSION OF REPLY MEMORANDA
RELATED TO JOINT MOTION FOR SUBSTITUTION OF PLAINTIFF**

Carina Ventures LLC ("Carina"), Sysco Corporation ("Sysco") (collectively "Movants"), and Defendants (collectively the "Parties"), each reserving all rights, jointly represent and stipulate as follows:

WHEREAS, Movants filed a Joint Motion for Substitution of Plaintiff on June 29, 2023 (Dkt. 1940).

WHEREAS, following the Court's direction to engage in additional meeting and conferring about the motion, on July 7, 2023 Movants filed an Amended Meet and Confer Statement in support of the Joint Motion for Substitution of Plaintiff, and Carina filed an accompanying memorandum of law in support of that motion (Dkt. 1952).

WHEREAS, the Court has scheduled an August 21, 2023 hearing on the Joint Motion (Dkt. 1951).

WHEREAS, the Court, following a stipulation by the Parties, ordered that Defendants' memorandum of law opposing the Joint Motion was due on or before July 21,

but declined to schedule a due date for a reply memorandum from Movants, stating: "[I]f the Court believes a reply would be helpful after reviewing the submissions of the parties, it will request a reply from the moving parties." (Dkt. 1961).

WHEREAS, Defendants filed a memorandum of law opposing the Joint Motion on July 21, 2023 (Dkt. 1971).

WHEREAS, on July 25, 2023, the Court issued an order stating: "Upon reviewing the submissions, the Court grants Movants leave to file a reply memorandum in support of the Joint Motion on or before July 28, 2023."  (Dkt. 1976).

WHEREAS, Carina desires a brief extension of time until August 7, 2023 to file its reply, Sysco joins in that request, and Defendants do not oppose that request.

WHEREAS, the requested extension of time will not require alteration of any other deadlines or rescheduling of the August 21, 2023 hearing on the Joint Motion.

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED by undersigned counsel that the Court enter an order that:

1. extends the deadline for Movants to file reply memoranda in support of the Joint Motion to August 7, 2023.

This stipulation does not otherwise alter the Court's rules applicable to consideration of the Joint Motion.

IT IS SO STIPULATED.

Dated: July 27, 2023

| | |
|---|---|
| */s/ Scott E. Gant* | */s/ Julie B. Rubenstein* |
| Scott E. Gant | Michael Calhoon |
| BOIES SCHILLER FLEXNER LLP | Julie B. Rubenstein |
| 1401 New York Avenue, NW | Brian C. Kerr |
| Washington, DC 20005 | Christopher P. Wilson |
| (202) 237-2727 | Danielle Morello |
| sgant@bsfllp.com | Wyatt M. Carlock |
| | BAKER BOTTS L.L.P. |
| Colleen A. Harrison | 700 K Street NW |
| BOIES SCHILLER FLEXNER LLP | Washington, DC 200001 |
| 333 Main Street | (202) 639-7739 |
| Armonk, NY 10504 | michael.calhoon@bakerbotts.com |
| (914) 749-8204 | julie.rubenstein@bakerbotts.com |
| charrison@bsfllp.com | brian.kerr@bakerbotts.com |
| | christopher.wilson@bakerbotts.com |
| | danielle.morello@bakerbotts.com |
| **Counsel for Carina Ventures LLC** | wyatt.carlock@bakerbotts.com |
| | |
| | **Counsel for Sysco Corporation** |

