UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil Action No. 18-cv-01776 |
| THIS DOCUMENT RELATES TO:<br>*Sysco Corp. v. Agri Stats, Inc., et al.*,<br>Case No. 21-cv-1374 (D. Minn.) | Honorable John R. Tunheim<br>Honorable John F. Docherty |

**[PROPOSED] ORDER ON STIPULATION REGARDING SUBMISSION OF REPLY MEMORANDA RELATED TO JOINT MOTION FOR SUBSTITUTION OF PLAINTIFF**

The Court has reviewed and considered the Stipulation Regarding Submission of Reply Memoranda Related to Joint Motion for Substitution of Plaintiff [ECF No. 1977]. The Court hereby orders that the deadline for Movants to file reply memoranda in support of the Joint Motion is extended to August 7, 2023.

**IT IS SO ORDERED.**

Dated: _____                  _____
                                          Hon. John F. Docherty
                                          Magistrate Judge
                                          United States District Court