# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-JFD<br><br>**MDL 2998** |
| This document relates to: | |
| Cheney Brothers, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-01373-JRT-JFD |
| Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust v. Agri Stats, Inc. et al. | Case No. 0:21-cv-01605-JRT-JFD |
| Buffalo Wild Wings, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02508-JRT-JFD |
| Jimmy John's Buying Group SPV, LLC v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02509-JRT-JFD |
| Sonic Industries Services Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02510-JRT-JFD |
| CKE Restaurants Holdings, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02511-JRT-JFD |
| Wawa, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02512-JRT-JFD |
| Restaurant Services, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02513-JRT-JFD |
| McLane Company, Inc. et al. v. Agri Stats et al. | Case No. 0:23-cv-00472-JRT-JFD |

## **NOTICE OF WITHDRAWAL OF ATTORNEY CHELSEY J. CLEMENTS**

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, please take notice that attorney Chelsey J. Clements of the law firm of Carlton Fields P.A. is hereby withdrawn as counsel of record for Plaintiffs Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc.; Restaurant Services, Inc.; and McLane Company, Inc. d/b/a McLane/Southwest, McLane/Southeast, McLane Southeast, McLane/Northwest, McLane/Southeast – Dothan, McLane/High Plains, and McLane/North Texas; McLane/Mid-Atlantic, Inc. d/b/a McLane/Carolina and McLane Mid-Atlantic; McLane/Midwest, Inc. d/b/a McLane/Cumberland, McLane/Midwest, McLane Midwest, and McLane/Ozark; McLane Minnesota, Inc.; McLane New Jersey, Inc; McLane/Eastern, Inc. d/b/a McLane/Northeast, McLane/Northeast-Concord, and McLane PA; McLane/Suneast, Inc. d/b/a McLane/Pacific, McLane/Southern California, McLane/Sunwest, McLane Sunwest, McLane/Suneast, McLane Ocala; McLane Ohio, Inc.; McLane/Southern, Inc.; McLane/Western, Inc; McLane Express, Inc., d/b/a C.D. Hartnett Company, Inc.; Kinexo, Inc.; McLane Foodservice Distribution, Inc.; and McLane Foodservice, Inc. (collectively the "Carlton Fields Plaintiffs") in the above-captioned matter.  Ms. Clements should be removed from the Court's service list with respect to this action.  The Carlton Fields Plaintiffs will continue to be represented by the remaining Carlton Fields attorneys listed on record.

Dated:  August 2, 2023   /s/ *Garth T. Yearick*

**CARLTON FIELDS, P.A.**
David B. Esau
Email: desau@carltonfields.com
Kristin A. Gore
Email: kgore@carltonfields.com
Garth T. Yearick
Email: gyearick@carltonfields.com
Amanda R. Jesteadt
Email: ajesteadt@carltonfields.com
Casey Hardy McGowan
Email: chardymcgowan@carltonfields.com
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368

Roger S. Kobert
Email: rkobert@carltonfields.com
Carter J. Wallace
cwallace@carltonfields.com
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
Tel: (212) 785-2577
Fax: (212) 785-5203

Aaron A. Holman
Email:  aholman@carltonfields.com
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Tel: (407) 849-0300
Fax: (407) 648-9099

Holli M. Credit
Email: hcredit@carltonfields.com
CARLTON FIELDS, P.A.
700 NW 1st Avenue, Suite 1200
Miami, FL 33136
Tel: (305) 530-0050
Fax: (305) 530-0055

**CARLTON FIELDS, LLP**
Scott L. Menger
Email: smenger@carltonfields.com
2029 Century Park East, Suite 1200
Los Angeles, California 90067
Tel: (310) 843-6300
Fax: (301) 843-6301

*Counsel for Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc.; Restaurant Services, Inc.; and McLane Company, Inc. et al.*