# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION    Civil Action No. 18-cv-01776

THIS DOCUMENT RELATES TO:    **NOTICE OF APPEARANCE**
*Sysco Corp. v. Agri Stats, Inc., et al.*
Case No. 21-cv-01374 (D. Minn.)

The undersigned attorney hereby notifies the Court and counsel that Travis G. Edwards, shall appear as counsel of record for Plaintiff Carina Ventures LLC in this case.

Dated: August 7, 2023                /s/ Travis G. Edwards
                                      Travis G. Edwards
                                      KELLOGG, HANSEN, TODD, FIGEL
                                      & FREDERICK, P.L.L.C.
                                      1615 M Street N.W., Suite 400
                                      Washington, D.C. 20036
                                      Phone: (202) 326-7933
                                      Email: tedwards@kellogghansen.com