## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil Action No. 18-cv-01776 |
| THIS DOCUMENT RELATES TO:<br>*Sysco Corp. v. Agri Stats, Inc., et al.*,<br>Case No. 21-cv-1374 (D. Minn.) | Honorable John R. Tunheim<br>Honorable John F. Docherty |

### LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I, Derek T. Ho, certify that Carina Ventures LLC's Reply Memorandum in Support of Joint Motion for Substitution of Plaintiff complies with Local Rule 7.1(f) and (h).  I further certify that, in preparation of the above document, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the following word count.  I further certify that the Memorandum contains 9,332 words.

Dated:  August 7, 2023

Respectfully submitted,

*/s/ Derek T. Ho*
Derek T. Ho
KELLOGG, HANSEN, TODD, FIGEL
   & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com