# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 18-cv-1776-JRT-JFD |
| THIS DOCUMENT RELATES TO:<br><br>*Sysco Corp. v. Agri Stats, Inc. et al.* | Case No. 21-cv-01374-JRT-JFD |

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

PLEASE TAKE NOTICE THAT pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the court and counsel that Danielle Morello withdraws as counsel for Sysco Corporation ("Sysco"). Sysco will continue to be represented by its other counsel of record.

Dated: August 10, 2023

Respectfully submitted,

<u>/s/ Christopher P. Wilson</u>
Michael Calhoon
Julie B. Rubenstein
Brian C. Kerr
Christopher P. Wilson
Elizabeth E. Parker
Wyatt M. Carlock
BAKER BOTTS L.L.P.
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7739
Facsimile: (202) 585-1058
michael.calhoon@bakerbotts.com

julie.rubenstein@bakerbotts.com
brian.kerr@bakerbotts.com
christopher.wilson@bakerbotts.com
elizabeth.parker@bakerbotts.com
wyatt.carlock@bakerbotts.com

*Counsel for Sysco Corporation*