# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No.: 0:18-cv-01776 (JRT) |
| This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF CLASS ACTION | |

## AMENDED DECLARATION OF ERIC SCHACHTER IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR FIRST DISTRIBUTION OF NET SETTLEMENT PROCEEDS

I, Eric Schachter, declare as follows:

1. I am a Senior Vice President of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"). Pursuant to the Court's January 13, 2021, Order Granting Motion for Preliminary Approval of the Class Action Settlement Between Direct Purchaser Plaintiffs and Defendant JBS (ECF No. 631), and the Court's August 5, 2021, Amended Order Granting Motion for Preliminary Approval of the Class Action Settlement Between Direct Purchaser Plaintiffs and Smithfield Foods, Inc. (ECF No. 870) (the "Preliminary Approval Orders"), A.B. Data was authorized to act as the Settlement Administrator in connection with the Settlement in the above-captioned action (the "Action"). I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. As noted in the Declaration of Eric Schachter in Support of Direct Purchaser Plaintiffs' Motion for First Distribution of Net Settlement Proceeds, dated July 19, 2023 (ECF No. 1967) (the "Schachter Distribution Declaration"), since July 19, 2023, A.B. Data has continued to review claims and perform advanced quality assurance auditing. A.B. Data has also been contacted by several claimants to confirm the status of their claims and the corresponding Pork purchase amounts.

3. As a result of these efforts, the number of valid claims and validated Pork purchases amounts has changed slightly (less than 1% change) since the Schachter Distribution Declaration was finalized. A total of 1,465 claims are now valid encompassing total Pork purchases of $121,516,356,505.11. An updated list of Claimant Numbers for the valid claims and their Pork purchase amounts is annexed hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of August 2023, at Milwaukee, Wisconsin.

By: _____
Eric Schachter