**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Sysco Corp. v. Agri Stats, Inc., et al.*,<br><br>　　Case No. 21-cv-1374 (D. Minn.) | Civil No. 18-cv-1776-JRT-JFD<br><br><br>The Honorable John R. Tunheim<br>The Honorable John F. Docherty |

**DEFENDANTS' NOTICE OF CASES CITED AT ORAL ARGUMENT ON JOINT
MOTION FOR SUBSTITUTION OF PLAINTIFF**

- *Martin v. Morgan Drive Away, Inc.*, 665 F.2d 598, 604 (Former 5th Cir. 1982), *cert. dismissed*, 458 U.S. 1122 (1982).

- *Fischer Bros. Aviation, Inc. v. NWA, Inc.*, 117 F.R.D. 144, 147 (D. Minn. 1987) (Symchych, J.).

- *Riffin v. Consol. Rail Corp.*, 783 Fed. Appx. 246, 247–48 (3d Cir. 2019) (per curiam).

- *A.W.G. Farms, Inc. v. Fed. Crop Ins. Corp.*, 757 F.2d 720, 726 (8th Cir. 1985).

- *LNV Corp. v. Outsource Servs. Mgmt., LLC*, No. 13-cv-1926 (JNE/LIB), 2015 WL 4898568, at *11 (D. Minn. Aug. 17, 2015), *aff'd*, 869 F.3d 662 (8th Cir. 2017).

| | |
|---|---|
| Dated: August 22, 2023 | */s/ Craig S. Coleman* |
| | Richard A. Duncan (#0192983) |
| | Aaron D. Van Oort (#0315539) |
| | Craig S. Coleman (#0325491) |
| | Emily E. Chow (#0388239) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| | (612) 766-7000 |
| | richard.duncan@faegredrinker.com |
| | aaron.vanoort@faegredrinker.com |
| | craig.coleman@faegredrinker.com |
| | emily.chow@faegredrinker.com |
| | |
| | Jacob D. Bylund (*pro hac vice*) |
| | Robert C. Gallup (#0399100) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 801 Grand Ave., 33rd Floor |
| | Des Moines, IA 50309 |
| | (515) 248-9000 |
| | jacob.bylund@faegredrinker.com |
| | robert.gallup@faegredrinker.com |
| | |
| | John S. Yi (*pro hac vice*) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | One Logan Square, Suite 2200 |
| | Philadelphia, PA 19103 |
| | (215) 988-2700 |
| | john.yi@faegredrinker.com |
| | |
| | Jonathan H. Todt (*pro hac vice*) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 1500 K Street NW, Suite 1100 |
| | Washington, DC 20005 |
| | (202) 842-8800 |
| | jonathan.todt@faegredrinker.com |
| | |
| | ***Counsel for Hormel Foods Corporation and Hormel Foods, LLC*** |

/s/ Daniel E. Laytin, P.C.
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Jenna M. Stupar (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
jenna.stupar@kirkland.com

**Counsel for Clemens Food Group, LLC and The Clemens Family Corporation**

/s/ John A. Cotter
John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY & LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN &CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
(972) 707-1809
brian@brownfoxlaw.com

**Counsel for Smithfield Foods, Inc.**

| | |
|---|---|
| */s/ Sami H. Rashid* <br> Sami H. Rashid (*pro hac vice*) <br> Michael B. Carlinsky (*pro hac vice*) <br> David B. Adler (*pro hac vice*) <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> (212) 849-7000 <br> samirashid@quinnemanuel.com <br> michaelcarlinsky@quinnemanuel.com <br> richardvagas@quinnemanuel.com <br> davidadler@quinnemanuel.com <br><br> Donald G. Heeman (#0286023) <br> Jessica J. Nelson (#0347358) <br> Randi J. Winter (#0391354) <br> SPENCER FANE LLP <br> 100 South Fifth Street, Suite 1900 <br> Minneapolis, MN 55402-4206 <br> (612) 268-7000 <br> dheeman@spencerfane.com <br> jnelson@spencerfane.com <br> rwinter@spencerfane.com <br><br> ***Counsel for JBS USA Food Company*** | */s/ Peter J. Schwingler* <br> Peter J. Schwingler (#0388909) <br> JONES DAY <br> 90 South Seventh Street, Suite 4950 <br> Minneapolis, MN 55402 <br> (612) 217-8800 <br> pschwingler@jonesday.com <br><br> Jordan M. Baumann <br> JONES DAY <br> 325 John H. McConnell Boulevard, Suite 600 <br> Columbus, OH 43215-2673 <br> (614) 469-3939 <br> jbaumann@jonesday.com <br><br> William L. Greene (#0198730) <br> William D. Thomson (#0396743) <br> STINSON LLP <br> 50 South Sixth Street, Suite 2600 <br> Minneapolis, MN 55402 <br> (612) 335-1500 <br> william.greene@stinson.com <br> william.thomson@stinson.com <br><br> J. Nicci Warr (*pro hac vice*) <br> STINSON LLP <br> 7700 Forsyth Blvd., Suite 1100 <br> St. Louis, MO 63105 <br> (314) 863-0800 <br> nicci.warr@stinson.com <br><br> ***Counsel for Seaboard Foods LLC*** |

| | |
|---|---|
| */s/ Christopher A. Smith*<br>Aaron Chapin (#0386606)<br>Christopher A. Smith (*pro hac vice*)<br>Tessa K. Jacob (*pro hac vice*)<br>A. James Spung (*pro hac vice*)<br>Jason Husgen (*pro hac vice*)<br>HUSCH BLACKWELL LLP<br>8001 Forsyth Boulevard, Ste 1500<br>St. Louis, MO 63105<br>Telephone: (314) 480-1500<br>aaron.chapin@huschblackwell.com<br>chris.smith@huschblackwell.com<br>tessa.jacob@huschblackwell.com<br>james.spung@huschblackwell.com<br>jason.husgen@huschblackwell.com<br><br>**Counsel for Triumph Foods, LLC** | */s/ Tiffany Rider Rohrbaugh*<br>Tiffany Rider Rohrbaugh (*pro hac vice*)<br>Rachel J. Adcox (*pro hac vice*)<br>Lindsey Strang Aberg (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street NW<br>Washington, DC 20036<br>(202) 912-4700<br>trider@axinn.com<br>radcox@axinn.com<br>lstrang@axinn.com<br><br>Jarod Taylor (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>(860) 275-8109<br>jtaylor@axinn.com<br><br>David P. Graham (#0185462)<br>DYKEMA GOSSETT PLLC<br>4000 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>(612) 486-1521<br>dgraham@dykema.com<br><br>**Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.** |

*/s/ William L. Monts III*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc.***