# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT BY COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF CLASS, CONSUMER INDIRECT PURCHASER PLAINTIFF CLASS, AND THE COMMONWEALTH OF PUERTO RICO | Case No. 0:18-cv-01776-JRT-JFD<br><br>**[PROPOSED] ORDER GRATING DEFENDANT SEABOARD FOODS LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWERS TO CIIPP, CIPP, AND PUERTO RICO COMPLAINTS** |

Defendant Seaboard Foods LLC's Unopposed Motion for Leave to Amend to File Amended Answers to CIIPP, CIPP, and Puerto Rico Complaints (the "Motion") came on for hearing before the undersigned. Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. Defendant's Motion is **GRANTED**.

2. Defendant may add the following affirmative defense to its answers to the complaints of the Commercial and Institutional Indirect Purchaser Plaintiff Class, Consumer Indirect Purchaser Plaintiff Class, and the Commonwealth of Puerto Rico: "Plaintiff's [Plaintiffs'] claims are barred, in whole or in part, to the extent Plaintiff[s] seek[s] to impose liability on Seaboard based on the exercise of any person or entity's right to petition federal, state, and local legislative bodies,

1

because such conduct was immune under the *Noerr-Pennington* doctrine and privileged under the First Amendment to the U.S. Constitution."

Dated: _____, 2023      _____
                                                           Honorable John F. Docherty
                                                           United States Magistrate Judge

183938073