# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

Case No. 0:18-cv-01776-JRT-HB

Case No. 0:21-cv-02998-JRT-HB

This Document Relates To:

*Action Meat Distributors, Inc., et al. v. Agri Stats, Inc., et al, Case No. 0:21-cv-01454 (D. Minn.);* and

*Giant Eagle, Inc. v. Agri Stats, Inc., et al, Case No. 0:21-cv-01874 (D. Minn.)*

## [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SMITHFIELD FOODS, INC.

This matter came before the undersigned Judge based on the Stipulation between the *Action Meat* Direct Action Plaintiffs ("*Action Meat* Plaintiffs"), Direct Action Plaintiff Giant Eagle, Inc. ("Giant Eagle"), and Defendant Smithfield Foods, Inc. for the Dismissal, With Prejudice, of the *Action Meat* Plaintiffs' and Giant Eagle's claims in this case against Defendant Smithfield Foods, Inc. Based on all the files, records, and proceedings in this case, IT IS SO ORDERED that the parties' Stipulation is GRANTED as follows:

1. This Order relates only to the *Action Meat* Plaintiffs' and Giant Eagle's claims against Defendant Smithfield Foods, Inc. in *In re: Pork Antitrust Litigation*, Case No. 18-cv-1776 (D. MN.); *In re: Pork Antitrust Litigation*, Case No. 0:21-md-02998-JRT-HB (MDL No. 2998); *Action Meat Distributors, Inc., et al. v. Agri Stats, Inc., et al.*, Case No. 0:21-cv-01454-JRT-HB; and *Giant Eagle, Inc. v. Agri Stats, Inc., et al.*, Case No. 0:21-cv-01874-JRT-HB (collectively referred to as "Actions").

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the *Action Meat* Plaintiffs' and Giant Eagle's claims against Defendant Smithfield Foods, Inc. in the Actions are hereby **DISMISSED WITH PREJUDICE**, with each side bearing its own attorneys' fees and costs.

3. This Order has no bearing on the *Action Meat* Plaintiffs' or Giant Eagle's claims against any Defendant other than Smithfield Foods, Inc.

Dated: _____ By the Court

_____
The Honorable John R. Tunheim
United States District Judge