# EXHIBIT 61

| | |
|---|---|
| **From:** | Coburn, Crystal </O=TYSON/OU=TYSONET/CN=TYSON TEAM MEMBERS/CN=GENERAL /CN=GROUPS/CN=NEW/CN=COBURNC> |
| **To:** | McConnell, Deb |
| **Sent:** | 8/7/2012 6:20:20 PM |
| **Subject:** | FW: May Agristats - Ranked |
| **Attachments:** | Agri May 2012.xlsx |

**From:** Matsumoto, Sumio
**Sent:** Tuesday, August 07, 2012 1:04 PM
**To:** Coburn, Crystal
**Subject:** RE: May Agristats - Ranked

Please see below:



Please check this makes sense.

Sumio

**From:** Coburn, Crystal
**Sent:** Tuesday, August 07, 2012 11:48 AM
**To:** Matsumoto, Sumio
**Subject:** FW: May Agristats - Ranked



**From:** Coburn, Crystal
**Sent:** Tuesday, August 07, 2012 10:43 AM
**To:** Neff, Todd
**Subject:** May Agristats - Ranked

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000316394

# EXHIBIT 62

**From:**         McConnell, Deb </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=WAOPDAM>
**To:**           Schrum, Skip
**CC:**           McConnell, Deb
**Sent:**         8/31/2012 7:53:23 PM
**Subject:**
**Attachments:**



Holler if any questions...

Be very confidential with this!!!!   Thanks, Debbie

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 63

**From:**          McConnell, Deb </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=WAOPDAM>
**To:**            Messerole, Noel; Kies, Wayne; Kizer, Mrylon; Grothe, Michael; McNamara, John; McCoy, Bill
**CC:**            Schmitz, Jim; McConnell, Deb
**Sent:**          9/26/2011 9:10:18 PM
**Subject:**       Agristats.xlsx
**Importance:**    High
**Attachments:**   Agristats.xlsx



Until then, if you have ANY questions…..and want to discuss sooner….please feel free to call me….-Debbie

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 64

| | |
|---|---|
| **From:** | McConnell, Deb </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=WAOPDAM> |
| **To:** | Messerole, Noel; Kizer, Mrylon; Kies, Wayne; McCoy, Bill; McNamara, John; Grothe, Michael; Coburn, Crystal; Mauch, Jason; McConnell, Deb; Moulin, Kevin; O'Connor, William; Potter, Robert; Stough, Elizabeth; Winn, Steven |
| **CC:** | Schmitz, Jim; Retzlaff, Rick |
| **Sent:** | 1/31/2012 8:00:59 PM |
| **Subject:** | Agristats.xlsx |
| **Attachments:** | Agristats.xlsx |

DO NOT FORWARD>>>>>>>>>>>>>>>>>>>>>>  You can print ONE copy for yourself.....DO NOT DISTRIBUTE>>>>>>>>>>

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000213274

# EXHIBIT 65

**From:** McConnell, Deb </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=WAOPDAM>
**To:** Schaecher, Brandon; Coburn, Crystal
**Sent:** 5/7/2012 2:38:43 PM
**Subject:**
**Attachments:**

-----Original Message-----
From: tdanko-dess@AgriStats.com [mailto:tdanko-dess@AgriStats.com]
Sent: Monday, May 07, 2012 9:37 AM
To: McConnell, Deb
Subject:

Agri Stats, Inc.
6510 Mutual Drive
Fort Wayne, IN 46825
phone: 260.407.2700
fax: 260.407.2710
CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 66

**From:**    Billups, Steve </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=DCOPSEB>
**To:**    McConnell, Deb
**CC:**    Johnk, Lanny
**Sent:**    2/11/2011 12:14:59 PM
**Subject:**



Lanny- Anything I missed??

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 67

| | | |
|---|---|---|
| Company Name: Smithfield Foods | Market Cap: 3,228.96 | Bloomberg Estimates - EPS |
| Company Ticker: SFD US | Current PX: 19.45 | Current Quarter: 0.509 |
| Date: 2010-12-09 | YTD Change($): +4.26 | Current Year: 1.863 |
| Event Description: Q2 2011 Earnings Call | YTD Change(%): +28.045 | Bloomberg Estimates - Sales |
| | | Current Quarter: 3127.889 |
| | | Current Year: 12204.538 |

# Q2 2011 Earnings Call

## Company Participants

- Keira Lombardo, Director, Investor Relations
- C. Larry Pope, President and Chief Executive Officer
- Robert W. Manly, Chief Financial Officer and Executive Vice President
- Keira Ullrich, Director of Investor Relations

## Other Participants

- Christine McCracken
- Akshay Jagdale
- Ryan Oksenhendler
- Farha Aslam
- Diane Geissler
- Heather Jones
- Lindsay Mann
- Timothy Ramey
- Christina McGlone
- Vincent Andrews
- Bryan Hunt
- Reza Vahabzadeh

# MANAGEMENT DISCUSSION SECTION

## Operator

Ladies and gentlemen, thank you for standing by. Welcome to the Smithfield Foods Fiscal 2011 Second Quarter Earnings Call. [Operator Instructions] Later we will conduct a question-and-answer session. Instructions will be given at that time. [Operator Instructions] As a reminder, this conference is being recorded.

