# EXHIBIT 81

**From:**        Fick, Melissa </O=TYSON/OU=EXCHANGE ADMINISTRATIVE GROUP
                 (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FICK, MELISSABDB>
**To:**          McConnell, Deb
**Sent:**        6/19/2018 2:29:30 PM
**Subject:**     Agristats April '18.xlsx
**Attachments:** Agristats April '18.xlsx

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 82

| From: | Gingerich, Mark </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=DCMMMLG> |
|---|---|
| To: | McConnell, Deb |
| Sent: | 6/10/2010 11:48:29 AM |
| Subject: | RE: Agristats.xls |
| Attachments: | Copy of Agristats.xls |

Deb,



**From:** McConnell, Deb
**Sent:** Tuesday, June 08, 2010 5:13 PM
**To:** Machan, Gary; Miller, Shane; Krehbiel, Jay; Brester, Jason; Gingerich, Mark; Connor, Paul; Gaes, Scott; Schmitz, Jim; Neff, Todd
**Cc:** McConnell, Deb
**Subject:** Agristats.xls

I am sending the entire Agristats file.

Return THIS file to me with your changes by Thursday a.m. I will update, print copies, and bring to Pork GM meeting (I will e-mail the updated file back to all of you prior to the meeting).

Thanks, Debbie

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 83

| | |
|---|---|
| **From:** | McConnell, Deb </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=WAOPDAM> |
| **To:** | Younger, Kevin |
| **Sent:** | 1/19/2011 10:03:19 PM |
| **Subject:** | Agristats: AGENDA FOR REVIEW OF OCTOBER '10 Kill/Cut |
| **Attachments:** | Agristats.xls |

**From:** McConnell, Deb
**Sent:** Monday, January 17, 2011 4:44 PM
**To:** White, Noel; Machan, Gary; Neff, Todd; Miller, Shane; Schmitz, Jim; Brooks, Dan (Fresh Meats Ops); Brester, Jason; Broekemeier, Kimberly; Bestgen, Bob; Gaes, Scott; Krehbiel, Jay; Matsumoto, Sumio; Andriessen, Roel; Connor, Paul; Eckert, Tom; Murphy, Shanda
**Cc:** McConnell, Deb
**Subject:** Agristats: AGENDA FOR REVIEW OF OCTOBER '10 Kill/Cut

<u>We will review the attached (Oct '10 kill/cut) during THIS Thursday's Pork GM meeting; - January 20, 2011  3 – 5 p.m.</u>

<u>The attached is the 'agenda'; all other material has been previously distributed.</u>



 TF-P-000205959

# EXHIBIT 84

| | |
|---|---|
| **From:** | McConnell, Deb </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=WAOPDAM> |
| **To:** | White, Noel; Machan, Gary; Neff, Todd; Krehbiel, Jay; Brester, Jason; Miller, Shane; Gaes, Scott; Bestgen, Bob; Broekemeier, Kimberly; Schrum, Skip; Eckert, Tom; Solsma, Jim; Matsumoto, Sumio; Andriessen, Roel; Saager, Randy; Connor, Paul; Gingerich, Mark; Schmitz, Jim; Brooks, Dan (Fresh Meats Ops); McConnell, Deb; Johnk, Lanny; Pfeifer, Jerry |
| **Sent:** | 8/10/2011 9:02:32 PM |
| **Subject:** | AGENDA for Tomorrow's MAY agristats review meeting (3 - 5 p.m.) |
| **Attachments:** | Add'l MAY agri information.xlsx |

This attachment was included in the meeting notice.....and is additional pages (not included in your hardcopy packet)

I have NOW added another tab:  Agenda    (It is the first tab in the file.)

Please print AGENDA tab and reprint the DIVISONAL MAY tab (made one change).

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 85

| | |
|---|---|
| **From:** | Brooks, Dan (Fresh Meats Ops) </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=DCSADJB> |
| **To:** | McConnell, Deb |
| **Sent:** | 6/22/2010 7:48:49 PM |
| **Subject:** | FW: Thursday: June 24th Pork Gross Margin/POE (3 - 5 p.m.) |
| **Attachments:** | Agristats.xls |

I will be counting on you to help me Thursday if I say anything stupid

**From:** Schmitz, Jim
**Sent:** Tuesday, June 22, 2010 2:38 PM
**To:** Brooks, Dan (Fresh Meats Ops)
**Subject:** FW: Thursday: June 24th Pork Gross Margin/POE (3 - 5 p.m.)

fyi —Deb's notes



**From:** Schmitz, Jim
**Sent:** Tuesday, June 22, 2010 2:36 PM
**To:** McConnell, Deb
**Subject:** FW: Thursday: June 24th Pork Gross Margin/POE (3 - 5 p.m.)

Below is some feedback on ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in case questions come up since both Lee and I will be flying back from Logansport.

If questions let me know –Jim

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000218761

**From:** McConnell, Deb
**Sent:** Tuesday, June 22, 2010 9:37 AM
**To:** Machan, Gary; Neff, Todd; Miller, Shane; Krehbiel, Jay; Brester, Jason; Gingerich, Mark; Andriessen, Roel; Matsumoto, Sumio; Brooks, Dan (Fresh Meats Ops); Broekemeier, Kimberly; Bestgen, Bob; Graham, Dale; Lehmkuhl, Jim; Prauner, John; Hofer, Rex; Jepsen, Lonny; Quinlain, John; Coble, Joel; Johnk, Lanny; Peed, Makala; Gaes, Scott; Tjaden, Dan; Schmitz, Jim; VonDrak, Lori
**Cc:** White, Noel
**Subject:** Thursday: June 24th Pork Gross Margin/POE (3 - 5 p.m.)

I just discussed this week's agenda with Noel.

Per Noel, we will dedicate the entire meeting (this week) to Agristats. If Agristats pertains to you, ATTEND. If it does not, you do NOT need to attend.

**Attendees: Please bring the following**



# EXHIBIT 86



Shane Miller
Vice President - Pork Pricing
(**O**) 605-235-4319
(**F**) 479-757-7319
(**C**) 712-212-6731
shane.miller@tyson.com



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 87

**From:**      Neff, Todd </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=DCSATLN>
**To:**        Miller, Shane
**Sent:**      1/27/2012 1:54:43 PM
**Subject:**   RE: Next Saturday

**From:** Miller, Shane
**Sent:** Friday, January 27, 2012 7:29 AM
**To:** Neff, Todd
**Subject:** RE: Next Saturday

**From:** Neff, Todd
**Sent:** Friday, January 27, 2012 6:54 AM
**To:** Miller, Shane
**Subject:** RE: Next Saturday

**From:** Miller, Shane
**Sent:** Friday, January 27, 2012 6:45 AM
**To:** Neff, Todd
**Subject:** RE: Next Saturday

Yup doesn't make sense

**From:** Neff, Todd
**Sent:** Friday, January 27, 2012 6:19 AM
**To:** Miller, Shane
**Subject:** RE: Next Saturday

Too many

**From:** Miller, Shane
**Sent:** Thursday, January 26, 2012 10:16 AM
**To:** Machan, Gary; Eckert, Tom; Neff, Todd; Krehbiel, Jay
**Subject:** Next Saturday

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 88

**To:** Rennells, Joshua L.[JRENNELLS@hqm.com]
**Cc:** Wean, George[GWEAN@hqm.com]; Orn, Victor[VORN@hqm.com]; Siffel, Beth[BSIFFEL@hqm.com]; Freed, Ralph D.[ralph@hqm.com]; Landis, Randall[landis@hqm.com]
**From:** Schmerbeck, Justin R.[/O=HATFIELD/OU=HATFIELDLAN/CN=RECIPIENTS/CN=JSCHMERBECK]
**Sent:** Fri 3/26/2010 2:04:23 PM Eastern Daylight Time
**Subject:** 2011 Fresh Pork Team Goals
**Attachment:** 2011 Fresh Pork Team Goals.doc

Josh,

Please let us know your thoughts on this.  Also If I missed anything please let me know and I will make any corrections.

Thanks

CLMNS-0000036566

# Fresh Pork Team 2011 Goals



- Measures our sales price compared to our competitors and we want to increase our spread between our competitors and ourselves.



# EXHIBIT 89

Message

| | |
|---|---|
| **From**: | Curtis Stegall [cstegall@agristats.com] |
| **Sent**: | 10/18/2016 11:54:09 AM |
| **To**: | cdbollum@hormel.com |
| **CC**: | Lance D. Hoefflin (ldhoefflin@hormel.com) [ldhoefflin@hormel.com] |
| **Subject**: | RE: Agri Stats Review |

Cory,



I look forward to the call.

Thanks,

Curtis Stegall
Account Manager
Agri Stats Inc.
(217)694-4114 Office
(260)249-4648 Cell

-----Original Message-----
From: cdbollum@hormel.com [mailto:cdbollum@hormel.com]
Sent: Tuesday, October 18, 2016 11:34 AM
To: Curtis Stegall
Cc: Lance D. Hoefflin (ldhoefflin@hormel.com)
Subject: Re: Agri Stats Review



Cory Bollum


From:      Curtis Stegall <cstegall@agristats.com>
To:        "cdbollum@hormel.com" <cdbollum@hormel.com>, "Lance D. Hoefflin
           (ldhoefflin@hormel.com)" <ldhoefflin@hormel.com>
Cc:        "RMRoddy@hormel.com" <RMRoddy@hormel.com>
Date:      10/14/2016 04:09 PM
Subject:        Agri Stats Review


Cory,



Please let me know if you have any questions.

Thanks,

Curtis Stegall

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 90

**From:** "Ginther, Damon" <Damon_Ginther@Seaboardfoods.com>
**Sent:** Fri, 3 Jan 2014 13:53:10 -0600 (CST)
**To:** "Hamilton, Brad" <Brad_Hamilton@seaboardfoods.com>; "Louis, Gary"<Gary_Louis@Seaboardfoods.com>
**Subject:** FW: Jowl production

Damon

**From:** Ginther, Damon
**Sent:** Friday, January 03, 2014 1:48 PM
**To:** Scott, Stan (Stan_Scott@seaboardfoods.com)
**Cc:** Hast, Marty
**Subject:** Jowl production

Guys,

Thanks
Damon

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0371672