# EXHIBIT 91



McClain Southwell
Director of Margin Management
Triumph Foods, LLC
913-957-6206 (cell)
816-396-2806 (office)

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0428074

# EXHIBIT 92



HIGHLY CONFIDENTIAL

# EXHIBIT 93



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

JBS-PORK-00010573

# EXHIBIT 94

**See Native File**

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

TRI0000037014

www.triumphfoods.com

*riumph Foods*

Quality... Stewardship... Sustainability... Innovation... Employee Connectivity.

# Agristats and Related Plant and Sales Analyses

Q1 – 2015

1/3-3/28



Introductory note:

This presentation is intended as an analysis of opportunities. For that purpose, we have chosen to exclude  above average performances relative to; cost, yield, sales price variances, sales mix variances, etc. for all categories in the study.

All materials and narratives presented are generally consistent with the quarterly feedback from Agristats. However, we are looking to highlight a range of opportunities from what we interpret to be the most concrete and objective Agristats data available. We will strip out incomparable or misleading information and evaluate the opportunities that represent the most significant economic variance to the average in the peer group.

**All financial data is presented on a quarterly basis and relative to the <u>average</u> in the peer group.



Quality... Stewardship... Sustainability... Innovation... Employee Connectivity.

# Net Price Impact

This makes sense as we are in a commodity market.



www.triumphfoods.com

Quality... Stewardship... Sustainability... Innovation... Employee Connectivity.

# Net Mix Impact

**Takeaway –** It's critical to peel back all of the components of the Agristats reports to derive meaningful analysis. At a summary level things appear positive, but stripped down unveils much greater opportunities.

While we are in a commodity market,



www.triumphfoods.com

Quality... Stewardship... Sustainability... Innovation... Employee Connectivity.

# Backribs



# EXHIBIT 95



CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER

TRI0000045857

# EXHIBIT 96

**Document Produced in Native Format**

HIGHLY CONFIDENTIAL

AGSTAT-P-0002793502

**Agri Stats Swine Program - 2017**

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total | Salesperson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE OF LAST INCREASE | AMT OF LAST INCREASE | **Total** | | | | | | | | | | | | | | |
| | | Monthly | | | | | | | | | | | | | | |
| | | 6 & 12 Month | | | | | | | | | | | | | | |
| | | Breed Analysis | | | | | | | | | | | | | | |
| | | Special Analysis | | | | | | | | | | | | | | |
| | | Render Analysis | | | | | | | | | | | | | | |
| | | Price Increase | | | | | | | | | | | | | | |
| | | Reviews | | | | | | | | | | | | | | |
| | | New Revenue | | | | | | | | | | | | | | |
| | | Set Up | | | | | | | | | | | | | | |
| | | Monthly | | | | | | | | | | | | | | |
| | | 6 & 12 Month | | | | | | | | | | | | | | |
| | | Breed Analysis | | | | | | | | | | | | | | |
| | | Special Analysis | | | | | | | | | | | | | | |
| | | Render Analysis | | | | | | | | | | | | | | |
| | | Price Increase | | | | | | | | | | | | | | |
| | | Reviews | | | | | | | | | | | | | | |
| | | New Revenue | | | | | | | | | | | | | | |
| | | Set Up | | | | | | | | | | | | | | |
| | | Monthly | | | | | | | | | | | | | | |
| | | 6 & 12 Month | | | | | | | | | | | | | | |
| | | Breed Analysis | | | | | | | | | | | | | | |
| | | Special Analysis | | | | | | | | | | | | | | |
| | | Render Analysis | | | | | | | | | | | | | | |
| | | Price Increase | | | | | | | | | | | | | | |
| | | Reviews | | | | | | | | | | | | | | |
| | | New Revenue | | | | | | | | | | | | | | |
| | | Set Up | | | | | | | | | | | | | | |
| | | **Christensen Farms** | | | | | | | | | | | | | | |
| | | Monthly | | | | | | | | | | | | | | |
| | | 6 & 12 Month | | | | | | | | | | | | | | |
| | | Breed Analysis | | | | | | | | | | | | | | |
| | | Special Analysis | | | | | | | | | | | | | | |
| | | Render Analysis | | | | | | | | | | | | | | |
| | | Price Increase | | | | | | | | | | | | | | |
| | | Reviews | | | | | | | | | | | | | | |
| | | New Revenue | | | | | | | | | | | | | | |
| | | Set Up | | | | | | | | | | | | | | |
| | | **Clemens** | | | | | | | | | | | | | | |
| | | Monthly | | | | | | | | | | | | | | |
| | | 6 & 12 Month | | | | | | | | | | | | | | |
| | | Breed Analysis | | | | | | | | | | | | | | |
| | | Special Analysis | | | | | | | | | | | | | | |
| | | Render Analysis | | | | | | | | | | | | | | |
| | | Price Increase | | | | | | | | | | | | | | |
| | | Reviews | | | | | | | | | | | | | | |
| | | New Revenue | | | | | | | | | | | | | | |
| | | Set Up | | | | | | | | | | | | | | |
| | | Monthly | | | | | | | | | | | | | | |
| | | 6 & 12 Month | | | | | | | | | | | | | | |
| | | Breed Analysis | | | | | | | | | | | | | | |
| | | Special Analysis | | | | | | | | | | | | | | |
| | | Render Analysis | | | | | | | | | | | | | | |
| | | Price Increase | | | | | | | | | | | | | | |
| | | Reviews | | | | | | | | | | | | | | |
| | | New Revenue | | | | | | | | | | | | | | |
| | | Set Up | | | | | | | | | | | | | | |
| | | Monthly | | | | | | | | | | | | | | |
| | | 6 & 12 Month | | | | | | | | | | | | | | |
| | | Breed Analysis | | | | | | | | | | | | | | |

*Special Analysis*
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Cooper Farms**

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
S

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Hormel - Mtn Prairie/Farmer John**

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Hormel - Pork Processing**

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Indiana Packers**

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Indiana Packers (Oracle Pork)**

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**JBS Live (Pilgrims)**

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**JBS Swift**

Monthly

6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

CN

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up



Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Prestage Farms**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Seaboard Live**

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Seaboard Plant & Sales**

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Smithfield**

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Smithfield Hog Production (Murphy Brow**

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Triumph Foods**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Tyson (Plant & Sales)**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Tyson Pork Group**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

# EXHIBIT 97

# Document Produced in Native Format

HIGHLY CONFIDENTIAL

AGSTAT-P-0002802244

**Agri Stats Swine Program - 2016**

GB 07/13/15

| DATE OF LAST INCREASE | AMT OF LAST INCREASE | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total | Salesperson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Total** | | | | | | | | | | | | | | |
| | | Monthly | | | | | | | | | | | | | | |
| | | 6 & 12 Month | | | | | | | | | | | | | | |
| | | Breed Analysis | | | | | | | | | | | | | | |
| | | Special Analysis | | | | | | | | | | | | | | |
| | | Render Analysis | | | | | | | | | | | | | | |
| | | Price Increase | | | | | | | | | | | | | | |
| | | Reviews | | | | | | | | | | | | | | |
| | | New Revenue | | | | | | | | | | | | | | |
| | | Set Up | | | | | | | | | | | | | | |
| | | Monthly | | | | | | | | | | | | | | |
| | | 6 & 12 Month | | | | | | | | | | | | | | |
| | | Breed Analysis | | | | | | | | | | | | | | |
| | | Special Analysis | | | | | | | | | | | | | | |
| | | Render Analysis | | | | | | | | | | | | | | |
| | | Price Increase | | | | | | | | | | | | | | |
| | | Reviews | | | | | | | | | | | | | | |
| | | New Revenue | | | | | | | | | | | | | | |
| | | Set Up | | | | | | | | | | | | | | |
| | | **Cargill Live** | | | | | | | | | | | | | | |
| | | Monthly | | | | | | | | | | | | | | |
| | | 6 & 12 Month | | | | | | | | | | | | | | |
| | | Breed Analysis | | | | | | | | | | | | | | |
| | | Special Analysis | | | | | | | | | | | | | | |
| | | Render Analysis | | | | | | | | | | | | | | |
| | | Price Increase | | | | | | | | | | | | | | |
| | | Reviews | | | | | | | | | | | | | | |
| | | New Revenue | | | | | | | | | | | | | | |
| | | Set Up | | | | | | | | | | | | | | |

**Cargill Plant & Sales**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Christensen Farms**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Clemons**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Hormel - Mtn Prairie/Farmer John**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Hormel - Pork Processing**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Indiana Packers**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Indiana Packers (Oracle Pork)**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**JBS Live (Pilgrims)**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**JBS Swift**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis

Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Prestage Farms**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Seaboard Live**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Seaboard Plant & Sales**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Smithfield**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Triumph Foods**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Tyson (Plant & Sales)**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

**Tyson Pork Group**
Monthly
6 & 12 Month
Breed Analysis
Special Analysis
Render Analysis
Price Increase
Reviews
New Revenue
Set Up

# EXHIBIT 98

```
                                               Page 1
 1                 UNITED STATES DISTRICT COURT
 2                   DISTRICT OF MINNESOTA
     _____
 3                               )
     IN RE:
 4                               )
     PORK ANTITRUST LITIGATION        Case No.
 5                               )   0:18-cv-01776-JRT-HB
 6   This Document Relates To: )
 7   ALL DIRECT PURCHASER        )
     PLAINTIFF ACTIONS
 8   _____ )
 9
10                   HIGHLY CONFIDENTIAL
11               VIDEOTAPED DEPOSITION OF
12                       PAUL PEIL
13
14   DATE:        December 9, 2021
15   TIME:        9:02 a.m. (Central)
16   PLACE:       Faegre Baker Biddle & Reath
17                2200 Wells Fargo Center
18                90 South Seventh Street
19                Minneapolis, Minnesota 55402
20
21
22
23
24   JOB NO.:       PA 4897676
     PAGES:         1 to 265
25   REPORTED BY:   Merilee Johnson, RDR, CRR, CRC, RSA
```

```
                                                    Page 265
 1                  REPORTER'S CERTIFICATE
 2
      STATE OF MINNESOTA   )
 3                         ) ss.
      COUNTY OF HENNEPIN   )
 4
              I hereby certify that I reported the
 5    videotaped deposition of PAUL PEIL, on
      December 9, 2021, in Minneapolis, Minnesota, and
 6    that the witness was by me first duly affirmed to
      tell the whole truth;
 7
              That the testimony was transcribed by me and
 8    is a true record of the testimony of the witness;
 9            That the cost of the original has been
      charged to the party who noticed the deposition,
10    and that all parties who ordered copies have been
      charged at the same rate for such copies;
11
              That I am not a relative or employee or
12    attorney or counsel of any of the parties, or a
      relative or employee of such attorney or counsel;
13
              That I am not financially interested in the
14    action and have no contract with the parties,
      attorneys, or persons with an interest in the
15    action that affects or has a substantial tendency
      to affect my impartiality;
16
              That the right to read and sign the
17    deposition by the witness was preserved.
18
              WITNESS MY HAND AND SEAL THIS 13th day of
19    December, 2021.
20
21
22                       _____
23
            _____
24          Merilee S. Johnson, RDR, CRR, CRC, RSA
            Notary Public, Hennepin County, Minnesota
25          My commission expires January 31, 2026
```

# EXHIBIT 99



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

AGSTAT-P-0002802476



HIGHLY CONFIDENTIAL

# EXHIBIT 100



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000096312