# EXHIBIT 101

**PRODUCED IN NATIVE FORMAT**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 102



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000054715

# EXHIBIT 103

**PRODUCED IN NATIVE FORMAT**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000172958

{FILENAME}





Su

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Sum

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Sum

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Sum

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Sum

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Sum

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|



| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Su

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Su

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Su

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Sum

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Su

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Sum

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Sum

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Sum

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Sum

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Su

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Su

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Su

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

Su

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

{FILENAME}

| Sum | | | | | | | | | | |

| Description | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|

| Sum | | | | | | | | | | |

| Description | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|

| Sum | | | | | | | | | | |

| Description | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|

| Sum | | | | | | | | | | |

| Description | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|

| Description | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|

| Description | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|

| Description | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|

| Description | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|

| Sum | | | | | | | | | | |

| Description | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|

| Sum | | | | | | | | | | |

| Description | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|

| Description | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|

| Sum | | | | | | | | | | |

| Description | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|



| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|

{FILENAME}

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|
| Sum | | | | | | | | | |

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|
| Sum | | | | | | | | | |

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|
| Sum | | | | | | | | | |

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|
| Sum | | | | | | | | | |

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|
| Sum | | | | | | | | | |

| Description | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|
| Sum | | | | | | | | | |





| Description | | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Description | | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|

Sum

| Description | | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Description | | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|

Su

| Description | | | Pounds | Inv Prc | Net Prc | $ | Pounds | Inv Prc | Net Prc | $ | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|

# EXHIBIT 104

# Document Produced in Native Format

CONFIDENTIAL

CLMNS-0000579006

e Progres



# EXHIBIT 105



HIGHLY CONFIDENTIAL

# EXHIBIT 106



CONFIDENTIAL

CLMNS-0000669589

# EXHIBIT 107



CONFIDENTIAL

CLMNS-0000119051

# EXHIBIT 108



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0149705

# EXHIBIT 109

Audit



# Hormel

# Agri Stats Qtr. Analysis
## Nov-Jan 2015

Copyright (c) 2012, Agri Stats, Inc.  All
Rights Reserved

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HFC-PORKAT0000272375

# Fremont Opportunities



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 110



CONFIDENTIALITY NOTICE: The information contained in this email (and any
attachments) is privileged and confidential and protected from disclosure.
If you are not the intended recipient of this email or the attachments, be aware that any disclosure,
copying, distribution or use of this email or any attachment is strictly prohibited and you should not
read the message or read or open any attachment. If you have received this email by mistake, please
immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its