# EXHIBIT 111



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 112



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0351271

# EXHIBIT 113

**No image available for this record.**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0125785



| | | Shipped LBS | FOB $$/CWT | Market Ovg/CWT | min | max | average | goal | |
|---|---|---|---|---|---|---|---|---|---|
| 80137-Boneless Pork Loin CC St-on VP | 20100102 | | | | | | | | |
| | 20100109 | | | | | | | | |
| | 20100116 | | | | | | | | |
| | 20100123 | | | | | | | | |
| | 20100130 | | | | | | | | |
| | 20100206 | | | | | | | | |
| | 20100213 | | | | | | | | |
| | 20100220 | | | | | | | | |
| | 20100227 | | | | | | | | |
| | 20100306 | | | | | | | | |
| | 20100313 | | | | | | | | |
| | 20100320 | | | | | | | | |
| | 20100327 | | | | | | | | |
| | 20100403 | | | | | | | | |
| | 20100410 | | | | | | | | |
| | 20100417 | | | | | | | | |
| | 20100424 | | | | | | | | |
| | 20100501 | | | | | | | | |
| | 20100508 | | | | | | | | |
| | 20100515 | | | | | | | | |
| | 20100522 | | | | | | | | |
| | 20100529 | | | | | | | | |
| | 20100605 | | | | | | | | |
| | 20100612 | | | | | | | | |
| | 20100619 | | | | | | | | |
| | 20100626 | | | | | | | | |
| | 20100703 | | | | | | | | |
| | 20100710 | | | | | | | | |
| | 20100717 | | | | | | | | |
| | 20100724 | | | | | | | | |
| | 20100731 | | | | | | | | |
| | 20100807 | | | | | | | | |
| | 20100814 | | | | | | | | |
| | 20100821 | | | | | | | | |
| | 20100828 | | | | | | | | |
| | 20100904 | | | | | | | | |
| | 20100911 | | | | | | | | |
| | 20100918 | | | | | | | | |
| | 20100925 | | | | | | | | |
| | 20101002 | | | | | | | | |
| | 20101009 | | | | | | | | |
| | 20101016 | | | | | | | | |
| | 20101023 | | | | | | | | |
| | 20101030 | | | | | | | | |
| | 20101106 | | | | | | | | |
| | 20101113 | | | | | | | | |
| | 20101120 | | | | | | | | |
| | 20101127 | | | | | | | | |
| | 20101204 | | | | | | | | |

var to goa

**Customer Opportunities**   --last 52 weeks

| | Shipped LBS | FOB $$/CWT | Market |
|---|---|---|---|

Suppress Items - Total is Null or Zero (Rows and columns)



# EXHIBIT 114

Document Provided Natively

Document Provided Natively

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SBF0088132



# EXHIBIT 115

HIGHLY CONFIDENTIAL

Page 1

1                UNITED STATES DISTRICT COURT

                    DISTRICT OF MINNESOTA

2

3   IN RE:  PORK ANTITURST        ) Civil No. 18-1776

    LITIGATION                    ) (JRT/HB) 0:21-md-

4                                 ) 02998-JRT-HB

                                  ) MDL No. 2998

5

6              DEPOSITION OF DANIEL GROFF

7              Taken at the Courtyard by Marriott,

8   Philadelphia Lansdale, 1737 Summneytown Pike,

9   Lansdale, Pennsylvania, on Wednesday, December 15,

10  2021, commencing at 9:00 a.m., by Leandra M.

11  Stoudt, RPR, CBC, CCP, CRR, Notary Public.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 457

1

2                          CERTIFICATE

3

4          I do hereby certify that the aforesaid

5     testimony was taken before me, pursuant to notice,

6     at the time and place indicated; that said deponent

7     was by me duly sworn to tell the truth, the whole

8     truth, and nothing but the truth; that the

9     testimony of said deponent was correctly recorded

10    in machine shorthand by me and thereafter

11    transcribed under my supervision with

12    computer-aided transcription; that the deposition

13    is a true and correct record of the testimony given

14    by the witness; and that I am neither of counsel

15    nor kin to any party in said action, nor interested

16    in the outcome thereof.

17

                        Leandra Stoudt, RPR, CRR

18                      CBC, CCP, Notary Public

19

20

21

22

23

24

25

# EXHIBIT 116



HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD00832270

# EXHIBIT 117

HIGHLY CONFIDENTIAL

Page 1

1                IN THE UNITED STATES DISTRICT COURT

2                     DISTRICT OF MINNESOTA

3

4    CIVIL NO. 18-1776 (JRT/HB)

5    0:21-MD-02998-JRT-HB

6    MDL NO. 2998

7

8    IN RE:  PORK ANTITRUST LITIGATION

9    This Document Relates to:  All Actions

10

11

12

13                    HIGHLY CONFIDENTIAL

14              REMOTE VIDEO DEPOSITION OF

15                DHAMU THAMODARAN, PH.D.

16                   March 23, 2022

17

18

19

20

21

22   REPORTED BY:    Laura H. Nichols

23                   Certified Realtime Reporter,

24                   Registered Professional

25                   Reporter and Notary Public

HIGHLY CONFIDENTIAL





HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

Page 375

1                     C E R T I F I C A T E

2

3

4    STATE OF ALABAMA

5    JEFFERSON COUNTY

6

7              I hereby certify that the above and

8    foregoing deposition was taken down by me in

9    stenotypy, and the questions and answers thereto

10   were reduced to typewriting under my supervision,

11   and that the foregoing represents a true and

12   correct transcript of the deposition given by said

13   witness upon said hearing, to the best of my

14   ability.

15             I further certify that I am neither

16   of counsel nor of kin to the parties to the action,

17   nor am I in anywise interested in the result of

18   said cause.

19

20

21        /s/ LAURA H. NICHOLS

          Commissioner-Notary Public, State of AL

22        ACCR License No. 3, Exp. 9/30/2022

          GA CCR No. 2714, Exp. 4/1/2023

23        TN LCR No. 679, Exp. 6/30/2022

          Transcript Certified on 3/25/2022

24

25

# EXHIBIT 118

Goldman
Sachs

Equity Research

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD00321260

# EXHIBIT 119

Document Produced In Native Format

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              HFC-PORKAT0000202139

# Belly Market Fundamentals

## March 2011





# EXHIBIT 120

 Formatted Report

23-Dec-2013

# Smithfield Foods, Inc. (SFD)

Q2 2014 Earnings Call

Copyright © 2001-2013 FactSet CallStreet, LLC

TF-P-000070892

# Smithfield Foods, Inc. (SFD)
Q2 2014 Earnings Call

**Formatted Report**
23-Dec-2013

---

**C. Larry Pope**
*President, Chief Executive Officer & Director, Smithfield Foods, Inc.*

A

Not for us.

---

**Hale Holden**
*Analyst, Barclays Capital, Inc.*

Q

No, a lot of your peer set wouldn't be doing the same, so we do appreciate it. On the virus issue and the potential reduction in hog count for 2014, can you help us understand how that would flow through to margins potentially as well as selling price?

---

**Robert W. Manly**
*Chief Synergy Officer & Executive Vice President, Smithfield Foods, Inc.*

A

In selling prices, it actually will be a positive impact on selling price because we'll have reduced supplies and we have a very inelastic demand curve. So it will have a beneficial impact on price, probably significantly as we move forward.

As you look at how it will impact our cost, there are two areas. One is if you do have a herd that breaks, you lose the baby pigs that were with the mothers at that point in time. So you have an immediate loss of inventory that gets reflected in that period's P&L. At the same time, you don't have that tonnage that would ultimately flow through and help reduce overhead costs and fixed costs when the pigs come to market. So you have a twofold impacted. One is when the pigs are – when the onset of the infection and the loss of baby pigs, and then finally the loss of throughput six months down the road.

---

**Hale Holden**
*Analyst, Barclays Capital, Inc.*

Q

Got it. And then the second question would be have you started shipping increased volume as part of the Shuanghui transaction, or will that come in future quarters?

---

**Robert W. Manly**
*Chief Synergy Officer & Executive Vice President, Smithfield Foods, Inc.*

A

Actually, we're seeing volume under these new initiatives. We do have sales that we had a year ago that were the tail end of some of the prior business that's influencing y-over-y comparisons. But we anticipate as we move into the first of the year that we'll have significantly higher volume shipments coming from the U.S. to China.

---

**Hale Holden**
*Analyst, Barclays Capital, Inc.*

Q

And then my last question in the same vein as Carla's, any chance you can give us the number of heads sold by the hog production segment? That's a number that was given previously.

---

**Kenneth M. Sullivan**
*Chief Financial Officer, Smithfield Foods, Inc.*

A

Yes, we can do that.

---

**Keira L. Lombardo**
*Vice President of Investor Relations and Corporate Communications, Smithfield Foods, Inc.*

A

Hale, I'll follow-up with you.

---

TF-P-000070904

# Smithfield Foods, Inc. (SFD)
Q2 2014 Earnings Call

Formatted Report
23-Dec-2013

---

### Karru Martinson
*Analyst, Deutsche Bank Securities, Inc.*

**Q**

I was just — yes, just given the results this quarter and then the pressure on your packaged meats, I'm just wondering. What is your ability to go out and raise prices proactively here?

---

### Robert W. Manly
*Chief Synergy Officer & Executive Vice President, Smithfield Foods, Inc.*

**A**

Ourselves, as a company, obviously we're in a business that's heavily influenced by commodities. So I think you really need to look at the overall industry balance of supply and demand to be able to determine can the industry move prices up collectively as a group. We've got limited ability to do it ourselves if the rest of the industry doesn't follow. But the consumer tends to be willing to pay proportionally higher values for their pork meat when small increments of supply are withdrawn from the marketplace.

---

### Karru Martinson
*Analyst, Deutsche Bank Securities, Inc.*

**Q**

Okay. And then you mentioned we could see CapEx as high as $350mm. You had some nice payback projects. I was wondering if you can provide a little more color on the some of the initiatives that you may have underway.

---

### C. Larry Pope
*President, Chief Executive Officer & Director, Smithfield Foods, Inc.*

**A**

Those were primarily focused on our manufacturing side of the business, as well as a substantial part of that deals with the continued conversion of our hog farms to group housing. And we've got a plan in place to convert all of our company-owned farms to group house by 2017. And I think we're a little over 50%-some now. I don't think we announced yet, Bo...

---

### Robert W. Manly
*Chief Synergy Officer & Executive Vice President, Smithfield Foods, Inc.*

**A**

No, we have not.

---

### C. Larry Pope
*President, Chief Executive Officer & Director, Smithfield Foods, Inc.*

**A**

...where we are for the end of the CY. And so about 25% or 30% of that goes to just the group housing initiative to continue to move these sows into better living conditions and improve the farms as we go. And the remainder is tied largely to our fresh meat operations where we see some substantial opportunities to improve our cost structure in that side of the business.

---

### Kenneth M. Sullivan
*Chief Financial Officer, Smithfield Foods, Inc.*

**A**

I think in terms of payback projects vs. maintenance, I'd characterize it as two-thirds payback and one-third maintenance in terms of those numbers.

---

**Q**

Just one question for me. Please indicate the use of proceeds from the Campofrio disposal, please.

---

TF-P-000070906