# EXHIBIT 121



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



2 Federally inspected slaughter

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000817313

# EXHIBIT 122



# Investor Presentation

## April 1-3, 2013













HIGHLY CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

SMITHFIELD00898940

HIGHLY CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

SMITHFIELD00898957

# EXHIBIT 123

**PRODUCED IN NATIVE FORMAT**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TF-P-000128650

# Bacon Deep-Dive Steering Committee Report Out

Aligning on Strategic Purpose and Execution

10/6/2016



**Making Great Food. Making A Difference.**

# Focus on Growing Stack Pack, Given Advantaged Position 

Dollar Share - Stack Pack Segment



**HIGHLY CONFIDENTIAL-TYSON FOODS INC.**

Source: IRI, Latest 13W, Ending 9/18/16

# EXHIBIT 124

# EXHIBIT 125

**PRODUCED IN NATIVE FORMAT**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**1**



• I've been focusing on production, but now I'll move to another important factor determining available supply, and that's exports.



• Imports are a part of the equation, too.

  • Chicken –

  • Pork –

  • Beef –

# EXHIBIT 126

**PRODUCED IN NATIVE FORMAT**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Fresh Meat Branding Initiative

Steering Committee Update

September 29, 2015



Source: Tyson Fresh Meats A&U 2015 & National Pork Board

# EXHIBIT 127



**Tyson Foods, Inc.**
Making Great Food. Making A Difference.

# Pork Situation Assessment and Strategic Plan

Board Strategy & Acquisition Committee

July 13, 2016

**HIGHLY CONFIDENTIAL-TYSON FOODS INC.**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1.

2.

3.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 128

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2                 DISTRICT OF MINNESOTA

3

4    CIVIL NO. 18-1776 (JRT/HB)

5    0:21-MD-02998-JRT-HB

6    MDL NO. 2998

7

8    IN RE:  PORK ANTITRUST LITIGATION

9    This Document Relates to:  All Actions

10

11

12

13                 HIGHLY CONFIDENTIAL

14      REMOTE VIDEO DEPOSITION OF BRIAN TAPHORN

15               January 25, 2022

16

17

18

19

20

21

22   REPORTED BY:    Laura H. Nichols

23                   Certified Realtime Reporter,

24                   Registered Professional

25                   Reporter and Notary Public

Page 327

1                   C E R T I F I C A T E

2

3

4    STATE OF ALABAMA

5    JEFFERSON COUNTY

6

7              I hereby certify that the above and

8    foregoing deposition was taken down by me in

9    stenotypy, and the questions and answers thereto

10   were reduced to typewriting under my supervision,

11   and that the foregoing represents a true and

12   correct transcript of the deposition given by said

13   witness upon said hearing, to the best of my

14   ability.

15             I further certify that I am neither

16   of counsel nor of kin to the parties to the action,

17   nor am I in anywise interested in the result of

18   said cause.

19

20

21        /s/ LAURA H. NICHOLS

          Commissioner-Notary Public, State of AL

22        ACCR License No. 3, Exp. 9/30/2022

          GA CCR No. 2714, Exp. 4/1/2022

23        TN LCR No. 679, Exp. 6/30/2022

          Transcript Certified on 1/26/2022

24

25



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0149251

# SWINE INDUSTRY CRISIS





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0149256

# EXHIBIT 129

HIGHLY CONFIDENTIAL

Page 86

1                     CERTIFICATE OF OATH

2

3          I, Alice J. Teslicko, RMR, a Notary Public

4      for the State of Florida at large, do hereby

5      certify that the witness, Robert Moore, appeared

6      via teleconference before me and was duly sworn.

7          Signed and sealed this 31st day of December,

8      2021.

9

10

11

12                    Alice J. Teslicko, RMR

13

14  Commission No. GG249076

    My Commission Expires:

15  December 14, 2022

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 87

1                        CERTIFICATE

2    STATE OF FLORIDA       )

                            )   ss.

3    COUNTY OF MARTIN       )

4

            I, ALICE TESLICKO, RMR, a Registered

5    Merit Reporter and Notary Public for the State of

     Florida at Large, do hereby certify that I reported the

6    deposition of Robert Moore, a witness called by the

     Plaintiffs in the above-styled cause; and that the

7    foregoing pages constitute a true and correct

     transcription of my shorthand report of the deposition

8    of said witness.

9            I further certify that I am not an attorney

     or counsel of any of the parties, nor a relative or

10   employee of counsel connected with the action, nor

     financially interested in the action.

11

             WITNESS my hand and official seal in the

12   City of Stuart, County of Martin, State of Florida, this

     31st day of December, 2021.

13

14

15                        Alice J. Teslicko, RMR

16   My commission expires:

     December 14, 2022

17   Commission No. GG249076

18

19

20

21

22

23

24

25

# EXHIBIT 130



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER