# EXHIBIT 152

**To:** Lombardo, Keira[keiralombardo@smithfieldfoods.com]
**From:** Gitkin, Charles[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A5715F5529864A4AB66167F180605716-GITKIN, CHA]
**Sent:** Fri 1/21/2011 10:25:31 AM Eastern Standard Time
**Subject:** RE: Investor Day Analyst Reports #3

Keira,

Chuck

_____

**From:** Lombardo, Keira [mailto:keiralombardo@smithfieldfoods.com]
**Sent:** Friday, January 21, 2011 8:03 AM
**To:** Schellpeper, Tim; Baker, Chad; Brown, Michael; Webb, Scott; Sebring, Joe; Pauley, John; Richter, Jason; Godwin, Jerry; Gitkin, Charles; Cole, Michael; Deel, Jeff; Dykstra, Timothy; Ellis, Bart; Luter IV, Joseph W.; Manly, Robert; Pope, Larry; Richter, George; Sullivan, Ken; Thamodaran, Dhamu; Treacy, Dennis
**Subject:** Investor Day Analyst Reports #3

Attached are two additional analyst reports that provide takeaways from Investor Day. Key excerpts are pasted below.

SMITHFIELD01061844



HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD01061845

# EXHIBIT 153

HIGHLY CONFIDENTIAL

Page 1

1                 UNITED STATES DISTRICT COURT
                      DISTRICT OF MINNESOTA
2
3      IN RE                      : CIVIL NO.:
                                  : 18-1776 (JRT/HB)
4      PORK ANTITRUST             :
       LITIGATION                 :
5
6                          *   *   *
7      VIDEOTAPED DEPOSITION OF JERRY LEHENBAUER
8            WEDNESDAY, SEPTEMBER 21, 2022
9                HIGHLY CONFIDENTIAL
10                         *   *   *
11
12          Videotaped deposition of JERRY
13     LEHENBAUER, taken remotely, commencing at
14     8:28 a.m. before Debbie Leonard, Registered
15     Diplomate Reporter, Certified Realtime
16     Reporter.
17
18
19
20
21
22                         *   *   *
               VERITEXT LEGAL SOLUTIONS
23                MID-ATLANTIC REGION
           1801 Market Street - Suite 1800
24         Philadelphia, Pennsylvania 19103











HIGHLY CONFIDENTIAL

Page 281

1              C E R T I F I C A T E

2

3        I do hereby certify that I am a Notary
   Public in good standing; that the aforesaid
   testimony was taken before me, pursuant to
4  notice, at the time and place indicated; that
   said deponent was by me duly sworn to tell
5  the truth, the whole truth, and nothing but
   the truth; that the testimony of said
6  deponent was correctly recorded in machine
   shorthand by me and thereafter transcribed
7  under my supervision with computer-aided
   transcription; that the deposition is a true
8  and correct record of the testimony given by
   the witness; that reading and signing of the
9  transcript was requested; and that I am
   neither of counsel nor kin to any party in
10 said action, nor interested in the outcome
   thereof.

11

        WITNESS my hand and official seal this
12 4th of October, 2022.

13

14

15

16        Debbie Leonard, RDR, CRR
          Notary Public

17

18

19

20

21

22

23

24

# EXHIBIT 154

HIGHLY CONFIDENTIAL

Page 1

1           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF ILLINOIS
2                 EASTERN DIVISION

3

4    IN RE:  PORK ANTITRUST LITIGATION

5
                     Civil Action No. 18-1776(JRT/HB)
6

7

     This Document Relates to:

8

     All Actions

9

10

11

        ***********************************************
12

13        VIDEOTAPED TELECONFERENCE DEPOSITION
                OF RODNEY BRENNEMAN
14

15        ***********************************************
16

17             APPEARANCES NOTED WITHIN

18

19        DATE:  THURSDAY, AUGUST 4, 2022
                 PLACE:  VIA ZOOM
20        WITNESS LOCATED IN KANSAS CITY, MISSOURI
                 TIME:  9:02 a.m.

21

22

23

              BETHANY CAMMACK
24        Certified Shorthand Reporter
            Mississippi CSR No. 1526

25











# EXHIBIT 161

HIGHLY CONFIDENTIAL

Page 1

1              UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
2

3

   IN RE PORK ANTITRUST        Civil No. 18-cv-1776
4  LITIGATION                  (JRT/JFD)
   This Document Relates
5  to: All Actions

6

7  ********************************************************
                    HIGHLY CONFIDENTIAL
8      REMOTE VIDEO DEPOSITION OF DR. JAMES MINTERT
                    November 9, 2022
9                  9:04 - 2:27 P.M. EST
   ********************************************************

10

                (APPEARANCES NOTED HEREIN)
11

12

13

14

15

16

17

18

19

20

21                * * * * * * * *

22

              Reported Stenographically by:
23

              JULIE BROWN, RPR, CCR 1587
24

25





























HIGHLY CONFIDENTIAL

Page 194

1          CERTIFICATE OF COURT REPORTER

2              I, Julie Brown, Court Reporter and Notary

3     Public, in and for the State of Mississippi, do

4     hereby certify that the above and foregoing 194

5     pages, including this page, contain a true and

6     accurate transcription of the testimony of Dr. James

7     Mintert contain a full, true and correct transcript

8     of the proceedings had in the aforenamed case at the

9     time and place indicated, which proceedings were

10    recorded by me to the best of my skill and ability,

11    remotely via videoconference.

12             I also certify that I placed the witness

13    under oath to tell the truth and that all answers

14    were given under that oath.

15             I certify that the witness has chosen his

16    right to the reading and signing of the deposition.

17             I certify that I have no interest, monetary

18    or otherwise, in the outcome of this case.

19             Witness my signature and seal this day,

20    November 11, 2022.

21

22

23

24                  JULIE BROWN, RPR, CCR 1587

25    My Commission Expires:  April 6, 2024

# EXHIBIT 169





# EXHIBIT 172

**To:** Bernard, Cameron C.[cbernard@mwcllc.com]
**From:** Bernard, Cameron C.[cbernard@mwcllc.com]
**Sent:** Wed 3/8/2017 12:55:07 PM Eastern Standard Time
**Subject:** Smithfield Sweeps 3.8.17



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

SMITHFIELD00433645

# EXHIBIT 184



# Smithfield 2008 ANNUAL REPORT

## AT MEALTIME. EVERYWHERE.

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD02229051



# EXHIBIT 185



# EXHIBIT 186

HIGHLY CONFIDENTIAL

Page 1

1              UNITED STATES DISTRICT COURT

                   DISTRICT OF MINNESOTA

2

3    IN RE:  PORK ANTITURST        ) Civil No. 18-1776

     LITIGATION                    ) (JRT/HB) 0:21-md-

4                                  ) 02998-JRT-HB

                                   ) MDL No. 2998

5

6              DEPOSITION OF DANIEL GROFF

7              Taken at the Courtyard by Marriott,

8    Philadelphia Lansdale, 1737 Summneytown Pike,

9    Lansdale, Pennsylvania, on Wednesday, December 15,

10   2021, commencing at 9:00 a.m., by Leandra M.

11   Stoudt, RPR, CBC, CCP, CRR, Notary Public.

12

13

14

15

16

17

18

19

20

21

22

23

24

25





HIGHLY CONFIDENTIAL

Page 457

```
 1
 2                       CERTIFICATE
 3
 4        I do hereby certify that the aforesaid
 5    testimony was taken before me, pursuant to notice,
 6    at the time and place indicated; that said deponent
 7    was by me duly sworn to tell the truth, the whole
 8    truth, and nothing but the truth; that the
 9    testimony of said deponent was correctly recorded
10    in machine shorthand by me and thereafter
11    transcribed under my supervision with
12    computer-aided transcription; that the deposition
13    is a true and correct record of the testimony given
14    by the witness; and that I am neither of counsel
15    nor kin to any party in said action, nor interested
16    in the outcome thereof.
17
                                Leandra Stoudt, RPR, CRR
18                              CBC, CCP, Notary Public
19
20
21
22
23
24
25
```

# EXHIBIT 191

**Pork Powerhouses® 2009: Big boys cut back**
The largest players in the pig business take 200,000 sows out of production, but more is needed, they say.

Betsy Freese
Agriculture.com Contributing Editor
Agriculture Online
9/14/2009, 3:29 PM CDT

*Download a PDF of the full Pork Powerhouses list (U.S. and Canada)*

For the first time since the annual Pork Powerhouses® ranking was launched in 1994, the nation's largest 25 producers have cut sow numbers. These companies report 200,000 fewer sows than one year ago, a drop of 6.4%. Only two firms increased sows from last year, Country View Family Farms (Hatfield) and ███████████ Fifteen firms reduced sow numbers, including the largest two, Smithfield Foods and Triumph Foods.



Many of the largest producers report that sow cuts don't translate to market hog numbers dropping. In fact, small cuts may actually do the opposite. "If you cut 4% or less you go up in pigs produced," says Bob Christensen of Christensen Farms in Sleepy Eye, Minnesota, part of the Triumph Foods system. "You're not crowding the system and people are able to do their jobs better. You have to cut 6.5% of your sows to see a real decrease in pigs produced."



What will the next year bring?

agriculture.com

# EXHIBIT 192

## Top 25 U.S. Pork Powerhouses® 2011

| 2011 Ranking | Company/Headquarters | # Of Sows In 2011 | # Of Sows In 2010 |
|---|---|---|---|
| 1 | Smithfield Foods/**Smithfield, VA**    Plus 98,000 sows in Mexico, 81,000 in Poland, and 49,000 in Romania. Worldwide total: 1,065,951 sows (down 41,815 from 2010). Another 30,000 sows to be cut in U.S. herd soon. | **837,951** | 876,804 |
| 2 | Triumph Foods/**St. Joseph, MO**    Christensen: 162,500, Hanor: 80,000, New Fashion Pork: 52,000 (up 3,500), Eichelberger: 25,000, Allied Producers' Co-op: 57,500 (up 2,500). | **377,000** | 371,000 |
| 3 | Seaboard Foods/**Shawnee Mission, KS** | **213,600** | 213,600 |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | Cargill/**Minneapolis, MN**    Expanding sow herd slowly in Dalhart, Texas. | **123,431** | 119,000 |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | Hormel Foods/**Austin, MN**  Do not plan to increase numbers. | **54,000** | 54,000 |
| 13 | Tyson Foods/**Springdale, AR**  No changes planned. | **52,000** | 52,000 |
| 14 | | | |
| 15 | Hatfield Quality Meats/**Hatfield, PA**  Expecting slight increase in sow number in the next few months. | **45,900** | 46,800 |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 20 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| | **Total**    Gain of 83,878 sows in 2011 | 2,973,582 | 2,889,704 |

## Western Canada Pork Powerhouses® 2011

| 2011 Ranking | Company/Headquarters | # Of Sows In 2011 | # Of Sows In 2010 |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| | **Total**    Gain of 10,000 sows | 193,000 | 183,000 |

HIGHLY CONFIDENTIAL