# EXHIBIT 245

HIGHLY CONFIDENTIAL

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                   DISTRICT OF MINNESOTA

3

4    CIVIL NO. 18-1776 (JRT/HB)

5    0:21-MD-02998-JRT-HB

6    MDL NO. 2998

7

8    IN RE:  PORK ANTITRUST LITIGATION

9    This Document Relates to:  All Actions

10

11

12

13                  HIGHLY CONFIDENTIAL

14             REMOTE VIDEO DEPOSITION OF

15               KENNETH M. GRANNAS, JR.

16                  December 17, 2021

17

18

19

20

21

22   REPORTED BY:    Laura H. Nichols

23                   Certified Realtime Reporter,

24                   Registered Professional

25                   Reporter and Notary Public



HIGHLY CONFIDENTIAL

Page 223

1                 C E R T I F I C A T E

2

3

4    STATE OF ALABAMA

5    JEFFERSON COUNTY

6

7              I hereby certify that the above and

8    foregoing deposition was taken down by me in

9    stenotypy, and the questions and answers thereto

10   were reduced to typewriting under my supervision,

11   and that the foregoing represents a true and

12   correct transcript of the deposition given by said

13   witness upon said hearing, to the best of my

14   ability.

15              I further certify that I am neither

16   of counsel nor of kin to the parties to the action,

17   nor am I in anywise interested in the result of

18   said cause.

19

20   _Laura H. Nichols_

21        /s/ LAURA H. NICHOLS

          Commissioner-Notary Public, State of AL

22        ACCR License No. 3, Exp. 9/30/2022

          GA CCR No. 2714, Exp. 4/1/2022

23        TN LCR No. 679, Exp. 6/30/2022

          Transcript Certified on 12/17/2021

24

25

# EXHIBIT 248

HIGHLY CONFIDENTIAL

Page 1

1              UNITED STATES DISTRICT COURT

                 DISTRICT OF MINNESOTA

2

3   IN RE: PORK ANTITRUST LITIGATION

4

5                      Civil No. 18-cv-1776 (JRT/HB)

6

7   This Document Relates to:

8   All Actions

9

10

11                 HIGHLY CONFIDENTIAL

12      REMOTE VIDEOTAPED DEPOSITION OF SCOTT SAUNDERS

13

14                   August 11, 2022

15                    9:11 a.m.

16

17

18   REPORTED BY:   Lori Busick

19                  Registered Professional

20                  Reporter and Notary Public

21

22   VIDEOGRAPHER: Justin Bily

23

24

25







HIGHLY CONFIDENTIAL

Page 129

1          CERTIFICATE OF COURT REPORTER

2          I, Lori W. Busick, Court Reporter and

3    Notary Public, in and for the State of Mississippi,

4    hereby certify that the foregoing contains a true

5    and correct transcript of the testimony of Scott

6    Saunders, as taken by me in the aforementioned

7    matter at the time and place heretofore stated, as

8    taken by stenotype and later reduced to typewritten

9    form under my supervision by means of computer-aided

10   transcription.

11          I further certify that under the authority

12   vested in me by the State of Mississippi that the

13   witness was placed under oath by me to truthfully

14   answer all questions in the matter.

15          I further certify that, to the best of my

16   knowledge, I am not in the employ of or related to

17   any party in this matter and have no interest,

18   monetary or otherwise, in the final outcome of this

19   matter.

20          Witness my signature and seal this the

21   26th day of August, 2022.

22

23   _____

24          Lori W. Busick, CVR-S #7510, CCR #1677

     My Commission Expires:

25   August 22, 2026

# EXHIBIT 251

1

1        IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MINNESOTA

3

4    - - - - - - - - - - - - - -+

5                              |
     IN RE: PORK ANTITRUST      |
6                              |
     LITIGATION                 |        Case Number:
7                              |
                               |        0:18-cv-01776
8    This document relates to   |        JRT-HB
     all actions.               |
9                              |
     - - - - - - - - - - - - - -+

10

11

12              Video Deposition of

13              SETH MEYER, Ph.D.

14          Wednesday, June 15, 2022

15               9:03 a.m.

16

17

18

19

20

21

22

23   Job No. 845998

24   Reported by:  Laurie Donovan, RPR, CRR, CLR

25

UNITED STATES INTERNATIONAL TRADE COMMISSION

# Pork and Swine



# Industry & Trade Summary

Office of Industries

Publication ITS-11

October 2014

Control No. 2014002





PENGAD 800-631-6989

**EXHIBIT**

8

Seth Meyer

imports that was largely filled by U.S pork. As a result, total U.S. pork exports increased substantially in 2008.

In 2009, U.S. pork exports declined from the 2008 level, but were higher than in years prior to 2008. One reason for the decline was that Chinese import demand lessened as its domestic supplies rebounded. Pork exports in 2009 were also impacted by the global economic downturn and by the enactment of bans on U.S. pork in numerous countries related to concerns over H1N1 influenza, commonly known as "swine flu." Most influenza-related bans on U.S. pork were lifted in 2010, and with purchasing power rising in major export markets, U.S. pork exports have increased in both volume and value, despite a decline in 2013 (table 15). U.S. pork exports to the Republic of Korea (Korea) more than doubled in 2011, after an outbreak of foot and mouth disease (FMD) in that country led to the destruction of up to one-third of Korea's swine herd.[111] U.S. pork exports to Mexico increased substantially in 2012 in response to both purchasing-power gains and pork's price advantage over beef.[112] In 2012, U.S. pork exports to all markets were 12 percent greater in volume and 28 percent higher in value than in 2008, before declining slightly in 2013 as U.S. domestic consumption increased.[113]

**Table 15  U.S. exports of fresh and frozen pork by country, 2008–13**

| Destination | 2008 | 2009 | 2010 | *2011* | 2012 | 2013 |
|---|---|---|---|---|---|---|
| | | | Metric tons | | | |
| Japan | 419.1 | 391.8 | 391.0 | *464.6* | 421.6 | 402.3 |
| Mexico | 228.4 | 274.2 | 283.1 | *285.8* | 409.8 | 427.7 |
| Canada | 125.1 | 112.8 | 112.6 | *122.6* | 130.8 | 111.9 |
| China/Hong Kong | 263.2 | 112.3 | 106.5 | *256.0* | 237.8 | 199.5 |
| Korea | 94.9 | 83.9 | 69.5 | *148.6* | 132.5 | 87.2 |
| Australia | 30.7 | 38.5 | 44.5 | *56.0* | 59.6 | 48.6 |
| Russia | 134.0 | 89.7 | 53.7 | *63.4* | 89.4 | 5.4 |
| All other | 171.7 | 150.4 | 178.7 | *150.5* | 164.5 | 205.7 |
| Total | 1,467.1 | 1,253.7 | 1,239.7 | *1,547.5* | 1,646.1 | 1,488.4 |
| | | | Thousand metric tons | | | |
| Japan | 1,470.7 | 1,464.1 | 1,551.9 | *1,884.0* | 1,873.5 | 1,810.2 |
| Mexico | 411.8 | 423.8 | 559.1 | *598.5* | 777.7 | 853.6 |
| Canada | 410.4 | 357.6 | 419.5 | *468.3* | 492.5 | 432.3 |
| China/Hong Kong | 480.3 | 194.0 | 174.8 | *550.9* | 482.3 | 430.2 |
| Korea | 229.3 | 182.8 | 160.9 | *433.3* | 371.9 | 234.1 |
| Australia | 79.4 | 85.7 | 122.6 | *178.9* | 181.4 | 149.1 |
| Russia | 315.4 | 179.9 | 154.9 | *198.3* | 255.8 | 16.1 |
| All other | 390.7 | 291.0 | 385.2 | *372.8* | 404.7 | 503.3 |
| Total | 3,788.0 | 3,178.9 | 3,528.9 | *4,685.0* | 4,839.8 | 4,428.8 |

Source: USITC DataWeb/USDOC, accessed February 28, 2014.

---

[111] Production and demand in Korea are discussed below under Export Market Profiles.

[112] USDA, FAS, Mexico: Livestock and Products Annual, GAIN Report No. MX2065, September 9, 2012, 1, 8.

[113] Reported quantity data are on a product weight basis and differ from data on a carcass weight basis.

# EXHIBIT 269

# EXHIBIT 290

1

1          UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MINNESOTA
2

3       Civil Action No. 0:18-cv-01776-JRT-HB

4

5   IN RE:

6   PORK ANTITRUST LITIGATION,

7       _____/

8

9

10

11                  DEPOSITION OF
                      HAL SINGER
12

13

14
                 Friday, June 24, 2022
15                9:39 a.m. - 6:03 p.m.

16

17                 Remote Location
             Via Zoom Videoconference
18              All Parties Remote

19

20

21

22

23

24          Stenographically Reported By:
                  Erica Field, FPR
25























In re Pork Antitrust Litigation

Hal Singer
June 24, 2022

348

1              CERTIFICATE OF REPORTER

2

3   UNITED STATES DISTRICT COURT )

4   DISTRICT OF MINNESOTA )

5

6      I, ERICA FIELD, Stenographic Reporter,

7   certify that I was authorized to and did

8   stenographically report the deposition of HAL

9   SINGER, pages 1 through 347; that a review of

10   the transcript was requested; and that the

11   transcript is a true and complete record of

12   my stenographic notes.

13      I further certify that I am not a

14   relative, employee, attorney, or counsel of

15   any of the parties, nor am I a relative or

16   employee of any of the parties' attorney or

17   counsel connected with the action, nor am I

18   financially interested in the action.

19

20      DATED this 28th day of June, 2022.

21

22   _____

23   Erica Field

24

25