# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST
LITIGATION

_This Document Relates to:_

The Consumer Indirect Purchaser
Plaintiff Action

Case No. 0:18-cv-01776 (JRT/JFD)

**CONSUMER INDIRECT
PURCHASER PLAINTIFFS'
UNCONSTESTED MOTION TO
APPROVE THE MANNER AND
FORM OF CLASS NOTICE**

Pursuant to Federal Rule of Civil Procedure 23(c)(2)(B), Consumer Indirect Purchaser Plaintiffs respectfully move this Court for an order approving the manner and form of class notice to the certified class.

DATED: September 5, 2023

HAGENS BERMAN SOBOL SHAPIRO LLP

By: _/s/ Shana E. Scarlett_
     SHANA E. SCARLETT

Rio Pierce
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski
Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com
abigailp@hbsslaw.com

GUSTAFSON GLUEK PLLC

By: _Daniel C. Hedlund_
     DANIEL C. HEDLUND

- 1 -

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer
Indirect Purchaser Plaintiffs*

010736-11/2328270 V1