# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to*:<br><br>The Consumer Indirect Purchaser Plaintiff Action | Case No. 0:18-cv-1776 (JRT-JFD)<br><br>**MEET AND CONFER STATEMENT** |

Pursuant to Local Rule 7.1(a)(1), Consumer Indirect Purchaser Plaintiffs ("CIPPs") hereby state that their counsel met and conferred with Defendants' counsel regarding this motion to approve the manner and form of class notice. Counsel for Defendants do not contest the motion.

| | |
|---|---|
| DATED: September 5, 2023 | HAGENS BERMAN SOBOL SHAPIRO LLP<br><br>By: */s/ Shana E. Scarlett*<br>      SHANA E. SCARLETT<br><br>Rio Pierce<br>715 Hearst Avenue, Suite 300<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com<br>riop@hbsslaw.om<br><br>Steve W. Berman<br>Breanna Van Engelen<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>breannav@hbsslaw.com<br><br>Elaine T. Byszewski<br>Abigail D. Pershing<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 N. Lake Ave., Suite 920<br>Pasadena, CA 91101<br>Telephone: (213) 330-7150<br>elaine@hbsslaw.com<br>abigailp@hbsslaw.com<br><br>GUSTAFSON GLUEK PLLC<br><br>By: *Daniel C. Hedlund*<br>      DANIEL C. HEDLUND<br><br>Daniel E. Gustafson (#202241)<br>Daniel C. Hedlund (#258337)<br>Michelle J. Looby (#388166)<br>Joshua J. Rissman (#391500)<br>GUSTAFSON GLUEK PLLC<br>120 South 6th Street, Suite 2600 |

Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

- 3 -
010736-11/2328269 V1