# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

Case No.: 18-cv-1776 (JRT/JFD)

*This Document Relates to:*

All Actions

**ORDER ON JOINT MOTION REGARDING CONTINUED SEALING**

Before the Court is a Joint Motion Regarding Continued Sealing (Dkt. No. 1821), pursuant to Local Rule 5.6(d), concerning the confidential documents filed under seal. Having reviewed the motions and the documents filed under seal, as well as all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Joint Motion (Dkt No. 1821) is **GRANTED**, as follows:

1. The Clerk is directed to unseal the following documents 28 days after the issuance of this Order unless a timely motion for further consideration is filed pursuant to Local Rule 5.6(d)(3):

    Dkt. Nos. 1442, 1442-5, 1442-6, 1442-7, 1442-9, 1442-10, 1442-16, 1442-17, 1442-18, 1442-22, 1442-23, 1442-30, 1442-36, 1442-37, 1442-38, 1442-42, 1442-43, 1442-44, 1442-47, 1442-48, 1684, 1686, 1687, 1721, 1724, 1724-1.

2. As to Dkt. No. 1442-1, the parties agree, and the Court concurs, that the document contains some information that is entitled to continued sealing, but that a publicly available version should be filed that redacts only the information entitled to continued sealing. Accordingly,

    a. The Clerk is directed to keep the following document sealed.

        Dkt. No. 1442-1.

b. On or before **October 9, 2023,** the filing party must file a redacted public version of Dkt. No. 1442-1 as proposed in Exhibit 1 of the Joint Motion.

3. As to Dkt. No. 1442-2, the parties agree, and the Court concurs, that the document contains some information that is entitled to continued sealing, but that a publicly available version should be filed that redacts only the information entitled to continued sealing. Accordingly,

   a. The Clerk is directed to keep the following document sealed.

      Dkt. No. 1442-2.

   b. On or before **October 9, 2023,** the filing party must file a redacted public version of Dkt. No. 1442-2 as proposed in Exhibit 2 of the Joint Motion.

4. The parties disagree as to Dkt. No. 1441. Having reviewed the document, the Court finds that the document contains only limited information for which there is good cause for continued sealing and that a redacted version can be prepared. Accordingly,

   a. The Clerk is directed to keep the following document sealed:

      Dkt. No. 1441.

   b. On or before **October 9, 2023**, the filing party must file a redacted public version of Dkt. No. 1441 in the form attached to the Joint Sealing Motion.

5. The parties disagree as to Dkt. No. 1442-19. Having reviewed the document, the Court finds that good cause has not been shown for continued sealing because the Court does not find that the document contains confidential business methods and analysis. Accordingly,

   a. The Clerk is directed to unseal the following documents 28 days after the issuance of this Order unless a timely motion for further consideration is filed pursuant to Local Rule 5.6(d)(3):

      Dkt. No. 1442-19.

6. The parties disagree as to Dkt. Nos. 1442-20 and 1442-41. Having reviewed the documents, the Court finds that good cause has been shown for continued sealing because the documents contain information regarding

confidential business methods and analysis. Accordingly,

    a.    The Clerk is directed to keep the following documents sealed: 1442-20 and 1442-41.

Dated: September 11, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge