UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Certain Direct Action Plaintiff Actions* | Case No. 18-cv-1776 (JRT/JFD) |

**STIPULATION FOR CERTAIN
<u>DIRECT ACTION PLAINTIFFS' DISCOVERY DEADLINES</u>**

Defendants and the undersigned Direct Action Plaintiffs[1] (together, the "Parties") in the above-captioned action (the "Action"), through their respective counsel, hereby stipulate as follows:

WHEREAS, Cracker Barrel, Domino's Pizza, and Golden Corral filed their notices of joinder to the Direct Action Plaintiffs' Consolidated Complaint in this Action ("Notice") on June 16, 2023,[2] and Shamrock filed its Notice on September 18, 2023,[3] both of which are after the October 31, 2022 close of fact discovery (ECF No. 1397) and

---

[1] Cracker Barrel Old Country Store, Inc. and CBOCS Distribution, Inc. (together, "Cracker Barrel"); Domino's Pizza LLC and Domino's Pizza Distribution LLC (together, "Domino's Pizza"); Golden Corral Corp. ("Golden Corral"); Shamrock Foods Company and United Food Service, Inc. (together, "Shamrock").

[2] *Cracker Barrel Old Country Store, Inc. v. Agri Stats, Inc.*, No. 0:23-cv-01830, ECF No. 1 (filed D. Minn. June 16, 2023); *Domino's Pizza LLC v. Agri Stats, Inc.*, No. 0:23-cv-01831, ECF No. 1 (filed D. Minn. June 16, 2023); *Golden Corral Corp. v. Agri Stats, Inc.*, No. 0:23-cv-01833, ECF No. 1 (filed D. Minn. June 16, 2023).

[3] *Shamrock Foods Co. v. Tyson Foods, Inc.*, No. 023-cv-02871, ECF No. 1 (filed D. Minn. Sept. 18, 2023).

are on or after the June 16, 2023 deadline for Plaintiffs in this Action to identify and disclose testifying experts pursuant to Fed. R. Civ. P 26(a)(2)(B) and 26(a)(2)(C) (ECF No. 1927); and

WHEREAS, the Parties have discussed and agreed for Cracker Barrel, Domino's Pizza, Golden Corral, and Shamrock to complete discovery in time to be subject to the May 31, 2024 summary judgment deadline applicable to other parties in this Action (ECF No. 1927).

NOW THEREFORE, subject to the Court's approval, the Parties hereby stipulate that Cracker Barrel, Domino's Pizza, Golden Corral, and Shamrock will be subject to the following deadlines for discovery.[4]

| Event | Proposed Deadline |
|---|---|
| Shamrock to Disclose Keyword Search Tools and/or TAR/CAL Tools | Sept. 29, 2023 |
| Shamrock to Make Rule 26(a) Disclosures and Additional Required Disclosures | Sept. 29, 2023 |
| Shamrock to Propose Document Custodians and Non-Custodial Document Sources | Sept. 29, 2023 |
| Deadline for Shamrock's Objections and Responses to Initial Rule 33 and Rule 34 Requests | Within 30 Days of Service |
| Deadline for the Parties to Resolve Any Disputes over the Keyword Search Terms, Document and Data Sources, or Source Methodology Shamrock Will Use or to Raise Disputes with the Court | Oct. 11, 2023 |
| Commencement of Rolling Production of Documents by Shamrock | Oct. 13, 2023 |
| Substantial Completion of Structured-Data Productions by Cracker Barrel, Domino's Pizza, Golden Corral, and Shamrock | Oct. 27, 2023 |

---

[4] For all deadlines after December 11, 2023, Cracker Barrel, Domino's Pizza, Golden Corral, and Shamrock will be subject to the operative Pretrial Scheduling Order (ECF No. 1927).

| Event | Proposed Deadline |
|---|---|
| Cracker Barrel's, Domino's Pizza's, Golden Corral's, and Shamrock's Deadline for Objections and Responses to Initial Rule 36 Requests | Oct. 27, 2023 |
| Substantial Completion of Document Productions by Cracker Barrel, Domino's Pizza, Golden Corral, and Shamrock | Oct. 27, 2023 |
| Deadline for Cracker Barrel's, Domino's Pizza's, Golden Corral's, and Shamrock's Supplemental Expert Disclosures to a previously disclosed Plaintiff expert[5] | Oct. 30, 2023 |
| Deadline for Defendants' Response to Cracker Barrel's, Domino's Pizza's, Golden Corral's, and Shamrock's Supplemental Expert Disclosures | December 11, 2023 |

Dated: September 21, 2023

Respectfully submitted,

*/s/ Tiffany Rider Rohrbaugh*
Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
Allison M. Vissichelli (*pro hac vice*)
Tasneem U. Chowdhury (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
trider@axinn.com
radcox@axinn.com
lstrang@axinn.com
avissichelli@axinn.com
tchowdhury@axinn.com

---

[5] Cracker Barrel, Domino's Pizza, Golden Corral, and Shamrock have confirmed they will submit a limited supplement to a previously disclosed expert report, setting forth their respective alleged damages estimates. Defendants' agreement to this schedule—in particular Defendants' commitment to respond to Cracker Barrel's, Domino's Pizza's, Golden Corral's, and Shamrock's expert disclosures in relatively short order—is predicated on that commitment.

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

Nicholas E.O. Gaglio (*pro hac vice*)
Victoria J. Lu (*pro hac vice*)
Andrea N. Rivers (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
ngaglio@axinn.com
vlu@axinn.com
arivers@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc.***

| | |
|---|---|
| */s/ Mark L. Johnson* | */s/ Craig. S. Coleman* |
| Mark L. Johnson (#0345520) | Richard A. Duncan (#0192983) |
| Davida S. McGhee (#0400175) | Aaron D. Van Oort (#0315539) |
| GREENE ESPEL PLLP | Craig S. Coleman (#0325491) |
| 222 South Ninth Street, Suite 2200 | Emily E. Chow (#0388239) |
| Minneapolis, MN 55402 | FAEGRE DRINKER BIDDLE & REATH LLP |
| (612) 373-0830 | |
| mjohnson@greeneespel.com | 2200 Wells Fargo Center |
| dwilliams@greeneespel.com | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| Daniel Laytin, P.C. (*pro hac vice*) | (612) 766-7000 |
| Christa Cottrell, P.C. (*pro hac vice*) | richard.duncan@faegredrinker.com |

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

***Counsel for Clemens Food Group, LLC and The Clemens Family Corporation***

aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
robert.gallup@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

***Counsel for Hormel Foods Corporation***

/s/ *Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)

/s/ *Christopher A. Smith*
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
HUSCH BLACKWELL LLP
8001 Forsyth Blvd., Ste. 1500
St. Louis, MO 63105
Telephone: (314) 480-1500

HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

**Counsel for Agri Stats, Inc.**

*/s/ Peter J. Schwingler*
Peter J. Schwingler (#0388909)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
(612) 217-8800
pschwingler@jonesday.com

Jordan M. Baumann
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215-2673
(614) 469-3939
jbaumann@jonesday.com

William L. Greene (#0198730)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com

**Counsel for Triumph Foods, LLC**

*/s/ Donald G. Heeman*
Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
davidadler@quinnemanuel.com

**Counsel for JBS USA Food Company**

*Counsel for Seaboard Foods LLC*

| | |
|---|---|
| */s/ John A. Cotter* | */s/ Robert W. Turken* |
| John A. Cotter (#0134296) | Robert W. Turken |
| John A. Kvinge (#0392303) | Lori Lustrin |
| LARKIN HOFFMAN DALY & LINDGREN LTD. | Scott N. Wagner |
| | Ilana Drescher |
| 8300 Norman Center Drive, Suite 1000 | Benjamin Mitchel |
| Minneapolis, MN 55427-1060 | BILZIN SUMBERG |
| (952) 835-3800 | 1450 Brickell Avenue, 23rd Floor |
| jcotter@larkinhoffman.com | Miami, FL 33131 |
| jkvinge@larkinhoffman.com | Tel: 305-374-7580 |
| | Fax: 305-374-7593 |
| Richard Parker (*pro hac vice*) | rturken@bilzin.com |
| Josh Lipton (*pro hac vice*) | llustrin@bilzin.com |
| GIBSON, DUNN &CRUTCHER, LLP | swagner@bilzin.com |
| 1050 Connecticut Avenue, N.W. | idrescher@bilzin.com |
| Washington, D.C. 20036-5306 | bmitchel@bilzin.com |
| (202) 955-8500 | |
| rparker@gibsondunn.com | *Counsel for Cracker Barrel Old Country Store, Inc. and CBOCS Distribution, Inc.; Domino's Pizza LLC and Domino's Pizza Distribution LLC; Golden Corral Corp.; Shamrock Foods Company and United Food Service, Inc.* |
| jlipton@gibsondunn.com | |
| | |
| Brian Robison (*pro hac vice*) | |
| BROWN FOX PLLC | |
| 6303 Cowboys Way, Suite 450 | |
| Frisco, TX 75034 | |
| (972) 707-1809 | |
| brian@brownfoxlaw.com | |

*Counsel for Smithfield Foods, Inc.*