| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Certain Direct Action Plaintiff Actions* | Case No. 18-cv-1776 (JRT/JFD) |

**ORDER ON STIPULATION FOR CERTAIN
DIRECT ACTION PLAINTIFFS' DISCOVERY DEADLINES**

Before the Court is the Stipulation for Certain Direct Action Plaintiffs'[1] Discovery Deadlines (Dkt. No. 2052). The Court finds that the Stipulation sets forth good cause for the parties' requested extensions of various deadlines in this case. Accordingly, IT IS HEREBY ORDERED THAT:

Cracker Barrel, Domino's Pizza, Golden Corral, and Shamrock will be subject to the following deadlines for discovery:[2]

| Event | Deadline |
|---|---|
| Shamrock to Disclose Keyword Search Tools and/or TAR/CAL Tools | Sept. 29, 2023 |
| Shamrock to Make Rule 26(a) Disclosures and Additional Required Disclosures | Sept. 29, 2023 |
| Shamrock to Propose Document Custodians and Non-Custodial Document Sources | Sept. 29, 2023 |

---

[1] Cracker Barrel Old Country Store, Inc. and CBOCS Distribution, Inc. (together, "Cracker Barrel"); Domino's Pizza LLC and Domino's Pizza Distribution LLC (together, "Domino's Pizza"); Golden Corral Corp. ("Golden Corral"); Shamrock Foods Company and United Food Service, Inc. (together, "Shamrock").

[2] For all deadlines after December 11, 2023, Cracker Barrel, Domino's Pizza, Golden Corral, and Shamrock will join the operative Pretrial Scheduling Order (ECF No. 1927).

| Event | Deadline |
|---|---|
| Deadline for Shamrock's Objections and Responses to Initial Rule 33 and Rule 34 Requests | Within 30 Days of Service |
| Deadline for the Parties to Resolve Any Disputes over the Keyword Search Terms, Document and Data Sources, or Source Methodology Shamrock Will Use or to Raise Disputes with the Court | Oct. 11, 2023 |
| Commencement of Rolling Production of Documents by Shamrock | Oct. 13, 2023 |
| Substantial Completion of Structured-Data Productions by Cracker Barrel, Domino's Pizza, Golden Corral, and Shamrock | Oct. 27, 2023 |
| Cracker Barrel's, Domino's Pizza's, Golden Corral's, and Shamrock's Deadline for Objections and Responses to Initial Rule 36 Requests | Oct. 27, 2023 |
| Substantial Completion of Document Productions by Cracker Barrel, Domino's Pizza, Golden Corral, and Shamrock | Oct. 27, 2023 |
| Deadline for Cracker Barrel's, Domino's Pizza's, Golden Corral's, and Shamrock's Supplemental Expert Disclosures to a previously disclosed Plaintiff expert[3] | Oct. 30, 2023 |
| Deadline for Defendants' Response to Cracker Barrel's, Domino's Pizza's, Golden Corral's, and Shamrock's Supplemental Expert Disclosures | December 11, 2023 |

DATED: September 25, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge

---

[3] Cracker Barrel, Domino's Pizza, Golden Corral, and Shamrock have confirmed they will submit a limited supplement to a previously disclosed expert report, setting forth their respective alleged damages estimates. Defendants' agreement to this schedule—in particular Defendants' commitment to respond to Cracker Barrel's, Domino's Pizza's, Golden Corral's, and Shamrock's expert disclosures in relatively short order—is predicated on that commitment.