UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Wanda Duryea, et al., | |
| Plaintiffs, | |
| v. | Civil No. 18-1776 (JRT/JFD) |
| Agri Stats, Inc., et al., | |
| Defendants. | |
| _____ | |
| United States of America, | |
| Plaintiff, | |
| v. | Civil No. 23-3009 (PJS/JFD) |
| Agri Stats Inc., | |
| Defendant. | |

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 18-cv-1776 having been assigned to Judge John R. Tunheim and Judge John F. Docherty and Case No. 23-cv-3009 having later been assigned to Chief Judge Patrick J. Schiltz and Judge John F. Docherty, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 23-cv-3009 be assigned to Judge John R. Tunheim, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to reuse a card from the same deck from which the

original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

      **IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

| | |
|---|---|
| Dated: October 4, 2023 | s/John R. Tunheim<br>JOHN R. TUNHEIM<br>Judge, United States District Court |
| Dated: October 4, 2023 | s/Patrick J. Schiltz<br>PATRICK J. SCHILTZ<br>Chief Judge, United States District Court |