## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-JFD |
| This Document Relates to: | **NOTICE OF APPEARANCE** |
| *All Actions*. |  |

The undersigned attorney hereby notifies the Court and counsel that Arielle S. Wagner, shall appear as counsel of record for Direct Purchaser Plaintiffs Maplevale Farms, Inc., John Gross and Company, Inc., Ferraro Foods, Inc., Ferraro Foods of North Carolina, LLC and Olean Wholesale Grocery Cooperative, Inc., and the Direct Purchaser Plaintiff Class in this case.

Dated: October 26, 2023

s/ Arielle S. Wagner
Arielle S. Wagner (MN # 0398332)
LOCKRIDGE GRINDAL NAUEN
P.L.L.P.
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
aswagner@locklaw.com

***Co-Lead Class Counsel for Direct Purchaser Plaintiffs***