UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Individual Case No.: 23-cv-01833-JRT-JFD |
| GOLDEN CORRAL CORPORATION, | Main Case No.: 0:18-cv-01776-JRT-JFD |
| Plaintiff, | |
| v. | |
| AGRI STATS, INC.; CLEMENS FOOD GROUP, LLC; THE CLEMENS FAMILY CORPORATION; JBS USA FOOD COMPANY; AND TRIUMPH FOODS, LLC | |
| Defendants. / | |

## STIPULATION EXTENDING CERTAIN DISCOVERY DEADLINES FOR GOLDEN CORRAL CORPORATION

The parties in the above-styled action, through counsel, stipulate to the following, subject to the Court's approval:

1. This Stipulation is between Golden Corral Corporation (the "Stipulating Plaintiff" or "Golden Corral") and Defendants Agri Stats, Inc.; Clemens Food Group, LLC; The Clemens Family Corporation; JBS USA Food Company; and Triumph Foods, LLC (collectively, the "Stipulating Defendants").

2. The Stipulation relates only to *Golden Corral Corporation v. Agri Stats, Inc. et al.*, Case No. 0:23-cv-01833-JRT-JFD.

3. On September 25, 2023, this Court entered its Order on Stipulation for Certain Direct Action Plaintiffs' Discovery Deadlines (the "Discovery Order"). [ECF 2054].

4. Among other deadlines, the Discovery Order set a deadline of October 27, 2023 for Golden Corral to substantially complete its production of structured data, and a deadline of October 30, 2023 for Golden Corral to provide its supplemental expert disclosures.

5. Despite its best efforts to meet these deadlines, Golden Corral requires a brief extension of time to produce its structured data and to provide its supplemental expert disclosures.

6. The Stipulating Defendants have agreed to extend Golden Corral's deadlines to substantially complete its production of structured data and to provide its supplemental expert disclosures by one week each, until November 3, 2023, and November 6, 2023, respectively.

7. The parties have attached a Proposed Order entering Stipulation Extending Certain Discovery Deadlines for Golden Corral Corporation as **Exhibit A**.

Dated: October 30, 2023

Respectfully submitted,

*/s/ Lori P. Lustrin*
Robert W. Turken
Lori P. Lustrin
Scott N. Wagner
Ilana A. Drescher
Benjamin A. Mitchel
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
rturken@bilzin.com
llustrin@bilzin.com
swagner@bilzin.com
idrescher@bilzin.com
bmitchel@bilzin.com

*Attorneys for Plaintiff Golden Corral Corporation*

*/s/ Daniel E. Laytin, P.C.*
Mark L. Johnson
Davida S. McGhee
**GREENE ESPEL PLLP**
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: 612-373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C.
Christa Cottrell, P.C
Jenna M. Stupar
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: 312-861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
jenna.stupar@kirkland.com

*Counsel for Clemens Food Group, LLC
and The Clemens Family Corporation*

*/s/ Sami H. Rashid*
Sami H. Rashid
Michael B. Carlinsky
David B. Adler
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
samirashid@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

Donald G. Heeman
Jessica J. Nelson
Randi J. Winter
**SPENCER FANE LLP**
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206
Telephone: 612-268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

*Counsel for JBS USA Food Company*


*/s/ Christopher A. Smith*
Aaron Chapin
Christopher A. Smith
Tessa K. Jacob
A. James Spung
Jason Husgen
**HUSCH BLACKWELL LLP**
8001 Forsyth Boulevard, Ste 1500
St. Louis, MO 63105
Telephone: 314-480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com

*Counsel for Triumph Foods, LLC*

*/s/ William L. Monts III*
Peter H. Walsh
**HOGAN LOVELLS US LLP**
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Telephone: 612-402-3000
peter.walsh@hoganlovells.com

William L. Monts
Justin W. Bernick
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: 202-637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Agri Stats, Inc.*