Carlton X. Matthews #J22519
Santa Rosa Correction Institution
5850 East Milton Rd
Milton, FL 32583



**RECEIVED BY MAIL**
NOV. 22 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court
District of Minnesota
U.S. Courthouse, Suite 202
300 South Fourth St.
Minneapolis, MN 55415

**SCANNED**
NOV 22 2023 LT
U.S. DISTRICT COURT MPLS

554132263 C093

CASE 0:18-cv-01776-JRT-JFD   Doc. 2069-1   Filed 11/22/23   Page 2 of 2





MAILED FROM A STATE CORRECTIONAL INSTITUTION
PENSACOLA FL 325
14 NOV 2023 PM 1

NOV 13 2023
FOR MAILING BY

US POSTAGE PITNEY BOWES
ZIP 32583  $ 000.00
02 4W
0000368416 NOV 13 2023