/s/ *Craig S. Coleman*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

**Counsel for Hormel Foods Corporation and Hormel Foods, LLC**

| | |
|---|---|
| */s/ Daniel E. Laytin, P.C.* <br> Mark L. Johnson (#0345520) <br> Davida S. McGhee (#0400175) <br> GREENE ESPEL PLLP <br> 222 South Ninth Street, Suite 2200 <br> Minneapolis, MN 55402 <br> (612) 373-0830 <br> mjohnson@greeneespel.com <br> dwilliams@greeneespel.com <br><br> Daniel Laytin, P.C. (*pro hac vice*) <br> Christa Cottrell, P.C. (*pro hac vice*) <br> Jenna M. Stupar (*pro hac vice*) <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle <br> Chicago, IL 60654 <br> (312) 861-2000 <br> daniel.laytin@kirkland.com <br> christa.cottrell@kirkland.com <br> Jenna.stupar@kirkland.com <br><br> **Counsel for Clemens Food Group, LLC and The Clemens Family Corporation** | */s/ Brian Robison* <br> Richard Parker (*pro hac vice*) <br> Josh Lipton (*pro hac vice*) <br> GIBSON, DUNN &CRUTCHER, LLP <br> 1050 Connecticut Avenue, N.W. Washington, D.C. 20036-5306 <br> (202) 955-8500 <br> rparker@gibsondunn.com <br> jlipton@gibsondunn.com <br><br> Brian Robison (*pro hac vice*) <br> BROWN FOX PLLC <br> 6303 Cowboys Way, Suite 450 <br> Frisco, TX 75034 <br> (972) 707-1809 <br> brian@brownfoxlaw.com <br><br> John A. Cotter (#0134296) <br> John A. Kvinge (#0392303) <br> LARKIN HOFFMAN DALY & LINDGREN LTD. <br> 8300 Norman Center Drive, Suite 1000 <br> Minneapolis, MN 55427-1060 <br> (952) 835-3800 <br> jcotter@larkinhoffman.com <br> jkvinge@larkinhoffman.com <br><br> **Counsel for Smithfield Foods, Inc.** |

| | |
|---|---|
| */s/ Sami H. Rashid* | */s/ Peter J. Schwingler* |
| Sami H. Rashid (*pro hac vice*) | Peter J. Schwingler (#0388909) |
| Michael B. Carlinsky (*pro hac vice*) | JONES DAY |
| David B. Adler (*pro hac vice*) | 90 South Seventh Street, Suite 4950 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Minneapolis, MN 55402 |
| 51 Madison Avenue, 22nd Floor | (612) 217-8800 |
| New York, NY 10010 | pschwingler@jonesday.com |
| (212) 849-7000 | |
| samirashid@quinnemanuel.com | Jordan M. Baumann |
| michaelcarlinsky@quinnemanuel.com | JONES DAY |
| davidadler@quinnemanuel.com | 325 John H. McConnell Boulevard, Suite 600 |
| | Columbus, OH 43215-2673 |
| Donald G. Heeman (#0286023) | (614) 469-3939 |
| Jessica J. Nelson (#0347358) | jbaumann@jonesday.com |
| Randi J. Winter (#0391354) | |
| SPENCER FANE LLP | William L. Greene (#0198730) |
| 100 South Fifth Street, Suite 1900 | William D. Thomson (#0396743) |
| Minneapolis, MN 55402-4206 | STINSON LLP |
| (612) 268-7000 | 50 South Sixth Street, Suite 2600 Minneapolis, MN 55402 |
| dheeman@spencerfane.com | (612) 335-1500 |
| jnelson@spencerfane.com | william.greene@stinson.com |
| rwinter@spencerfane.com | william.thomson@stinson.com |
| | |
| ***Counsel for JBS USA Food Company*** | J. Nicci Warr (pro hac vice) |
| | STINSON LLP |
| | 7700 Forsyth Blvd., Suite 1100 |
| | St. Louis, MO 63105 |
| | (314) 863-0800 |
| | nicci.warr@stinson.com |
| | |
| | ***Counsel for Seaboard Foods LLC*** |

*/s/ Christopher A. Smith*
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com

**Counsel for Triumph Foods, LLC**

*/s/ Tiffany Rider Rohrbaugh*
Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
trider@axinn.com
radcox@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

**Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.**

*/s/ William L. Monts III*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc.***