I'd now like to turn the conference over to Keira Lombardo. Please go ahead.

## Keira Lombardo, Director, Investor Relations

Good morning. Welcome to the conference call to discuss Smithfield Foods' fiscal 2011 second quarter results. We would like to caution you that in today's call there may be forward-looking statements within the meaning of federal securities laws. In light of the risks and uncertainties involved we encourage you to read the forward-looking information section of the company's 10-K for fiscal year 2010. You can access the 10-K and our press release on our Web site at www.smithfieldfoods.com.

On our call are Larry Pope, President and Chief Executive Officer, and Bo Manly, Chief Financial Officer. This is Keira Lombardo, Director of Investor Relations.

Larry will begin our call this morning with a review of operations followed by Bo who will review the company's financial results. Then Larry will provide our outlook for the future, after which the line will be open for questions.

Bloomberg

TF-P-001718780

Company Name: Smithfield Foods
Company Ticker: SFD US
Date: 2010-12-09
Event Description: Q2 2011 Earnings Call

Market Cap: 3,228.96
Current PX: 19.45
YTD Change($): +4.26
YTD Change(%): +28.045

Bloomberg Estimates - EPS
Current Quarter: 0.509
Current Year: 1.863
Bloomberg Estimates - Sales
Current Quarter: 3127.889
Current Year: 12204.538

could help me figure out where I'm off in terms of what your expectations are about hog raising in 2012?

**<A - Robert W. Manly, Chief Financial Officer and Executive Vice President>**: It's almost impossible to guess what your model says.

**<Q - Diane Geissler>**: I'm just using futures.

**<A - Robert W. Manly, Chief Financial Officer and Executive Vice President>**: Well futures we would say that the futures at least as far as our cost structure are concerned are indicating that we're going to have a profitable operation in our hog production next year. It's not certainly setting records but it is positive, and we think that at these higher priced corn levels that we're doing a pretty good job there.

**<Q - Diane Geissler>**: So you think it's already, the corn where it is today is already priced into where futures are on the hog side?

**<A - Robert W. Manly, Chief Financial Officer and Executive Vice President>**: Corn – can you repeat that question? I'm not sure I understand.

**<Q - Diane Geissler>**: Where corn prices are today, you think that's already priced into where futures are today on the hog side?

**<A - C. Larry Pope, President and Chief Executive Officer>**: I think they're independent of one another, Diane. You just look at them.

**<Q - Diane Geissler>**: Well generally, I guess what I'm saying is generally what you see happen when grains rise is the hog market eventually has to take that into account because there are expectations that get built into the curve as to the number of animals that get raised, right? I guess what I'm saying is do you think the curve has already adequately priced in a higher grain environment?

**<A - Robert W. Manly, Chief Financial Officer and Executive Vice President>**: I think that we're projecting profits for hog production sector for next year.

**<Q - Diane Geissler>**: Okay. Terrific. Thank you.

## Operator

Thank you. Next we'll go to the line of Heather Jones from BB&T Capital Markets. Please go ahead.

**<Q - Heather Jones>**: Good morning. Congratulations on the quarter.

**<A - C. Larry Pope, President and Chief Executive Officer>**: Thank you.

**<Q - Heather Jones>**: I had a quick question on the fresh pork division, which the results here were stellar. In the past you all have had, over the past year or so, you've had improved pork results, but there's still been a fairly significant gap between your fresh pork margins and some of your public peers. This quarter that gap closed, and I guess I'm just trying to get a sense of what happened during the quarter to drive this kind of improvement? Because for the market last quarter, fresh pork margins were strong as well, so it wasn't like there was that much improvement sequentially, but yet your sequential margins jumped like 600 basis points. So I was wondering what drove that? And how sustainable is that relative performance?

**<A - C. Larry Pope, President and Chief Executive Officer>**: Heather, let me talk a little bit about our situation, and then I'm going to let Bo as well have some input here. It'll take both of us on this one. We certainly compare ourselves to our competitors as best we can given the information we think we have public plus what we think we know privately, how many they kill, what their processing levels are and things like that. That's information you may not quite have, and we have been certainly impressed with how our competitors have been able to achieve margins that we haven't been able to achieve because I think our fresh pork competes very competitively with theirs. There were some



# EXHIBIT 68

# EXHIBIT 69

# EXHIBIT 70

Message

**From**: Rick Hoffman [rhoffman@triumphfoods.com]
**Sent**: 6/7/2013 2:53:18 PM
**To**:

**Subject**: FW: Update
**Attachments**: IMG_0046.JPG

A brief update…..



Let me know if you have any questions or comments.  Rick

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER